UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 11-60150-CR-COOKE(s)(s)

UNITED STATES OF AMERICA,

               Plaintiff,

vs.

DOUGLAS NEWTON,

               Defendant.

_____/

## DEFENDANT'S REPLY TO STANDING DISCOVERY ORDER

The defendant Douglas Newton, through undersigned counsel, respectfully replies to the court's standing discovery order and says:

The defendant intends to offer into evidence a copy of the lease between Trump Plaza LLC and Billy Martin's USA Inc. Dated May 3, 2007. A copy of the lease and a certificate of domestic records correctly conducted activity pursuant to Fed. R. Evidence 902(11) was mailed to the government today January 18, 2012.

Respectfully submitted,

MICHAEL CARUSO
INTERIM FEDERAL PUBLIC DEFENDER

By:_____/s/ Miguel Caridad_____
       Miguel Caridad
       Assistant Federal Public Defender
       Florida Bar No.  0161380
       150 W. Flagler Street, Suite 1700
       Miami, Florida 33130-1556
       (305) 530-7000/(305) 536-4559: Fax
       Email: miguel_caridad@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 18, 2012, undersigned counsel electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

By:____/s/ Miguel Caridad_____
Miguel Caridad

**SERVICE LIST**
United States of America v. DOUGLAS NEWTON
CASE NO. 11-60150-CR-COOKE/TURNOFF(s)(s)
United States Court, Southern District of Florida


**Miguel Caridad, AFPD**
150 West Flagler Street Suite 1700
Miami, Florida 33l30
Tel. (305) 530-7000
Fax. (305) 536-4559
miguel_cariad@fd.org

**H. Ron Davidson, AUSA**
99 NE 4 Street
Miami, FL 33132
305-961-9405
Fax: 305-536-4699
Email: h.ron.davidson@usdoj.gov

2