UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 11-60150-CR-COOKE(s)(s)

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DOUGLAS NEWTON,

        Defendant.
_____/

## DEFENDANT'S OBJECTION TO PROPOSED ORDER CONCERNING INADMISSIBILITY OF PLEA AGREEMENT

The defendant Douglas Newton, through undersigned counsel, respectfully objects to the government's proposed order concerning admissibility of the plea agreement and says:

The government has filed a motion asking the court to enter an order memorializing in writing its oral decision to not admit a plea agreement in the government's case in chief. The defense did not object to a simple clarification that the court's oral order encompassed not only the plea agreement but also the factual proffer contained in the plea agreement. The proposed order, however, goes beyond a mere clarification and the defendant cannot at this time agree that the court should enter this order. The defendant needs more time to review the proposed order with appellate counsel to determine an appropriate response. For these reasons, he asks the court to not sign the proposed order and to schedule a hearing on this matter for some time during the week of April 2, 2012. Undersigned counsel will be away on annual leave beginning March 28 will return to the district on April 1.

        Respectfully submitted,

        MICHAEL CARUSO
        INTERIM FEDERAL PUBLIC DEFENDER

        By:    /s/ Miguel Caridad
             Miguel Caridad
             Assistant Federal Public Defender
             Florida Bar No.  0161380
             150 W. Flagler Street, Suite 1700
             Miami, Florida 33130-1556
             (305) 530-7000/(305) 536-4559: Fax
             Email: miguel_caridad@fd.org

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on March 27, 2012, undersigned counsel electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

        By:    /s/ Miguel Caridad
             Miguel Caridad

**SERVICE LIST**
United States of America v. DOUGLAS NEWTON
CASE NO. 11-60150-CR-COOKE/TURNOFF(s)(s)
United States Court, Southern District of Florida

**Miguel Caridad, AFPD**
150 West Flagler Street Suite 1700
Miami, Florida 33l30
Tel. (305) 530-7000
Fax. (305) 536-4559
miguel_cariad@fd.org

**H. Ron Davidson, AUSA**
99 NE 4 Street
Miami, FL 33132
305-961-9405
Fax: 305-536-4699
Email: h.ron.davidson@usdoj.gov