UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CRIMINAL TRIAL MINUTES FOR JUDGE MARCIA G. COOKE**

Date: 05/08/2012      Day # 6      Case # 11-60150-CR

CRD: Ivan Marchena          Court Reporter  Diane Miller

Interpreter:

PARTIES:   USA vs. DOUGLAS NEWTON

GOVERNMENT ATTORNEY(S)           DEFENDANT(S) ATTORNEY(S)

Ron Davidson, AUSA               Miguel Caridad, AFPD

Robert Luck, AUSA

____   Trial Commenced - Jury

____   Statement of case to jury - voir dire

____   Jury impaneled & Sworn

The jurors returned to the jury box with all counsel and the defendant present and the trial continued from yesterday. The court read the instructions to the jury. Both sides gave a closing argument to the jury. The Court sent the jury to the jury room to consider their verdict. Juror number 12 was discharged and juror number 14 was called in to continue deliberations tomorrow. Court recessed the trial of this cause until tomorrow, 05/09/12 at 9:00 a.m.