```
 1                 IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF FLORIDA
 2                    CASE NO. 11-CR-60150-MGC

 3

     UNITED STATES OF AMERICA,
 4
                     Plaintiff,                  MAY 2, 2012
 5            vs.
                                              MIAMI, FLORIDA
 6   DOUGLAS NEWTON,

 7               Defendant.                   PAGES 1 - 127

 8   _____/        DAY II

 9

10                 TRANSCRIPT OF TRIAL PROCEEDINGS
                 BEFORE THE HONORABLE MARCIA G. COOKE
11                   UNITED STATES DISTRICT JUDGE

12

13   APPEARANCES:

14   For the Plaintiff:      H. RON DAVIDSON, AUSA
                             ROBERT LUCK, AUSA
15                           Office of U.S. Attorney
                             99 NE 4 Street
16                           Miami, Florida  33132

17

18   For the Defendant:      MIGUEL CARIDAD, AFPD
                             Office of U.S. Public Defender
19                           150 W Flagler Street
                             Miami, Florida  33130

20

21

22   Reported By:            Diane Miller, RMR, CRR
                             Official United States Court Reporter
23                           400 N. Miami Avenue, Room 11-2
                             Miami, FL  33128
24                           (305)523-5251
                             diane_miller@flsd.uscourts.gov
25
```

WEDNESDAY, MAY 2, 2012.

INDEX

                                                            PAGE

OPENING STATEMENT ON BEHALF OF THE GOVERNMENT        22

OPENING STATEMENT ON BEHALF OF THE DEFENSE           33


   WITNESSES

ROBERT STRICKLAND

    Direct Examination by MR. DAVIDSON



                    INDEX OF EXHIBITS

                                            ID'D      ADMT'D

Government Exhibit Number 2-27               64        65

Government Exhibit Number 2A-27A             64        65

Government Exhibit Number 28                 66        66

Government Exhibit Number 29                 75        75

WEDNESDAY, MAY 2, 2012.

```
1                      PROCEEDINGS
2           THE COURTROOM DEPUTY:  Judge, we have the
3  continuation of your trial, United States versus Douglas
4  Newton.
5           THE COURT:  Counsel, are you prepared for opening
6  statements?
7           MR. LUCK:  Yes, Your Honor.
8           MR. CARIDAD:  Yes, Your Honor.
9           I did submit, as the Court suggested yesterday, Your
10 Honor, a case on the issue of the admissibility of the plea
11 agreements.  I submitted the cite.
12          THE COURT:  Okay.
13          MR. CARIDAD:  The issue, as the Court can certainly
14 recall, was whether the e-mails between Mr. Epstein and Mr.
15 Newton --
16          THE COURT:  Did you file them or --
17          MR. CARIDAD:  The case, Your Honor?
18          THE COURT:  Right.
19          MR. CARIDAD:  Your Honor, I sent Ivan an e-mail.
20          THE COURTROOM DEPUTY:  I'll print them.
21          THE COURT:  We have been in court all morning.  We
22 just took a quick break for lunch so we could be back in here
23 on time.
24          MR. DAVIDSON:  I also filed a response.  There was a
25 subsequent ruling from that very same court on that issue, and
```

WEDNESDAY, MAY 2, 2012.

```
1    I think the case is distinguishable on its facts.
2            THE COURT:  Mr. Luck, give me just a moment, so when
3    we start, we can go straight through.
4            MR. CARIDAD:  Judge, is the Elmo operating?
5            THE COURT:  Yes.
6            MR. CARIDAD:  Because I would like to put some items
7    on it, and I notice that there is an easel back there with
8    paper.
9            THE COURT:  Would you like to use the easel,
10   Mr. Caridad?
11           MR. CARIDAD:  Yes, I would like to use both things
12   and if the Court has a big marker it can lend me.
13           THE COURT:  Ivan has a big marker.
14           COURTROOM SECURITY OFFICER:  I saw an easel back
15   here.  What is this?
16           THE COURT:  I think it got moved to this way.
17           COURTROOM SECURITY OFFICER:  No, what's this?
18           MR. CARIDAD:  I'm not sure what that is.
19           COURTROOM SECURITY OFFICER:  Why is that there, Ivan?
20   We have one laying on the floor over there.
21           MR. DAVIDSON:  Judge, and if Mr. Caridad would be so
22   kind to share with us the documents he intends to use during
23   his opening.
24           MR. CARIDAD:  Yes, Judge.  They are portions of the
25   taped transcripts that the Government is going to introduce.
```

WEDNESDAY, MAY 2, 2012.

1          THE COURT:  Do you know the pages or exhibit numbers?

2          MR. CARIDAD:  Yes.

3          THE COURT:  Can you share those with Counsel, please,

4    while I'm waiting for Ivan to print those out for me?

5          MR. CARIDAD:  I also intend to show a picture of

6    Mr. Epstein's house, and a still photograph of Mr. Skwara that

7    I abstracted from the video.

8          MR. DAVIDSON:  Judge, we are objecting to the

9    introduction in the opening of a very narrow portion of the

10   conversation.  I think Mr. Caridad, in trying to show only a

11   portion of the transcript, is taking a lot of them out of

12   context.

13         I don't have a problem with him generally describing

14   what happened; but if he is going to show part of a transcript

15   without providing the context and the follow-up conversations,

16   we would object to that.

17         THE COURT:  I give the jury an instruction that this

18   is the lawyers' theory of the case, it's not evidence.  They

19   are not to take it as such; and I think given that, I'm going

20   to allow them a little latitude.

21         If I see he is getting crazy --

22         MR. CARIDAD:  Judge, could I step out for a second?

23   I believe I may not have brought a file I need.

24         THE COURT:  Can you tell the jury five minutes, five

25   minutes.

WEDNESDAY, MAY 2, 2012.

```
1              Everybody just stand down.  I'm going to read.  You
2   go get your thing.
3              Tell the jury five minutes.
4        (Break in the proceedings.)
5              MR. CARIDAD:  Thank you, Your Honor.
6              THE COURT:  Mr. Luck, did you have something for me?
7              MR. LUCK:  No.  I just thought Mr. Davidson went
8   downstairs to get a copy.
9              THE COURT:  You said there was something subsequent
10  to the May 23rd, 2006, case.
11             MR. LUCK:  Right.  That very court, Your Honor,
12  explains its ruling in a subsequent opinion which is what
13  Mr. Davidson cited.
14             THE COURT:  I want to see that.  Once I read that, I
15  can make a final decision here.
16             MR. LUCK:  Thank you, Your Honor.
17             MR. CARIDAD:  I have a copy of that case for the
18  Court.
19             THE COURT:  Oh, you do -- the subsequent case?
20             MR. CARIDAD:  Yes, Your Honor.
21             THE COURT:  Everybody is getting their steps in
22  today.
23             So this is May 23rd, this is September 12th.
24             Is Mr. Davidson back?  I didn't want to --
25             MR. LUCK:  He is not, Your Honor, but I'm sure I can
```

WEDNESDAY, MAY 2, 2012.

1  handle it until --

2         THE COURT:  It is a little interesting, because in

3  the *Safavian* case, the situation is reversed.  The government

4  is trying to admit the e-mails.  The court says that you can

5  use the authenticity rule, but you still have to get over the

6  admissibility, and they allow some of the e-mails in.

7         MR. LUCK:  What Mr. Davidson wanted to point out,

8  Your Honor, in that second opinion that you are reading right

9  there, is the court then goes on to describe what affect it

10  had because, remember, the hearsay exception is the affect on

11  listener exception.  And then what the court goes on to

12  describe in detail and in quotes is that the witness there

13  testified as to the affect that it had on his actions.

14         THE COURT:  But that's -- but if I'm reading

15  e-mails -- I'm reading from page 17 -- the defendant argues

16  that the admissions of Jack A. Abramoff e-mails at trial

17  constituted inadmissible hearsay.  The court addressed

18  defendant's argument in its May 23rd opinion and finds no

19  basis for reconsideration of that opinion, much less prejudice

20  to the defendant warranting a new trial.  Furthermore, the

21  court notes that Mr. Safavian took the stand at trial and

22  testified about many of the e-mails in question.

23         So the May is the pretrial order.  The September

24  order is the order on new trial where the defendant is now

25  claiming prejudice about the e-mails and the court saying, you

WEDNESDAY, MAY 2, 2012.

1    can't have your cake and eat it too.  You can't have the

2    e-mails say they are inadmissible and then get up in trial and

3    talk about them and then say that you were prejudiced by them.

4            MR. LUCK:  Right, Your Honor.

5            The key there and what Mr. Davidson wanted to point

6    out is that the witness -- the witness -- the subject of the

7    e-mails testified, Mr. Abramoff testified.

8            THE COURT:  But that's because he wanted to.

9            MR. LUCK:  No, no, that's Mr. Safavian.  That's the

10   defendant.  I'm talking about the government's witness,

11   Mr. Abramoff.  That's the focus of the e-mails there.  He

12   testified at that trial.  They are his e-mails with the

13   defendant, and he testified at the trial.  That's the heart of

14   the court's concern is that there is no one there testifying

15   as to the affect it had on the listener or anyone's intent --

16           THE COURT:  But that's not -- the court notes that

17   Mr. Safavian took the stand.

18           MR. LUCK:  You're right.  In the trial --

19           THE COURT:  Where does it say that Mr. Abramoff took

20   the stand?

21           MR. LUCK:  That's in the pretrial motion, Your Honor.

22   It doesn't say it there because the trial hasn't happened

23   there yet, but the whole point is that it's the government's

24   witness that it is proposing to use those e-mails for.  No,

25   but it says here -- I'm reading from page seven of 435

WEDNESDAY, MAY 2, 2012.

1  F.Supp.2d 36, so I guess I'm on what would be page 42 of 43.

2  "The jury may draw whatever reasonable conclusions and

3  inferences it chooses from these e-mails and determine how to

4  consider them.  But the court will not permit any testimony

5  beyond the bare fact of what would appear on a particular

6  e-mail by a case agent or summary witness who neither composed

7  nor received these e-mails.  Should the government choose to

8  call Mr. Abramoff or any other of the authors of these

9  e-mails, other than, of course, the defendant, whom the

10 defendant is not permitted to call as a witness, that witness

11 may testify as to his or her personal knowledge of any of the

12 particular e-mails he or she sent and to any personal

13 knowledge of e-mail addresses of persons with whom he or she

14 has exchanged e-mails, even if not the specific one in

15 evidence.

16         "Having addressed the issue of authenticity, the

17 court must now consider whether, in the absence of Jack

18 Abramoff or someone else with personal knowledge as a trial

19 witness, the proffered e-mails are admissible hearsay or may

20 be admitted under one or more exceptions to the hearsay rule.

21 The government contends that each of the e-mails" -- notice

22 the government -- "is admissible pursuant to one or more of

23 the following theories:  They constitute admissions by a party

24 opponent, adopted admissions, nonverbal conduct, put in

25 context for certain statements made by the defendant and are

WEDNESDAY, MAY 2, 2012.

1  not offered for the truth of the matter asserted, not hearsay

2  statements."

3        These are the same things that Mr. Caridad has been

4  saying all along, except that Mr. Caridad can't make the

5  foundation there.  We don't have a party opponent issue.  It

6  would be the Government.

7        THE COURT:  So that's one, so you can drop that one

8  off.  What about the other non-hearsay?

9        MR. LUCK:  Mr. Caridad only gave you two, and both of

10  those require a foundation.  He gave you affect on listener,

11  but there is no listener to testify as to what the affect of

12  that listener was, and he gave you present sense impression of

13  what intent --

14        THE COURT:  Looking at the context, going to the

15  trial court's other non-hearsay exceptions, at the content and

16  context of other e-mails and what events proceeded or

17  immediately followed them, the court finds that a number of

18  the e-mails are admissible under rule 8033, to show

19  Mr. Safavian's state of mind at the time he received them or

20  at some later time.  Isn't that what Mr. Caridad is trying to

21  do for Mr. Newton in these e-mails?

22        MR. LUCK:  No.  He is showing what his intent and

23  motive and plan was.  But he can't state that, and it goes to

24  what Mr. Davidson said is without any testimony to suggest

25  that this was actual --

WEDNESDAY, MAY 2, 2012.

1           THE COURT:  I think that's what the court is saying

2    you don't need, unless I'm reading a different case.

3           MR. LUCK:  That would only -- to the extent that

4    that's right, Your Honor, as to 8033, that would only go to

5    the three e-mails for Mr. Newton, but the vast bulk of the

6    e-mails are from Mr. Epstein.  And for those, Mr. Caridad

7    wanted to show an affect on listener.

8           THE COURT:  Hold on.

9           MR. LUCK:  Okay.

10          THE COURT:  Because the court does talk about that.

11          MR. LUCK:  Okay.

12          THE COURT:  "Other e-mails provide context for the

13   defendant's statements and are not introduced for their truth.

14   Still others are non-hearsay because the truth of the e-mails'

15   contents discussion of Jack Abramoff's dealings as a lobbyist

16   are unimportant.  It is the fact of these discussions rather

17   than the contents or the truth or accuracy thereof that is

18   being offered by the government"-- in here, you would just

19   assert "defendant" instead of the "government" -- "on the

20   theory that the e-mails themselves actually are Mr. Abramoff's

21   lobbying work and business.  The defendant objects to the

22   admissions of e-mails under these theories, arguing that the

23   truth and credibility of the content of the e-mails

24   necessarily are at issue, if the government is introducing

25   them to show the work of the business," et cetera.

WEDNESDAY, MAY 2, 2012.

1        MR. DAVIDSON:  Judge, if I may just point out one

2   huge distinction in that case from the case we have here, and

3   maybe this was covered when I was out.  The issue in that case

4   was a statement of the party opponent.  The e-mails we started

5   from --

6        THE COURT:  But see, that's the discussion we did

7   have.  The court made a point here of separating out the party

8   opponent parts of it, and I'm reading from the section that is

9   section two, "Other Non-hearsay," because I agree with you,

10  Mr. Caridad doesn't have a leg to stand on for party opponent.

11  He is introducing them or wants to introduce them in his case.

12  There is no opponent.  There is no adoptive admission.  The

13  only exception would be under some other non-hearsay.  And

14  Mr. Caridad's argument to me yesterday and the reason why I

15  asked for case law was this was not hearsay because he was not

16  offering it to prove the truth of the matter asserted.  And

17  that seems to be what Judge Freedman is saying on page 42

18  and -- this goes on to 44 -- onto page 44 of this opinion.

19       MR. DAVIDSON:  And, Judge --

20       THE COURT:  In fact, these discussions, rather than

21  the contents, that is being offered by the government on the

22  theory the e-mails themselves.

23       So what Mr. Caridad is saying is exactly what your

24  cohorts in Washington were saying during this.  We don't care

25  about the truth of what's in the e-mails.  What we want the

1   jury to see is this ongoing discourse, these business

2   discussions between Safavian and Abramoff, and the fact that

3   they didn't know whether or not Safavian was going to testify

4   because he was a defendant.  So like you and Mr. Caridad, they

5   sought a rule in pretrial.

6           The court is saying -- and point me to where I'm not

7   reading this accurately.  The court is saying this is a --

8   they don't meet that exception, but under the non-hearsay,

9   they do.  They allow the authenticity.  The court gets over

10  the authenticity part, which is what I gave to Mr. Caridad

11  yesterday.  I just thought the best he could do was package

12  them up in a little ribbon and say, they are admissible; but

13  now, what does that get him.  You know that and five dollars

14  gets you into Starbucks.

15          MR. DAVIDSON:  Judge, I think I understand the

16  Court's concern.  Let me distinguish the following.

17          What the court in the District of Colombia was saying

18  is that you can introduce -- the government can introduce as a

19  statement of the party opponent "hello," but then you wouldn't

20  be able to introduce the other "hi, how are you; good."  You

21  can only introduce only half of the conversation because

22  that's a statement of the party opponent.  And I think what

23  the court and Judge Freedman was facing was the prospect of

24  introducing half of a conversation:  "Hi; good, thank you for

25  asking, what about you."

WEDNESDAY, MAY 2, 2012.

1        Well, if you don't have the other half of the

2   conversation, which is what Judge Freedman was facing, it

3   doesn't make any sense.

4        Our case is very different.  What Mr. Caridad is

5   doing is saying, look, I know that the Government is not

6   trying to introduce either half of the conversation, but

7   because in the Safavian case, the court was willing to match

8   up the statement of the party opponent with the other part of

9   the statement of the other part of the conversation.  I'm okay

10  with that because, otherwise, it's preposterous.

11       The Safavian opinion was trying to avoid, I think,

12  the preposterous result of only introducing half a

13  conversation.  And then once you start off with the premise

14  that half of the e-mails in Safavian are coming in as a

15  statement of a party opponent, Judge Edmunds -- oh, no,

16  Freedman had to introduce the other half.  And incidentally,

17  Judge, it is worth noting that in that case, the defendant

18  took the stand to explain.

19       THE COURT:  But that's what we -- that's what we --

20  we don't know that.  In order number one, where the court

21  allows their admission, we don't know that.  We don't know

22  that until order number two, where Safavian files a motion for

23  new trial and the court says, come on --

24       MR. DAVIDSON:  I understand.

25       THE COURT:  -- you can't say it now because you had

WEDNESDAY, MAY 2, 2012.

1  an opportunity; you got up, you availed yourself of these

2  e-mails during your case in chief.  What's sauce for the goose

3  is sauce for the gander; you can't now take it back.

4        So you've got to say this is where we are.  We are in

5  the May order, so in essence, that one is somewhere else.

6        MR. DAVIDSON:  I got it, Judge, but then, remember,

7  the issue there was introducing only half of a conversation as

8  a statement of party opponent, and that court, I think,

9  recognized the preposterous nature of only introducing half a

10  conversation.  "Thank you for your e-mail, I agree," taken --

11  would mean nothing to the jury unless --

12        THE COURT:  But is that not Mr. Caridad's argument is

13  that -- wait, wait, wait.  We don't get -- we are essentially

14  in the same place because this communication between your

15  non-witness, because that's what we essentially have to say,

16  your non-witness and the defendant start November, December,

17  but we don't have anything on tape and no other transcripts

18  until May --

19        Is it March or May, Mr. Caridad?

20        MR. CARIDAD:  March.

21        MR. DAVIDSON:  March.

22        THE COURT:  And he is saying, Jury, you've got to

23  know conversation -- context of conversation is what happened

24  before.

25        MR. DAVIDSON:  Yes, Judge, but the issue is what did

WEDNESDAY, MAY 2, 2012.

1   everyone intend, what did they mean, and what did they hear
2   back in the earlier conversations.  And, again, we are just
3   asking for one of those two witnesses to testify about that.
4        What we are saying is you can't just say, look, in
5   this case, the Government introduced half of the conversation;
6   therefore, we want the same thing without realizing the reason
7   why we introduced that half of the conversation was for
8   context.  And I think Mr. Caridad is taking the Safavian
9   opinion much broader.  And I would just note it's a district
10  court opinion.  I have the court of appeals' opinion here,
11  where incidentally, Judge, I don't even think the defendant
12  appealed that issue.  I just was flipping through it.  I don't
13  see it in the district court.
14       THE COURT:  Because he testified and basically lost
15  the right to appeal it.
16       MR. DAVIDSON:  No, I think he could have argued it
17  shouldn't have been introduced and the Rule 29 should have
18  been granted, and I think he could have relitigated that
19  issue.  So I think it's entirely distinguishable.
20       What Mr. Caridad is trying to do is circumvent the
21  need for a witness because he doesn't like the prospects of
22  having either witness testify.  And the way he is doing it is
23  kind of to say, look, Mr. Newton's e-mail should come in, you
24  know, because of the -- I don't know.  It's two wrongs don't
25  make a right in essence.  Mr. Caridad is found -- you know to

1  say Safavian was trying to fix one problem of only having half

2  a conversation, and Mr. Caridad is trying to say, in essence,

3  let's do two wrongs by introducing each half of the

4  conversation where neither half should come in by itself.

5          THE COURT:  I'm going to allow them in; but I'm going

6  to allow them in, Mr. Caridad, with a specific limiting

7  instruction, and that is the jury is going to be instructed

8  that these statements are not offered for the truth of the

9  matter asserted.

10         I'm willing to hear language on both sides, but I

11  think they have to know that they are not offered for their

12  truth.  They are merely offered to place context, state of

13  mind, whatever.  So give me a draft, and I will let them know

14  that before they are admitted into evidence.

15         MR. CARIDAD:  I think it is correct to give that

16  instruction.

17         THE COURT:  I'm sorry?

18         MR. CARIDAD:  I think it is correct to give that

19  instruction.

20         MR. DAVIDSON:  And, Judge, just to be clear, if

21  Mr. Caridad intends to introduce evidence for state of mind,

22  it is the Government's position, and I think your earlier

23  ruling, that the confession in the plea agreement comes in.

24  He is introducing evidence as to state of mind, and you have

25  just ruled that that's the only reason to introduce it.

WEDNESDAY, MAY 2, 2012.

1          THE COURT:  I may be rethinking that, so Mr. Caridad

2   think about that.  I think Mr. Davidson has a point.

3          MR. CARIDAD:  I guess we will cross that bridge when

4   we get to it, Judge.

5          THE COURT:  But I'm just letting you know.  You said

6   you wanted to know for opening statements, but I'm letting you

7   know that I think that Mr. Davidson has a valid point, that if

8   you are now placing square on the alter Mr. Newton's state of

9   mind, then what better state of mind than what he agreed to in

10  the factual proffer as part of the plea agreement.  So

11  everybody knows what they have to think about.

12         All right.  Can we get started now, finally?

13         Mr. Blanford, the jury.

14         COURTROOM SECURITY OFFICER:  Yes, Your Honor.

15         Rise for the jury.

16     (Jury in at 1:34 p.m.)

17         THE COURT:  Welcome, ladies and gentlemen.  Thank you

18  very much.  Please take the seats that Ivan assigned you

19  yesterday.  I apologize for the late start.

20         Ladies and gentlemen, please remain standing for your

21  oath.

22         THE COURTROOM DEPUTY:  Please raise your right hands.

23     (Jury sworn.)

24         THE COURTROOM DEPUTY:  Be seated.

25         THE COURT:  Members of the jury, now that you have

WEDNESDAY, MAY 2, 2012.

1    been sworn and before you hear opening statements, let me give

2    you some preliminary instructions in this matter that you are

3    to follow throughout your service as jurors.

4           Nothing that I say during the course of this trial

5    should be taken by you as indicating what your verdict should

6    be.  The evidence from which you will find the facts will

7    consist of the testimony of witnesses, documents and other

8    things received into the record as exhibits, and any facts the

9    lawyers agree on or that I instruct you to find.

10          Certain things are not evidence and must not be

11   considered by you.  Statements, arguments, and questions by

12   the attorneys are not evidence.

13          Two, objections to questions are not evidence.  The

14   lawyers have an obligation to their clients to make objections

15   when they believe evidence being offered is improper.

16          You should not be influenced by the objection or my

17   ruling on it.  If the objection is sustained, ignore the

18   question.  If it is overruled, treat the answer like any

19   other.

20          If you are instructed that some item of evidence is

21   received for a limited purpose only, you must follow that

22   instruction.

23          Three, testimony that I have excluded or told you to

24   disregard must not be considered.

25          And fourth, anything that you have seen or heard

WEDNESDAY, MAY 2, 2012.

1  outside of this courtroom must not be considered by you.

2       This case is to be decided only on the evidence

3  presented here, in court.

4       Now, there are two kinds of evidence that you are

5  free to consider:  Direct and circumstantial.  Direct evidence

6  is direct proof of facts, such as an eye witness.

7       Circumstantial evidence is proof of facts from which

8  you may infer or conclude that other facts exist.

9       I will give you further instructions on this at the

10  conclusion of the trial, but understand you may consider both

11  types of these evidence.

12       It will be up to you to decide which witnesses to

13  believe, which witnesses not to believe, and which witnesses'

14  testimony to accept or reject in whole or in part.

15       Once again, I'll give you instruction on deciding

16  credibility of witnesses at the end of the trial.

17       As you know, this is a criminal case.  There are

18  three things you must keep in mind at all times:  First, the

19  defendant is presumed innocent until proven guilty.  The

20  indictment against the defendant in this case is an accusation

21  and nothing more.  It is not proof of guilt or anything else.

22  The defendant, therefore, sits here today and starts out with

23  a clean slate.

24       Second, the burden of proof is on the Government

25  until the very end of the case.  The defendant has no burden

WEDNESDAY, MAY 2, 2012.

1  to prove his innocence or to present any evidence or to

2  testify.  Since the defendant has the right to remain silent,

3  the law prohibits you from arriving at your verdict by

4  considering that the defendant may not have testified.

5      And third, the Government must prove the defendant's

6  guilt beyond a reasonable doubt.  And I will also give you

7  some instructions on that later, ladies and gentlemen.

8      Now, first, you will hear opening statements from the

9  Government.  And if the Defense so chooses, they will give an

10  opening statement.  After that, we will begin with testimony

11  of the witnesses.

12      The Government will have an opportunity to give

13  direct examination; and the 1defense, if they so choose, may

14  cross.

15      Once again, understand, ladies and gentlemen, at the

16  conclusion of the trial, you will receive instructions, the

17  lawyers will give their closing arguments, and you will then

18  be free to deliberate in this matter.  Remember, you are not

19  to deliberate or discuss this case amongst yourselves until

20  you have received instructions and begin your formal

21  deliberations.

22      Counsel for the United States, your opening

23  statement, please.

24      MR. LUCK:  Yes, Your Honor.

25

WEDNESDAY, MAY 2, 2012.

```
 1              OPENING STATEMENT ON BEHALF OF THE GOVERNMENT

 2         MR. LUCK:  Good morning, everybody.

 3         By March of 2009, Douglas Newton, the defendant

 4    sitting right there, was in serious financial trouble.  To get

 5    money, he bribed an employee of a pension fund so that the

 6    pension fund would buy his company's stock; and to hide the

 7    bribe, he entered into a fake consulting contract.  That's the

 8    case.  For those reasons, he has been charged with committing

 9    fraud.

10         Now, before I go on and tell you a little more about

11    it, I want to talk about some concepts like stock and stock

12    market because not all stocks and not all stock markets are

13    built the same.

14         What is stock?  You are going to hear that stock is a

15    share of ownership in a company.  For example, if a company

16    issues 100 shares and you hold one share in that company, you

17    now own one one-hundredth of that company.  That's what a

18    share of stock is.

19         This case is about the illegal things that the

20    defendant did to sell stock in his company and to get money.

21         The evidence will show that the defendant was

22    president and director of a company called Real American

23    Brands Incorporated.  I'll call it Real American for short.

24    That's often how you will hear it here.

25         Like a lot of companies -- Apple and Ford and
```

WEDNESDAY, MAY 2, 2012.

1  Carnival Cruise Lines -- Real American issued stock to be sold
2  and bought on the stock market.  But there are some big
3  differences between companies like Apple and Ford and Carnival
4  Cruise Lines and the defendant's company, Real American.  The
5  first difference:  Lots of people buy stock in Apple and Ford
6  and Carnival Cruise Lines, thousands of people a day even.
7  For the defendant's company, Real American, days would go by
8  that not a single person would buy that stock on the open
9  market.
10         The second difference:  The price of the stock for
11 Apple and Ford and Carnival Cruise Lines is often for one
12 share in the tens of dollars and maybe even in the
13 hundred-dollar range.  For the Defendant's company, Real
14 American, his stock was worth less than a penny, a fraction of
15 a fraction of a penny.  And for that reason, you will
16 sometimes hear the defendant's company being referred to as a
17 penny stock.  You will hear that term a lot here.
18         The third big difference:  You can buy stocks like
19 Apple and Ford and Carnival Cruise Line on large stock
20 exchanges; think like a big mall for stocks, and they are
21 called the New York Stock Exchange or NASDAQ.  They are often
22 on TV.  For the Defendant's company, Real American, it is
23 listed on something called the pink sheets or the
24 over-the-counter market.
25         Now there is much less information about the

WEDNESDAY, MAY 2, 2012.

1  companies like the Defendant's company, that are listed on the

2  pink sheets or the over-the-counter market than there is for

3  companies listed on the New York Stock Exchange or the NASDAQ.

4  And for that reason, you are going to hear that stockbrokers

5  who sell stocks in companies like the Defendant's that are

6  listed on the pink sheets, they have to tell the buyers that

7  these are risky stocks because there is not a lot of

8  information about them.

9       Now, let's talk about March 2009.  Let's go back to

10 where I started.  The evidence will show that by March 2009,

11 the Defendant's company was in serious financial trouble.

12 Real American was about to lose its main store in New York

13 City because the company could not afford to pay the tens of

14 thousands of dollars it owed in back rent.  The defendant

15 needed to get money.

16      Enter a man by the name of Richard Epstein.  Richard

17 Epstein offered to introduce the defendant to a friend of his

18 named Rob Scott.  You will hear that name a lot.  The

19 Defendant flew from California, where he lives, to Broward

20 County to meet with Richard Epstein and Rob Scott.

21      Now, at this first meeting, Rob Scott laid out for

22 the Defendant what the deal was.  He proposed a dirty deal

23 with fraudulent consulting agreements; kickback payments; a

24 quote unquote, band of brothers that would never reveal

25 anything to law enforcement.  This is the deal that Rob Scott

WEDNESDAY, MAY 2, 2012.

1    laid out for the Defendant.

2         Rob Scott said he had an old friend who was in charge

3    of buying stocks for a pension fund, an employee pension fund.

4    Rob Scott said that his friend would buy $20,000 worth of the

5    Defendant's stock.  Because the Defendant's stock is worth so

6    little, that comes to four million shares.  But he would only

7    do that -- Rob Scott's friend would only pay the $20,000 if

8    the Defendant would pay a bribe to Rob Scott, to the pension

9    fund friend, and to the guy who managed the pension fund.

10   This way, Rob Scott said, everyone would make money.  The

11   Defendant would make money, the pension fund would make money,

12   the pension fund employee, Rob Scott and the manager.  And

13   they would do it without the pension fund ever knowing because

14   it would be off the books.

15        The Defendant would receive the $20,000, and the

16   Defendant would pay back to a shell company 6,000; 20,000 to

17   the Defendant, 6,000 back; all off the books.  To hide this

18   from the Securities and Exchange Commission, the federal

19   agency that regulates stock transactions, Rob Scott said that

20   they would make it look like that $6,000, that kickback, make

21   it look like the defendant was paying for consulting services.

22        The pension fund had set up a fake company that would

23   pretend to buy consulting services, when really, it just did

24   nothing.  It just collected the money.  This would fool anyone

25   who ever looked, like the SEC.

WEDNESDAY, MAY 2, 2012.

1        The Defendant agreed.  He agreed to pay the kickback,

2    he agreed to receive the money, he agreed to the fake

3    consulting services.

4        The Defendant did two deals for $20,000 with Rob

5    Scott; one in March of 2009, and one the next month in April

6    of 2009.

7        After the second deal, Rob Scott tells the Defendant

8    there is, quote unquote, too much heat at the pension fund for

9    the first two deals and they can't do anymore.  They have to

10   stop.  Hearing that, the Defendant did not walk away.

11   Instead, to the surprise of Rob Scott, the Defendant suggests

12   that the pension fund by stock in his friend's company, a guy

13   by the name of Yan Skwara.

14       Yan Skwara also owns a penny stock business by the

15   name of U.S. Farms.  Yan Skwara was given the same deal that

16   the Defendant got.  The pension fund would buy $20,000 of his

17   stock.  Yan Skwara would pay the kickback back to Rob Scott

18   and his friend at the pension fund, and they would do it with

19   a fake consulting agreement.  The key difference is that Yan

20   Skwara gave some of that money to the Defendant too because he

21   was in on the deal also.  This way, the Defendant could still

22   get his money from the pension fund, and they could still do

23   the deals.  Like the Defendant, Yan Skwara did the deal twice,

24   June of 2009 and July of 2009.

25       Now, what the Defendant -- excuse me -- what the

WEDNESDAY, MAY 2, 2012.

1   Defendant and Yan Skwara did not realize was that Rob Scott

2   and his friend at the pension fund were actually agents with

3   the FBI who were investigating fraud in the penny stock

4   business, and that Richard Epstein had been arrested by the

5   FBI for his own securities fraud, and he was cooperating with

6   the FBI too.  The Defendant and Yan Skwara did not know that

7   their conversations were being recorded.  The two of them were

8   charged with committing fraud, and that's why we are here

9   today.

10           Now, while this whole thing seems complicated,

11  stocks, pension funds, pink sheets, kickbacks, it is not.  You

12  will see that most of the issues that you are going to be

13  asked to decide, the issues that the Judge will instruct you

14  about at the end of the case, are not in dispute between the

15  United States and the Defendant.  There is going to be no

16  dispute about most of these things.

17           For example, there will be no dispute that the

18  Defendant sold stock in his company for $20,000.  That's not

19  in dispute.  There will be no dispute that the Defendant paid

20  $6,000 to Rob Scott; that won't be in dispute.  There will be

21  no dispute that the Defendant had the stock mailed to the

22  Defendant -- or to Rob Scott.  The mailing will not be an

23  issue.  There will be no dispute that the Defendant's company

24  and Yan Skwara's company were securities that traded on the

25  open market, won't be in dispute.

WEDNESDAY, MAY 2, 2012.

1          What this case comes down to, the dispute in this

2     case is whether the Defendant knew about the fraud.  Did he

3     know that it was fraud to pay a kickback to the pension fund

4     to buy his company stock:  Did he know that it was fraud to

5     cover up the kickback from the SEC by entering into a sham

6     consulting agreement with Rob Scott:  Did he know that the

7     money that Yan Skwara was paying him, the money that Yan

8     Skwara was paying, was part of the same scheme?  Did he know

9     he was committing fraud?

10          The evidence will show that he did, here is the

11     evidence that you will hear.

12          You will see records in this case from the

13     Defendant's landlord, from the company's landlord, Trump

14     Towers in New York City.  And those records will show you that

15     the defendant was behind on his rent by $100,000, more than

16     that, by March of 2009, when the Defendant agreed to enter

17     into the stock agreement with Rob Scott.

18          You are going to see, because there is video, and you

19     are going to hear the recordings of the meetings that I was

20     just talking about, the ones between the Defendant and Rob

21     Scott in Broward County.  You will hear that Rob Scott was

22     clear about what the meeting was about.  There is not going to

23     be any code here that you have to decipher.

24          Rob Scott used the word "kickback."  He told the

25     Defendant that they would not be providing any consulting

1  services.  He told the Defendant that the consulting company

2  was just a coverup for the kickback.  You will hear Rob Scott

3  tell the Defendant that he doesn't even care how well his

4  company does.  The only thing he cares about is the money.

5       You will hear from the recorded conversation that the

6  Defendant was eager, after the first deal, to do the second

7  one.  You are going to hear how anxious he is to do a second

8  deal because he wants that money.

9       You will see that the Defendant did not sell the

10  pension fund regular stock like you would buy on the stock

11  exchange.  The Defendant sold the pension fund what's called

12  "restricted stock."  Now, restricted stock cannot be traded on

13  the stock exchange.  You can't go to the pink sheets and trade

14  restricted stock.

15       You will hear from an expert witness in this case,

16  his name is Tom Carocci, and he will tell you that restricted

17  stock is worth less than the regular stock that you would buy

18  on the stock exchange and should not be sold at the same price

19  that the Defendant sold the pension fund.

20       Tom Carocci, the same expert witness, will tell you

21  that the folks who make investments at pension funds have a

22  duty to the beneficiaries of those funds.  They are called

23  fiduciary duties.  And you will hear that the Defendant's

24  kickback payment to the pension fund was made so that the guys

25  at the pension fund would buy the Defendant's stock and not

WEDNESDAY, MAY 2, 2012.

1  invest in stocks that were really beneficial to the pension

2  fund -- to the beneficiaries of the pension fund -- to

3  companies that weren't about to go broke.

4          You will hear from Rob Scott -- his real name is

5  Special Agent Rob Strickland -- and he will tell you that he

6  never provided consulting service to the Defendant, never did

7  anything for that $6,000 kickback.

8          He will tell you that he knows nothing about Real

9  American's business, retail clothing.  He knows nothing about

10  it, and he never pretended to.  He will tell you, in fact,

11  that he specifically told the Defendant that he knew nothing

12  about his business.

13          And finally, Special Agent Strickland will tell you

14  that all of the documents related to the consulting company,

15  they are all a fake to throw off the SEC, if they ever

16  bothered looking at this transaction.

17          You will see in this courtroom the e-mails that the

18  Defendant made up with Rob Scott to make it look like he was

19  providing consulting services.  You will see those made-up

20  e-mails in case anyone ever looked.  If the SEC ever did an

21  investigation, he would have those e-mails ready to go.

22          You will hear that after the second deal -- the

23  Defendant does two deals.  After the second time, and the

24  Defendant is told by the pension fund, "the heat is on, let's

25  not do anymore."  It's the Defendant, not the agent, it's the

WEDNESDAY, MAY 2, 2012.

1  Defendant who suggests, "Let's do another deal with my friend,

2  Yan Skwara.  He'll buy it.  That way we'll get money."

3       And you will hear from Yan Skwara, the president of

4  U.S. Farms and the Defendant's one-time friend.  He will tell

5  you, Yan Skwara, that the Defendant described for him the

6  exact deal.  He will tell you, Yan Skwara, that the Defendant

7  told him that they were going to -- that Rob Scott was going

8  to have his friend at the pension fund buy the stock; that in

9  exchange for buying the stock, they were going to give him a

10 kickback and they were going to split the money.  That's what

11 Yan Skwara will tell you.

12      Now, Yan Skwara has pleaded guilty to conspiring with

13 the Defendant to commit fraud.  He has not been sentenced yet,

14 but he will tell you that by telling you the truth here today,

15 he hopes that Judge Cooke will lower his sentence.  But you

16 will never have to take Yan Skwara's word for it.  That's

17 because every conversation with Yan Skwara is recorded, and

18 you are going to hear those recordings here in court.  Also,

19 you are going to see the stock transactions that Yan Skwara

20 did.  There is paper.

21      And finally, you are going to see the bank records

22 which are going to show that money was paid by Yan Skwara to

23 the Defendant at the same time these deals were going down.

24      Now, after you have seen all of the evidence; the

25 recordings of the conversations between Rob Scott, the

WEDNESDAY, MAY 2, 2012.

 1  defendant and Yan Skwara; after you see the documents showing
 2  these stock transactions; after you see the bank records
 3  showing all of the purchases and the money going back and
 4  forth; and after you have heard from the witnesses, the
 5  special agents with the FBI, the expert we talked about in
 6  security regulations and Yan Skwara, after you have heard all
 7  of this, my colleague, Mr. Davidson, he is going to come back
 8  up here and he is going to ask you to find the Defendant
 9  guilty of the crimes with which he is charged with:
10  Committing mail fraud, committing securities fraud, and
11  conspiring with Yan Skwara to commit securities fraud.
12          Thank you.
13          THE COURT:  Thank you, Mr. Luck.
14          Mr. Caridad, will you be making an opening statement,
15  at this time?
16          MR. CARIDAD:  Yes, Your Honor, thank you.
17          If the Court can turn on the Elmo, Your Honor,
18  please.
19          With the Court's permission, I'm going to move this
20  easel in front of the jury.
21          THE COURT:  You may.
22          Counsel, I'm just going to ask, if anyone has a
23  telephone on, that you turn that phone off.  Let's see if we
24  can get rid of some of this feedback.  It is going to make it
25  very difficult.

WEDNESDAY, MAY 2, 2012.

1          MR. CARIDAD:  Mine is off, Your Honor.

2          Are you still getting the noise, Your Honor?

3          THE COURT:  All right.  Let's give it a shot,

4    Mr. Caridad, and see what happens.

5              OPENING STATEMENT ON BEHALF OF THE DEFENSE

6          MR. CARIDAD:  Thank you very much, Your Honor.

7          Good afternoon, everyone.

8          This is a case about what happens when a man's dreams

9    and hopes come crashing into another man's desire to avoid

10   going to jail at all costs.  Those two men are Doug Newton, my

11   client, and Richard Epstein.  It is going to be your job to

12   decide whether Mr. Newton should be held responsible for what

13   happened during that crash, that collision between

14   Mr. Newton's dreams and hopes and Mr. Epstein not wanting to

15   do one day in jail.

16         These are the these are the major players in this

17   case:  Doug Newton, who you see sitting right in front of you;

18   and Richard Epstein, who the Government has already admitted

19   in their opening statement was arrested and charged with

20   committing a separate securities fraud manipulation scheme

21   that had nothing to do with Mr. Newton.

22         The issue in this case will be whether the Government

23   can prove to you, beyond a reasonable doubt, that it was

24   Mr. Newton's intention to harm, to take advantage, to defraud

25   the pension fund.  That is the key to this case.  You must

1  keep your eye on the pension fund and what Mr. Newton wants to

2  happen to that fund.  Does he want to take advantage of them?

3  Does he want to hurt them?  Does he want to defraud them?

4          We believe that at the end of the case, you will find

5  that the Government will be unable to prove to you beyond a

6  reasonable doubt that Mr. Newton wanted to harm, to take

7  advantage of the pension fund.

8          Now, I want to put the pension fund up here as

9  another player in this case, but remember what the Government

10  has already said.  This pension fund doesn't exist.  There are

11  no pensioners.  The Government, with the help of Richard

12  Epstein, created this plan to see if Mr. Newton would buy it,

13  to see if he would agree to their offer.  So remember, there

14  is no pension fund.  There is no -- there are no pensioners.

15  It's all fake.

16          Now, who is Doug Newton?  You will hear that during

17  the course of these tape recorded conversations, Mr. Newton

18  tells Rob, the undercover agent, and Mr. Epstein a little bit

19  about himself, about his life, about his company.

20          He also gives them brochures that describe his

21  company, how long he has had it, how long it has been in

22  business, what kind of company it is.  And from listening to

23  Mr. Newton and from reading those brochures that he gives to

24  the Government during these undercover meetings, you will

25  learn a lot about Mr. Newton.

1          Here are some of the things that you will learn about

2     him.  He has been married for 30 years, same woman, with one

3     grown son named Chance Newton.  Mr. Newton even tells Rob and

4     Epstein, they named him Chance because he was their last

5     chance to have a child.

6          He was born in Denver, Colorado, the west.  He

7     graduated college in New York with a BA from Columbia

8     University.  After he graduated from Colombia University, he

9     worked at an ad agency -- a very well-known ad agency called

10    Benton and Bowles -- in New York City, and was an account

11    executive for clients such as General Foods.

12         From 1978 to 1988, he headed his own business called

13    Yankee One Management.  It was a sports management company

14    representing athletes including Billy Martin, George

15    Steinbrenner, Phil Rizutto, and Sparky Guy.  In 1978, in New

16    York, he becomes friendly with Mr. Martin.  They both open a

17    clothing store called "Billy Martin's Western Wear."  It sold

18    belts, buckles, jackets, boots, and he did a very good

19    business.  It thrived for more than 30 years.

20         Nineteen -- in 1994, he expanded to go to the west

21    coast, to Los Angeles, because business was good and he was a

22    good businessman.  By then, Mr. Newton had relocated to

23    California, where he lives today.

24         In 2001, he acquired a public company.  A public

25    company is a company that can sell shares to the public, and

1  he named it "Billy Martin's U.S.A."  Then, Richard Epstein

2  came into his life as an investor in his company and bought

3  some of Mr. Newton's stock in Billy Martin's U.S.A.

4       In 2006, the New York store that had been at one

5  location, then moved to another location at Trump Plaza.  In

6  2008, wanting to expand his clothing line and his business, he

7  acquired a company called Apocalypse Clothing which was headed

8  by a designer named Jeffrey Sebelia who won a show, some of

9  you may be familiar with, called Project Runway.  So they set

10 up -- Mr. Newton acquired Apocalypse Clothing and Jeffrey

11 Sebelia, and they began working in Los Angeles to make

12 clothing and to develop a new line of clothing.

13      Later on, the name "Billy Martin Corporation" was

14 changed to Real American Brands, which we will refer to as

15 RLAB or Real American.  It is the company that the prosecutor

16 referred to.

17      The Government is right when they say that Mr. Newton

18 began having economic problems.  As I'm sure I don't have to

19 tell you, we were in a recession, and we probably still are in

20 one.  So Mr. Newton's business was affected, as everybody

21 else's business was affected.

22      As you will hear on the tapes, he tells Rob and he

23 tells Epstein, I'm behind in my payments.  I owe money, I'm on

24 extension.

25      But you will also hear that Mr. Newton is not a guy

1   to just fade away and give up.  After 30 years in business, he

2   was going to keep his store in New York open.  He wanted to

3   keep it open and he wanted to expand to produce a new denim

4   line of clothing that he hoped to market to J.C. Penney.

5           So in late 2008 and early 2009, Mr. Newton's hopes,

6   his needs for his company, his desire to keep his store open

7   and to expand unfortunately ran into a man named Richard

8   Epstein, who, unbeknownst to Mr. Newton, had been arrested in

9   late 2008 for committing securities fraud and realized that

10  his only chance of staying out of jail was to set Mr. Newton

11  up like this.

12          So now we come to March 2009, the meeting, the first

13  meeting at Richard Epstein's house.  You will see that on

14  tape.  You will be able to see what Mr. Newton said.  You will

15  be able to hear what is said to him and what he says in

16  exchange.  But it is very important to keep in mind what

17  happened a few months before March of 2009.

18          It is these few months before that, February,

19  January, and December, that Mr. Epstein promises Mr. Newton,

20  "Doug, I know you need money.  I know you need financing for

21  your company.  I found it for you.  These guys have great

22  connections.  Your problems are going to be solved."

23          MR. LUCK:  Your Honor, at this time, we would ask

24  that an instruction be read regarding the truth of the matter

25  asserted of what Mr. Caridad just talked about.

1          THE COURT:  When they are admitted, Counsel, I will

2    give the limiting instruction.  Thank you.

3          MR. CARIDAD:  So it is important to keep in mind what

4    is happening not just in March of 2009, but the month before

5    in February, the month before that in January, and the month

6    of December.

7              Now, I've told you that there are a couple of players

8    here -- Doug Newton and Richard Epstein -- and it is

9    appropriate that we call them players because you need to

10   understand all of this takes place on a stage that is not

11   real.  The stage is Mr. Epstein's house, but the only people

12   who know it's a play is Rob and Richard Epstein.  They know

13   what is going on.  They know this is a setup.  They know this

14   is not real.  They know there is no pension fund.  The only

15   one who doesn't know what is going on is Mr. Newton.  All he

16   knows is that he has been promised by Mr. Epstein that he's

17   got financing for him, that his problems are going to be

18   resolved, that he is going to be able to launch that new line

19   of denim clothing because Mr. Epstein has found a group that

20   will invest in Mr. Newton's company.

21             Now, for those of you who know anything about sports,

22   another thing to realize about this stage is that the home

23   field advantage belongs to Rob and Epstein.

24         MR. LUCK:  Objection as to argumentive, Your Honor.

25   This is not going to be in evidence.

1          THE COURT:  Sustained; rephrase, Counsel.

2          MR. CARIDAD:  Yes.

3          Mr. Newton is told by Mr. Epstein, of course, that

4    because Mr. Newton lives in California, he has got to fly

5    across country to South Florida to talk with these people at

6    his own expense, on his own time.

7          So the evidence will show that Mr. Newton flies into

8    this stage and lands in their court, and it is important that

9    you understand what the court looks like.

10         This is the court.  This is Mr. Epstein's home.  That

11   is where all of this will play out.  And as Mr. Newton drives

12   into this court, this is what he sees.

13         You will also hear that he sees, in front of this

14   stage, a Bentley convertible belonging to Mr. Epstein.  He

15   sees a Mercedes Benz belonging to the undercover agent parked

16   in front of the home.  So this is the stage, those are the

17   players.  And so what happens?

18         The Government's case is going to be limited pretty

19   much to what happens on this stage.  That's the plan.  You

20   bring somebody in, you make this pitch to them -- by the way,

21   the evidence will not show that Mr. Newton knew anything about

22   the details of the Government's plan.  There is no evidence

23   that Mr. Newton knew anything about any kind of payment or

24   kickback to the fund.  That was all dropped on him when he is

25   sitting in Mr. Epstein's house.

1        Now, Mr. Epstein and Mr. Newton arrive on stage.  The

2   lights are turned on, the microphones are turned on, Rob Scott

3   is sitting across from him, Mr. Epstein is sitting to one

4   side, and Rob makes the pitch.

5        He knows a guy named Chris who is the fiduciary or

6   knows the fiduciary of a pension fund in New York.  A pension

7   fund is a pension fund that's been invested in by people who

8   have something to do with retail business.  So, for example, a

9   retail store has a pension fund for its employees.  That's the

10  kind of pension fund that is described to Mr. Newton.

11       Mr. Newton's business is the retail store business.

12  So already, they told him that the pension fund is a retail

13  business.  Mr. Newton has retail business, so there is some

14  potential synergy relationship between Mr. Newton's business,

15  what he knows, and this pension fund.

16       And Rob tells him that the fiduciary for the pension

17  fund has authority from the pension fund to, quote/unquote,

18  dabble in the penny stocks.  That the fiduciary had been

19  authorized on behalf of the fund to invest some of its money

20  in penny stocks, not a lot but some.

21       "But, Doug, if you want this pension fund to invest

22  in your company, you are going to have to pay me and Chris

23  some money.  You are going to have to pay us some money,

24  otherwise, we will not lend you the money that you desperately

25  need to keep your business going and to open up your new denim

1   line."

2           Doug asked them, "Does that -- does that mean I have

3   to send you cash or stock?"

4           Rob says, "No, Doug, it has to be cash."

5           And you will have transcripts of these conversations,

6   by the way.  And here is a page from that first meeting where

7   you can see where Doug Newton, in the middle of the page, is

8   asking would -- would that be in the form of cash or stock?

9           MR. LUCK:  Objection, Your Honor, as to the

10  completeness of the rest of this transcript.

11          THE COURT:  Objection overruled.

12          MR. CARIDAD:  Would that be in the form of cash, or

13  stock, or let's say some other option; but because the

14  Government's plan is to extract cash right away, Rob Scott

15  says, "Cash.  It has to be cash, Doug, not stock, not

16  something else.  It has to be cash."

17          Doug then asked, "Well, you mean you want me to send

18  you 30 percent of the money you are going to be investing in

19  my company?  How do I expense that?  How do I account for that

20  money coming from my company to yours?  Not that I have to, if

21  that's your demand.  I can just send Richard Epstein some

22  money."

23          Rob says, "No, Doug, you can't just send us some

24  money.  You have got to use a consulting agreement.  That's

25  the way it has to be, Doug.  You have got to use a consulting

1   agreement.

2           "Why?"

3           "Because the guy in New York, Chris, is the fiduciary

4   of the fund, and he will get in trouble, I'll get in trouble.

5   You can't just send us the money.  You've got to have a

6   consulting agreement."

7           The implication is -- it is more than an implication,

8   you will hear -- is that there has to be a consulting

9   agreement.  That's the Government's plan.  The evidence will

10  show that that idea does not come from Mr. Newton.  It comes

11  from the Government's plan.

12          And then Rob tells him, "You know what, Doug, we have

13  done this with other people, and those other people have

14  gotten as much as a quarter of a million dollars from us, up

15  to $250,000 we have sent to somebody like you."

16          Here is the same day, the same conversation, and Rob

17  is saying, "As far as a dollar commitment, typically, what I

18  have seen is they take in positions as high as 200 --

19  $250,000, a quarter of a million dollars."  They tell Doug it

20  is a possibility.

21          And the evidence is going to show you that they tell

22  Doug, "Doug, we can either buy free-trading shares," which are

23  shares that if you buy them from somebody, you can sell them

24  the next day.  Some of these small penny stock companies are

25  allowed to sell a certain number of these free-trading shares;

1    or "We can buy restricted shares," which a company can issue

2    as many as they want because a restricted share, if you buy it

3    today, you have to wait a year to sell it.  So, yes, they

4    might be worth less than restricted -- than free-trading

5    shares.  There is a difference between the two of them, okay.

6            But Rob says, "We don't -- they won't buy

7    free-trading shares.  We want restricted shares."

8            It is the Government, the evidence will show, part of

9    their plan to demand not free-trading shares that they say are

10   better, but they want the other kind, they want restricted.

11   That's part of their plan.

12           And they say, "You know what, Doug, we will set the

13   price.  We won't pay you the price for the restricted share

14   which is, let's say -- I'll just make up a number -- one

15   penny, much less than that.  We'll pay the price for the

16   free-trading shares."  That demand -- that suggestion comes

17   from Rob.  It doesn't come from Doug, the evidence will show.

18   He doesn't say, Listen, I'm going to sell you restricted

19   shares, and I'm going to set the price.  They set the price.

20   All of these demands, all of these conditions come from Rob,

21   not from Doug Newton.

22           And Doug, in this meeting, told them that he needed

23   the money.  This very first meeting, he tells Rob, he tells

24   Epstein, "I need some money quickly.  I've got people on

25   extension now."

 1        What he needs from them is a little help, the

 2   evidence will show.  He needs and has been promised to him

 3   before he arrives a way to generate a steady stream of income

 4   so that he can keep his business strong, and he can even

 5   expand.  So there will be no doubt in this case about Doug's

 6   needs, his hopes, and his dreams.

 7        Ladies and gentlemen, after being promised that he

 8   would receive the funding he needed, after flying across this

 9   country at his own expense, after being led into this

10   beautiful house, after being told that he might even get up to

11   $250,000, after being told that the pension fund was a retail

12   fund -- retail pension fund, just like his store was a retail

13   store, after being told what kind of stock he would have to

14   buy -- he would have to sell, after being told what price they

15   would have to pay for the stock, after he was told that he had

16   to sign this consulting agreement or no deal, Doug agreed.

17        You won't hear me trying to tell you he didn't

18   understand what was going on.  You won't hear me try to tell

19   you that they were speaking Chinese and he was speaking

20   English.  Doug agreed.

21        But you know what?  He also told them, the evidence

22   will show, when he agreed is that "that pension fund is going

23   to be happy investing in my company.  I've been in business

24   for 30 years.  I have big plans for my company.  If I just get

25   some help, I will make it.  And you know what, Rob?  My plans,

1  my dreams are going to benefit the pension fund because if you

2  guys just help me, they will float and grow.  I'm going to

3  make money for everybody.  The value of my stock is going to

4  go up.  If the value of my stock is going to go up, the

5  pension fund is going to benefit."

6          That's what Doug Newton tells Rob Scott.  That's why

7  it is important in this case to keep your eye on the evidence

8  that the Government presents and what Doug intends, what he

9  wants to do for this pension fund.

10         The fund invests $20,000 in Doug's company.  They

11 send him a wire for $20,000.  They can show you bank records

12 that show that.  They don't need to show you that.  Doug sent

13 them 20 -- they sent Doug $20,000.

14         Doug sent back a check for $6,000, as was demanded, a

15 condition of this whole thing.

16         They do it again.  The fund doesn't exist, of course,

17 sends Doug another $20,000.  He sends back another $6,000.

18         On April 28th, Doug is flying to New York to see his

19 business up there, also intends to go to Washington and comes

20 back to South Florida to see Rob and Epstein.  Again, they

21 take him to the stage, the same house, and they talk to Doug

22 again.

23         Doug tells them, "Listen, I'm here to talk to you

24 guys.  There are a few things that we can talk about about my

25 business, about whether I should expand in South Florida.  I

1   want your guy's input into this.  After all, we have signed a

2   consulting agreement."

3         Epstein and Scott laugh at him and say, "Doug, this

4   is a great way to cover yourself by telling us you are coming

5   down here to talk about your companies and how you want to

6   expand it, how you want our input.  That's a way great way to

7   cover yourself, Doug."

8         Doug tells them in Florida the following.  Richard

9   Epstein, who is labeled CHS, says to Doug, "This is a great

10  cover your A-S-S piece of paper," because Doug has taken a

11  list of things that he wants to talk to them about.

12        And Doug says this.  "And this is no BS.  I, you

13  know, need and want your input and also Richard's.  And this,

14  by the way, is the only reason I'm here."

15        Now, the Government will say this is window dressing.

16  This is Doug trying to hide this consulting agreement.

17        But time and time again, you will see Doug, being the

18  businessman that he is and thinking about how he can squeeze

19  some kind of performance out of these people because, after

20  all, they seem to be connected.  They live in South Florida,

21  Epstein has a lot of money, Rob knows this retail pension fund

22  up north.  He tries to squeeze something out of them, some

23  kind of help or assistance or advice from them that might help

24  him or might help his company in the future.  So Doug did go

25  along with the Government's plan to use this consulting

1   agreement.  We are not denying that.  But at the same time,

2   pay attention to the evidence of Doug trying to get some

3   performance out of these people.

4          For example, they keep telling him, "Doug, you know,

5   we don't know anything about the retail store business."

6          One expression you might hear over and over again is

7   Rob saying to him, "I'm a mile wide, but an inch deep,"

8   implying he doesn't know much about anything.

9          But Doug says, "You must know something about

10  something, you have great contacts.  You know Richard

11  Epstein."

12         So Doug says, "You know, while you are a mile wide

13  and an inch thick experience, you know, maybe we just shake

14  your A-S-S up a little bit, have you do something, have you do

15  some real work."

16         Another part of the conversation, Doug says, "It will

17  be important for the consulting company and me to have

18  communications and talks, okay, and you are going to earn your

19  $6,000."

20         He is trying to squeeze something out of the fact

21  that they demanded money from him, something that would help

22  his business; and if it helps the business, it is going to

23  help his shareholders.

24         And Doug, over and over again, tells them, "Listen,

25  the fund made a great investment in my company.  I have a real

1  company.  I'm going to make money for everyone."

2          And Rob tells him, "Doug, the fund doesn't -- we

3  don't care.  We don't care whether you go to the moon or stay

4  on the launch pad."

5          But Doug keeps telling them, "I do care, it is my

6  livelihood.  I had this business for 30 years.  I do care."

7          At one point, even Richard Epstein says to Doug in

8  the following exchanges.  "Doug, you know, I'm not just

9  blowing my own horn, and I'm sure you have heard guys, they

10  sell everything from whatever, there is some really good

11  attributes I've got to offer based upon 'made in America, born

12  and bred.'"

13          Now, what Doug is talking about there is he owns a

14  trademark called "Born and Bred in the USA."  It is owned by

15  his company, and it's a good trademark, he believes.  It can

16  bring the company great value.  Here he is telling Epstein

17  about his plans to use that trademark to make money for the

18  company and the shareholders.

19          And Epstein himself says, "This is not a smoking

20  mirror thing.  This is a concept.  It is theirs, and it is

21  functioning."  That's what Richard Epstein said about Doug's

22  plans and ideas.

23          The next day after April 28th, Rob calls Doug and

24  says, "Doug, are you sitting down?  The fund is not going to

25  invest any more money.  There was some spike in the volume of

1  your company, somebody bought a lot of shares, sold a lot of

2  shares, and no more investments."

3        So that faucet that had been turned on, 20,000,

4  20,000, is turned tight and shut.  The steady stream of income

5  that Doug was depending on is gone.

6        So Doug says, "You know, I know another guy, a young

7  guy, named Yan Skwara, a good businessman.  He's got a

8  company.  He needs funding.  He and I have been cooperating

9  with each other for a little bit now.  His company is called

10  U.S. Farms, and maybe he might want to do this as well,

11  because I know he needs funding for his company."

12        So who does Doug bring to South Florida?  Who does

13  Doug introduce to these people?  The evidence will show he's a

14  young man, clean cut, in his 30's.  You will see him testify.

15  You will see him on video.  And you will see how Yan expresses

16  himself.  What a decent-looking guy he is and what a

17  hardworking young man he seems to be.

18        And he tells Rob and Epstein about his own company,

19  that the company sells aloe products.  He brings them a sample

20  of his product, puts it right on the desk at Epstein's house

21  and says, "This is what we are doing.  We have a great

22  company; but like everybody else, these are difficult economic

23  times, and we need some help.  But I promise you, if you

24  invest in my company, I'm going to do everything I can to make

25  money for the pension fund."

1        And you know what?  Yan says something about Doug.

2  He says, "That's the one thing that has always -- I have known

3  Doug for a while.  He is a very honest man.  He works his butt

4  off, you know."

5        That's what Yan says about Doug.

6        And what does Yan say about his hopes and his dreams

7  for those shareholders of that pension fund?  You will hear

8  him say this.

9        "We have a very viable business.  At the end of the

10 day, I want you both to know that I'm committed to building

11 this company, a building project, and that's what I'm here

12 for.  I want nothing more than the best for the company and

13 its shareholder, the pension fund.  I am going to give it our

14 best on the business side."

15       That's what Yan's dreams and hopes are.  And he says

16 thank you to them.  "I appreciate you guys looking at U.S.

17 Farms and agreeing to make an investment.  I mean, that's huge

18 for the company, these times are difficult times.  We are very

19 appreciative."

20       That's what Yan says about his hopes and his dreams.

21       Now, Yan had decided, apparently, this is not a fight

22 he wants to fight.

23       MR. LUCK:  Objection, Your Honor, argumentive.

24       THE COURT:  Sustained.

25       MR. CARIDAD:  Yan has decided to plead guilty, the

1  evidence will show.  The evidence will show, I believe, that

2  he understood that if he did not cut a deal, he would be

3  facing a possible maximum of 20 years in jail, that he cut a

4  deal so that the maximum possible penalty would not be 20 but

5  would be five years in jail; but a condition of that agreement

6  with the Government, he has to testify in this case.

7        And you must be careful listening to somebody who has

8  been promised something by the Government in exchange for

9  their testimony.  They may be perfectly truthful, but they may

10 have a reason to --

11       MR. LUCK:  Objection, Your Honor, argumentive.

12       THE COURT:  Sustained.

13       MR. CARIDAD:  So we will see what Mr. Skwara says.

14 But it's pretty clear that Yan did a second deal with Rob and

15 Epstein, got an additional $20,000 that he did not tell

16 Mr. Newton about.

17       Now, one of the things that the Government has

18 alleged in this indictment is that Doug sold his shares at an

19 artificially-inflated price.  I'm going to talk a little bit

20 about this, then I'm going to sit down.

21       What the Government means is that Doug sold

22 restricted shares.  Remember, those are the ones that you

23 cannot resell for one year, but he sold it to the fund at the

24 price of free-trading shares; okay?  So the Government has

25 alleged that Doug sold this kind of shares, restricted shares,

1   and the fund paid the price for this share.

2           Now, it is important that you consider, in this case,

3   whether Doug thought that was a reasonable thing to do under

4   the circumstances.  Remember, these two requirements that the

5   fund buy restricted shares at a certain price came from them.

6   Doug agreed to that.

7           I want to talk to you just very briefly about what

8   evidence you might hear that shows why Doug would say that it

9   was okay for the fund to do this, to buy restricted shares and

10  pay free-trading price.  Remember, the first time -- let's

11  just talk about the first time.  The evidence will show that

12  the fund bought four million shares.  In Doug's mind, they are

13  getting four million shares of restricted stock and pay X

14  amount for it; okay?

15          The evidence will show, we will bring somebody in who

16  I believe will explain this to you.  We might have to bring

17  him in as a witness before the Government finishes its case

18  because of scheduling problems, but hopefully, you will hear

19  from this person.  And he will tell you, listen, this stock in

20  RLAB -- and the Government will even tell you this -- was not

21  traded a lot, so it wasn't very liquid.  You couldn't go out

22  and buy -- you could not go out and buy four million shares of

23  free-trading stock on the market of RLAB because it just

24  doesn't trade that much.  If you go on the market to try to

25  buy four million shares of free-trading stock, one seller

1  might have a million, right.  But then you have to buy that

2  first, and then go to the second seller who might have another

3  million, until you get to the four million that you want of

4  free trading shares, if you were going to do that.

5       But this is what happens, the evidence will show,

6  when you buy the first million, the price goes up because now

7  there is more demand for it.  And you have to pay more for the

8  second million.

9       When you buy the second million, the price goes up

10  again, because now there is more demand; simple, supply and

11  demand.  By the time you get -- buy the four million, you are

12  not paying this price over here that Doug sold the restricted

13  shares for, you are paying possibly more.  So it is

14  reasonable, the evidence will show, for Doug to think it's

15  okay that the fund bought all of the four million at once and

16  paid a little more for it because, otherwise, if they go into

17  the market and buy free-trading shares and want to get four

18  million, they are going to end up paying a lot more.

19       The reason that is relevant, the evidence is going to

20  show, is because the Government has said that Doug intended to

21  defraud these people by what was in his mind, but he was

22  thinking about the fund.

23       And they say, listen, he sold them

24  artificially-inflated shares.

25       And no, it is reasonable for Doug to think, as he is

1  sitting there, no.  He knows enough about stock.  This is

2  not -- I'm not cheating them.  If they wanted to buy this

3  much, they would have to go into the market, they end up

4  paying more.

5          You are going to learn a little bit about stocks and

6  probably more than you want to know, but it is not going to be

7  that complicated.  It is basic supply and demand.

8          So as I said at the beginning, ladies and gentlemen,

9  this case will be about whether the Government can prove that

10  Doug intended to cheat what we know now is a nonexistent fake

11  fund that had no pensioners.

12          Did he want to take advantage of them?  Did he want

13  to hurt them?

14          The evidence is going to show that although Chris,

15  Rob, and Epstein may not have cared about whether Doug's

16  company stayed on the launch pad or went to the moon, the

17  evidence is going to show that Doug did.  And for that reason,

18  when this case is over, I'm going to ask you to find Doug

19  Newton not guilty.

20          Thank you very much for your time.

21          THE COURT:  Counsel for the United States, your first

22  witness, please.  I believe we can get some testimony in

23  before our first break of the afternoon.

24          MR. DAVIDSON:  Certainly, Your Honor.

25          The United States calls Robert Strickland.

1        ROBERT J.STRICKLAND, GOVERNMENT WITNESS, SWORN.

2         THE COURT:  I would ask you to take your seat, adjust

3 your chair, state your full name and spell your last name for

4 the ladies and gentlemen of the jury.

5         THE WITNESS:  My name system Robert J. Strickland,

6 S-T-R-I-C-K-L-A-N-D.

7         MR. DAVIDSON:  May I proceed, Your Honor.

8         THE COURT:  Counsel, you may begin.

9                DIRECT EXAMINATION

10 BY MR. DAVIDSON:

11 Q.  Mr. Strickland, what do you do?

12 A.  I'm an FBI agent.

13 Q.  How long have you been an FBI agent?

14 A.  Over 17 years.

15 Q.  And for those who don't know, what does F-B-I stand for

16 and what does it do?

17 A.  FBI stands for the Federal Bureau of Investigation, and we

18 investigate crimes -- federal crimes against the Government.

19 Q.  What are your duties as an FBI agent?

20 A.  Currently, I work undercover operations both in an

21 undercover capacity and support other undercover operations.

22 Q.  What is an undercover operation?

23 A.  It is an operation that involves typically the use of an

24 undercover agent to engage in meetings or telephone

25 conversations or other activities with subjects of

1    investigations.

2    Q.   And in the undercover activities that you engage in, does

3    the undercover agent say that he or she is an FBI agent?

4    A.   At times.   In public corruption matters, yes; but

5    typically, and specifically in this matter, no, they do not.

6    Q.   So what does the undercover agent tell someone that he or

7    she does?   How does that work?

8    A.   What happens is, and specifically in this investigation, I

9    portrayed myself as someone with a different name.   I did not

10   use my real name.   I used an identity that I had created.   I

11   came up with this story, along with the case agents, as to

12   what my job was, what my occupation was.

13   Q.   What was your undercover name?

14   A.   In this particular matter, it was Robert Scott.

15   Q.   Did you ever reveal, during the course of this

16   investigation, that you were not actually Rob Scott?

17   A.   No.

18   Q.   Why didn't you reveal that you were using a fake name?

19   A.   As I mentioned, in most investigations, when you are

20   working undercover, part of keeping your cover is to conceal

21   your true identity.   If I was to portray myself as an FBI

22   agent, people are far less likely to engage in criminal

23   activity with you if they know they are dealing with an FBI

24   agent.

25   Q.   What are some of the devices that you use as part of your

1 undercover operations?

2 A.  I use a number of different recording devices, devices

3 that record audio.  They record telephone conversations, and

4 there also a number of different types of devices that record

5 both audio and video.

6 Q.  Where would you put these recording devices?

7 A.  It all depends, for example, when recording a phone

8 conversation, I would put a device right next to the phone.

9 You are not with the subject of an investigation, so it is not

10 as important to conceal the device.

11         If you are recording an in-person meeting with

12 someone, you would want to conceal the device, be it an audio

13 recorder or video recorder.  You can place them in any number

14 of areas.  Typically or ideally, what you want to do is if you

15 have the ability to record the thing with video, you want to

16 ensure that the camera is placed in a position that is

17 squarely focused on the subject that you are meeting with to

18 capture the appearance of the individual, his mannerisms, his

19 facial expressions.

20 Q.  Did you receive training in the techniques and devices

21 associated with covert activities like these?

22 A.  I have.

23 Q.  Are there restrictions on the identity that you created,

24 Rob Scott, and when you can use it?

25 A.  There are.  I am only allowed to use identities such as

1  "Robert Scott" in official FBI business.  I can't use it when

2  I'm out in my true name to do anything.  It's for official

3  business only.

4  Q.  And did you receive special approval to use the Rob Scott

5  alias or fake name in connection with the investigation into

6  Douglas Newton?

7  A.  Yes, I did.

8  Q.  Do you know somebody by the name of Douglas Newton?

9  A.  I do.

10  Q.  Do you recognize him as being here in the courtroom; and

11  if so, can you just describe him by an article of clothing?

12  A.  Yes.  I recognize the individual I know as Doug Newton,

13  individual at the table behind you.  The man to the right what

14  appears to be a tan blazer, light brown tie, and it appears to

15  be a light-blue shirt.

16          MR. DAVIDSON:  Judge, if the record could reflect

17  that the witness has identified the defendant Douglas Newton.

18          THE COURT:  The record will so indicate.

19  BY MR. DAVIDSON:

20  Q.  How is it that you recognize the defendant?

21  A.  I engaged in undercover meetings with Mr. Newton on a

22  couple of occasions.  I met him in person and also I reviewed

23  the videotapes that were made of those meetings, and I

24  remember him.  And that's what he looked like.

25  Q.  Before you met Mr. Newton for the first time, how much

1  information did you know about him?

2  A.  Not a whole lot.  I was given his name and the company

3  that he ran.  The case agent purposely did not give me a large

4  dossier of information about Mr. Newton, just basically his

5  name and the company that he represented.

6  Q.  Did you ask more questions about Mr. Newton of the case

7  agent?

8          MR. CARIDAD:  Objection, Your Honor, relevance.

9          MR. DAVIDSON:  Judge, this provides the context about

10  what he knew in the tapes that we're about to see.  It

11  provides the jury context about --

12          THE COURT:  The objection is overruled.

13  BY MR. DAVIDSON:

14  Q.  So did you ask the case agent for more information about

15  Mr. Newton?

16  A.  No.

17  Q.  And why didn't you want to know as much as you could

18  before the first meeting?

19  A.  You know, it sounds like a great idea to know as much

20  about the person that you are going to meet with, as you can

21  get.  However, when you are acting in an undercover role, it

22  actually makes it more difficult to carry out your covert

23  operation because you may have heard things that could affect

24  the way that you interact with the person.

25  Q.  You mentioned the case agent.  Can you describe the

1  division of labor between you, the undercover agent, and the

2  case agent?

3  A.  Yes.  My role in this investigation, as I stated, was as

4  the undercover agent.  I was -- used to engage in telephone

5  calls, in in-person meetings acting as someone else.  I was

6  essentially a person used to gather up evidence.  The case

7  agent, in this matter, is the one who directed the overall

8  investigation, the direction of the investigation, the

9  subjects that I met with, and the general direction of the

10 investigation, how it was going to be carried out.

11 Q.  And just to be clear, you mentioned selecting the

12 subjects.  Whose decision was it to further the investigation

13 against Mr. Newton using the recording devices and you going

14 in for a meeting?

15         MR. CARIDAD:  Objection, Your Honor, relevance.

16         MR. DAVIDSON:  Again, it's the motive of this witness

17 and explaining the context of why he is on the tape.

18         THE COURT:  The objection is overruled.

19 BY MR. DAVIDSON:

20 Q.  So the question again was whose idea was it to arrange the

21 meeting with this particular defendant, Mr. Newton?

22 A.  It was the case agent's.  Basically, the way it worked in

23 my role in this thing --

24         MR. CARIDAD:  Objection, beyond the scope of the

25 question, Your Honor.

1          THE COURT:  Rephrase, Counsel.

2          MR. DAVIDSON:  All right.

3     BY MR. DAVIDSON:

4     Q.  I think the question was whose idea was it to arrange a

5     meeting between you and Mr. Newton to further the

6     investigation?

7     A.  The case agent.

8     Q.  Did you have an opportunity to discuss with the case agent

9     the proposal that was going to be recommended or suggested to

10    Mr. Newton?

11    A.  I did.

12    Q.  Okay.  Before you made the proposal, did you have

13    discussions about ensuring that it was Mr. Newton who was

14    deciding to go further with the scheme?

15          MR. CARIDAD:  Objection, leading, Your Honor.

16          THE COURT:  Sustained.

17    BY MR. DAVIDSON:

18    Q.  Can you describe what, if any, conversations you had with

19    the case agent about issues relating to Mr. Newton's free will

20    and his desire to move forward?

21          MR. CARIDAD:  Objection, calls for hearsay, Your

22    Honor.

23          THE COURT:  Sustained.

24    BY MR. DAVIDSON:

25    Q.  Can you describe what the scheme was that you were going

1  to propose?

2  A.  I can, yes.

3        In this particular investigation, the scheme was or

4  the scheme involved me as being a person who had a very close

5  relationship with another FBI agent who was portraying himself

6  as the trustee of a pension fund for a large national retail

7  chain.  So I was very good friends with the trustee of this

8  pension fund.  The -- my friend, the trustee, had placed the

9  pension fund manager, the individual who actually managed this

10  fictitious pension fund in place; and my job, my involvement

11  in this matter was to meet with individuals like Mr. Newton

12  and explain to him that, hey, for a kickback, my friend -- I

13  could arrange with my friend to have the pension fund purchase

14  your stock.

15  Q.  And just to walk through, since there are a lot of moving

16  parts there, the money originally was coming from where?

17  A.  Mr. Newton.

18  Q.  Okay.  And Mr. Newton was going to pay whom?

19  A.  He would buy stock from who he thought to be the pension

20  fund.

21  Q.  Okay.  Let's just backtrack.  The fund -- who was getting

22  the stock?

23  A.  I'm sorry.  Mr. Newton was getting the stock, I apologize.

24  Q.  So Mr. Newton's company -- well, what did you understand

25  Mr. Newton's company to be?

1   A.   Real American Brands was his company.

2   Q.   Okay.  And so he had the stock.  Who was ultimately going

3   to get the stock?

4   A.   Mr. Newton was going to sell the stock or the pension fund

5   was going to buy Mr. Newton's stock.

6   Q.   So after -- the stocks were going to come from

7   Mr. Newton's company and go to the pension fund?

8   A.   Yes.

9   Q.   In exchange, was -- what was Mr. Newton's company going to

10   get, if anything?

11   A.   Mr. Newton was going to get the sum of the money, the

12   proceeds for the sale of his stock.

13   Q.   Was there going to be any other transaction as part of the

14   scheme?

15   A.   There was.  As I mentioned, the only reason that the

16   pension fund was going to buy his stock is because if it was

17   to proceed with this transaction, he was going to pay myself,

18   the trustee, and the fund manager a kickback to buy the stock.

19   Q.   Whose decision was it going to be whether to move forward

20   with the transaction that you just described?

21   A.   Solely Mr. Newton's.

22   Q.   And is that something that was part of the plan before you

23   met with Mr. Newton?

24   A.   Absolutely.

25   Q.   Were your meetings with Mr. Newton recorded and your phone

1  calls recorded with the defendant?

2  A.  Yes, they were.

3      (Evidence identified as Government Exhibits Number 2

4  through 27 and 2A through 27A.)

5  BY MR. DAVIDSON:

6  Q.  All right.  I'm going to show you what has been previously

7  marked as Government's Exhibits 2 through 27 and 2 through

8  27A, and I'll just ask you to look through them.

9          As you are flipping through them, do you recognize

10 the documents you are looking at now?

11 A.  I do.

12 Q.  How is it that you recognize them?

13 A.  I placed my initial on each of the transcripts and the

14 compact disks.

15 Q.  And turning to the compact disks, are those true and

16 accurate depictions of recordings, whether video or audio, of

17 the events as they occurred?

18 A.  They are.

19 Q.  And turning to the Exhibits 2A through 27A, are those true

20 and accurate transcriptions of the words and sounds uttered

21 during those recordings?

22 A.  Give me one second and let me get to 27 here.

23          Yes, they are.

24 Q.  Do those reflect every single phone call and meeting that

25 you had with Mr. Newton as part of your investigation into

1  this case?

2  A.  To the best of my knowledge, they are.

3       MR. DAVIDSON:  Your Honor, at this time, we move for

4  the introduction of Government Exhibit 2 through 27 and 2A

5  through 27A.

6       MR. CARIDAD:  No objection, Your Honor.

7       THE COURT:  Received.

8     (Evidence admitted as Government Exhibits 2 through 27 and

9  2A through 27A.)

10  BY MR. DAVIDSON:

11  Q.  At this point, I'm handing to you what has been previously

12  marked as Government Exhibit 28.  I'll ask you to look through

13  that.

14       MR. DAVIDSON:  And, Judge, while he's looking through

15  that, we are going to play Government Exhibit 2.

16       THE COURT:  Counsel, I was going to say, before you

17  begin with the playing of the tapes, why don't we take --

18  because I'm assuming this is going to be pretty lengthy, we'll

19  take our afternoon recess.  It's three o'clock.  I'm going to

20  ask that everyone be back and ready to start at 3:15.

21       All rise.

22     (The jury retired from the courtroom 3:00 p.m.)

23       THE COURT:  Sir, I remind you that you remain under

24  oath in connection with this matter.  I'd ask that you be back

25  outside of the courtroom ready to start at 3:15 p.m.

1          The jury will remain in the back, so you are free to

2   use the restrooms on this floor.

3          MR. DAVIDSON:  Your Honor, I don't know if there is a

4   time you want to discuss Government Exhibit 1.  I think

5   Mr. Caridad opened the door.

6          THE COURT:  After the calendar call.

7      (Break in the proceedings.)

8          THE COURT:  Thank you very much, ladies and

9   gentlemen.  You may resume your seat.

10          Sir, I remind you, you remain under oath.  Please

11  resume your seat.

12          Counsel, you may continue.

13          MR. DAVIDSON:  Judge, we seek the introduction of

14  Government Exhibit 28, the e-mails.

15      (Evidence identified as Government Exhibit 28.)

16          THE COURT:  Any objection to Government Exhibit

17  Number 28?

18          MR. CARIDAD:  No, Your Honor.

19          THE COURT:  Exhibit Number 28 is received.

20      (Evidence admitted as Government Exhibit Number 28.)

21          MR. DAVIDSON:  And, Judge, at this point, we seek to

22  publish to the jury copies of Government's Exhibit 2A through

23  27A, the transcripts.

24          THE COURT:  You may.

25          Mr. Blanford, would you assist Counsel in passing

1  those out to the ladies and the gentlemen of the jury, please.

2          COURTROOM SECURITY OFFICER:  Yes.

3  BY MR. DAVIDSON:

4  Q.  Okay.  Special Agent Strickland, the jurors now see or

5  should see on their video an image.  Are you able to see that

6  image also?

7  A.  I do not.

8  Q.  Now can you see it?

9  A.  Yes.

10 Q.  Can you describe briefly what this image is?  What do you

11 see on your screen?

12 A.  Yes.  I see the office in which I had a March 24th, 2009,

13 meeting with Doug Newton.

14 Q.  Were you seated here in this office with the meeting?

15 A.  Yeah.  I don't know if this particular point in time in

16 the video; but yes, during the meeting with Mr. Newton, I was

17 seated in this office.

18 Q.  Why were you there?

19 A.  As I mentioned, I was the undercover agent in this

20 investigation.  I was at this meeting, at this location, to

21 engage in a meeting between myself, an FBI cooperating

22 witness, and Doug Newton.

23 Q.  When you are seated there on March 4th, 2009, before the

24 meeting, did you know for sure whether Mr. Newton would accept

25 the proposal that you were going to make?

1   A.  I had no idea.

2   Q.  And in your experience, before your meeting with

3   Mr. Newton, did other people ever accept or reject the same

4   proposal?

5           MR. CARIDAD:  Objection, Your Honor, relevance.

6           MR. DAVIDSON:  It goes to state of mind while he is

7   sitting at that very meeting, Your Honor.

8           THE COURT:  The objection is overruled.

9           MR. CARIDAD:  Your Honor, excuse me, whose state of

10  mind?

11          MR. DAVIDSON:  As to Mr. Strickland's state of mind,

12  sitting at the meeting, what he expected, and to describe the

13  tone, the demeanor, everything that was going on in the

14  meeting, Your Honor.  They are about to see a tape of it.

15          MR. CARIDAD:  I object to it, Your Honor.  I request

16  a sidebar.

17          THE COURT:  You may approach.

18     (Following proceedings in bench conference.)

19          MR. CARIDAD:  Thank you, Your Honor.

20          The question is:  Were there other targets of

21  separate investigations accepted?

22          THE COURT:  Just a second.  I don't know what it is,

23  Ivan, but every time I turn the witness monitor on.

24          MR. DAVIDSON:  It is what he expected and based on

25  his experiences doing a similar deal --

1          MR. CARIDAD:  -- I understood the Government to be

2  asking the witness how other targets in the investigation had

3  responded before, whether they had accepted.

4          THE COURT:  Mr. Davidson, would you repeat your

5  question.

6          MR. DAVIDSON:  Sure, Judge.  The question is, when he

7  is seated there, does he know for sure, based on the other

8  times he has made the pitch, whether or not it is going to

9  happen.  Because, you know, if it's a sure thing and

10 100 percent of the time it happens, his demeanor, his tone

11 would be different.

12         MR. CARIDAD:  Judge, that's a real stretch.  I mean,

13 he's asking whether other people --

14         THE COURT:  That's true.

15         MR. CARIDAD:  -- have agreed to this.

16         THE COURT:  In other words, what I think Mr. Caridad

17 is saying is that does everybody take the bait.  That's

18 essentially the question.

19         MR. DAVIDSON:  It's to frame his demeanor, the tone,

20 how he is able to stay as cool as he is and not as forceful.

21 It just explains his --

22         THE COURT:  Why don't you ask him to describe what he

23 did when he sat down for the meeting.

24         MR. DAVIDSON:  They will see it in a second.

25         THE COURT:  Okay.

 1              MR. DAVIDSON:  But this is to explain the background.

 2              THE COURT:  Mr. Caridad, I change my mind.  Your

 3  objection is sustained.

 4              MR. CARIDAD:  Thank you.

 5          (Proceedings in open court.)

 6  BY MR. DAVIDSON:

 7  Q.  We will start playing Government Exhibit Number 2?

 8              THE COURT:  Are you prepared to play?

 9              MR. DAVIDSON:  Yes, Judge.

10              THE COURT:  Let me know when you start that, and I'll

11  start mine.

12          (Videotape played in open court).

13  BY MR. DAVIDSON:

14  Q.  Whose voice --

15              MR. DAVIDSON:  Actually, Judge, we can, I think,

16  switch off the audio now.

17  BY MR. DAVIDSON:

18  Q.  Whose voice was that on the tape?

19  A.  It was mine.

20  Q.  And why was it that you said what you just said when you

21  mentioned the date and why you are there?

22  A.  What I do, before I engage in the meetings, I like to

23  memorialize what is about to happen.  I give the date, the

24  time, at the beginning of the tape, to make it certain that

25  nothing had been altered.  I'm explaining the date, the time,

1   who I was, and what I was doing before the actual meeting

2   started.

3   Q.   So the tape that the jurors are seeing right now on the

4   top of page two of the transcript, Mr. Newton wasn't present

5   at that very moment, correct?

6   A.   When I just gave the introduction?

7   Q.   Correct.

8   A.   No, he was not.

9   Q.   And you turned on the video before he got there.  Why did

10  you do that?

11  A.   The -- as I mentioned, the video was concealed and he

12  might have heard a zipping noise in there.  I actually had to

13  conceal the recording device; and had he seen the thing

14  opened, more than likely, he would not have engaged in the

15  meeting.

16          MR. DAVIDSON:  Now, we are going to fast forward now

17  a few minutes into the tape, Judge.  And if we can turn back

18  on the audio for the tape.

19          THE COURT:  The audio is on.

20      (Tape played in open court).

21          MR. DAVIDSON:  All right.  Judge, I think if we need

22  to turn off the audio for the benefit of the court reporter.

23  BY MR. DAVIDSON:

24  Q.   Who is that seated there?

25  A.   The gentleman taking the seat is Doug Newton.

```
 1   Q.  And where were you relative to Mr. Newton?

 2   A.  As you look at Mr. Newton, I'm to his right.  As you look

 3   at the TV, I'm to the left.

 4   Q.  Was anyone else there?

 5   A.  Yes.

 6   Q.  Who?

 7   A.  The FBI cooperating witness.

 8   Q.  What's his name?

 9   A.  Richard Epstein.

10   Q.  Was anything else there?

11   A.  Yes.  Mr. Epstein's dog was in the meeting seated next to

12   me as well.

13   Q.  Let's go back to the tape.

14          MR. DAVIDSON:  And, Judge, I think if you can turn

15   the audio on again.

16      (Videotape played in open court.)

17   BY MR. DAVIDSON:

18   Q.  At this point --

19          MR. DAVIDSON:  And, Judge, just for the jurors to

20   know, the binders that we have of the transcripts of the

21   recordings, and if they want to look along, it is tab number

22   two.  And we are on page number three right now, if that helps

23   the jurors follow along.

24   BY MR. DAVIDSON:

25   Q.  Who was it that said "I have known Richard for quite a
```

1  while"?

2  A.  Doug Newton.

3  Q.  And what did you -- who did you understand him to be

4  referring to be Richard?  Which Richard?

5  A.  Richard Epstein, the cooperating witness.

6  Q.  And what was -- and Mr. Epstein responded, "We have done a

7  bunch of deals, probably five, six, seven deals together" --

8  and this is on the top of page three -- what did you

9  understand Mr. Epstein to be talking about with "deals"?

10  A.  It is my impression --

11        MR. CARIDAD:  Objection, Your Honor, speculation.

12        THE COURT:  Sustained.

13  BY MR. DAVIDSON:

14  Q.  Well, we will continue along.  But actually just to

15  clarify, did you understand Mr. Newton to say that he had

16  business relationships with Mr. Epstein when he said yeah?

17        MR. CARIDAD:  Objection, Your Honor, calls for

18  speculation, leading.

19        THE COURT:  Sustained; he has the tape.

20        MR. DAVIDSON:  All right.  We will continue along.

21      (Videotape played in open court.)

22  BY MR. DAVIDSON:

23  Q.  When you heard -- who was it that said there would be a

24  win, win, win situation?

25  A.  It was Richard Epstein.

1    Q.   What did you understand that -- what did you understand

2    him to be talking about?

3         MR. CARIDAD:   Objection, again, Your Honor,

4    speculation.

5         MR. DAVIDSON:   Judge, this goes to his state of mind

6    when the person sitting next to him is talking about a

7    situation and what his next statement is.

8         MR. CARIDAD:   I first objection.

9         THE COURT:   We have the tape, Counsel.

10        MR. DAVIDSON:   We will continue along with the tape.

11     (Videotape played in open court.)

12   BY MR. DAVIDSON:

13   Q.   Now, Mr. Epstein was the one who said something to the

14   effect of it makes it hard for you to get money, correct?

15   A.   Yes.

16   Q.   And what was Mr. Newton's response?  Was it to the effect

17   of right, and he continued on to explain how hard it is for

18   him to get money?

19   A.   To the best of my recollection, that was his response.

20        MR. DAVIDSON:   And, Judge, if I may approach with

21   extra copies of the transcript for this witness?

22        THE COURT:   You may.

23        MR. DAVIDSON:   We can continue with the tape.

24     (Videotape played in open court).

25        MR. DAVIDSON:   If I may approach the witness with

1  what has been previously marked as Government 29.

2  BY MR. DAVIDSON:

3  Q.  Do you recognize that document, sir?

4  A.  I do.

5  Q.  And what is it?

6  A.  It is the document that Mr. Newton, in the video, has in

7  front of him, and I believe he had given myself and Richard

8  Epstein one during the meeting to look at.

9     (Evidence identified as Government Exhibit Number 29)

10        MR. DAVIDSON:  Judge, we move for the introduction of

11  Government Exhibit 29.

12        MR. CARIDAD:  No objection, Your Honor.

13        THE COURT:  Received, 29.

14     (Evidence admitted as Government Exhibit Number 29.)

15  BY MR. DAVIDSON:

16  Q.  This was a document that he handed to you and he said --

17  is this the document that he said he didn't put your name --

18  Rob's name on this because I believe in confidentiality.

19        That's the bottom of page four on the transcript.

20  A.  Yes.

21        MR. DAVIDSON:  Let's proceed with the tape.  I'm

22  sorry, Judge, if we can get the audio back.

23     (Videotape played in open court.)

24  BY MR. DAVIDSON:

25  Q.  Just a few questions about what Mr. Newton just said

1    there.  He mentioned the word restricted stock.  What did you

2    understand the term restricted stock to mean?

3    A.  What restricted stock is, it's a type of stock that can't

4    be freely traded on the market.  You don't -- you don't call

5    your broker and ask to buy X number of shares.  There are, as

6    the name indicates, restrictions on how it can be traded.

7    Q.  And Mr. Newton also mentioned free shares in the middle of

8    page five of Government Exhibit 2A.  What did you understand

9    the term "free shares" to be?

10   A.  Unlike restricted shares, free shares are the types of

11   shares that you can buy from a broker and trade without

12   restrictions.

13   Q.  He also mentioned "CEO."  Do you know what that term

14   means; and if so, can you please describe it to the jury?

15   A.  Yes.  "CEO" is the chief executive officer.

16   Q.  And then it's Mr. Newton who says, "You don't have to deal

17   with anybody other than me," correct?

18   A.  Yes, he did.

19          MR. DAVIDSON:  Let's continue with the tape, and I

20   think we need the audio back, Judge.

21      (Videotape played in open court.)

22   BY MR. DAVIDSON:

23   Q.  Mr. Newton mentions a few terms I wanted to cover.  "IR"

24   goals, what did you understand that term to mean?

25          MR. CARIDAD:  Objection, Your Honor, speculation.

1           THE COURT:  Overruled.

2   BY MR. DAVIDSON:

3   Q.  Maybe if I rephrase.  What does the term "IR goals" mean?

4   A.  Investor relation; "IR" stands for investor relations.

5   Q.  And this vicious cycle that Mr. Newton described earlier,

6   did you take that to mean the problems that Mr. Newton was

7   having raising capital or money which you describe earlier?

8           MR. CARIDAD:  Speculation, objection.

9           MR. DAVIDSON:  As to what this witness thought,

10  Judge?

11          MR. CARIDAD:  Yes, relevance, speculation.

12          THE COURT:  Ladies and gentlemen of the jury, you are

13  instructed that this testimony is being offered only as to

14  what this particular witness thought.

15          The objection is overruled.  Counsel, you may

16  proceed.

17  BY MR. DAVIDSON:

18  Q.  You were seated there right as Mr. Newton said the word

19  "vicious cycle" that we discussed -- that we were describing

20  at the onset.  What did you understand that to mean?

21  A.  The vicious cycle of having problems with investor

22  relations, people were getting paid with his stock and then

23  they were turning around and dumping it quickly.  That's what

24  I understood it to mean.

25          MR. DAVIDSON:  Let's continue with the tape on the

 1   top of page six of the transcript.

 2        (Videotape played in open court.)

 3   BY MR. DAVIDSON:

 4   Q.  So Mr. Newton, for a few pages, about seven pages in the

 5   transcript, described dogs and his company, but before this,

 6   had you ever met Mr. Newton?

 7   A.  No, this was the first time.

 8   Q.  And then after he went into his general pitch, what did

 9   you describe to him?

10   A.  After he was finished here, I described him the scheme

11   that we were going to offer him.

12        MR. DAVIDSON:  Let's go to the videotape.

13        (Videotape played in open court.)

14   BY MR. DAVIDSON:

15   Q.  All right.  Sticking with the bottom of page seven of the

16   transcript, you mentioned what attracted me was the

17   relationship that you had with him.  Who were you talking

18   about there?

19   A.  I was talking about Mr. Newton's relationship with Richard

20   Epstein.

21   Q.  Then you go on to say, "If it's something that you would

22   be interested in, we can move forward."  Who were you talking

23   about?

24   A.  I was talking to Mr. Newton, and I was saying that if --

25        MR. CARIDAD:  Objection, Your Honor, what he said is

 1  on the tape.
 2          MR. DAVIDSON:  I want to be clear who "you" was.
 3  That can be ambiguous.
 4          THE COURT:  Objection overruled.
 5  BY MR. DAVIDSON:
 6  Q.  So you said, "If it's something that you would be
 7  interested in;" who were you referring to with the "you"?
 8  A.  "You" referred to Mr. Newton.
 9  Q.  You also said "sensitive" several times in that paragraph.
10  What did you mean by the word "sensitive"?
11          MR. CARIDAD:  Objection, Your Honor, the tape speaks
12  for itself.
13          THE COURT:  I'll allow some explanation; but,
14  Mr. Davidson, you opted to play the tape.  If he is going to
15  give a narration, you don't need the tape.
16          MR. DAVIDSON:  I understand, Judge.
17  BY MR. DAVIDSON:
18  Q.  What did you mean by "sensitive"?
19  A.  Basically, exactly what it said, "something that was to be
20  held close and not for broadcast."  It was something to be
21  held amongst the people in the room.
22  Q.  And a final question about what you just said there, "The
23  goose that laid the golden egg."  Maybe that's not as
24  self-explanatory.  What did you mean by that?
25  A.  What I meant by that was this scheme, as I was relating it

80

1    to Mr. Newton, was how I made my money and I could not afford

2    to have anything go wrong; hence the need to mention the

3    sensitivity part.

4          "The goose that laid the golden egg," I don't know if

5    it's a nursery rhyme or what, but basically every time the

6    goose laid the egg, that's how I got paid.  That was the way

7    that I used it.

8          MR. DAVIDSON:  Let's go back to the tape.

9       (Videotape played in open court).

10   BY MR. DAVIDSON:

11   Q.  Before you get into it, just quickly, Mr. Newton said

12   something to the effect of he is not very expressive when it

13   comes to using electronic mail.  What did you understand that

14   to mean?

15         MR. CARIDAD:  Objection, Your Honor, speculation.

16         THE COURT:  Sustained.

17   BY MR. DAVIDSON:

18   Q.  Did you understand Mr. Newton to accept your concern about

19   confidentiality?

20   A.  Yes.

21         MR. CARIDAD:  Judge, objection.

22         THE COURT:  Sustained.

23         MR. DAVIDSON:  We will move on to the next portion,

24   Judge.

25      (Videotape played in open court.)

BY MR. DAVIDSON:

Q.  I'll ask you to define the three terms first.  "Trustee,"
what does that term mean?

A.  The person who has responsibility to look over the
investments of the pension fund and ensure that the people who
invest in the pension fund, that their interests are kept
first and foremost.

Q.  What's a "pension fund"?

A.  A "pension fund," basically, is an investment account.
Generally, a pension fund is created by a company or by an
employer.  It is used to benefit the employees at that
company.  Oftentimes, employees who work for companies will
contribute a portion of their salary, a certain percentage of
their salary, and put it into this -- this fund to be used for
their retirement income.

Q.  And finally "fiduciary," what does that mean?

A.  Boy, I don't have a technical definition of fiduciary, but
it is someone who has the responsibility for ensuring that, in
this case, the investors in this pension fund interest are
first and foremost, not his own.

MR. DAVIDSON:  We will go back to the middle of the
lower paragraph on page eight.

(Videotape played in open court.)

BY MR. DAVIDSON:

Q.  Let's just go through a few more terms.  "Blue chips,"

1  what does that mean?

2  A.  "Blue chips" are typically the stocks that you hear about

3  when you watch CNBC or read the newspapers.  Companies that

4  have been around a very long time, companies such as General

5  Electric, IBM, very popular, huge companies that are traded

6  very widely that a number of people invest in and real

7  earnings.

8  Q.  I'm sorry.  Didn't you say something about you are your

9  own company -- excuse me.  Your actual words are "you're your

10  own."  What were you referring to there on the top of page

11  nine, second line.  "You know companies such as "you're your

12  own"?

13  A.  Yeah, I was making the distinction there between the blue

14  chips, the companies like your General Electrics and IBMs that

15  I just mentioned and Mr. Newton's company.

16  Q.  And you have this language, "deals are on the order of 20

17  to $30,000 per transaction;" what does that mean?

18  A.  What that means --

19          MR. CARIDAD:  Objection, Your Honor, speaks for

20  itself.

21          THE COURT:  Sustained.

22  BY MR. DAVIDSON:

23  Q.  Then you have the term "through the market."  What does

24  that mean?

25  A.  What that means is -- through the market means that stock

1    would be purchased -- free-trading stock would be purchased

2    through a broker or through a transfer agent.

3    Q.   And then you also mention a subscription agreement.   What

4    is that?

5    A.   The easiest way to describe a subscription agreement is to

6    think of it as a contract.   It's a document that sets out the

7    terms of a transaction.   In this particular case, the terms of

8    the stock transaction.   It would list the date, the company

9    that the stock would be purchased from, who would be doing the

10   purchasing, how many shares would be purchased, the share

11   price.   Essentially, it is a contract for the sale/purchase of

12   stock from one party.   In this case, purchase of Mr. Newton's

13   stock by the pension fund.

14   Q.   You also say "restricted deal."   What does that term mean?

15   A.   A restricted stock transaction.

16   Q.   So deal involving restricted stock?

17   A.   Yes.

18   Q.   Finally, "raised red flags," what does that term mean?

19           MR. CARIDAD:   Objection, Your Honor, speculation.

20           MR. DAVIDSON:   Speculation as to what he meant,

21   Judge, or the term?

22           THE COURT:   Overruled.

23   BY MR. DAVIDSON:

24   Q.   "Raised red flags," what does that mean?

25   A.   Draw attention our unwanted scrutiny from regulators such

1    as the FBI.

2            MR. CARIDAD:  Objection.  Can I have a sidebar,

3    please?

4        (Following proceedings in bench conference.)

5            THE COURT:  Mr. Davidson, I'm sharing a little bit of

6    Mr. Caridad's frustration.  You asked to play the tape.  The

7    tape seems pretty explanatory.  He doesn't need to explain it.

8            MR. DAVIDSON:  There are a lot of technical terms,

9    Judge, that I don't want --

10           THE COURT:  If you said derivative cross-swap market

11   mortgage something maybe, but red flag?  I mean, come on.

12           MR. DAVIDSON:  I just don't want the jurors to get

13   lost on the important things.

14           THE COURT:  That's why they call it argument, closing

15   argument.

16           MR. DAVIDSON:  Understood, Your Honor.

17           MR. CARIDAD:  My problem is that if I keep jumping up

18   and down --

19           THE COURT:  That's why I didn't disagree with the

20   sidebar.

21           MR. DAVIDSON:  Understood.

22           THE COURT:  It makes Mr. Caridad appear to be

23   obstreperous, which he has enough on his own.  He doesn't need

24   any help.

25           MR. DAVIDSON:  I understand, Judge.

1      (Proceedings in open court.)

2          MR. DAVIDSON:  We will continue with the tape in the

3    middle of page nine; and I think, Judge, we might need to turn

4    the audio back on.

5          (Videotape played in open court.)

6    BY MR. DAVIDSON:

7    Q.  There are a few technical terms I would like to cover.

8          Top of page ten, first paragraph you say, "I hope you

9    are in triple digit stock."  What does that term mean?

10   A.  Yeah, what I meant was I hope the stock goes to a price

11   that's three digits like $100 or more.

12   Q.  And then continuing on, you said something to the effect

13   of zero; what does that mean in stock terms?

14   A.  Conversely, that means that the stock would be worth

15   nothing, worthless.

16   Q.  And then you mention a "shell company" that is set up by

17   the trustee.  Let's start off by what a "shell company" is or

18   "shell corporation"?

19          MR. CARIDAD:  Objection, no foundation for this

20   witness's knowledge about this.

21          THE COURT:  Sustained as to foundation.

22   BY MR. DAVIDSON:

23   Q.  Well, Mr. Strickland, you use the word "shell"

24   corporation, correct?

25   A.  Yes.

1  Q.  And what did you understand?  When you uttered those

2  words, what did you mean?

3          MR. CARIDAD:  Objection, relevance.

4          THE COURT:  Overruled.

5          THE WITNESS:  What I was talking about was a

6  fictitious company that we -- we, the FBI, had created to

7  conceal this activity to make it look legitimate.

8  Q.  But you didn't actually reveal to Mr. Newton in this

9  paragraph that actually it was an FBI company; correct?

10  A.  No.  He had no idea it was an FBI company.

11  Q.  And what was the purpose of the shell corporation set up

12  by the trustee that you just described there?  What would

13  happen to it?

14  A.  The purpose was, as I described the scheme -- excuse me --

15  the purpose of that shell corporation was so that Mr. Newton

16  wouldn't -- it was a way to cover up this illegal activity is

17  why the shell corporation was -- was created.  When the

18  transaction happened, instead of Mr. Newton paying the

19  kickback directly to either myself, the trustee, or the

20  manager, the corporation was set up to divert attention.  It

21  was to divert the money somewhere else and then we would get

22  it.  To hide it from the authorities is why it was set up.

23  Q.  You also say "30 points to come back via wire."  What does

24  that mean?

25  A.  Thirty points or one point.  A point equals a percentage.

1  What I was talking about here was whatever the dollar amount

2  of the transaction, the amount of the stock purchase, whatever

3  that amount was, the kickback that Mr. Newton was going to pay

4  was 30 percent of that total deal.

5          For example, if it was a $20,000 deal, the kickback

6  would be 30 percent or 30 points of that.

7  Q.  What's a wire?

8  A.  Wire is a wire transfer from one individual or one entity

9  to another.

10  Q.  And at the end there, you said, "We split that

11  30 percent."  Who were you talking about and how was that

12  supposed to work?

13  A.  What I was talking about was when I said "we split that

14  30 percent," we -- the people involved in "we" was myself, the

15  trustee of the pension fund, and the manager of the pension

16  fund.  And split amongst ourselves was the kickback was --

17  once the kickback was received from Mr. Newton, it would be

18  divided amongst the three of us.

19          MR. DAVIDSON:  Let's continue the tape.  The jurors

20  may be familiar with this having seen part of this before in

21  opening statement.

22          I'm sorry, Judge, we need the audio.

23      (Videotape played in open court.)

24  BY MR. DAVIDSON:

25  Q.  Mr. Newton asked about cash or stock.  Can you explain the

1   difference and how that would work?

2   A.  Yeah.  Again, we were talking about the kickback, and he

3   was asking if the kickback was going to be paid in the form of

4   cash, which is exactly what it sounds like, part money, or if

5   it was going to be paid with stock certificates.

6          MR. DAVIDSON:  Let's continue.

7      (Videotape played in open court.)

8   BY MR. DAVIDSON:

9   Q.  Let's go back to Mr. Newton saying "some entity".  What

10  did you understand that term or what does that term mean,

11  "some entity"?

12         MR. CARIDAD:  Objection, Your Honor, speculation.

13         THE COURT:  Sustained.

14  BY MR. DAVIDSON:

15  Q.  Mr. Newton said private "placement plan."  Did you -- what

16  did you understand or what does that term mean?

17  A.  What I understood it to mean was conducting a restricted

18  stock transaction.

19         MR. DAVIDSON:  Let's continue with the tape.

20     (Videotape played in open court.)

21  BY MR. DAVIDSON:

22  Q.  Mr. Newton asked something to the effect of, "How do I

23  expense that?"  Let's start off with "expense," what does that

24  mean, and what is he talking about?

25         MR. CARIDAD:  Objection, Your Honor, speculation.

1              THE COURT:  Sustained.

2    BY MR. DAVIDSON:

3    Q.  What did you understand the word "expense" to mean?

4              MR. CARIDAD:  Same objection.

5              THE COURT:  Overruled.

6    A   I understood him to be talking about how would he be able

7    to conceal it on his books, how would he account for it.

8              MR. CARIDAD:  Your Honor --

9              THE COURT:  Sustained.  And the jury is to disregard

10   the last question and the answer.

11             Mr. Davidson, please.

12             MR. DAVIDSON:  I understand, Your Honor.  We will

13   continue with the tape.

14      (Videotape blade in open court.)

15   BY MR. DAVIDSON:

16   Q.  You said two terms.  Let's start off with "consulting

17   agreement."  What does that mean?

18   A.  Basically, what I was talking about, there was a

19   contract -- type of a contract that would be drawn up between

20   the consulting company that I was involved with and Mr. Newton

21   laying out -- excuse me -- that he could put whatever he

22   wanted in and what he would expect to be done to receive or

23   for him to pay the kickback.

24   Q.  And the term "invoice," what is an invoice?

25   A.  An invoice is a bill.

1          MR. DAVIDSON:  Let's continue with the tape.

2     (Videotape played in open court.)

3  BY MR. DAVIDSON:

4  Q.  A few terms in the middle of page 12.  You said the six

5  grand that's the 30 points that come back.  Walk us through

6  this relationship where the six grand is in the 30 percent --

7  30 points?

8  A.  What I was talking about there was the -- excuse me -- the

9  kickback.  As I mentioned earlier, for doing this transaction,

10  what we would charge is 30 percent of the total deal --

11  30 percent of the total stock transaction.  The 6,000 is just

12  30 percent of $20,000; 6,000 equals 30 percent of 20,000.

13  Q.  Mr. Newton said something to the effect that we have been

14  to each other's homes.

15          Has Mr. Newton ever been to your home?

16  A.  He has not.

17  Q.  And did you ever visit his shop in New York?

18  A.  I did not.

19          MR. DAVIDSON:  Let's continue with the tape.

20     (Videotape played in open court.)

21  BY MR. DAVIDSON:

22  Q.  You mentioned -- actually, Mr. Newton said something to

23  the effect of get input and counsel.

24          Did you ever discuss with Mr. Newton your

25  experiences, your background, or any input or counsel you

1  would offer him specifically?

2  A.  No.  This is the first time that I had ever spoken with

3  him.

4  Q.  And what does the expression "a mile wide, half an inch

5  deep" mean?

6  A.  What I was -- what I was saying there was that I know a

7  little about a lot of things.  And then I followed it up by

8  saying that you wouldn't actually be expecting any consulting

9  from me.

10  Q.  What prompted the Carrie Underwood?

11  A.  Yeah, I didn't make it up out of thin air.  Actually, it

12  is from --

13          MR. CARIDAD:  Objection, Your Honor, relevance.

14          THE COURT:  Overruled.

15          MR. DAVIDSON:  It comes from the --

16          THE WITNESS:  It was actually from the brochure that

17  he gave us at the meeting.  She is on the front page, her

18  picture is?

19          MR. DAVIDSON:  Let's continue with the tape.

20          (Videotape played in open court.)

21  BY MR. DAVIDSON:

22  Q.  Mr. Newton there mentioned Richard.  Which Richard was he

23  talking about?

24  A.  He was talking about the cooperating witness, Richard

25  Epstein.

92

1    Q.   The guy who was sitting there with you?

2    A.   Correct.

3    Q.   Mr. Epstein was the one who also said something to the

4    effect that he is maybe a half a mile wide and -- Mr. Newton

5    said Epstein is half a mile wide, and it was Mr. Epstein who

6    said, "I'm not at all.  I'm not all that deep either,"

7    correct?

8    A.   That is correct.

9         MR. DAVIDSON:  Let's continue with the tape.

10        (Videotape played in open court.)

11   BY MR. DAVIDSON:

12   Q.   You mentioned "FBI" on the bottom of page 13.  What is the

13   "FBI"?

14   A.   Federal Bureau of investigation.

15   Q.   "SEC," you also mentioned them.  What are they?

16   A.   Securities and Exchange Commission.

17   Q.   What's the SEC's responsibility?

18   A.   I don't have the specific responsibilities, but they are

19   in charge of investigating securities fraud.

20        MR. DAVIDSON:  Let's continue.

21        (Videotape played in open court.)

22   BY MR. DAVIDSON:

23   Q.   Newton mentioned "Madoff."  Who was that?

24   A.   He was talking about Bernie Madoff.

25   Q.   And Bernie Madoff, what did he do?

1   A.  I don't know the exact figure, but he bilked a whole lot

2   of people out of tremendous sums of money.

3          MR. DAVIDSON:  Let's go back to the tape.

4      (Videotape played in open court.)

5   BY MR. DAVIDSON:

6   Q.  The term "pen", what does that mean?

7   A.  It's a reference to the penitentiary or federal prison.

8          MR. DAVIDSON:  Let's continue.

9      (Videotape played in open court.)

10  BY MR. DAVIDSON:

11  Q.  Mr. Newton mentioned the SEC.  The SEC is responsible for

12  regulating securities, correct?

13  A.  Correct.

14         MR. DAVIDSON:  Let's continue again.

15     (Videotape played in open court.)

16  BY MR. DAVIDSON:

17  Q.  There were a few technical terms there.  Let's start

18  working backwards.  "Flooding the market," what does that term

19  mean?

20         MR. CARIDAD:  Objection to foundation for the witness

21  to answer the question.

22         THE COURT:  Sustained.

23  BY MR. DAVIDSON:

24  Q.  What did you mean when you said "flooding the market"?

25         MR. CARIDAD:  Same objection, Your Honor.

1            MR. DAVIDSON:  It goes to his intent when he used the

2    terminology.

3            THE COURT:  What's his background?  Why does he know

4    this?  Why is he sitting at that table, Counsel?

5            MR. DAVIDSON:  Judge, I believe he testified that he

6    is the undercover agent.  The question is what did he mean

7    when he said "flooding the market."  And there are a few other

8    technical terms about "it's going to be buried," "it frees

9    up."  These are just technical terms, Judge.

10            THE COURT:  Well, "it's buried," "it's going to free

11    up" is not a technical term.  The one that you are talking

12    about now is, and I will allow the witness to explain.

13    BY MR. DAVIDSON:

14    Q.  What did you mean, sir, when you said "flooding the

15    market"?

16    A.  What I meant was that it would not be sold -- the pension

17    fund, if they bought Mr. Newton's stock, would not, after they

18    were able to sell it, immediately dump it thereby driving the

19    stock price down making it worth even less, "flooding the

20    market."  Pouring a huge number of shares onto the market all

21    at once.

22            MR. DAVIDSON:  Continue.

23            I think -- Judge, we need the audio back.

24       (Videotape played in open court.)

25

1    BY MR. DAVIDSON:

2    Q.  We are still on the bottom of page 16, a few more

3    technical terms, "nonreporting pink sheet company."  Let's

4    start out with a "pink sheet."  What is that?

5    A.  That's a -- it's a type of market or way the stock is

6    traded.  The best way to describe it for me is per the Dow

7    Jones Industrial, the New York Stock Exchange.  New York Stock

8    Exchange is a market that certain stocks are traded.  The AMEX

9    is another market where certain stocks are traded on, the

10   NASDAQ.  Pink sheets is another way.  There is not a specific

11   building or anything.  It's just a type -- the way that these

12   particular companies are traded.

13   Q.  "Nonreporting company," what is that?

14   A.  What that means is that if you are a nonreporting company,

15   you are not required by regulators to provide periodic results

16   and information concerning your company.

17              MR. DAVIDSON:  Let's continue with the tape.  Judge,

18   if we can get the audio back.

19      (Videotape played in open court.)

20   BY MR. DAVIDSON:

21   Q.  Now, the video stops on the bottom of page 117.  Can you

22   explain why that happened?

23   A.  What that is, when you record video, it takes up huge

24   amounts of storage space.  That's why sometimes when you get

25   DVDs, you may have one or two discs.

1    In this particular instance, with our equipment, the

2    way it's recorded, I don't know how -- this session was 33

3    minutes long.  With the equipment and the disc, there is only

4    so much space that the disc can hold, so the equipment breaks

5    it down into sessions.  So this was one session, and the

6    meeting is continued to be recorded.  It's just the way when

7    it is burned from the device -- from the recording device,

8    when you hook the recording device up to the equipment that

9    transfers it to a disc, the device can tell when the disc is

10   full and when you have to go to new discs.  That's why there

11   is a break.

12   Q.  I'm sorry.  Nothing got lost in that little break there?

13   A.  It is seamless.

14   Q.  And you said if this is something you want to move forward

15   with, I think you said it twice in that paragraph.  Why did

16   you say it twice?

17   A.  I wanted to make sure that Mr. Newton knew that the ball

18   was totally in his court.  If he didn't want to do the deal,

19   it was nice to meet him, and we would -- we would part ways.

20        MR. DAVIDSON:  Let's continue with the tape on the

21   second section beginning on the end of 17, on page 18.

22       (Videotape played in open court.)

23   BY MR. DAVIDSON:

24   Q.  Mr. Newton said something to the effect of "25 percent of

25   my company, that you could buy a percentage of a company."

```
1    What does it mean to buy a percentage of a company?
2          MR. CARIDAD:  Objection, Your Honor, beyond the
3    witness's knowledge.
4          MR. DAVIDSON:  It is a technical term, Your Honor.
5          THE COURT:  Overruled.
6          THE WITNESS:  It was my impression that he was
7    talking about --
8          THE COURT:  Sir, the objection is -- I'm sorry, the
9    objection is sustained, excuse me.
10         MR. DAVIDSON:  Okay.  We will continue with the tape
11   then.
12      (Videotape played in open court.)
13   BY MR. DAVIDSON:
14   Q.  What does the term "to promote the stock" mean?
15         MR. CARIDAD:  Objection, Your Honor, speculation, no
16   foundation.
17         THE COURT:  Sustained.
18         MR. DAVIDSON:  Continue.
19      (Videotape played in open court.)
20   BY MR. DAVIDSON:
21   Q.  Just on the bottom of page 20, you say, "whether you go up
22   100 percent or down to zero;" what are you talking about
23   there?
24   A.  I was talking about it wasn't important to me what
25   happened to the stock price, whether it went up a hundred
```

1  percent or whether it went to zero, it didn't matter.

2  Q.  "Up 100 percent" is the stock price goes up, and "down to

3  zero," the stock price goes down?

4  A.  Correct, yes.

5  Q.  And why didn't it matter to you what happened to the stock

6  price?

7  A.  Because if we moved forward with this transaction, I was

8  getting paid anyway.  It didn't matter what happened to the

9  stock.  He was paying -- Mr. Newton would be paying the

10  kickback.  I would get the money, split it amongst the trustee

11  and the fund manager.  So to us, it didn't matter what

12  happened to his stock because we would be getting paid.

13      (Videotape played in open court.)

14  BY MR. DAVIDSON:

15  Q.  What is price appreciation schedule?

16  A.  What I was talking about there was that --

17          MR. CARIDAD:  Object to that question as well;

18  speculation, no foundation.

19          THE COURT:  What is a price appreciation schedule?

20          MR. DAVIDSON:  I can rephrase, Judge.

21          THE COURT:  That objection is overruled.  He can

22  testify as to what a price appreciation schedule is.

23  A   What I was talking about was that the fund or myself was

24  not going to say, on a certain date, hey, your stock has to

25  be -- on March 1st, for example, your stock has to be two

1  cents; March 30th, it has to be three cents, and so on and so

2  forth.  The schedule meaning literally a calendar, a certain

3  date in the appreciation, meaning the price going from one

4  number to another number.

5  BY MR. DAVIDSON:

6  Q.  Why was it that you didn't care about the price

7  appreciation schedule?

8  A.  As I mentioned earlier, it didn't matter to us if the

9  stock went to zero.  The price was irrelevant because I was in

10  it, the trust fund manager, and the trustee of the pension

11  fund.  We were getting paid via the kickback.  It didn't

12  involve the price.  It was all about if we went ahead and

13  bought that stock.  If the pension fund bought that stock,

14  Mr. Newton was paying the kickback and that's how we were

15  getting paid.  Whether the stock went up or went down, it did

16  not matter because we were getting paid.

17          MR. DAVIDSON:  Continue.

18     (Videotape played in open court.)

19  BY MR. DAVIDSON:

20  Q.  Okay.  Let's stop there.

21          And I don't know, did you see Mr. Newton winking

22  there?

23  A.  I did.

24          MR. CARIDAD:  Objection, Your Honor.

25          THE COURT:  Sustained.

1  BY MR. DAVIDSON:

2  Q.  Was there anything -- were you -- okay.  We have

3  established that you were present there, correct?

4  A.  Yes.

5  Q.  Was there anything in the moment with the wind or anything

6  that would have induced Mr. Newton to wink?

7          MR. CARIDAD:  Objection, Your Honor.

8          THE COURT:  Sustained.  Mr. Davidson, please move on.

9          MR. DAVIDSON:  Understood, Judge.

10     (Videotape played in open court.)

11  BY MR. DAVIDSON:

12  Q.  Now, Mr. Newton mentioned about promoting an "IR team."

13  "IR" again means what?

14  A.  Investor relations.

15          MR. DAVIDSON:  Let's continue with the tape.

16     (Videotape played in open court.)

17  BY MR. DAVIDSON:

18  Q.  What does liquidity mean?

19  A.  It means that something is easily bought and sold.  There

20  is a market for it.

21          MR. DAVIDSON:  Let's continue with the tape.

22     (Videotape played in open court.)

23  BY MR. DAVIDSON:

24  Q.  What does the term "volume in the stock" mean?

25  A.  "Volume" means the number of shares that are bought and

1  sold of that particular stock.

2  Q.  And the expression, "you can below on it and it can get to

3  a nickel from ten cents a share," what does that mean?

4          MR. CARIDAD:  Objection, Your Honor, speculation.

5          THE COURT:  Sustained.

6  BY MR. DAVIDSON:

7  Q.  And what did you understand Mr. Newton to be saying when

8  he says, "right now, it's falling"?

9  A.  He was talking about the price of his stock.  The price

10 per share of the stock was going down or falling.

11         MR. DAVIDSON:  Okay.

12     (Videotape played in open court.)

13 BY MR. DAVIDSON:

14 Q.  You mentioned "Chris" in the middle of page 24.  Who was

15 Chris again?

16 A.  Chris was the alias of the trustee, the person who I

17 purported was my friend.  Chris Russo was the name that we

18 created for him.  He is an FBI agent based out of New York.

19 His role in this operation was to play the role of the trustee

20 of the pension fund, my lifelong friend.

21 Q.  And at no point, did Mr. Newton know that Chris was

22 actually an FBI agent, correct?

23 A.  I'm assuming that he did not.

24         MR. DAVIDSON:  Let's continue with the tape.

25     (Videotape played in open court.)

1   BY MR. DAVIDSON:

2   Q.   You mentioned the word "fiduciary" on the bottom of page

3   24.   What -- who was the fiduciary and what did that role

4   mean?

5   A.   Chris, the trustee of the pension fund, I was referring to

6   him; and "fiduciary" is a term meaning that he had

7   responsibility to the employees of that retail chain.   He was

8   to look out for their best interests.

9        (Videotape played in open court.)

10  BY MR. DAVIDSON:

11  Q.   Mr. Epstein mentioned "it can be at the offer."   What does

12  that term mean?

13  A.   What he was talking about there was the price in which the

14  stock deal would take place or transact at.   The "offer"

15  refers to the person who has the stock -- in this particular

16  case, Mr. Newton -- is offering it for sale.   He was offering

17  it at a particular price, and that's what "offer" means, the

18  one who has it, who is selling it, is offering it at X cents.

19  Q.   And Mr. Epstein would be receiving the $5,000 worth of

20  stock, correct?

21  A.   Correct.

22  Q.   And Mr. Epstein says, "I would take restricted stock," and

23  then he says, "I would prefer free-trading stock."   Explain

24  those two terms again.

25  A.   "Restricted stock," as I mentioned earlier, comes with, as

1   the word indicates, restrictions.  You can't immediately sell

2   it in the open market.  Once you get it, even if it's yours,

3   there may be a holding period to where you can't do anything

4   with it.  There are certain restrictions placed on it.

5          "Free-trading stock" is stock that if you get it

6   today, if you have the means by which to turn it over or sell

7   it immediately, you can do it.  There are no restrictions,

8   it's yours.  As long as you find a buyer, you can sell it

9   without any Restrictions.

10     (Videotape played in open court.)

11  BY MR. DAVIDSON:

12  Q.  We are on the bottom of page 26.  Mr. Newton mentions "bid

13  price."  What is that?

14  A.  "Bid price" is what potential buyers are willing to pay

15  for commodity; or in this case, this particular stock, how

16  much they would pay for this stock.

17  Q.  What's the "ask price"?

18  A.  The "ask" is what the person who owns the stock would be

19  willing to sell it for.

20  Q.  And then Mr. Newton says, "like 003 or by 005."  What does

21  that number mean or reflect?

22          MR. CARIDAD:  Objection, speculation.

23          THE COURT:  Sustained.

24  BY MR. DAVIDSON:

25  Q.  Are there different ways of reflecting the bid and ask

1  price?

2         MR. CARIDAD:  Objection, no foundation for this

3  answer.

4         THE COURT:  Sustained.

5  BY MR. DAVIDSON:

6  Q.  When you were there, what price did you understand the

7  pension fund to be paying?

8  A.  The ask.

9  Q.  And is that higher?

10 A.  The ask is, in business, whether you are selling anything

11 on Craigslist or not, if you have an item, you want to get the

12 most amount of money that you can for something.

13        MR. CARIDAD:  Objection, Your Honor, beyond the scope

14 of the question.

15        THE COURT:  Counsel, this will be a good time for us

16 to break.  It is 5:10, 5:10.

17        Ladies and gentlemen, you had a long day today.

18 Tomorrow, remember, we are going to start at the same time.

19 Thank you all very much for being here on time.  Tomorrow we

20 will make a much better effort to start on time.

21        Remember, you know a little bit more than you did

22 when you came in this morning.  The temptation is really

23 strong to want to discuss this case amongst yourselves or with

24 family members or friends.  Remember, no discussing this case

25 until you have been -- until you have heard the entire case,

1    been instructed, and begin your deliberations.

2         All rise for the ladies and gentlemen of the jury.

3    (The jury retired from the courtroom 5:10 p.m.)

4         THE COURT:  Sir, I remind you that you remain under

5    oath in connection with this matter.  I ask that you be

6    outside of the courtroom ready to start at one o'clock

7    tomorrow morning.

8         THE WITNESS:  Yes, ma'am.

9         THE COURT:  Counsel, would you stay for a moment,

10   please.

11        Sir, you are excused.

12        THE WITNESS:  Thank you.

13        THE COURT:  Just one moment, please.

14        Sir, you are not to discuss the substance of your

15   testimony with anyone until you return tomorrow.

16        THE WITNESS:  Yes, Judge.

17   (Witness excused.)

18        THE COURT:  Mr. Davidson, these are not obscure

19   terms.  It's techni -- you are bolstering the witness.  I

20   mean, it's just unnecessary; and as I said before and I said

21   at sidebar, you know, Mr. Caridad has enough problems being

22   obstreperous, and this is just making him seem more so.  He

23   shouldn't have to object because these things -- they don't

24   need explanation.

25        MR. DAVIDSON:  Judge, maybe I was reflecting the

```
1   somewhat confused faces that I saw on the jurors in the sense
2   that this is not an everyday transaction.  And I just want to
3   be sure when they are watching the tape, they understand what
4   is going on because there are a lot of moving parts, there are
5   a lot of technical terms.
6           THE COURT:  I think that some of the stock terms,
7   yes, they need explanation.  But sensitive; I think the jurors
8   understand sensitive.  I mean, I think the puzzled looks that
9   you see is unfortunately they never -- most of them, I think
10  there might be two who have prior jury service, they are just
11  trying to pay attention.  They have a transcript.  They have
12  got the actual physical meeting in front of them.  You know,
13  give them a chance; all right?
14          MR. DAVIDSON:  Judge, I assure, I have been cutting
15  back on my questions.  I don't know if you've noticed, I have
16  been indicating to the agents that we're going to skip over --
17          THE COURT:  I'm not asking you to rush through your
18  examination at all.  I'm not -- I mean, if you can look at
19  your examinations and make them more concise, of course, the
20  Court has no objection.  But I don't think he needs to explain
21  some of these things.  They are not technical.
22          MR. DAVIDSON:  I understand, Your Honor.
23          MR. CARIDAD:  I have a scheduling matter.  As I said,
24  one of my witnesses is not available next week, and he is
25  about an hour long, maybe not even that.  Is it possible to
```

1  take him out of turn?

2          I'm not concerned about what legal effect it may have

3  on my Rule 29, if that's an issue; but I would like to ideally

4  fly him in tomorrow afternoon, put him on the witness stand

5  Friday, and he can go home.

6          THE COURT:  I don't have a problem with that.

7          Mr. Davidson, do you have a problem?

8          MR. DAVIDSON:  I have a problem with Mr. Caridad

9  selecting when his witness is going to testify.

10          THE COURT:  Well, I mean, he has told the Court that

11  this witness is not available next week.

12          MR. DAVIDSON:  I understand, Judge.  And my concern

13  is that he gets to leap frog to become the second witness.  If

14  he is available Friday, then we can squeeze him in at the end

15  of Friday.

16          THE COURT:  No.  He said fly him in tomorrow to be

17  here on Friday.

18          Did I understand you correctly?

19          MR. CARIDAD:  Right.  Any time Friday.

20          MR. DAVIDSON:  Well, maybe this won't be an issue, if

21  we streamline it, Judge.  We can cross that bridge when we

22  reach it.

23          Mr. Luck.

24          MR. LUCK:  Your Honor, what I think Mr. Davidson is

25  concerned about, and I would just bring it to the Court, I

1   don't know what the solution is, but our expert normally, in a

2   normal trial, would have testified first to many of the same

3   things that his expert is going to be testifying to.  It's, as

4   you can imagine, an unheard of advantage for the Defense to be

5   able to present their expert and their theory --

6           THE COURT:  Is your expert the next witness?

7           MR. LUCK:  He wasn't going to be our next witness.

8   He was going to be our third witness.  Our next witness was

9   going to be, likely, the cooperator that we mentioned, Mr. Yan

10  Skwara.  So I have no problem with accommodating Mr. Caridad.

11          I will state for the record that we will waive any

12  Rule 29 issues.  It isn't about that.  It is just about giving

13  to Mr. Caridad what is essentially a tremendous advantage by

14  having his expert present their theory before the Government

15  does, and that would not happen in any other trial.

16          MR. CARIDAD:  I would rather go after their expert.

17  That's what I would rather do.

18          THE COURT:  But rather and practical are two

19  different things.  Get your expert here tomorrow for Friday,

20  Mr. Caridad.  I will work out how to proceed after that.

21          MR. CARIDAD:  One more thing, Judge.  I looked up the

22  word obstreperous, and it says noisy and difficult to control,

23  marked by unruly or aggressive noisiness.

24          THE COURT:  I think there is an alternative not quite

25  as strong, but that would still cause you to fit within the

1  realm of what Webster meant.

2         All right.  I'll see everyone back at one o'clock

3  tomorrow.

4         COURTROOM SECURITY OFFICER:  All rise.

5     (Proceedings concluded at 5:16 p.m.)

6              **C-E-R-T-I-F-I-C-A-T-E**

7      I hereby certify that the foregoing is an accurate

8  transcription and proceedings in the above-entitled matter.

9  **1/10/2013**                **/s/DIANE MILLER**
   DATE                 DIANE MILLER, RMR, CRR
10                       Official United States Court Reporter
                         Wilkie D. Ferguson Jr. U.S. Courthouse
11                       400 North Miami Avenue, Suite 11-2
                         Miami, FL  33128
12                       305- 523-5152   (fax) 305-523-5159

13

14

15

16

17

18

19

20

21

22

23

24

25

**$**

$100 [1]  85/11
$100,000 [1]  28/15
$20,000 [13]  25/4 25/7 25/15 26/4 26/16
 27/18 45/10 45/11 45/13 45/17 51/15 87/5
 90/12
$250,000 [3]  42/15 42/19 44/11
$30,000 [1]  82/17
$5,000 [1]  102/19
$6,000 [6]  25/20 27/20 30/7 45/14 45/17
 47/19

**'**

'made [1]  48/11

**/**

/s/DIANE [1]  109/9

**0**

003 [1]  103/20
005 [1]  103/20

**1**

1/10/2013 [1]  109/9
100 [1]  22/16
100 percent [3]  69/10 97/22 98/2
11-2 [2]  1/23 109/11
11-CR-60150-MGC [1]  1/2
117 [1]  95/21
12 [1]  90/4
127 [1]  1/7
12th [1]  6/23
13 [1]  92/12
150 [1]  1/18
16 [1]  95/2
17 [3]  7/15 55/14 96/21
18 [1]  96/21
1978 [2]  35/12 35/15
1988 [1]  35/12
1994 [1]  35/20
1:34 p.m [1]  18/16
1defense [1]  21/13
1st [1]  98/25

**2**

2-27 [1]  2/13
20 [5]  45/13 51/3 51/4 82/16 97/21
20,000 [4]  25/16 49/3 49/4 90/12
200 [1]  42/18
2001 [1]  35/24
2006 [2]  6/10 36/4
2008 [3]  36/6 37/5 37/9
2009 [14]  22/3 24/9 24/10 26/5 26/6 26/24
 26/24 28/16 37/5 37/12 37/17 38/4 67/12
 67/23
2012 [1]  1/4
2013 [1]  109/9
22 [1]  2/3
23rd [3]  6/10 6/23 7/18
24 [2]  101/14 102/3
24th [1]  17/2
25 percent [1]  96/24
26 [1]  103/12
27 [6]  2/13 64/4 64/7 64/22 65/4 65/8
27A [7]  2/14 64/4 64/8 64/19 65/5 65/9
 66/23
28 [7]  2/15 65/12 66/14 66/15 66/17 66/19

66/20
28th [2]  45/18 48/23
29 [9]  2/16 16/17 75/1 75/9 75/11 75/13
 75/14 107/3 108/12
2A [6]  64/4 64/19 65/4 65/9 66/22 76/8
2A-27A [1]  2/14

**3**

30 [10]  35/2 35/19 37/1 44/24 48/6 86/23
 87/6 90/5 90/6 90/7
30 percent [9]  41/18 87/4 87/6 87/11 87/14
 90/10 90/11 90/12 90/12
30's [1]  49/14
305 [2]  1/24 109/12
305-523-5159 [1]  109/12
30th [1]  99/1
33 [2]  2/4 96/2
33128 [2]  1/23 109/11
33130 [1]  1/19
33132 [1]  1/16
36 [1]  9/1
3:00 p.m [1]  65/22
3:15 [1]  65/20
3:15 p.m [1]  65/25

**4**

400 [2]  1/23 109/11
42 [2]  9/1 12/17
43 [1]  9/1
435 [1]  8/25
44 [2]  12/18 12/18
4th [1]  67/23

**5**

5152 [1]  109/12
5159 [1]  109/12
523-5152 [1]  109/12
523-5251 [1]  1/24
5251 [1]  1/24
5:10 [2]  104/16 104/16
5:10 p.m [1]  105/3
5:16 [1]  109/5

**6**

6,000 [4]  25/16 25/17 90/11 90/12
64 [2]  2/13 2/14
65 [2]  2/13 2/14
66 [2]  2/15 2/15

**7**

75 [2]  2/16 2/16

**8**

8033 [2]  10/18 11/4

**9**

99 [1]  1/15

**A**

A-S-S [2]  46/10 47/14
ability [1]  57/15
able [9]  13/20 37/14 37/15 38/18 67/5 69/20
 89/6 94/18 108/5
about [124]
above [1]  109/8
above-entitled [1]  109/8
Abramoff [7]  7/16 8/7 8/11 8/19 9/8 9/18
 13/2

Abramoff's [2]  11/15 11/20
absence [1]  9/17
Absolutely [1]  63/24
abstracted [1]  5/7
accept [4]  20/14 67/24 68/3 80/18
accepted [2]  68/21 69/3
accommodating [1]  108/10
account [4]  35/10 41/19 81/9 89/7
accuracy [1]  11/17
accurate [3]  64/16 64/20 109/7
acquired [3]  35/24 36/7 36/10
across [3]  39/5 40/3 44/8
acting [2]  59/21 60/5
actions [1]  7/13
activities [3]  55/25 56/2 57/21
activity [3]  56/23 86/7 86/16
actual [4]  10/25 71/1 82/9 106/12
actually [15]  11/20 27/2 56/16 59/22 62/9
 70/15 71/12 73/14 86/8 86/9 90/22 91/8
 91/11 91/16 101/22
ad [2]  35/9 35/9
additional [1]  51/15
addressed [2]  7/17 9/16
addresses [1]  9/13
adjust [1]  55/2
admissibility [2]  3/10 7/6
admissible [4]  9/19 9/22 10/18 13/12
admission [2]  12/12 14/21
admissions [4]  7/16 9/23 9/24 11/22
admit [1]  7/4
admitted [7]  9/20 17/14 33/18 38/1 65/8
 66/20 75/14
ADMT'D [1]  2/12
adopted [1]  9/24
adoptive [1]  12/12
advantage [7]  33/24 34/2 34/7 38/23 54/12
 108/4 108/13
advice [1]  46/23
affect [8]  7/9 7/10 7/13 8/15 10/10 10/11
 11/7 59/23
affected [2]  36/20 36/21
afford [2]  24/13 80/1
AFPD [1]  1/17
after [30]  21/10 26/7 29/6 30/22 30/23
 31/24 32/1 32/2 32/4 32/6 35/8 37/1 44/7
 44/8 44/9 44/10 44/11 44/13 44/14 44/15
 46/1 46/19 48/23 63/6 66/6 78/8 78/10
 94/17 108/16 108/20
afternoon [4]  33/7 54/23 65/19 107/4
again [19]  16/2 20/15 21/15 45/16 45/20
 45/22 46/17 47/6 47/24 53/10 60/16 60/20
 72/15 74/3 88/2 93/14 100/13 101/15
 102/24
against [3]  20/20 55/18 60/13
agency [3]  25/19 35/9 35/9
agent [33]  9/6 30/5 30/13 30/25 34/18 39/15
 55/12 55/13 55/19 55/24 56/3 56/3 56/6
 56/22 56/24 59/3 59/7 59/14 59/25 60/1
 60/2 60/4 60/7 61/7 61/8 61/19 62/5 67/4
 67/19 83/2 94/6 101/18 101/22
agent's [1]  60/22
agents [4]  27/2 32/5 56/11 106/16
aggressive [1]  108/23
agree [4]  12/9 15/10 19/9 34/13
agreed [11]  18/9 26/1 26/1 26/2 26/2 28/16

**A**

agreed... [5]  44/16 44/20 44/22 52/6 69/15
agreeing [1]  50/17
agreement [17]  17/23 18/10 26/19 28/6
  28/17 41/24 42/1 42/6 42/9 44/16 46/2
  46/16 47/1 51/5 83/3 83/5 89/17
agreements [2]  3/11 24/23
ahead [1]  99/12
air [1]  91/11
alias [2]  58/5 101/16
all [41]  3/21 10/4 18/12 20/18 22/12 22/12
  25/17 30/14 30/15 31/24 32/3 32/6 33/3
  33/10 34/15 38/10 38/15 39/11 39/24 43/20
  43/20 46/1 46/20 53/15 57/7 61/2 64/6
  65/21 71/21 73/20 78/15 92/6 92/6 94/20
  99/12 104/19 105/2 106/13 106/18 109/2
  109/4
alleged [2]  51/18 51/25
allow [5]  5/20 7/6 13/9 17/5 17/6 79/13
  94/12
allowed [2]  42/25 57/25
allows [1]  14/21
aloe [1]  49/19
along [8]  10/4 46/25 56/11 72/21 72/23
  73/14 73/20 74/10
already [3]  33/18 34/10 40/12
also [23]  3/24 5/5 21/6 26/14 26/21 31/18
  34/20 36/25 39/13 44/21 45/19 46/13 57/4
  58/22 67/6 76/7 76/13 79/9 83/3 83/14
  86/23 92/3 92/15
alter [1]  18/8
altered [1]  70/25
alternative [1]  108/24
although [1]  54/14
always [1]  50/2
am [2]  50/13 57/25
ambiguous [1]  79/3
AMERICA [2]  1/3 48/11
American [11]  22/22 22/23 23/1 23/4 23/7
  23/14 23/22 24/12 36/14 36/15 63/1
American's [1]  30/9
AMEX [1]  95/8
amongst [6]  21/19 79/21 87/16 87/18 98/10
  104/23
amount [5]  52/14 87/1 87/2 87/3 104/12
amounts [1]  95/24
Angeles [2]  35/21 36/11
another [15]  31/1 33/9 34/9 36/5 38/22
  45/17 45/17 47/16 49/6 53/2 62/5 87/9 95/9
  95/10 99/4
answer [4]  19/18 89/10 93/21 104/3
anxious [1]  29/7
any [24]  9/4 9/8 9/11 9/12 10/24 14/3 19/8
  19/18 21/1 28/23 28/25 39/23 48/25 57/13
  61/18 63/13 66/16 84/24 90/25 91/8 103/9
  107/19 108/11 108/15
anybody [1]  76/17
anymore [2]  26/9 30/25
anyone [5]  25/24 30/20 32/22 72/4 105/15
anyone's [1]  8/15
anything [20]  15/17 19/25 20/21 24/25 30/7
  38/21 39/21 39/23 47/5 47/8 58/2 63/10
  72/10 80/2 95/11 100/2 100/5 100/5 103/3
  104/10
anyway [1]  98/8
Apocalypse [2]  36/7 36/10

apologize [2]  18/19 62/23
apparently [1]  50/21
appeal [1]  16/15
appealed [1]  16/12
appeals' [1]  16/10
appear [2]  9/5 84/22
appearance [1]  57/18
APPEARANCES [1]  1/13
appears [2]  58/14 58/14
Apple [5]  22/25 23/3 23/5 23/11 23/19
appreciate [1]  50/16
appreciation [5]  98/15 98/19 98/22 99/3
  99/7
appreciative [1]  50/19
approach [3]  68/17 74/20 74/25
appropriate [1]  38/9
approval [1]  58/4
April [3]  26/5 45/18 48/23
April 28th [2]  45/18 48/23
are [172]
areas [1]  57/14
argued [1]  16/16
argues [1]  7/15
arguing [1]  11/22
argument [5]  7/18 12/14 15/12 84/14 84/15
argumentive [1]  38/24 50/23 51/11
arguments [2]  19/11 21/17
around [2]  77/23 82/4
arrange [3]  60/20 61/4 62/13
arrested [3]  27/4 33/19 37/8
arrive [1]  40/1
arrives [1]  44/3
arrives a [1]  44/3
arriving [1]  21/3
article [1]  58/11
artificially [2]  51/19 53/24
artificially-inflated [2]  51/19 53/24
as [112]
ask [20]  32/8 32/22 37/23 54/18 55/2 59/6
  59/14 64/8 65/12 65/20 65/24 69/22 76/5
  81/2 103/17 103/18 103/25 104/8 104/10
  105/5
asked [7]  12/15 27/13 41/2 41/17 84/6
  87/25 88/22
asking [7]  13/25 16/3 41/8 69/2 69/13 88/3
  106/17
assert [1]  11/19
asserted [4]  10/1 12/16 17/9 37/25
assigned [1]  18/18
assist [1]  66/25
assistance [1]  46/23
associated [1]  57/21
assuming [2]  65/18 101/23
assure [1]  106/14
athletes [1]  35/14
attention [4]  47/2 83/25 86/20 106/11
Attorney [1]  1/15
attorneys [1]  19/12
attracted [1]  78/16
attributes [1]  48/11
audio [15]  57/3 57/5 57/12 64/16 70/16
  71/18 71/19 71/22 72/15 75/22 76/20 85/4
  87/22 94/23 95/18
AUSA [2]  1/14 1/14
authenticity [4]  7/5 9/16 13/9 13/10
authorities [1]  86/22
authority [1]  40/17

authorized [1]  40/19
authors [1]  9/8
available [3]  106/24 107/11 107/14
availed [1]  15/1
Avenue [2]  1/23 109/11
avoid [2]  14/11 33/9
away [3]  26/10 37/1 41/14

**B**

BA [1]  35/7
back [34]  3/22 4/7 4/14 6/24 15/3 16/2 24/9
  24/14 25/16 25/17 26/17 32/3 32/7 45/14
  45/17 45/20 65/20 65/24 66/1 71/17 72/13
  75/22 76/20 80/8 81/21 85/4 86/23 88/9
  90/5 93/3 94/23 95/18 106/15 109/2
background [3]  70/1 90/25 94/3
backtrack [1]  62/21
backwards [1]  93/18
bait [1]  69/17
ball [1]  96/17
band [1]  24/24
bank [3]  31/21 32/2 45/11
bare [1]  9/5
based [4]  48/11 68/24 69/7 101/18
basic [1]  54/7
basically [7]  16/14 59/4 60/22 79/19 80/5
  81/9 89/18
basis [1]  7/19
be [143]
beautiful [1]  44/10
because [35]  4/6 7/2 7/10 8/8 8/22 11/10
  11/14 12/9 12/15 13/4 13/21 14/7 14/10
  14/25 15/14 15/15 16/14 16/21 16/24 22/12
  24/7 24/13 25/5 25/13 26/20 28/18 29/8
  31/17 35/4 35/21 38/9 38/19 39/4 41/13
  42/3 43/2 45/1 46/10 46/19 49/11 52/18
  52/23 53/6 53/10 53/16 53/20 59/23 63/16
  65/18 69/9 75/18 98/7 98/12 99/9 99/16
  105/23 106/4
become [1]  107/13
becomes [1]  35/16
been [32]  3/21 10/3 16/17 16/18 19/1 22/8
  27/4 31/13 34/21 35/2 36/4 37/8 38/16 40/7
  40/18 44/2 44/23 49/3 49/8 51/8 55/13 64/6
  65/11 70/25 75/1 82/4 90/13 95/15 104/25
  105/1 106/14 106/16
before [28]  1/10 15/24 17/14 19/1 22/10
  37/17 37/18 38/4 38/5 44/3 52/17 54/23
  58/25 59/18 61/12 63/22 65/16 67/23 68/2
  69/3 70/22 71/1 71/9 78/5 80/11 87/20
  105/20 108/14
began [2]  36/11 36/18
begin [5]  21/10 21/20 55/8 65/17 105/1
beginning [3]  54/8 70/24 96/21
behalf [5]  2/3 2/4 22/1 33/5 40/19
behind [3]  28/15 36/23 58/13
being [17]  11/18 12/21 19/15 23/16 27/7
  44/7 44/9 44/10 44/11 44/13 44/14 46/17
  58/10 62/4 77/13 104/19 105/21
believe [11]  5/23 19/15 20/13 20/13 34/4
  51/1 52/16 54/22 75/7 75/18 94/5
believes [1]  48/15
belonging [2]  39/14 39/15
belongs [1]  38/23
below [1]  101/2
belts [1]  35/18
bench [2]  68/18 84/4

**B**

beneficial [1] 30/1
beneficiaries [2] 29/22 30/2
benefit [4] 45/1 45/5 71/22 81/11
Bentley [1] 39/14
Benton [1] 35/10
Benz [1] 39/15
Bernie [2] 92/24 92/25
best [7] 13/11 50/12 50/14 65/2 74/19 95/6
 102/8
better [3] 18/9 43/10 104/20
between [15] 3/14 13/2 15/14 23/3 27/14
 28/20 31/25 33/13 40/14 43/5 60/1 61/5
 67/21 82/13 89/19
beyond [7] 9/5 21/6 33/23 34/5 60/24 97/2
 104/13
bid [3] 103/12 103/14 103/25
big [6] 4/12 4/13 23/2 23/18 23/20 44/24
bilked [1] 93/1
bill [1] 89/25
Billy [5] 35/14 35/17 36/1 36/3 36/13
binders [1] 72/20
bit [7] 34/18 47/14 49/9 51/19 54/5 84/5
 104/21
blade [1] 89/14
Blanford [2] 18/13 66/25
blazer [1] 58/14
blowing [1] 48/9
blue [4] 58/15 81/25 82/2 82/13
bolstering [1] 105/19
books [3] 25/14 25/17 89/7
boots [1] 35/18
born [3] 35/6 48/11 48/14
both [8] 4/11 10/9 17/10 20/10 35/16 50/10
 55/20 57/5
bothered [1] 30/16
bottom [8] 75/19 78/15 92/12 95/2 95/21
 97/21 102/2 103/12
bought [10] 23/2 36/2 49/1 52/12 53/15
 94/17 99/13 99/13 100/19 100/25
Bowles [1] 35/10
Boy [1] 81/17
Brands [3] 22/23 36/14 63/1
break [7] 3/22 6/4 54/23 66/7 96/11 96/12
 104/16
breaks [1] 96/4
Bred [1] 48/14
bred.' [1] 48/12
bribe [2] 22/7 25/8
bribed [1] 22/5
bridge [2] 18/3 107/21
briefly [2] 52/7 67/10
bring [6] 39/20 48/16 49/12 52/15 52/16
 107/25
brings [1] 49/19
broadcast [1] 79/20
broader [1] 16/9
brochure [1] 91/16
brochures [2] 34/20 34/23
broke [1] 30/3
broker [3] 76/5 76/11 83/2
brothers [1] 24/24
brought [1] 5/23
Broward [2] 24/19 28/21
brown [1] 58/14
BS [1] 46/12

buckles [1] 35/18
building [3] 50/10 50/11 95/11
built [1] 22/13
bulk [1] 11/5
bunch [1] 73/7
burden [2] 20/24 20/25
Bureau [2] 92/12 92/14
buried [2] 94/8 94/10
burned [1] 96/7
business [36] 11/21 11/25 13/1 26/14 27/4
 30/9 30/12 34/22 35/12 35/19 35/21 36/6
 36/20 36/21 37/1 40/8 40/11 40/11 40/13
 40/13 40/14 40/25 44/4 44/23 45/19 45/25
 47/5 47/22 47/22 48/6 50/9 50/14 58/1 58/3
 73/16 104/10
businessman [3] 35/22 46/18 49/7
butt [1] 50/3
buy [39] 22/6 23/5 23/8 23/18 25/4 25/23
 26/16 28/4 29/10 29/17 29/25 31/2 31/8
 34/12 42/22 42/23 43/1 43/2 43/6 44/14
 52/5 52/9 52/22 52/22 52/25 53/1 53/6 53/9
 53/11 53/17 54/2 62/19 63/5 63/16 63/18
 76/5 76/11 96/25 97/1
buyer [1] 103/8
buyers [2] 24/6 103/14
buying [2] 25/3 31/9

**C**

C-E-R-T-I-F-I-C-A-T-E [1] 109/6
cake [1] 8/1
calendar [2] 66/6 99/2
California [3] 24/19 35/23 39/4
call [8] 9/8 9/10 22/23 38/9 64/24 66/6 76/4
 84/14
called [12] 22/22 23/21 23/23 29/11 29/22
 35/9 35/12 35/17 36/7 36/9 48/14 49/9
calls [6] 48/23 54/25 60/5 61/21 64/1 73/17
came [4] 36/2 52/5 56/11 104/22
camera [1] 57/16
can [72] 3/13 4/3 4/12 5/3 5/24 6/15 6/25
 7/4 10/7 13/18 13/18 13/21 18/12 23/18
 32/17 32/24 33/23 35/25 41/7 41/21 42/22
 42/23 43/1 43/1 44/4 44/4 45/11 45/24
 46/18 48/15 49/24 54/9 54/22 57/13 57/24
 58/11 59/20 59/25 61/18 61/25 62/2 67/8
 67/10 70/15 71/17 72/14 74/23 75/22 76/6
 76/11 76/14 78/22 79/3 84/2 87/25 95/18
 95/21 96/4 96/9 98/20 98/21 101/2 101/2
 102/11 103/7 103/8 104/12 106/18 107/5
 107/14 107/21 108/4
can't [15] 8/1 8/1 10/4 10/23 14/25 15/3
 16/4 26/9 29/13 41/23 42/5 58/1 76/3 103/1
 103/3
cannot [2] 12/12 51/23
capacity [1] 55/21
capital [1] 77/7
capture [1] 57/18
care [2] 12/24 29/3 48/3 48/3 48/5 48/6 99/6
cared [1] 54/15
careful [1] 51/7
cares [1] 29/4
CARIDAD [34] 1/17 4/10 4/21 5/10 10/3
 10/4 10/9 10/20 11/6 12/10 12/23 13/4
 13/10 14/4 15/19 16/8 16/20 16/25 17/2
 17/6 17/21 18/1 32/14 33/4 37/25 66/5
 69/16 70/2 84/22 105/21 107/8 108/10
 108/13 108/20

Caridad's [3] 12/14 15/12 84/6
Carnival [2] 21/1 23/3 23/6 23/11 23/19
Carocci [2] 29/16 29/20
Carrie [1] 91/10
carried [1] 60/10
carry [1] 59/22
case [68] 1/2 3/10 3/17 4/1 5/18 6/10 6/17
 6/19 7/3 9/6 11/2 12/2 12/2 12/3 12/11
 12/15 14/4 14/7 14/17 15/2 16/5 20/2 20/17
 20/20 20/25 21/19 22/8 22/19 27/14 28/1
 28/2 28/12 29/15 30/20 33/8 33/17 33/22
 33/25 34/4 34/9 39/18 44/5 45/7 51/6 52/2
 52/17 54/9 54/18 56/11 59/3 59/6 59/14
 59/25 60/2 60/6 60/22 61/7 61/8 61/19 65/1
 81/19 83/7 83/12 102/16 103/15 104/23
 104/24 104/25
cash [10] 41/3 41/4 41/8 41/12 41/14 41/15
 41/15 41/16 87/25 88/4
cause [1] 108/25
cents [4] 99/1 99/1 101/3 102/18
CEO [2] 76/13 76/15
certain [11] 9/25 19/10 42/25 52/5 70/24
 81/13 95/8 95/9 98/24 99/2 103/4
certainly [2] 3/13 54/24
certificates [1] 88/5
certify [1] 109/7
cetera [1] 11/25
chain [2] 62/7 102/7
chair [1] 55/3
chance [5] 35/3 35/4 35/5 37/10 106/13
change [1] 70/2
changed [1] 36/14
charge [3] 25/2 90/10 92/19
charged [4] 22/8 27/8 32/9 33/19
cheat [1] 54/10
cheating [1] 54/2
check [1] 45/14
chief [2] 15/2 76/15
child [1] 35/5
Chinese [1] 44/19
chips [3] 81/25 82/2 82/14
choose [2] 9/7 21/13
chooses [2] 9/3 21/9
Chris [10] 40/5 40/22 42/3 54/14 101/14
 101/15 101/16 101/17 101/21 102/5
CHS [1] 46/9
circumstances [1] 52/4
circumstantial [2] 20/5 20/7
circumvent [1] 16/20
cite [1] 3/11
cited [1] 6/13
City [3] 24/13 28/14 35/10
claiming [1] 7/25
clarify [1] 73/15
clean [2] 20/23 49/14
clear [5] 17/20 28/22 51/14 60/11 79/2
client [1] 33/11
clients [2] 19/14 35/11
close [2] 62/4 79/20
closing [2] 21/17 84/14
clothing [10] 30/9 35/17 36/6 36/7 36/10
 36/12 36/12 37/4 38/19 58/11
CNBC [1] 82/3
coast [1] 35/21
code [1] 28/23
cohorts [1] 12/24
colleague [1] 32/7

**C**

collected [1]  25/24
college [1]  35/7
collision [1]  33/13
Colombia [2]  13/17 35/8
Colorado [1]  35/6
Columbia [1]  35/7
come [13]  14/23 16/23 17/4 32/7 33/9 37/12
 42/10 43/17 43/20 63/6 84/11 86/23 90/5
comes [9]  17/23 25/6 28/1 42/10 43/16
 45/19 80/13 91/15 102/25
coming [4]  14/14 41/20 46/4 62/16
Commission [2]  25/18 92/16
commit [2]  31/13 32/11
commitment [1]  42/17
committed [1]  50/10
committing [7]  22/8 27/8 28/9 32/10 32/10
 33/20 37/9
commodity [1]  103/15
communication [1]  15/14
communications [1]  47/18
compact [2]  64/14 64/15
companies [15]  22/25 23/3 24/1 24/3 24/5
 30/3 42/24 46/5 81/12 82/3 82/4 82/5 82/11
 82/14 95/12
company [89]  22/15 22/15 22/16 22/17
 22/20 22/22 23/4 23/7 23/13 23/16 23/22
 24/1 24/11 24/13 25/16 25/22 26/12 27/18
 27/23 27/24 28/4 29/1 29/4 30/14 34/19
 34/21 34/22 35/13 35/24 35/25 35/25 36/2
 36/7 36/15 37/6 37/21 38/20 40/22 41/9
 41/20 43/1 44/23 44/24 45/10 46/24 47/17
 47/25 48/1 48/15 48/16 48/18 49/1 49/8
 49/9 49/11 49/18 49/19 49/22 49/24 50/11
 50/12 50/18 54/16 59/2 59/5 62/24 62/25
 63/1 63/7 63/9 78/5 81/10 81/12 82/9 82/15
 83/8 85/16 85/17 86/6 86/9 86/10 89/20
 95/3 95/13 95/14 95/16 96/25 96/25 97/1
company's [2]  22/6 28/13
completeness [1]  41/10
complicated [2]  27/10 54/7
composed [1]  9/6
conceal [6]  56/20 57/10 57/12 71/13 86/7
 89/7
concealed [1]  71/11
concept [1]  48/20
concepts [1]  22/11
concern [4]  8/14 13/16 80/18 107/12
concerned [2]  107/2 107/25
concerning [1]  95/16
concise [1]  106/19
conclude [1]  20/8
concluded [1]  109/5
conclusion [2]  20/10 21/16
conclusions [1]  9/2
condition [2]  45/15 51/5
conditions [1]  43/20
conduct [1]  9/24
conducting [1]  88/17
conference [2]  68/18 84/4
confession [1]  17/23
confidentiality [2]  75/18 80/19
confused [1]  106/1
connected [1]  46/20
connection [3]  58/5 65/24 105/5
connections [1]  37/22

consider [5]  9/4 9/17 20/5 20/10 52/2
considered [3]  19/11 19/24 20/1
considering [1]  21/4
consist [1]  19/7
conspiring [2]  31/12 32/11
constitute [1]  9/23
constituted [1]  7/17
consulting [24]  22/7 24/23 25/21 25/23 26/3
 26/19 28/6 28/25 29/1 30/6 30/14 30/19
 41/24 41/25 42/6 42/8 44/16 46/2 46/16
 46/25 47/17 89/16 89/20 91/8
contacts [1]  47/10
contends [1]  9/21
content [2]  10/15 11/23
contents [1]  11/15 11/17 12/21
context [12]  5/12 5/15 9/25 10/14 10/16
 11/12 15/23 16/8 17/12 59/9 59/11 60/17
continuation [1]  3/3
continue [28]  66/12 73/14 73/20 74/10
 74/23 76/19 77/25 85/2 87/19 88/6 88/19
 89/13 90/1 90/19 91/19 92/9 92/20 93/8
 93/14 94/22 95/17 96/20 97/10 97/18 99/17
 100/15 100/21 101/24
continued [2]  74/17 96/6
continuing [1]  85/12
contract [5]  22/7 83/6 83/11 89/19 89/19
contribute [1]  81/13
control [1]  108/22
conversation [20]  5/10 13/21 13/24 14/2
 14/6 14/9 14/13 15/7 15/10 15/23 15/23
 16/5 16/7 17/2 17/4 29/5 31/17 42/16 47/16
 57/8
conversations [9]  5/15 16/2 27/7 31/25
 34/17 41/5 55/25 57/3 61/18
Conversely [1]  85/14
convertible [1]  39/14
COOKE [2]  1/10 31/15
cool [1]  69/20
cooperating [6]  27/5 49/8 67/21 72/7 73/5
 91/24
cooperator [1]  108/9
copies [2]  66/22 74/21
copy [2]  6/8 6/17
corporation [7]  36/13 85/18 85/24 86/11
 86/15 86/17 86/20
correct [18]  17/15 17/18 71/5 71/7 74/14
 76/17 85/24 86/9 92/2 92/7 92/8 93/12
 93/13 98/4 100/3 101/22 102/20 102/21
correctly [1]  107/18
corruption [1]  56/4
costs [1]  33/10
could [16]  3/22 5/22 13/11 16/16 16/18
 24/13 26/21 26/22 52/22 58/16 59/17 59/23
 62/13 80/1 89/21 96/25
couldn't [1]  52/21
counsel [19]  3/5 5/3 21/22 32/22 38/1 39/1
 54/21 55/8 61/1 65/16 66/12 66/25 74/9
 77/15 90/23 90/25 94/4 104/15 105/9
counter [2]  23/24 24/2
country [2]  39/5 44/9
County [2]  24/20 28/21
couple [2]  38/7 58/22
course [91]  9/9 19/4 34/17 39/3 45/16 56/15
 106/19
court [91]  1/1 1/22 3/5 3/9 3/13 3/21 3/25
 4/12 6/11 6/18 7/4 7/9 7/11 7/17 7/21 7/25
 8/16 9/4 9/17 10/17 11/1 11/10 12/7 13/6

13/7 13/9 13/17 13/23 14/7 14/20 14/23
 15/8 16/10 16/10 16/13 20/3 31/18 32/17
 39/8 39/9 39/10 39/12 70/5 70/12 71/20
 71/22 72/16 73/21 74/11 74/24 75/13 75/23
 76/21 78/2 78/13 80/9 80/25 81/23 85/1
 85/5 87/23 88/7 88/20 89/14 90/2 90/20
 91/20 92/10 92/21 93/4 93/9 93/15 94/24
 95/19 96/18 96/22 97/12 97/19 98/13 99/18
 100/10 100/16 100/22 101/12 101/25 102/9
 103/10 106/20 107/10 107/25 109/10
court's [4]  8/14 10/15 13/16 32/19
Courthouse [1]  109/10
courtroom [7]  20/1 30/17 58/10 65/22
 65/25 105/3 105/6
cover [8]  28/5 46/4 46/7 46/10 56/20 76/23
 85/7 86/16
covered [1]  12/3
covert [2]  57/21 59/22
coverup [1]  29/2
CR [1]  1/2
Craigslist [1]  104/11
crash [1]  33/13
crashing [1]  33/9
crazy [1]  5/21
created [7]  34/12 56/10 57/23 81/10 86/6
 86/17 101/18
credibility [2]  11/23 20/16
crimes [3]  32/9 55/18 55/18
criminal [2]  20/17 56/22
cross [4]  18/3 21/14 84/10 107/21
cross-swap [1]  84/10
CRR [2]  1/22 109/9
Cruise [5]  23/1 23/4 23/6 23/11 23/19
Currently [1]  55/20
cut [3]  49/14 51/2 51/3
cutting [1]  106/14
cycle [3]  77/5 77/19 77/21

**D**

dabble [1]  40/18
date [7]  70/21 70/23 70/25 83/8 98/24 99/3
 109/9
DAVIDSON [20]  1/14 2/8 6/7 6/13 6/24 7/7
 8/5 10/24 18/2 18/7 32/7 69/4 79/14 84/5
 89/11 99/5 100/8 105/18 107/7 107/24
day [8]  1/8 23/6 33/15 42/16 42/24 48/23
 50/10 104/17
days [1]  23/7
deal [25]  24/22 24/22 24/25 26/7 26/15
 26/21 26/23 29/6 29/8 30/22 31/1 31/6
 44/16 51/2 51/4 51/14 68/25 76/16 83/14
 83/16 87/4 87/5 90/10 96/18 102/14
dealing [1]  56/23
dealings [1]  11/15
deals [9]  26/4 26/9 26/23 30/23 31/23 73/7
 73/7 73/9 82/16
December [3]  15/16 37/19 38/6
decent [1]  49/16
decent-looking [1]  49/16
decide [3]  20/12 27/13 33/12
decided [3]  20/2 50/21 50/25
deciding [2]  20/15 61/14
decipher [1]  28/23
decision [6]  6/15 60/12 63/19
deep [3]  47/7 91/5 92/6
defendant [81]  1/7 1/17 7/15 7/20 7/24 8/10
 8/13 9/9 9/10 9/25 11/19 11/21 13/4 14/17

**D**

defendant... [67]  15/16 16/11 20/19 20/20 20/22 20/25 21/2 21/14 22/3 22/20 22/21 24/14 24/17 24/19 24/22 25/1 25/8 25/11 25/15 25/16 25/17 25/21 26/1 26/4 26/7 26/10 26/11 26/16 26/20 26/21 26/23 26/25 27/1 27/6 27/15 27/18 27/19 27/21 27/22 28/2 28/15 28/16 28/20 28/25 29/1 29/3 29/6 29/9 29/11 29/19 30/6 30/11 30/18 30/23 30/24 30/25 31/1 31/5 31/6 31/13 31/23 32/1 32/8 58/17 58/20 60/21 64/1
defendant's [18]  7/18 11/13 21/5 23/4 23/7 23/13 23/16 23/22 24/1 24/5 24/11 25/5 25/5 27/23 28/13 29/23 29/25 31/4
Defender [1]  1/18
DEFENSE [4]  2/4 21/9 33/5 108/4
define [1]  81/2
definition [1]  81/17
defraud [3]  33/24 34/3 53/21
deliberate [2]  21/18 21/19
deliberations [2]  21/21 105/1
demand [7]  41/21 43/9 43/16 53/7 53/10 53/11 54/7
demanded [2]  45/14 47/21
demands [1]  43/20
demeanor [3]  68/13 69/10 69/19
denim [3]  37/3 38/19 40/25
Denver [1]  35/6
denying [1]  47/1
depending [1]  49/5
depends [1]  57/7
depictions [1]  64/16
derivative [1]  84/10
describe [15]  7/9 7/12 34/20 58/11 59/25 61/18 61/25 67/10 68/12 69/22 76/14 77/7 78/9 83/5 95/6
described [8]  31/5 40/10 63/20 77/5 78/5 78/10 86/12 86/14
describing [2]  5/13 77/19
designer [1]  36/8
desire [3]  33/9 37/6 61/20
desk [1]  49/20
desperately [1]  40/24
detail [1]  7/12
details [1]  39/22
determine [1]  9/3
develop [1]  36/12
device [6]  57/8 57/10 57/12 71/13 96/7 96/7 96/8 96/9
devices [7]  56/25 57/2 57/2 57/4 57/6 57/20 60/13
diane [4]  1/22 1/24 109/9 109/9
did [90]  3/9 3/16 6/6 12/6 15/25 16/1 16/1 22/20 25/23 26/4 26/10 26/23 27/1 27/6 28/2 28/4 28/6 28/8 30/18 29/9 30/6 30/20 31/20 35/18 46/24 51/2 51/14 51/15 54/12 54/12 54/17 56/9 56/15 57/20 58/4 58/7 59/1 59/3 59/6 59/14 61/8 61/11 61/12 62/24 67/24 68/3 69/23 71/9 73/3 73/3 73/8 73/15 74/1 74/1 76/1 76/8 76/18 76/24 77/6 77/20 78/8 79/10 79/18 79/24 80/13 80/18 86/1 86/2 88/10 88/15 88/16 89/3 90/17 90/18 90/24 92/25 93/24 94/6 94/14 96/15 95/19 99/21 99/23 100/17 101/21 101/23 102/3 104/6 104/21 107/18
didn't [18]  6/24 13/3 44/17 56/18 59/17

75/17 82/8 84/19 86/8 91/11 96/18 98/1 98/5 98/8 98/11 99/6 99/8 99/11
difference [6]  23/5 23/10 23/18 26/19 43/5 88/1
differences [1]  23/3
different [8]  11/2 14/4 56/9 57/2 57/4 69/11 103/25 108/19
difficult [5]  32/25 49/22 50/18 59/22 108/22
digit [1]  85/9
digits [1]  85/11
direct [6]  2/8 20/5 20/5 20/6 21/13 55/9
directed [1]  60/7
direction [2]  60/8 60/9
directly [1]  86/19
director [1]  22/22
dirty [1]  24/22
disagree [1]  84/8
disc [4]  96/3 96/4 96/9 96/9
discourse [1]  13/1
discs [2]  95/25 96/10
discuss [6]  21/19 61/8 66/4 90/24 104/23 105/14
discussed [1]  77/19
discussing [1]  104/24
discussion [2]  11/15 12/6
discussions [4]  11/16 12/20 13/2 61/13
disks [2]  64/14 64/15
dispute [10]  27/14 27/16 27/17 27/19 27/19 27/20 27/21 27/23 27/25 28/1
disregard [1]  19/24 89/9
distinction [2]  12/2 82/13
distinguish [1]  13/16
distinguishable [2]  4/1 16/19
district [6]  1/1 1/1 1/11 13/17 16/9 16/13
divert [2]  86/20 86/21
divided [1]  87/18
division [1]  60/1
do [58]  5/1 6/19 10/21 13/9 13/11 16/20 17/3 25/7 25/13 26/9 26/18 26/22 29/6 29/7 30/25 31/1 33/15 33/21 40/8 41/19 41/19 45/9 45/16 47/14 47/14 48/5 48/6 49/10 49/24 52/3 52/9 53/4 55/11 55/11 55/16 56/5 57/14 58/2 58/8 58/9 58/10 64/9 64/11 64/24 67/7 67/10 70/22 71/10 75/13 75/4 76/13 88/22 92/25 96/18 103/3 103/7 107/7 108/17
document [5]  75/3 75/6 75/16 75/17 83/6
documents [5]  4/22 19/7 30/14 32/1 64/10
does [50]  8/19 11/10 13/13 29/4 30/23 34/2 34/3 34/3 41/2 41/2 42/10 49/12 49/12 50/6 55/15 55/16 56/2 56/6 56/7 56/7 69/7 69/17 77/3 81/3 81/16 82/1 82/17 82/23 83/14 83/18 83/24 85/9 85/13 86/23 88/10 88/23 89/17 91/4 93/6 93/18 94/3 97/1 97/14 100/18 100/24 101/3 102/11 103/20 108/15
doesn't [15]  8/22 12/10 14/3 16/21 29/3 34/10 38/15 43/17 43/18 45/16 47/8 48/2 52/24 84/7 84/23
dog [1]  72/11
dogs [1]  78/5
doing [7]  14/5 16/22 49/21 68/25 71/1 83/9 90/9
dollar [3]  23/13 42/17 87/1
dollars [5]  13/13 23/12 24/14 42/14 42/19
don't [44]  5/13 10/5 11/2 12/24 13/8 14/1

14/20 14/21 14/21 15/13 15/17 16/11 16/12 16/24 16/24 36/18 43/6 45/12 47/5 48/3 48/3 55/15 65/17 66/3 67/15 68/22 69/22 76/4 76/4 76/16 79/15 80/4 81/17 84/9 84/12 92/18 93/1 96/2 99/21 105/23 106/15 106/20 107/6 108/1
done [3]  42/13 73/6 89/22
door [1]  66/5
dossier [1]  59/4
doubt [4]  21/6 33/23 34/6 44/5
Doug [79]  33/10 33/17 34/16 37/20 38/8 40/21 41/2 41/4 41/7 41/15 41/17 41/23 41/25 42/12 42/19 42/22 42/22 43/12 43/17 43/21 43/22 44/16 44/20 45/6 45/8 45/12 45/13 45/14 45/17 45/18 45/21 45/23 46/3 46/7 46/8 46/9 46/10 46/12 46/16 46/17 46/24 47/2 47/4 47/9 47/12 47/16 47/24 48/2 48/5 48/7 48/8 48/13 48/23 48/24 49/5 49/6 49/12 49/13 50/1 50/3 50/5 51/18 51/21 51/25 52/3 52/6 52/8 53/12 53/14 53/20 53/25 54/10 54/17 54/18 58/12 67/13 67/22 71/25 73/2
Doug's [5]  44/5 45/10 48/21 52/12 54/15
DOUGLAS [6]  1/6 3/3 22/3 58/6 58/8 58/17
Dow [1]  95/6
down [15]  6/1 28/1 31/23 46/5 48/24 51/20 69/23 84/18 94/19 96/5 97/22 98/2 98/3 99/15 101/10
downstairs [1]  6/8
draft [1]  17/13
draw [2]  9/2 83/25
drawn [1]  89/19
dreams [7]  33/8 33/14 44/6 45/1 50/6 50/15 50/20
dressing [1]  46/15
drives [1]  39/11
driving [1]  94/18
drop [1]  10/7
dropped [1]  39/24
dump [1]  94/18
dumping [1]  77/23
during [11]  4/22 12/24 15/2 19/4 33/13 34/16 34/24 56/15 64/21 67/16 75/8
duties [2]  29/23 55/19
duty [1]  29/22
DVDs [1]  95/25

**E**

e-mail [5]  3/19 9/6 9/13 15/10 16/23
e-mails [37]  3/14 7/4 7/6 7/15 7/16 7/22 7/25 8/2 8/7 8/11 8/12 8/24 9/3 9/7 9/9 9/12 9/14 9/19 9/21 10/16 10/18 10/21 11/5 11/6 11/12 11/20 11/22 11/23 12/4 12/22 12/25 14/14 15/2 30/17 30/20 30/21 66/14
e-mails' [1]  11/14
each [5]  9/21 17/3 49/9 64/13 90/14
eager [1]  29/6
earlier [7]  16/2 17/22 77/5 77/7 90/9 99/8 102/25
early [1]  37/5
earn [1]  47/18
earnings [1]  82/7
easel [4]  4/7 4/9 4/14 32/20
easiest [1]  83/5
easily [1]  100/19
eat [1]  8/1

**E**

economic [2] 36/18 49/22
Edmunds [1] 14/15
effect [10] 74/14 74/16 80/12 85/12 88/22 90/13 90/23 92/4 96/24 107/2
effort [1] 104/20
egg [3] 79/23 80/4 80/6
eight [1] 81/22
either [5] 14/6 16/22 42/22 86/19 92/6
Electric [1] 82/5
Electrics [1] 82/14
electronic [1] 80/13
Elmo [2] 4/4 32/17
else [9] 9/18 15/5 20/21 41/16 49/22 60/5 72/4 72/10 86/21
else's [1] 36/21
employee [3] 22/5 25/3 25/12
employees [4] 40/9 81/11 81/12 102/7
employer [1] 81/11
end [10] 20/16 20/25 27/14 34/4 50/9 53/18 54/3 87/10 96/21 107/14
enforcement [1] 24/25
engage [6] 55/24 56/2 56/22 60/4 67/21 70/22
engaged [2] 58/21 71/14
English [1] 44/20
enough [3] 54/1 84/23 105/21
ensure [2] 57/16 81/5
ensuring [2] 61/13 81/18
enter [2] 24/16 28/16
entered [1] 22/7
entering [1] 28/5
entire [1] 104/25
entirely [1] 16/19
entitled [1] 109/8
entity [3] 87/8 88/9 88/11
Epstein [55] 3/14 11/6 24/16 24/17 24/20 27/4 33/11 33/14 33/18 34/12 34/18 35/4 36/1 36/23 37/8 37/19 38/8 38/12 38/16 38/19 38/23 39/3 39/14 40/1 40/3 41/21 43/24 45/20 46/3 46/9 46/21 47/11 48/7 48/16 48/19 48/21 49/18 51/15 54/15 72/9 73/5 73/6 73/9 73/16 73/25 74/1 75/8 78/20 91/25 92/3 92/5 92/5 102/11 102/19 102/22
Epstein's [7] 5/6 37/13 38/11 39/10 39/25 49/20 72/11
equals [2] 86/25 90/12
equipment [4] 96/1 96/3 96/4 96/8
essence [3] 15/5 16/25 17/2
essentially [6] 15/13 15/15 60/6 69/18 83/11 108/13
established [1] 100/3
et [1] 11/25
even [13] 9/14 16/11 23/6 23/12 29/3 35/3 44/4 44/10 48/7 52/20 94/19 103/2 106/25
events [2] 10/16 64/17
ever [12] 25/13 25/25 30/15 30/20 30/20 56/15 68/3 78/6 90/15 90/17 90/24 91/2
every [4] 31/17 64/24 68/23 80/5
everybody [8] 6/1 6/21 18/11 22/2 36/20 45/3 49/22 69/17
everyday [1] 106/2
everyone [6] 16/1 25/10 33/7 48/1 65/20 109/2
everything [3] 48/10 49/24 68/13

evidence [52] 5/18 9/15 17/14 17/21 17/24 19/6 19/10 19/12 19/13 19/15 19/20 20/2 20/4 20/5 20/7 20/11 21/1 22/21 24/10 28/10 28/11 31/24 38/25 39/7 39/21 39/22 42/9 42/21 43/8 43/17 44/2 44/21 45/7 47/2 49/13 51/1 51/1 52/8 52/11 52/15 53/5 53/14 53/19 54/14 54/17 60/6 64/3 65/8 66/15 66/20 75/9 75/14
exact [1] 63/6 93/1
exactly [3] 12/23 79/19 88/4
examination [4] 2/8 21/13 55/9 106/18
examinations [1] 106/19
example [7] 22/15 27/17 40/8 47/4 57/7 87/5 98/25
except [1] 10/4
exception [4] 7/10 7/11 12/13 13/8
exceptions [2] 9/20 10/15
exchange [3] 22/21 24/3 25/18 29/11 29/13 29/18 31/9 37/16 51/8 63/9 92/16 95/7 95/8
exchanged [1] 9/14
exchanges [2] 23/20 48/8
excluded [1] 19/23
excuse [7] 26/25 68/9 82/9 86/14 89/21 90/8 97/9
excused [1] 105/11 105/17
executive [2] 35/11 76/15
exhibit [20] 2/13 2/14 2/15 2/16 5/1 65/4 65/12 65/15 66/4 66/14 66/15 66/16 66/19 66/20 66/22 70/7 75/9 75/11 75/14 76/8
exhibits [6] 2/11 19/8 64/3 64/7 64/19 65/8
exist [3] 20/8 34/10 45/16
expand [6] 36/6 37/3 37/7 44/5 45/25 46/6
expanded [1] 35/20
expect [1] 89/22
expected [2] 68/12 68/24
expecting [1] 91/8
expense [6] 39/6 41/19 44/9 88/23 88/23 89/3
experience [2] 47/13 68/2
experiences [2] 68/25 90/25
expert [10] 29/15 29/20 32/5 108/1 108/3 108/5 108/6 108/14 108/16 108/19 108/20
explain [11] 14/18 52/16 62/12 70/1 74/17 84/7 87/25 94/12 95/22 102/23 106/20
explaining [2] 60/17 70/25
explains [2] 6/12 69/21
explanation [3] 79/13 105/24 106/7
explanatory [2] 79/24 84/7
expresses [1] 49/15
expression [3] 47/6 91/4 101/2
expressions [1] 57/19
expressive [1] 80/12
extension [2] 36/24 43/25
extent [1] 11/3
extra [1] 74/21
extract [1] 41/14
eye [3] 20/6 34/1 45/7

**F**

F-B-I [1] 55/15
F.Supp.2d [1] 9/1
faces [1] 106/1
facial [1] 57/19
facing [3] 13/23 14/2 51/3
fact [6] 9/5 11/16 12/20 13/2 30/10 47/20
facts [6] 4/1 19/6 19/8 20/6 20/7 20/8

factual [1] 18/10
fade [1] 37/1
fake [9] 22/7 25/22 26/2 26/19 30/15 34/15 54/10 56/18 58/5
falling [2] 101/8 101/10
familiar [2] 36/9 87/20
family [1] 104/24
far [2] 42/17 56/22
Farms [4] 26/15 31/4 49/10 50/17
fast [1] 71/16
faucet [1] 49/3
fax [1] 109/12
FBI [23] 27/3 27/5 27/6 32/5 55/12 55/13 55/17 55/19 56/3 56/21 56/23 58/1 62/5 67/21 72/7 84/1 86/6 86/9 86/10 92/12 92/13 101/18 101/22
February [2] 37/18 38/5
federal [5] 25/18 55/17 55/18 92/14 93/7
feedback [1] 32/24
Ferguson [1] 109/10
few [13] 37/17 37/18 45/24 71/17 75/25 76/23 78/4 81/25 85/7 90/4 93/17 94/7 95/2
fictitious [2] 62/10 86/6
fiduciary [11] 29/23 40/5 40/6 40/16 40/18 42/3 81/16 81/17 102/2 102/3 102/6
field [1] 38/23
fight [2] 50/21 50/22
figure [1] 93/1
file [2] 3/16 5/23
filed [1] 3/24
files [1] 14/22
final [2] 6/15 79/22
finally [5] 18/12 30/13 31/21 81/16 83/18
financial [2] 22/4 24/11
financing [2] 37/20 38/17
find [6] 19/6 19/9 32/8 34/4 54/18 103/8
finds [2] 7/18 10/17
finished [1] 78/10
finishes [1] 52/17
first [25] 20/18 21/8 23/5 24/21 26/9 29/6 37/12 41/6 43/23 52/10 52/11 53/2 53/6 54/21 54/23 58/25 59/18 74/8 78/7 81/2 81/7 81/20 85/8 91/2 108/2
fit [1] 108/25
five [7] 5/24 5/24 6/3 13/13 51/5 73/7 76/8
fix [1] 17/1
FL [2] 1/23 109/11
flag [1] 84/11
Flagler [1] 1/18
flags [2] 83/18 83/24
flew [1] 24/19
flies [1] 39/7
flipping [2] 16/12 64/9
float [1] 45/2
flooding [5] 93/18 93/24 94/7 94/14 94/19
floor [2] 4/20 66/2
FLORIDA [10] 1/1 1/5 1/16 1/19 39/5 45/20 45/25 46/8 46/20 49/12
flsd.uscourts.gov [1] 1/24
fly [3] 39/4 107/4 107/16
flying [2] 44/8 45/18
focus [1] 8/11
focused [1] 57/17
folks [1] 29/21
follow [4] 5/15 19/3 19/21 72/23
follow-up [1] 5/15
followed [2] 10/17 91/7

USA vs. NEWTON116

**F**

following [6]  9/23 13/16 46/8 48/8 68/18
84/4
Foods [1]  35/11
fool [1]  25/24
forceful [1]  69/20
Ford [5]  22/25 23/3 23/5 23/11 23/19
foregoing [1]  109/7
foremost [2]  81/7 81/20
form [3]  41/8 41/12 88/3
formal [1]  21/20
forth [2]  32/4 99/2
forward [6]  61/20 63/19 71/16 78/22 96/14
98/7
found [3]  16/25 37/21 38/19
foundation [8]  10/5 10/10 85/19 85/21
93/20 97/16 98/18 104/2
four [10]  25/6 52/12 52/13 52/22 52/25 53/3
53/11 53/15 53/17 75/19
four million [6]  52/12 52/22 52/25 53/3
53/11 53/15
fourth [1]  19/25
fraction [2]  23/14 23/15
frame [1]  69/19
fraud [15]  22/9 27/3 27/5 27/8 28/2 28/3
28/4 28/9 31/13 32/10 32/10 32/11 33/20
37/9 92/19
fraudulent [1]  24/23
free [23]  20/5 21/18 42/22 42/25 43/4 43/7
43/9 43/16 51/24 52/10 52/23 52/25 53/4
53/17 61/19 66/1 76/7 76/9 76/10 83/1
94/10 102/23 103/5
free-trading [14]  42/22 42/25 43/4 43/7
43/9 43/16 51/24 52/10 52/23 52/25 53/17
83/1 102/23 103/5
Freedman [4]  12/17 13/23 14/2 14/16
freely [1]  76/4
frees [1]  94/8
Friday [6]  107/5 107/14 107/15 107/17
107/19 108/19
friend [15]  24/17 25/2 25/4 25/7 25/9 26/18
27/2 31/1 31/4 31/8 62/8 62/12 62/13
101/17 101/20
friend's [1]  26/12
friendly [1]  35/16
friends [2]  62/7 104/24
frog [1]  107/13
front [7]  32/20 33/17 39/13 39/16 75/7
91/17 106/12
frustration [1]  84/6
full [2]  55/3 96/10
functioning [1]  48/21
fund [101]  22/5 22/6 25/3 25/3 25/9 25/9
25/11 25/12 25/13 25/22 26/8 26/12 26/16
26/18 26/22 27/2 28/3 29/10 29/11 29/19
29/24 29/25 30/2 30/2 30/24 31/8 33/25
34/1 34/2 34/7 34/8 34/10 34/14 38/14
39/24 40/6 40/7 40/7 40/9 40/10 40/12
40/15 40/17 40/17 40/19 40/21 42/4 44/11
44/12 44/12 44/22 45/1 45/5 45/9 45/10
45/16 46/21 47/25 48/2 48/24 49/25 50/7
50/13 51/23 52/1 52/5 52/9 52/12 53/15
53/22 54/11 62/6 62/8 62/9 62/10 62/13
62/20 62/21 63/4 63/7 63/16 63/18 81/5
81/6 81/8 81/9 81/10 81/14 81/19 83/13
87/15 87/16 94/17 98/11 98/23 99/10 99/11
99/13 101/20 102/5 104/7
funding [3]  44/8 49/8 49/11
funds [3]  27/11 29/21 29/22
further [4]  20/9 60/12 61/5 61/14
Furthermore [1]  7/20
future [1]  46/24

**G**

gander [1]  15/3
gather [1]  60/6
gave [7]  10/9 10/10 10/12 13/10 26/20 71/6
91/17
general [5]  35/11 60/9 78/8 82/4 82/14
generally [2]  5/13 81/10
generate [1]  44/3
gentleman [1]  71/25
gentlemen [12]  18/17 18/20 21/7 21/15 44/7
54/8 55/4 66/9 67/1 77/12 104/17 105/2
George [1]  35/14
get [43]  6/2 6/8 7/5 7/8 12/3 13/13 18/4
18/12 22/4 22/20 24/15 26/22 31/2 32/24
42/4 42/4 44/10 44/24 47/2 53/3 53/11
53/17 54/22 59/21 63/3 63/10 63/11 64/22
74/14 74/18 75/22 80/11 84/12 86/21 90/23
95/18 95/24 98/10 101/2 103/2 103/5
104/11 108/19
gets [3]  13/9 13/14 107/13
getting [12]  5/21 6/21 33/2 52/13 62/21
62/23 77/22 98/8 98/12 99/11 99/15 99/16
give [22]  4/2 5/17 17/13 17/15 17/18 19/1
20/9 20/15 21/6 21/9 21/12 21/17 31/9 33/3
37/1 38/2 50/13 59/3 64/22 70/23 79/15
106/13
given [4]  5/19 26/15 59/2 75/7
gives [2]  34/20 34/23
giving [1]  108/12
go [36]  4/3 6/2 11/4 22/10 23/7 24/9 29/13
30/3 30/21 35/20 45/4 45/4 45/19 46/24
48/3 52/21 52/22 52/24 53/2 53/16 54/3
61/14 63/7 72/13 78/12 78/21 80/2 80/8
81/21 81/25 88/9 93/3 96/10 97/21 107/5
108/16
goals [2]  76/24 77/3
goes [12]  7/9 7/11 10/23 12/18 53/6 53/9
68/6 74/5 85/10 94/1 98/2 98/3
going [115]
golden [2]  79/23 80/4
gone [1]  49/5
good [3]  13/20 13/24 22/2 33/7 35/18
35/21 35/22 48/10 48/15 49/7 62/7 104/15
goose [4]  15/2 79/23 80/4 80/6
got [19]  4/16 15/1 15/4 15/6 15/22 26/16
38/17 39/4 41/24 41/25 42/5 43/24 48/11
49/7 51/15 71/9 80/6 96/12 106/12
gotten [1]  42/14
government [62]  2/3 2/13 2/14 2/15 2/16
4/25 7/3 9/7 9/21 9/22 10/6 11/18 11/19
11/24 12/21 13/18 14/5 16/5 20/24 21/5
21/9 21/12 22/1 33/18 33/22 34/5 34/9
34/11 34/24 36/17 43/8 45/8 46/15 51/6
51/8 51/17 51/24 52/17 52/20 53/20
54/9 55/1 55/18 64/3 65/4 65/8 65/12 65/15
66/4 66/14 66/15 66/16 66/19 66/21 70/7
75/1 75/9 75/11 75/14 76/8 108/14
government's [1]  8/10 8/23 17/22 39/18
39/22 41/14 42/9 42/11 46/25 64/7 66/22
graduated [2]  35/7 35/8
grand [2]  90/5 90/6
granted [1]  16/18
great [9]  37/21 46/4 46/6 46/9 47/10 47/25
48/16 49/21 59/19
group [1]  38/19
grow [1]  45/2
grown [1]  35/3
guess [2]  9/1 18/3
guilt [2]  20/21 21/6
guilty [5]  20/19 31/12 32/9 50/25 54/19
guy [10]  25/9 26/12 35/15 36/25 40/5 42/3
49/6 49/7 49/16 92/1
guy's [1]  46/1
guys [6]  29/24 37/21 45/2 45/24 48/9 50/16

**H**

had [42]  7/10 7/13 8/15 14/16 14/25 25/2
25/22 27/4 27/21 33/21 34/21 35/22 36/4
37/8 40/18 44/15 48/6 49/3 50/21 54/11
56/10 61/18 62/4 62/8 63/2 64/25 67/12
68/1 69/2 69/3 70/25 71/12 71/13 73/15
75/7 78/6 78/17 86/6 86/10 91/2 102/6
104/17
half [17]  13/21 13/24 14/1 14/6 14/12 14/14
14/16 15/7 15/9 16/5 16/7 17/1 17/3 17/4
91/4 92/4 92/5
handed [1]  75/16
handing [1]  65/11
handle [1]  7/7
hands [1]  18/22
happen [5]  34/2 69/9 70/23 86/13 108/15
happened [11]  5/14 8/22 15/23 33/13 37/17
86/18 95/22 97/25 98/5 98/8 98/12
happening [1]  38/4
happens [7]  33/4 33/8 39/17 39/19 53/5
56/8 69/10
happy [1]  44/23
hard [2]  74/14 74/17
hardworking [1]  49/17
harm [2]  33/24 34/6
has [58]  4/12 4/13 9/14 10/3 18/2 18/7
20/25 21/2 22/8 31/12 31/13 32/22 33/18
34/10 34/21 34/21 35/2 38/16 38/19 39/4
40/9 40/13 40/17 41/4 41/15 41/16 41/25
42/8 44/2 46/10 46/21 50/2 50/25 51/6 51/7
51/17 51/24 53/20 58/17 64/6 65/11 69/8
73/19 75/1 75/6 81/4 81/18 84/23 90/15
90/16 98/24 98/25 99/1 102/15 102/18
105/21 106/20 107/10
hasn't [1]  8/22
have [126]
having [8]  9/16 16/22 17/1 36/18 77/7
77/21 87/20 108/14
he [261]
He'll [1]  31/2
he's [5]  38/16 49/7 49/13 65/14 69/13
headed [2]  35/12 36/7
hear [35]  16/1 17/10 19/1 21/8 22/14 22/24
23/16 23/17 24/4 24/18 28/11 28/19 28/21
29/2 29/5 29/7 29/15 29/23 30/4 30/22 31/3
31/18 34/16 36/22 36/25 37/15 39/13 42/8
44/17 44/18 47/6 50/7 52/8 52/18 82/2
heard [8]  19/25 32/4 32/6 48/9 59/23 71/12
73/23 104/25
Hearing [1]  26/10
hearsay [13]  7/10 7/17 9/19 9/20 10/1 10/8
10/15 11/14 12/9 12/13 12/15 13/8 61/21

**H**

heart [1] 8/13
heat [2] 26/8 30/24
held [3] 33/12 79/20 79/21
hello [1] 13/19
help [11] 34/11 44/1 44/25 45/2 46/23 46/23
 46/24 47/21 47/23 49/23 84/24
helps [2] 47/22 72/22
hence [1] 80/2
her [2] 9/11 91/17
here [37] 3/22 4/15 6/15 8/25 11/18 12/2
 12/7 16/10 20/3 20/22 22/24 23/17 27/8
 28/10 28/23 31/14 31/18 32/8 34/8 35/1
 38/8 41/6 42/16 45/23 46/5 46/14 48/16
 50/11 53/12 58/10 64/22 67/14 78/10 87/1
 104/19 107/17 108/19
hereby [1] 109/7
hey [2] 62/12 98/24
hi [2] 13/20 13/24
hide [4] 22/6 25/17 46/16 86/22
high [1] 42/18
higher [1] 104/9
him [57] 5/13 13/13 28/7 31/5 31/7 31/9
 35/2 35/4 37/15 38/17 39/24 40/3 40/12
 40/16 42/12 44/2 45/11 45/21 46/3 46/24
 47/4 47/7 47/21 48/2 49/14 49/15 50/8
 52/17 58/10 58/11 58/22 58/24 59/1 62/12
 69/22 73/3 74/2 74/6 74/18 75/7 78/9 78/10
 78/11 78/17 89/6 89/23 91/1 91/3 96/19
 101/18 102/6 105/22 107/1 107/4 107/4
 107/14 107/16
himself [4] 34/19 48/19 49/16 62/5
his [101] 4/23 7/13 8/12 9/11 10/22 12/11
 21/1 22/6 22/20 23/14 24/17 25/4 26/12
 26/16 26/18 26/22 27/2 27/5 27/18 28/4
 28/15 29/3 29/16 30/4 30/12 31/8 31/15
 34/19 34/19 34/20 35/12 36/2 36/2 36/6
 36/6 37/2 37/6 37/6 37/6 37/6 37/10 38/17
 39/6 39/6 44/4 44/6 44/6 44/9 44/12 45/18
 46/24 47/22 47/23 48/15 48/17 49/9 49/11
 49/14 49/18 49/20 50/3 50/6 50/6 50/20
 50/20 51/18 53/21 57/18 57/18 59/2 59/4
 61/20 63/1 63/12 63/16 68/25 69/10 69/10
 69/19 69/21 72/2 72/8 74/5 74/7 74/19
 77/22 78/5 78/8 81/20 84/23 89/7 90/17
 94/1 94/3 96/18 98/12 101/9 101/19 107/9
 108/3 108/14
hold [3] 11/8 22/16 96/4
holding [1] 103/3
home [5] 38/22 39/10 39/16 90/15 107/5
homes [1] 90/14
honest [1] 50/3
Honor [69] 3/7 3/8 3/10 3/17 3/19 6/5 6/11
 6/16 6/20 6/25 7/8 8/4 8/21 11/4 18/14
 21/24 32/16 32/17 33/1 33/2 33/6 37/23
 38/24 41/9 50/23 51/11 54/24 55/7 59/8
 60/15 60/25 61/15 61/22 65/3 65/6 66/3
 66/18 68/5 68/7 68/9 68/14 68/15 68/19
 73/11 73/17 74/3 75/12 76/25 78/25 79/11
 80/15 82/19 83/19 84/16 88/12 88/25 89/8
 89/12 91/13 93/25 97/2 97/4 97/15 99/24
 100/7 101/4 104/13 106/22 107/24
HONORABLE [1] 1/10
hook [1] 96/8
hope [2] 85/8 85/10
hoped [1] 37/4

hopefully [1] 52/18
hopes [8] 31/15 33/9 33/14 37/5 44/6 50/6
 50/15 50/20
horn [1] 48/9
hour [1] 106/25
house [7] 5/6 37/13 38/11 39/25 44/10
 45/21 49/20
how [35] 9/3 13/20 22/24 29/3 29/7 34/21
 34/21 41/19 41/19 46/5 46/6 46/18 49/15
 55/13 56/7 58/20 58/25 60/10 64/12 69/2
 69/20 74/17 76/6 80/1 80/6 83/10 87/11
 88/1 88/22 89/6 89/7 96/2 99/14 103/15
 108/20
However [1] 59/21
huge [5] 12/2 50/17 82/5 94/20 95/23
hundred [2] 23/13 97/25
hundred-dollar [1] 23/13
hundredth [1] 12/17
hurt [2] 34/3 54/13

**I**

I'd [1] 65/24
I'll [11] 3/20 20/15 22/23 42/4 43/14 64/8
 65/12 70/10 79/13 81/2 109/2
I'm [63] 4/18 5/4 5/19 6/1 6/25 7/14 7/15
 8/10 8/25 9/1 11/2 12/8 13/6 14/9 17/5 17/5
 17/10 17/17 18/5 18/6 32/19 32/22 36/18
 36/23 36/23 43/18 43/19 45/2 45/23 46/14
 47/7 48/1 48/8 48/9 49/24 50/10 50/11
 51/19 51/20 54/2 54/18 55/12 58/2 62/23
 64/6 65/11 65/18 65/19 70/25 72/2 72/3
 75/21 82/8 84/5 87/22 92/6 92/6 96/12 97/8
 101/23 106/17 106/18 107/2
I've [4] 38/7 43/24 44/23 48/11
IBM [1] 82/5
IBMs [1] 82/14
ID'D [1] 2/12
idea [6] 42/10 59/19 60/20 61/4 68/1 86/10
ideally [1] 57/14 107/3
ideas [1] 48/22
identified [4] 58/17 64/3 66/15 75/9
identities [1] 57/25
identity [3] 56/10 56/21 57/23
ignore [1] 19/17
II [1] 1/8
illegal [2] 22/19 86/16
image [3] 67/5 67/6 67/10
imagine [1] 108/4
immediately [4] 10/17 94/18 103/1 103/7
implication [2] 42/7 42/7
implying [1] 47/8
important [9] 37/16 38/3 39/8 45/7 47/17
 52/2 57/10 84/13 97/24
impression [3] 10/12 73/10 97/6
improper [1] 19/15
in-person [2] 57/11 60/5
inadmissible [2] 7/17 8/2
inch [3] 47/7 47/13 91/14
incidentally [2] 14/16 16/11
including [1] 35/14
income [3] 44/3 49/4 81/15
Incorporated [1] 22/23
INDEX [2] 2/1 2/11
indicate [1] 58/18
indicates [2] 76/6 103/1
indicating [1] 19/5 106/16
indictment [2] 20/20 51/18

individual [5] 57/18 58/12 58/13 62/9 87/8
individuals [1] 62/11
induced [1] 100/6
Industrial [1] 95/7
infer [1] 20/8
inferences [1] 9/3
inflated [2] 51/19 53/24
influenced [1] 19/16
information [6] 23/25 24/8 59/1 59/4 59/14
 95/16
initial [1] 64/13
innocence [1] 21/1
innocent [1] 20/19
input [5] 46/1 46/6 46/13 90/23 90/25
instance [1] 96/1
instead [3] 11/19 26/11 86/18
instruct [2] 19/9 27/13
instructed [4] 17/7 19/20 77/13 105/1
instruction [8] 5/17 17/7 17/16 17/19 19/22
 20/15 37/24 38/2
instructions [5] 19/2 20/9 21/7 21/16 21/20
intend [2] 5/5 16/1
intended [2] 53/20 54/10
intends [4] 4/22 17/21 45/8 45/19
intent [4] 8/15 10/13 10/22 94/1
intention [1] 33/24
interact [1] 59/24
interest [1] 81/19
interested [2] 78/22 79/7
interesting [1] 7/2
interests [2] 81/6 102/8
introduce [12] 4/25 12/11 13/18 13/18
 13/20 13/21 14/6 14/16 17/21 17/25 24/17
 49/13
introduced [4] 11/13 16/5 16/7 16/17
introducing [5] 11/24 12/11 13/24 14/12
 15/7 15/9 17/3 17/24
introduction [5] 5/9 65/4 66/13 71/6 75/10
invest [8] 30/1 38/20 40/19 40/21 48/25
 49/24 81/6 82/6
invested [1] 40/7
investigate [1] 55/18
investigating [2] 27/3 92/19
investigation [17] 30/21 55/17 56/8 56/16
 57/9 58/5 60/3 60/8 60/8 60/10 60/12 61/6
 62/3 64/25 67/20 69/2 92/14
investigations [3] 56/1 56/19 68/21
investing [2] 41/18 44/23
investment [3] 47/25 50/17 81/9
investments [3] 29/21 49/2 81/5
investor [5] 36/2 77/4 77/4 77/21 100/14
investors [1] 81/19
invests [1] 45/10
invoice [3] 89/24 89/24 89/25
involve [1] 99/12
involved [3] 62/4 87/14 89/20
involvement [1] 62/10
involves [1] 55/23
involving [1] 83/16
IR [5] 76/23 77/3 77/4 100/12 100/13
irrelevant [1] 99/9
is [398]
isn't [2] 10/20 108/12
issue [16] 3/10 3/13 3/25 9/16 10/5 11/24
 12/3 15/7 15/25 16/12 16/19 27/23 33/22
 43/1 107/3 107/20
issued [1] 23/1

## I

issues [5]  22/16 27/12 27/13 61/19 108/12
it [269]
it's [38]  5/18 8/23 14/10 16/9 16/19 16/24
  30/25 30/25 34/15 38/12 48/15 51/14 53/14
  58/2 60/16 65/19 69/9 69/19 76/3 76/16
  78/21 79/6 80/5 83/6 93/7 94/8 94/10 94/10
  95/5 95/11 96/2 96/6 101/8 103/2 103/8
  105/19 105/20 108/3
item [2]  19/20 104/11
items [1]  4/6
its [8]  4/1 6/12 7/18 24/12 40/9 40/19 50/13
  52/17
itself [3]  17/4 79/12 82/20
Ivan [6]  3/19 4/13 4/19 5/4 18/18 68/23

## J

J.C [1]  37/4
J.STRICKLAND [1]  55/1
Jack [3]  7/16 9/17 11/15
jackets [1]  35/18
jail [5]  33/10 33/15 37/10 51/3 51/5
January [2]  37/19 38/5
Jeffrey [2]  36/8 36/10
job [3]  33/11 56/12 62/10
Jones [1]  95/7
Jr [1]  109/10
JUDGE [61]  1/11 3/2 4/4 4/21 4/24 5/8
  5/22 12/1 12/17 12/19 13/15 13/23 14/2
  14/15 14/17 15/6 15/25 16/11 17/20 18/4
  27/13 31/15 58/16 59/9 65/14 66/13 66/21
  69/6 69/12 70/9 70/15 71/17 71/21 72/14
  72/19 74/5 74/20 75/10 75/22 76/20 77/10
  79/16 80/21 80/24 83/21 84/9 84/25 85/3
  87/22 94/5 94/9 94/23 95/17 98/20 100/9
  105/16 105/25 106/14 107/12 107/21
  108/21
July [1]  26/24
jumping [1]  84/17
June [1]  26/24
jurors [9]  19/3 67/4 71/3 72/19 72/23 84/12
  87/19 106/1 106/7
jury [26]  5/17 5/24 6/3 9/2 13/1 15/11 15/22
  17/7 18/13 18/15 18/16 18/23 18/25 32/20
  55/4 59/11 65/22 66/1 66/22 67/1 76/14
  77/12 89/9 105/2 105/3 106/10
just [67]  3/22 4/2 6/1 6/7 11/18 12/1 13/11
  16/2 16/4 16/9 16/12 17/20 17/25 18/5
  25/23 25/24 28/20 29/2 32/22 37/1 37/25
  38/4 41/21 41/23 42/5 43/14 44/12 44/24
  45/2 47/13 48/8 52/7 52/11 52/23 58/11
  59/4 60/11 62/15 62/21 63/20 64/8 68/22
  69/21 70/20 71/6 72/19 73/14 75/25 75/25
  79/22 80/11 81/25 82/15 84/12 86/12 90/11
  94/9 95/11 96/9 97/21 105/13 105/20
  105/22 106/2 106/10 107/25 108/12

## K

keep [12]  20/18 34/1 37/2 37/3 37/6 37/16
  38/3 40/25 44/4 45/7 47/4 84/17
keeping [1]  56/20
keeps [1]  48/5
kept [1]  81/6
key [3]  8/5 26/19 33/25
kickback [26]  24/23 25/20 26/1 26/17 28/3
  28/5 28/24 29/2 29/24 30/7 31/10 39/24

62/12 63/18 86/19 87/3 87/5 87/16 87/17
  88/2 88/3 89/23 90/9 98/10 99/11 99/14
kickbacks [1]  27/11
kind [10]  4/22 16/23 34/22 39/23 40/10
  43/10 44/13 46/19 46/23 51/25
kinds [1]  20/4
knew [6]  28/2 30/11 39/21 39/23 59/10
  96/17
know [82]  5/1 13/3 13/13 14/5 14/20 14/21
  14/21 15/23 16/24 16/24 16/25 17/11 17/13
  18/5 18/6 18/7 20/17 27/6 28/3 28/4 28/6
  28/8 37/20 37/20 38/12 38/12 38/13 38/13
  38/14 38/15 38/21 42/12 43/12 44/21 44/25
  46/13 47/4 47/5 47/8 47/9 47/10 47/12
  47/13 48/8 49/6 49/6 49/11 50/1 50/4 50/10
  54/6 54/10 55/15 56/23 58/8 58/12 59/1
  59/17 59/19 59/19 66/3 67/15 67/24 68/22
  69/7 69/9 70/10 72/20 76/13 80/4 82/11
  91/6 93/1 94/3 96/2 99/21 101/21 104/21
  105/21 106/12 106/15 108/1
knowing [1]  25/13
knowledge [6]  9/11 9/13 9/18 65/2 85/20
  97/3
known [3]  35/9 50/2 72/25
knows [9]  18/11 30/8 30/9 38/16 40/5 40/6
  40/15 46/21 54/1

## L

labeled [1]  46/9
labor [1]  60/1
ladies [12]  18/17 18/20 21/7 21/15 44/7
  54/8 55/4 66/8 67/1 77/12 104/17 105/2
laid [5]  24/21 25/1 79/23 80/4 80/6
landlord [2]  28/13 28/13
lands [1]  39/8
language [2]  17/10 82/16
large [3]  23/19 59/3 62/6
last [3]  35/4 55/3 89/10
late [3]  18/19 37/5 37/9
later [3]  10/20 21/7 36/13
latitude [1]  5/20
laugh [1]  46/3
launch [3]  38/18 48/4 54/16
law [3]  12/15 21/3 24/25
lawyers [3]  19/19 19/14 21/17
lawyers' [1]  5/18
laying [2]  4/20 89/21
leading [2]  61/15 73/18
leap [1]  107/13
learn [3]  34/25 35/1 54/5
led [1]  44/9
left [1]  72/3
leg [1]  12/10
legal [1]  107/2
legitimate [1]  86/7
lend [2]  4/12 40/24
lengthy [1]  65/18
less [8]  7/19 23/14 23/25 29/17 43/4 43/15
  56/22 94/19
let [5]  13/16 17/13 19/1 64/22 70/10
let's [41]  17/3 24/9 24/9 30/24 31/1 32/23
  33/3 41/13 43/14 52/10 62/21 72/13 75/21
  76/19 77/25 78/12 80/8 81/25 85/17 87/19
  88/6 88/9 88/19 88/23 89/16 90/1 90/19
  91/19 92/9 92/20 93/3 93/8 93/14 93/17
  95/3 95/17 96/20 99/20 100/15 100/21
  101/24

letting [2]  18/5 18/6
life [2]  34/19 36/2
lifelong [1]  101/20
light [2]  58/14 58/15
light-blue [1]  58/15
lights [1]  40/2
like [35]  4/6 4/9 4/11 13/4 16/21 19/18
  22/11 22/25 23/3 23/18 23/20 24/1 24/5
  25/20 25/21 25/25 26/23 29/10 30/18 37/11
  39/9 42/15 44/12 49/22 57/21 58/24 59/19
  62/11 70/22 82/14 85/7 85/11 88/4 103/20
  107/3
likely [3]  56/22 71/14 108/9
limited [1]  19/21 39/18
limiting [2]  17/6 38/2
line [7]  23/19 36/6 36/12 37/4 38/18 41/1
  82/11
Lines [4]  23/1 23/4 23/6 23/11
liquid [1]  52/21
liquidity [1]  100/18
list [2]  46/11 83/8
listed [4]  23/23 24/1 24/3 24/6
listen [5]  43/18 45/23 47/24 52/19 53/23
listener [6]  7/11 8/15 10/10 10/11 10/12
  11/7
listening [2]  34/22 51/7
literally [1]  99/2
little [16]  5/20 7/2 13/12 22/10 25/6 34/18
  44/1 47/14 49/9 51/19 53/16 54/5 84/5 91/7
  96/12 104/21
live [1]  46/20
livelihood [1]  48/6
lives [3]  24/19 35/23 39/4
lobbying [1]  11/21
lobbyist [1]  11/15
location [3]  36/5 36/5 67/20
long [8]  34/21 34/21 55/13 82/4 96/3 103/8
  104/17 106/25
look [16]  14/5 16/4 16/23 25/20 25/21 30/18
  64/8 65/12 72/2 72/2 72/21 75/8 81/4 86/7
  102/8 106/18
looked [4]  25/25 30/20 58/24 108/21
looking [10]  10/14 30/16 49/16 50/16 64/10
  65/14
looks [2]  39/9 106/8
Los [2]  35/21 36/11
lose [1]  24/12
lost [3]  16/14 84/13 96/12
lot [19]  5/11 22/25 23/17 24/7 24/18 34/25
  40/20 46/21 49/1 49/1 52/21 53/18 59/2
  62/15 84/8 91/7 93/1 106/4 106/5
Lots [1]  23/5
lower [2]  31/15 81/22
LUCK [6]  1/14 4/2 6/6 6/7 32/13 107/23
lunch [1]  3/22

## M

ma'am [1]  105/8
made [10]  9/25 12/7 29/24 30/18 30/19
  47/25 58/23 61/12 69/8 80/1
made-up [1]  30/19
Madoff [3]  92/23 92/24 92/25
mail [7]  3/19 9/6 9/13 15/10 16/23 32/10
  80/13
mailed [1]  27/21
mailing [1]  27/22
mails [37]  3/14 7/4 7/6 7/15 7/16 7/22 7/25

# M

**mails... [30]**  8/2 8/7 8/11 8/12 8/24 9/3 9/7 9/9 9/12 9/14 9/19 9/21 10/16 10/18 10/21 11/5 11/6 11/12 11/20 11/22 11/23 12/4 12/22 12/25 14/14 15/2 30/17 30/20 30/21 66/14

**mails' [1]**  11/14

**main [1]**  24/12

**major [1]**  33/16

**make [29]**  6/15 10/4 14/3 16/25 19/14 25/10 25/11 25/11 25/20 25/20 29/21 30/18 32/24 36/11 39/20 43/14 44/25 45/3 48/1 48/17 49/24 50/17 67/25 70/24 86/7 91/11 96/17 104/20 106/19

**makes [4]**  40/4 59/22 74/14 84/22

**making [4]**  32/14 82/13 94/19 105/22

**mall [1]**  23/20

**man [6]**  24/16 37/7 49/14 49/17 50/3 58/13

**man's [2]**  33/8 33/9

**managed [2]**  25/9 62/9

**management [2]**  35/13 35/13

**manager [7]**  25/12 62/9 63/18 86/20 87/15 98/11 99/10

**manipulation [1]**  33/20

**mannerisms [1]**  57/18

**many [4]**  7/22 43/2 83/10 108/2

**March [15]**  15/19 15/20 15/21 22/3 24/9 24/10 26/5 28/16 37/12 37/17 38/4 67/12 67/23 98/25 99/1

**March 24th [1]**  67/12

**March 30th [1]**  99/1

**March 4th [1]**  67/23

**MARCIA [1]**  1/10

**marked [4]**  64/7 65/12 75/1 108/23

**marker [2]**  4/12 4/13

**market [26]**  22/12 23/2 23/9 23/24 24/2 27/25 37/4 52/23 52/24 53/3 53/14 76/14 82/23 82/25 84/10 93/18 93/24 94/7 94/15 94/20 94/20 95/5 95/8 95/9 100/20 103/2

**markets [1]**  22/12

**married [1]**  35/2

**Martin [3]**  35/14 35/16 36/13

**Martin's [3]**  35/17 36/1 36/3

**match [1]**  14/7

**matter [20]**  10/1 12/16 17/9 19/2 21/18 37/24 56/5 56/14 60/7 62/11 65/24 98/1 98/5 98/8 98/11 99/8 99/16 105/5 106/23 109/8

**matters [1]**  56/4

**maximum [2]**  51/3 51/4

**may [38]**  1/4 5/23 6/10 6/23 7/18 7/23 9/2 9/11 9/19 12/1 15/5 15/18 15/19 18/1 20/8 20/10 21/4 21/13 32/21 36/9 51/9 51/9 54/15 55/7 55/8 59/23 66/9 66/12 66/24 68/17 74/20 74/22 74/25 77/15 87/20 95/25 103/3 107/2

**May 23rd [1]**  7/18

**maybe [11]**  12/3 23/12 47/13 49/10 77/3 79/23 84/11 92/4 105/25 106/25 107/20

**me [33]**  4/2 4/12 5/4 6/6 12/14 13/6 13/16 17/13 19/1 26/25 40/22 41/17 44/17 44/18 45/2 47/17 59/3 62/4 64/22 64/22 68/9 70/10 72/12 76/17 78/16 82/9 86/14 89/21 90/8 91/9 95/6 97/9 97/24

**mean [53]**  15/11 16/1 41/2 41/17 50/17 69/12 76/2 76/24 77/3 77/6 77/20 77/24

**mailed [30]**  79/10 79/18 79/24 80/14 81/3 81/16 82/1 82/17 82/24 83/14 83/18 83/24 84/11 85/9 85/13 86/2 86/24 88/10 88/16 88/17 88/24 89/3 89/17 91/5 93/6 93/19 93/24 94/6 94/14 97/1 97/14 100/18 100/24 101/3 102/4 102/12 103/21 105/20 106/8 106/18 107/10

**meaning [3]**  99/2 99/3 102/6

**means [1]**  51/21 76/14 82/18 82/25 82/25 85/14 95/14 100/13 100/19 100/25 102/17 103/6

**meant [5]**  79/25 83/20 85/10 94/16 109/1

**meet [5]**  13/8 24/20 59/20 62/11 96/19

**meeting [32]**  24/21 28/22 37/12 37/13 41/6 43/22 43/23 57/11 57/17 59/18 60/14 60/21 61/5 64/24 67/13 67/14 67/16 67/20 67/21 67/24 68/2 68/7 68/12 68/14 69/23 71/1 71/15 72/11 75/8 91/17 96/6 106/12

**meetings [8]**  28/19 34/24 55/24 58/21 58/23 60/5 63/25 70/22

**members [2]**  18/25 104/24

**memorialize [1]**  70/23

**men [1]**  33/10

**mention [3]**  80/2 83/3 85/16

**mentioned [26]**  56/19 59/25 60/11 63/15 67/19 70/21 71/11 76/1 76/7 76/13 78/16 82/15 90/9 90/22 91/12 92/12 92/15 92/23 93/11 99/8 100/12 101/14 102/2 102/11 102/25 108/9

**mentions [1]**  76/23 103/12

**Mercedes [1]**  39/15

**merely [1]**  17/12

**met [5]**  58/22 58/25 60/9 63/23 78/6

**MGC [1]**  1/2

**MIAMI [7]**  1/5 1/16 1/19 1/23 1/23 109/11 109/11

**microphones [1]**  40/2

**middle [6]**  41/7 76/7 81/21 85/3 90/4 101/14

**might [13]**  43/4 44/10 46/23 46/24 47/6 49/10 52/8 52/16 53/1 53/2 71/12 85/3 106/10

**MIGUEL [1]**  1/17

**mile [5]**  47/7 47/12 91/4 92/4 92/5

**miller [4]**  1/22 1/24 109/9 109/9

**million [16]**  25/6 42/14 42/19 52/12 52/13 52/22 52/25 53/1 53/3 53/3 53/6 53/8 53/9 53/11 53/15 53/18

**mind [16]**  10/19 17/13 17/21 17/24 18/9 18/9 20/18 37/16 38/3 52/12 53/21 68/6 68/10 68/11 70/2 74/5

**mine [3]**  33/1 70/11 70/19

**minutes [5]**  5/24 5/25 6/3 71/17 96/3

**mirror [1]**  48/20

**moment [5]**  4/2 71/5 100/5 105/9 105/13

**money [49]**  22/5 22/20 24/15 25/10 25/11 25/11 25/24 26/2 26/20 26/22 28/7 28/7 29/4 29/8 31/2 31/10 31/22 32/3 36/23 37/20 40/19 40/23 40/23 40/24 41/18 41/20 41/22 41/24 42/5 43/23 43/24 45/3 46/21 47/21 48/1 48/17 48/25 49/25 62/16 63/11 74/14 74/18 77/7 80/1 86/21 88/4 93/2 98/10 104/12

**monitor [1]**  68/23

**month [4]**  26/5 38/4 38/5 38/5

**months [2]**  37/17 37/18

**moon [2]**  48/3 54/16

**more [29]**  9/20 9/22 20/21 22/10 28/15 35/19 42/7 48/25 49/2 50/12 53/7 53/7 53/10 53/13 53/16 53/18 54/4 54/6 59/6 59/14 59/22 71/14 81/25 85/11 95/2 104/21 105/22 106/19 108/21

**morning [4]**  3/21 22/2 104/22 105/7

**mortgage [1]**  84/11

**most [5]**  27/12 27/16 56/19 104/12 106/9

**motion [2]**  8/21 14/22

**motive [2]**  10/23 60/16

**move [9]**  32/19 61/20 63/19 65/3 75/10 78/22 80/23 96/14 100/8

**moved [3]**  4/16 36/5 98/7

**moving [2]**  62/15 106/4

**MR [53]**  2/8 3/14 3/14 5/6 6/7 10/21 11/5 11/6 16/23 18/8 33/14 34/18 36/25 37/19 38/11 38/16 38/19 39/3 39/10 39/25 40/1 40/3 58/21 58/25 59/6 61/11 61/15 61/5 61/10 61/13 61/19 62/24 62/25 63/4 63/5 63/7 63/9 63/11 63/23 63/25 64/25 66/25 72/11 73/6 73/9 73/16 74/13 87/17 92/3 92/5 99/5 102/11 102/19

**Mr. [174]**

**Mr. Abramoff [4]**  8/7 8/11 8/19 9/8

**Mr. Abramoff's [1]**  11/20

**Mr. Blanford [1]**  18/13

**Mr. Caridad [33]**  4/10 4/21 5/10 10/3 10/4 10/9 10/20 11/6 12/10 12/23 13/4 13/10 14/4 15/19 16/8 16/20 16/25 17/2 17/6 17/21 18/1 32/14 33/4 37/25 66/5 69/16 70/2 84/22 105/21 107/8 108/10 108/13 108/20

**Mr. Caridad's [3]**  12/14 15/12 84/6

**Mr. Davidson [17]**  6/7 6/13 6/24 7/7 8/5 10/24 18/2 18/7 32/7 69/4 79/14 84/5 89/11 100/8 105/18 107/7 107/24

**Mr. Epstein [2]**  39/14 102/22

**Mr. Luck [4]**  4/2 6/6 32/13 107/23

**Mr. Martin [1]**  35/16

**Mr. Newton [84]**  33/12 33/21 34/1 34/6 34/12 34/17 34/23 34/25 35/3 35/22 36/10 36/17 37/8 37/10 37/14 37/19 38/15 39/3 39/4 39/7 39/11 39/21 39/23 40/1 40/10 40/13 42/10 51/16 59/6 60/21 62/11 62/17 62/18 62/23 67/16 67/24 68/3 71/4 72/1 72/2 73/15 75/6 75/25 76/7 76/16 76/23 77/5 77/6 77/18 78/4 78/6 78/24 79/8 80/1 80/11 80/18 86/8 86/15 86/18 87/3 87/25 88/9 88/15 88/22 89/20 90/15 90/22 90/24 91/22 92/4 93/11 96/17 96/24 98/9 99/14 99/21 100/6 100/12 101/7 101/21 102/16 103/12 103/20

**Mr. Newton's [14]**  33/14 33/24 36/3 36/20 37/5 38/20 40/11 40/14 63/21 74/16 78/19 82/15 83/12 94/17

**Mr. Safavian [3]**  7/21 8/9 8/17

**Mr. Safavian's [1]**  10/19

**Mr. Skwara [2]**  5/6 51/13

**Mr. Strickland [2]**  55/11 85/23

**Mr. Strickland's [1]**  68/11

**Mr. Yan [1]**  108/9

**much [21]**  7/19 16/9 18/18 23/25 26/8 33/6 39/19 42/14 43/15 47/8 52/24 54/3 54/20 58/25 59/17 59/19 66/8 96/4 103/16 104/19 104/20

**must [10]**  9/17 19/10 19/21 19/24 20/1 20/18 21/5 33/25 47/9 51/7

**M**

my [45]  19/16 31/1 32/7 33/10 36/23 41/19 41/20 44/23 44/24 44/25 45/1 45/3 45/4 45/24 47/25 48/5 48/9 49/24 55/5 56/10 56/12 56/12 58/2 60/3 60/23 62/8 62/10 62/10 62/12 62/13 64/13 65/2 70/2 73/10 74/19 80/1 84/17 96/25 97/6 101/17 101/20 106/15 106/24 107/3 107/12
myself [8]  56/9 56/21 63/17 67/21 75/7 86/19 87/14 98/23

**N**

name [24]  24/16 24/18 26/13 26/15 29/16 30/4 36/13 55/3 55/3 55/5 56/9 56/10 56/13 56/18 58/2 58/5 58/8 59/2 59/5 72/8 75/17 75/18 76/6 101/17
named [8]  24/18 35/3 35/4 36/1 36/8 37/7 40/5 49/7
narration [1]  79/15
narrow [1]  5/9
NASDAQ [3]  22/21 24/3 95/10
national [1]  62/6
nature [1]  15/9
NE [1]  1/15
necessarily [1]  11/24
need [22]  5/23 11/2 16/21 37/20 37/20 38/9 40/25 43/24 45/12 46/13 49/23 71/21 76/20 79/15 80/2 84/7 84/23 85/3 87/22 94/23 105/24 106/7
needed [3]  24/15 43/22 44/8
needs [7]  37/6 44/1 44/2 44/6 49/8 49/11 106/20
needs and [1]  44/2
neither [2]  9/6 17/4
never [6]  24/24 30/6 30/6 30/10 31/16 106/9
new [24]  7/20 7/24 14/23 23/21 24/3 24/12 28/14 35/7 35/10 35/15 36/4 36/12 37/2 37/3 38/18 40/6 40/25 42/3 45/18 90/17 95/7 95/7 96/10 101/18
newspapers [1]  82/3
NEWTON [123]
Newton's [22]  16/23 18/8 33/14 33/24 36/3 36/20 37/5 38/20 40/11 40/14 61/19 62/24 62/25 63/5 63/7 63/9 63/21 74/16 78/19 82/15 83/12 94/17
next [13]  26/5 42/24 48/23 57/8 72/11 74/6 74/7 80/23 106/24 107/11 108/6 108/7 108/8
nice [1]  96/19
nickel [1]  101/3
nine [2]  82/11 85/3
Nineteen [1]  35/20
no [58]  1/2 4/17 6/7 7/18 8/9 8/9 8/14 8/24 10/11 10/22 12/12 12/12 14/15 15/17 16/16 20/25 27/15 27/17 27/19 27/21 27/23 34/11 34/14 34/14 34/14 38/14 39/22 41/4 41/23 44/5 44/16 46/12 49/2 53/25 54/1 54/11 56/5 56/17 59/16 65/6 66/18 68/1 71/8 75/12 78/7 85/19 86/10 86/10 91/2 97/15 98/18 101/21 103/7 104/2 104/24 106/20 107/16 108/10
noise [2]  33/2 71/12
noisiness [1]  108/23
noisy [1]  108/22
non [8]  10/8 10/15 11/14 12/9 12/13 13/8

15/15 15/16
non-hearsay [6]  10/8 10/15 11/14 12/9 12/13 13/8
non-witness [2]  15/15 15/16
nonexistent [1]  54/10
nonreporting [1]  95/3 95/13 95/14
nonverbal [1]  9/24
normal [1]  108/2
normally [1]  108/2
north [2]  46/22 109/11
not [124]
note [1]  16/9
notes [2]  7/21 8/16
nothing [12]  15/11 19/4 20/21 25/24 30/8 30/9 30/11 33/21 50/12 70/25 85/15 96/12
notice [2]  4/7 9/21
noticed [1]  106/15
noting [1]  14/17
November [1]  15/16
now [49]  7/24 9/17 13/13 14/25 15/3 18/8 18/12 18/25 20/4 21/8 22/10 22/17 23/25 24/9 24/21 26/25 27/10 29/12 31/12 31/24 34/8 34/16 37/12 38/7 38/21 40/1 43/25 46/15 48/13 49/9 50/21 51/17 52/2 53/6 53/10 54/10 64/10 67/4 67/8 70/16 71/3 71/16 71/16 72/22 74/13 94/12 95/21 100/12 101/8
number [28]  2/13 2/14 2/15 2/16 10/17 14/20 14/22 42/25 43/14 57/15 57/13 64/3 66/17 66/19 66/20 70/7 72/21 72/22 75/9 75/14 76/5 82/6 94/20 99/4 99/4 100/25 103/21
numbers [1]  5/1
nursery [1]  80/5

**O**

o'clock [3]  65/19 105/6 109/2
oath [4]  18/21 65/24 66/10 105/5
object [4]  5/16 68/15 98/17 105/23
objecting [1]  5/8
objection [55]  19/16 19/17 38/24 41/9 41/11 50/23 51/11 59/8 59/12 60/15 60/18 60/24 61/15 61/21 65/6 66/16 68/5 68/8 70/3 73/11 73/17 74/3 74/8 75/12 76/25 77/8 77/15 78/25 79/4 79/11 80/15 80/21 82/19 83/19 84/2 85/19 86/3 88/12 88/25 89/4 91/13 93/20 93/25 97/2 97/8 97/9 97/15 98/21 99/24 100/7 101/4 103/22 104/2 104/13 106/20
objections [2]  19/13 19/14
objects [1]  11/21
obligation [1]  19/14
obscure [1]  105/18
obstreperous [3]  84/23 105/22 108/22
occasions [1]  58/22
occupation [1]  56/12
occurred [1]  64/17
off [13]  10/8 14/13 25/14 25/17 30/15 32/23 33/1 50/4 70/16 71/22 85/17 88/23 89/16
offer [7]  34/13 48/11 78/11 91/1 102/11 102/14 102/17
offered [9]  10/1 11/18 12/21 17/8 17/11 17/12 19/15 24/17 77/13
offering [4]  12/16 102/16 102/16 102/18
office [5]  1/15 11/18 67/12 67/14 67/17
officer [1]  76/15
official [4]  1/22 58/1 58/2 109/10

often [3]  22/24 23/11 23/21
Oftentimes [1]  81/12
oh [2]  6/19 14/15
okay [20]  3/12 11/9 11/11 14/9 43/5 47/18 51/24 52/9 52/14 53/15 61/12 62/18 62/21 63/2 67/4 69/25 97/10 99/20 100/2 101/11
old [1]  25/2
once [8]  6/14 14/13 20/15 21/15 53/15 87/17 94/21 103/2
one [53]  4/20 8/14 9/14 9/20 9/22 10/7 10/7 12/1 14/20 15/5 16/3 17/1 22/16 22/17 22/17 23/11 26/5 26/5 29/7 31/4 33/15 35/2 35/13 36/4 36/20 38/15 40/3 43/14 47/6 48/7 50/2 51/17 51/23 52/25 60/7 64/22 74/13 75/8 83/12 86/25 87/8 87/8 92/3 94/11 95/25 96/5 99/3 102/18 105/6 105/13 106/24 108/21 109/2
one-hundredth [1]  22/17
one-time [1]  31/4
ones [2]  28/20 51/22
ongoing [1]  13/1
only [26]  5/10 10/9 11/3 11/4 12/13 13/21 13/21 14/12 15/7 15/9 17/1 17/25 19/21 20/2 25/6 25/7 29/4 37/10 38/11 38/14 46/14 57/25 58/3 63/15 77/13 96/3
onset [1]  77/20
open [50]  23/8 27/25 35/16 37/2 37/3 37/6 40/25 70/5 70/12 71/20 72/16 73/21 74/11 74/24 75/23 76/21 78/2 78/13 80/9 80/25 81/23 85/1 85/5 87/23 88/7 88/20 89/14 90/2 90/20 91/20 92/10 92/11 93/4 93/9 93/15 94/24 95/19 96/22 97/12 97/19 98/13 99/18 100/10 100/16 100/22 101/12 101/25 102/9 103/2 103/10
opened [2]  66/5 71/14
opening [15]  2/3 2/4 3/5 4/23 5/9 18/6 19/1 21/8 21/10 21/22 22/1 32/14 33/5 33/19 87/21
operating [1]  4/4
operation [4]  55/22 55/23 59/23 101/19
operations [3]  55/20 55/21 57/1
opinion [9]  6/12 7/8 7/18 7/19 12/18 14/11 16/9 16/10 16/10
opponent [11]  9/24 10/5 12/4 12/8 12/10 12/12 13/19 13/22 14/8 14/15 15/8
opportunity [3]  15/1 21/12 61/8
opted [1]  79/14
option [1]  41/13
order [7]  7/23 7/24 7/24 14/20 14/22 15/5 82/16
originally [1]  62/16
other [34]  9/8 9/9 10/8 10/15 10/16 11/12 12/9 12/13 13/20 14/1 14/8 14/9 14/16 15/17 19/7 19/19 20/8 41/13 42/13 42/13 43/10 49/9 55/21 55/25 63/13 68/3 68/20 69/2 69/7 69/13 69/16 76/17 94/7 108/15
other's [1]  90/14
others [1]  11/14
otherwise [3]  14/10 40/24 53/16
our [11]  14/4 46/6 50/13 54/23 65/19 83/25 96/1 108/1 108/7 108/8 108/8
ourselves [1]  87/16
out [32]  5/4 5/11 5/22 7/7 8/6 12/1 12/3 12/7 20/22 24/21 25/1 37/10 39/11 46/19 46/22 47/3 47/20 52/21 52/22 58/2 59/22 60/10 67/1 83/6 89/21 91/11 93/2 95/4 101/18 102/8 107/1 108/20

## O

outside [3] 20/1 65/25 105/6
over [15] 4/20 7/5 13/9 23/24 24/2 47/6
 47/6 47/24 47/24 53/12 54/18 55/14 81/4
 103/6 106/16
over-the-counter [2] 23/24 24/2
overall [1] 60/7
overruled [14] 19/18 41/11 59/12 60/18
 68/8 77/1 77/15 79/4 83/22 86/4 89/5 91/14
 97/5 98/21
owe [1] 36/23
owed [1] 24/14
own [13] 22/17 27/5 35/12 39/6 39/6 44/9
 48/9 49/18 81/20 82/9 82/10 82/12 84/23
owned [1] 48/14
ownership [1] 22/15
owns [3] 26/14 48/13 103/18

## P

p.m [5] 18/16 65/22 65/25 105/3 109/5
package [1] 13/11
pad [2] 48/4 54/16
page [29] 2/2 7/15 8/25 9/1 12/17 12/18
 41/6 41/7 71/4 72/22 73/8 75/19 76/8 78/1
 78/15 81/22 82/10 85/3 85/8 90/4 91/17
 92/12 95/2 95/21 96/21 97/21 101/14 102/2
 103/12
pages [4] 1/7 5/1 78/4 78/4
paid [13] 27/19 31/22 52/1 53/16 77/22
 80/6 88/3 88/5 98/8 98/12 99/11 99/15
 99/16
paper [3] 4/8 31/20 46/10
paragraph [5] 79/9 81/22 85/8 86/9 96/15
parked [1] 39/15
part [19] 5/14 13/10 14/8 14/9 18/10 20/14
 28/8 43/8 43/11 47/16 56/20 56/25 63/13
 63/22 64/25 80/3 87/20 88/4 96/19
particular [14] 9/5 9/12 56/14 60/21 62/3
 67/15 77/14 83/7 95/12 96/1 101/1 102/15
 102/17 103/15
parts [2] 12/8 62/16 106/4
party [11] 9/23 10/15 12/4 12/7 12/10 13/19
 13/22 14/8 14/15 15/8 83/12
passing [1] 66/25
pay [23] 24/13 25/7 25/8 25/16 26/1 26/17
 28/3 40/22 40/23 43/13 43/15 44/15 47/2
 52/10 52/13 53/7 62/18 63/17 87/3 89/23
 103/14 103/16 106/11
paying [12] 25/21 28/7 28/8 53/12 53/13
 53/18 54/4 86/18 98/9 98/9 99/14 104/7
payment [2] 29/24 39/23
payments [2] 24/23 36/23
pen [1] 93/6
penalty [1] 51/4
penitentiary [1] 93/7
Penney [1] 37/4
penny [9] 23/14 23/15 23/17 26/14 27/3
 40/18 40/20 42/24 43/15
pension [79] 22/5 22/6 25/3 25/3 25/8 25/9
 25/11 25/12 25/13 25/22 26/8 26/12 26/16
 26/18 26/22 27/2 27/11 28/3 29/10 29/11
 29/19 29/21 29/24 29/25 30/1 30/2 30/24
 31/8 33/25 34/1 34/7 34/8 34/10 34/14
 38/14 40/6 40/6 40/7 40/9 40/10 40/12
 40/15 40/16 40/17 40/21 44/11 44/12 44/22
 45/1 45/5 45/9 46/21 49/25 50/7 50/13 62/6
 62/8 62/9 62/10 62/13 62/19 63/4 63/7
 63/16 81/5 81/6 81/8 81/9 81/10 81/19
 83/13 87/15 87/15 94/16 99/10 99/13
 101/20 102/5 104/7
pensioners [3] 34/11 34/14 54/11
people [21] 23/5 23/6 38/11 39/5 40/7 42/13
 42/13 43/24 46/19 47/3 49/13 53/21 56/22
 68/3 69/13 77/22 79/21 81/5 82/6 87/14
 93/2
per [3] 82/17 95/6 101/10
percent [15] 41/18 69/10 87/4 87/6 87/11
 87/14 90/6 90/10 90/11 90/12 90/12 96/24
 97/22 98/1 98/2
percentage [4] 81/13 86/25 96/25 97/1
perfectly [1] 51/9
performance [2] 46/19 47/3
period [1] 103/3
periodic [1] 95/15
permission [1] 32/19
permit [1] 9/4
permitted [1] 9/10
person [14] 23/8 52/19 57/11 58/22 59/20
 59/24 60/5 60/6 62/4 74/6 81/4 101/16
 102/15 103/18
personal [3] 9/11 9/12 9/18
persons [1] 9/13
Phil [1] 35/15
phone [5] 32/23 57/7 57/8 63/25 64/24
photograph [1] 5/6
physical [1] 106/12
picture [2] 5/5 91/18
piece [1] 46/10
pink [8] 23/23 24/2 24/6 27/11 29/13 95/3
 95/4 95/10
pitch [4] 39/20 40/4 69/8 78/8
place [6] 15/14 17/12 38/10 57/13 62/10
 102/14
placed [4] 57/16 62/8 64/13 103/4
placement [1] 88/15
placing [1] 18/8
Plaintiff [2] 1/4 1/14
plan [12] 10/23 34/12 39/19 39/22 41/14
 42/9 42/11 43/9 81/11 86/25 82/22 88/15
plans [4] 44/24 44/25 48/17 48/22
play [7] 38/12 39/11 65/15 70/8 79/14 84/6
 101/19
played [39] 70/12 71/20 71/6 73/21 74/11
 74/24 75/3 76/21 78/2 78/13 80/9 80/25
 81/23 85/5 87/23 88/7 88/20 90/2 90/20
 91/20 92/10 92/21 93/4 93/9 93/15 94/24
 95/19 96/2 97/12 97/19 98/13 99/18
 100/10 100/16 100/22 101/12 101/25 102/9
 103/10
player [1] 34/9
players [4] 33/16 38/7 38/9 39/17
playing [2] 65/17 70/7
Plaza [1] 36/5
plea [3] 3/10 17/23 18/10
plead [1] 50/25
pleaded [1] 31/12
please [15] 5/3 18/18 18/20 18/22 21/23
 32/18 54/22 66/10 67/1 76/14 84/3 89/11
 100/8 105/10 105/13
point [16] 7/7 8/5 8/23 12/1 12/7 13/6 18/2
 18/7 48/7 65/11 66/21 67/15 72/18 86/25
 86/25 101/21
points [5] 86/23 86/25 87/6 90/5 90/7

popular [1] 82/5
portion [4] 5/9 5/11 80/23 81/13
portions [1] 4/24
portray [1] 56/21
portrayed [1] 56/9
portraying [1] 62/5
position [2] 17/22 57/16
positions [1] 42/18
possibility [1] 42/20
possible [3] 51/3 51/4 106/25
possibly [1] 53/13
potential [2] 40/14 103/14
Pouring [1] 94/20
practical [1] 108/18
prefer [1] 102/23
prejudice [2] 7/19 7/25
prejudiced [1] 8/3
preliminary [1] 19/2
premise [1] 14/13
prepared [2] 3/5 70/8
preposterous [3] 14/10 14/12 15/9
present [6] 10/12 21/1 71/4 100/3 108/5
 108/14
presented [1] 20/3
presents [1] 45/8
president [2] 22/22 31/3
presumed [1] 20/19
pretend [1] 25/23
pretended [1] 30/10
pretrial [3] 7/23 8/21 13/5
pretty [4] 39/18 51/14 65/18 84/7
previously [3] 64/6 65/11 75/1
price [39] 23/10 29/18 43/13 43/13 43/15
 43/19 43/19 44/14 51/19 51/24 52/1 52/5
 52/10 53/6 53/9 53/12 83/11 85/10 94/19
 97/25 98/2 98/3 98/6 98/15 98/19 98/22
 99/3 99/6 99/9 99/12 101/9 101/9 102/13
 102/17 103/13 103/14 103/17 104/1 104/6
print [2] 3/20 5/4
prior [1] 106/10
prison [1] 93/7
private [1] 88/15
probably [3] 36/19 54/6 73/7
problem [7] 5/13 17/1 84/17 107/6 107/7
 107/8 108/10
problems [7] 36/18 37/22 38/17 52/18 77/6
 77/21 105/21
proceed [5] 55/7 63/17 75/21 77/16 108/20
proceeded [1] 10/16
proceedings [10] 1/10 3/1 6/4 66/7 68/18
 70/5 84/4 85/1 109/5 109/8
proceeds [1] 63/12
produce [1] 37/3
product [1] 49/20
products [1] 49/19
proffer [1] 18/10
proffered [1] 9/19
prohibits [1] 21/3
project [2] 36/9 50/11
promise [1] 49/23
promised [4] 38/16 44/2 44/7 51/8
promises [1] 37/19
promote [1] 97/14
promoting [1] 100/12
prompted [1] 91/10
proof [4] 20/6 20/7 20/21 20/24
proposal [4] 61/9 61/12 67/25 68/4

**P**

propose [1]  62/1
proposed [1]  24/22
proposing [1]  8/24
prosecutor [1]  36/15
prospect [1]  13/23
prospects [1]  16/21
prove [6]  12/16 21/1 21/5 33/23 34/5 54/9
proven [1]  20/19
provide [2]  11/12 95/15
provided [1]  30/6
provides [2]  59/9 59/11
providing [3]  5/15 28/25 30/19
public [5]  1/18 35/24 35/24 35/25 56/4
publish [1]  66/22
purchase [4]  62/13 83/11 83/12 87/2
purchased [4]  83/1 83/1 83/9 83/10
purchases [1]  32/3
purchasing [1]  83/10
purported [1]  101/17
purpose [4]  19/21 86/11 86/14 86/15
purposely [1]  59/3
pursuant [1]  9/22
put [9]  4/6 9/24 34/8 57/6 57/8 75/17 81/14
 89/21 107/4
puts [1]  49/20
puzzled [1]  106/8

**Q**

quarter [2]  42/14 42/19
question [15]  7/22 19/18 60/20 60/25 61/4
 68/20 69/5 69/6 69/18 79/22 89/10 93/21
 94/6 98/17 104/14
questions [5]  19/11 19/13 59/6 75/25
 106/15
quick [1]  3/22
quickly [3]  43/24 77/23 80/11
quite [2]  72/25 108/24
quote [3]  24/24 26/8 40/17
quote/unquote [1]  40/17
quotes [1]  7/12

**R**

raise [1]  18/22
raised [2]  83/18 83/24
raising [1]  77/7
ran [2]  37/7 59/3
range [1]  23/13
rather [5]  11/16 12/20 108/16 108/17
 108/18
reach [1]  107/22
read [4]  6/1 6/14 37/24 82/3
reading [8]  7/8 7/14 7/15 8/25 11/2 12/8
 13/7 34/23
ready [4]  30/21 65/20 65/25 105/6
real [20]  22/22 22/23 23/1 23/4 23/7 23/13
 23/22 24/12 30/4 30/8 36/14 36/15 38/11
 38/14 47/15 47/25 56/10 63/1 69/12 82/6
realize [2]  27/1 38/22
realized [2]  37/9
realizing [1]  16/6
really [4]  25/23 30/1 48/10 104/22
realm [1]  109/1
reason [10]  12/14 16/6 17/25 23/15 24/4
 46/14 51/10 53/19 54/17 63/15
reasonable [7]  9/2 21/6 33/23 34/6 52/3

53/14 53/25
reasons [1]  22/8
recall [1]  3/14
receive [7]  21/16 25/15 26/2 44/8 57/20
 58/4 89/22
received [9]  9/7 10/19 19/8 19/21 21/20
 65/7 66/19 75/13 87/17
receiving [1]  102/19
recess [1]  65/19
recession [1]  36/19
recognize [6]  58/10 58/12 58/20 64/9 64/12
 75/3
recognized [1]  15/9
recollection [1]  74/19
recommended [1]  61/9
reconsideration [1]  7/19
record [9]  19/8 57/3 57/3 57/4 57/15 58/16
 58/18 95/23 108/11
recorded [8]  27/7 29/5 31/17 34/17 63/25
 64/1 96/2 96/6
recorder [2]  57/13 57/13
recording [8]  57/2 57/6 57/7 57/11 60/13
 71/13 96/7 96/8
recordings [6]  28/19 31/18 31/25 64/16
 64/21 72/21
records [5]  28/12 28/14 31/21 32/2 45/11
red [3]  83/18 83/24 84/11
refer [1]  36/14
reference [1]  93/7
referred [3]  23/16 36/16 79/8
referring [4]  73/4 79/7 82/10 102/5
refers [1]  102/15
reflect [3]  58/16 64/24 103/21
reflecting [2]  103/25 105/25
regarding [1]  37/24
regular [2]  29/10 29/17
regulates [1]  25/19
regulating [1]  93/12
regulations [1]  32/6
regulators [2]  83/25 95/15
reject [2]  20/14 68/3
related [1]  30/14
relating [2]  61/19 79/25
relation [1]  77/4
relations [3]  77/4 77/22 100/14
relationship [5]  40/14 62/5 78/17 78/19
 90/6
relationships [1]  73/16
relative [1]  72/1
relevance [6]  59/8 60/15 68/5 77/11 86/3
 91/13
relevant [1]  53/19
relitigated [1]  16/18
relocated [1]  35/22
remain [6]  18/20 21/2 65/23 66/1 66/10
 105/4
remember [12]  7/10 15/6 21/18 34/9 34/13
 51/22 52/4 52/10 58/24 104/18 104/21
 104/24
remind [3]  65/23 66/10 105/4
rent [2]  24/14 28/15
repeat [1]  69/4
rephrase [4]  39/1 61/1 77/3 98/20
Reported [1]  1/22
reporter [3]  1/22 71/22 109/10
represented [1]  59/5
representing [1]  35/14

request [1]  68/15
require [1]  10/10
required [1]  95/15
requirements [1]  52/4
resell [1]  51/23
resolved [1]  38/18
responded [2]  69/3 73/6
response [3]  3/24 74/16 74/19
responsibilities [1]  92/18
responsibility [4]  81/4 81/18 92/17 102/7
responsible [2]  33/12 93/11
rest [1]  41/10
restricted [27]  29/12 29/12 29/14 29/16
 43/1 43/2 43/4 43/7 43/10 43/13 43/18
 51/22 51/25 52/5 52/9 52/13 53/12 76/1
 76/2 76/3 76/10 83/14 83/15 83/16 88/17
 102/22 102/25
restrictions [7]  57/23 76/6 76/12 103/1
 103/4 103/7 103/9
restrooms [1]  66/2
result [1]  14/12
results [1]  95/15
resume [2]  66/9 66/11
retail [13]  30/9 40/8 40/9 40/11 40/12 40/13
 44/11 44/12 44/12 46/21 47/5 62/6 102/7
rethinking [1]  18/1
retired [2]  65/22 105/3
retirement [1]  81/15
return [1]  105/15
reveal [4]  24/24 56/15 56/18 86/8
reversed [1]  7/3
reviewed [1]  58/22
rhyme [1]  80/5
ribbon [1]  13/12
Richard [28]  24/16 24/16 24/20 27/4 33/11
 33/18 34/11 36/1 37/7 37/13 38/8 38/12
 41/21 46/8 47/10 48/7 48/21 72/9 72/25
 73/4 73/4 73/5 73/25 75/7 78/19 91/22
 91/22 91/24
Richard's [1]  46/13
rid [1]  32/24
right [34]  3/18 6/11 7/8 8/4 8/18 11/4 16/15
 16/25 18/12 18/22 21/2 22/4 33/3 33/17
 36/17 41/14 49/20 53/1 57/8 58/13 61/2
 64/6 71/3 71/21 72/2 72/22 73/20 74/17
 77/18 78/15 101/8 106/13 107/19 109/2
rise [4]  18/15 65/21 105/2 109/4
risky [1]  24/7
Rizutto [1]  35/15
RLAB [3]  36/15 52/20 52/23
RMR [2]  1/22 109/9
Rob [59]  24/18 24/20 24/21 24/25 25/2 25/4
 25/7 25/8 25/10 25/12 25/19 26/4 26/7
 26/11 26/17 27/1 27/20 27/22 28/6 28/17
 28/20 28/21 28/24 29/2 30/4 30/5 30/18
 31/7 31/25 34/18 35/3 36/22 38/12 38/23
 40/2 40/4 40/16 41/4 41/14 41/23 42/12
 42/16 43/6 43/17 43/20 43/23 44/25 45/6
 45/20 46/21 47/7 48/2 48/23 49/18 51/14
 54/15 56/16 57/24 58/4
Rob's [1]  75/18
ROBERT [7]  1/14 2/7 54/25 55/1 55/5
 56/14 58/1
role [6]  59/21 60/3 60/23 101/19 101/19
 102/3
RON [1]  1/14
room [2]  1/23 79/21

**R**

rule [7]  7/5 9/20 10/18 13/5 16/17 107/3
  108/12
ruled [1]  17/25
ruling [4]  3/25 6/12 17/23 19/17
Runway [1]  36/9
rush [1]  106/17
Russo [1]  101/17

**S**

S-T-R-I-C-K-L-A-N-D [1]  55/6
Safavian [12]  7/3 7/21 8/9 8/17 13/2 13/3
  14/7 14/11 14/14 14/22 16/8 17/1
Safavian's [1]  10/19
said [51]  6/9 10/24 18/5 25/2 25/4 25/10
  25/19 34/10 37/14 37/15 48/21 53/20 54/8
  70/20 70/20 72/25 73/16 73/23 74/13 75/16
  75/17 75/25 77/18 78/25 79/6 79/9 79/19
  79/22 80/11 84/10 85/12 87/10 87/13 88/15
  89/16 90/4 90/13 90/22 92/3 92/5 92/6
  93/24 94/7 94/14 96/14 96/15 96/24 105/20
  105/20 106/23 107/16
salary [2]  81/13 81/14
sale [3]  63/12 83/11 102/16
sale/purchase [1]  83/11
same [20]  3/25 10/3 15/14 16/6 22/13 26/15
  28/8 29/18 29/20 31/23 35/2 42/16 42/16
  45/21 47/1 68/3 89/4 93/25 104/18 108/2
sample [1]  49/19
sat [1]  69/23
sauce [2]  15/2 15/3
saw [2]  4/14 106/1
say [36]  8/2 8/3 8/19 8/22 13/12 14/25 15/4
  15/15 16/4 16/23 17/1 17/2 19/4 36/17
  41/13 43/9 43/12 43/14 43/18 46/3 46/15
  50/6 50/8 52/8 53/23 56/3 65/16 73/15
  78/21 82/8 83/14 85/8 86/23 96/16 97/21
  98/24
saying [20]  7/25 10/4 11/1 12/17 12/23
  12/24 13/6 13/7 13/17 14/5 15/22 16/4
  42/17 47/7 69/17 78/24 88/9 91/6 91/8
  101/7
says [30]  7/4 8/25 14/23 37/15 41/4 41/15
  41/23 43/6 46/9 46/12 47/9 47/12 47/16
  48/7 48/19 48/24 49/6 49/21 50/1 50/2 50/5
  50/15 50/20 51/13 76/16 101/8 102/22
  102/23 103/20 108/22
schedule [5]  98/15 98/19 98/22 99/2 99/7
scheduling [2]  52/18 106/23
scheme [10]  28/8 33/20 61/14 61/25 62/3
  62/4 63/14 78/10 79/25 86/14
scope [2]  60/24 104/13
Scott [36]  24/18 24/20 24/21 24/25 25/2
  25/4 25/8 25/10 25/12 25/19 26/5 26/7
  26/11 26/17 27/1 27/20 27/22 28/6 28/17
  28/21 28/21 28/24 29/2 30/4 30/18 31/7
  31/25 40/2 41/14 45/6 46/3 56/14 56/16
  57/24 58/1 58/4
Scott's [1]  25/7
screen [1]  67/11
scrutiny [1]  83/25
seamless [1]  96/13
seat [4]  55/2 66/9 66/11 71/25
seated [8]  18/24 67/14 67/17 67/23 69/7
  71/24 72/11 77/18
seats [1]  18/18

Sebelia [2]  36/8 36/11
SEC [7]  25/25 28/5 30/15 30/20 92/15
  93/11 93/11
SEC's [1]  92/17
second [19]  5/22 7/8 20/24 23/10 26/7 29/6
  29/7 30/22 30/23 51/14 53/2 53/8 53/9
  64/22 68/22 69/24 82/11 96/21 107/13
section [3]  12/8 12/9 96/21
securities [10]  25/18 27/5 27/24 32/10
  32/11 33/20 37/9 92/16 92/19 93/12
security [1]  32/6
see [42]  5/21 6/14 12/6 13/1 16/13 27/12
  28/12 28/18 29/9 30/17 30/19 31/19 31/21
  32/1 32/2 32/23 33/4 33/17 34/12 34/13
  37/13 37/14 41/7 45/18 45/20 46/17 49/14
  49/15 49/15 51/13 59/15 67/4 67/5 67/5
  67/8 67/11 67/12 68/14 69/24 99/21 106/9
  109/2
seeing [1]  71/3
seek [2]  66/13 66/21
seem [2]  46/20 105/22
seems [4]  12/17 27/10 49/17 84/7
seen [5]  19/25 31/24 42/18 71/13 87/20
sees [3]  39/12 39/13 39/15
selecting [2]  60/11 107/9
self [1]  79/24
self-explanatory [1]  79/24
sell [16]  22/20 24/5 29/9 35/25 42/23 42/25
  43/3 43/18 44/14 48/10 63/4 94/18 103/1
  103/6 103/8 103/19
seller [2]  22/25 53/2
selling [2]  102/18 104/10
sells [1]  49/19
send [6]  41/3 41/17 41/21 41/23 42/5 45/11
sends [2]  45/17 45/17
sense [3]  10/12 14/3 106/1
sensitive [5]  79/9 79/10 79/18 106/7 106/8
sensitivity [1]  80/3
sent [6]  3/19 9/12 42/15 45/12 45/13 45/14
sentence [1]  31/15
sentenced [1]  31/13
separate [2]  33/20 68/21
separating [1]  12/7
September [2]  6/23 7/23
September 12th [1]  6/23
serious [2]  22/4 24/11
service [3]  19/3 30/6 106/10
services [5]  25/21 25/23 26/3 29/1 30/19
session [2]  96/2 96/5
sessions [1]  96/5
set [10]  25/22 36/9 37/10 43/12 43/19 43/19
  85/16 86/11 86/20 86/22
sets [1]  83/6
setup [1]  38/13
seven [4]  8/25 73/7 78/4 78/15
several [1]  79/9
shake [1]  47/13
sham [2]  79/9
share [12]  4/22 5/3 22/15 22/16 22/18 23/12
  43/2 43/13 52/1 83/10 101/3 101/10
shareholder [1]  50/13
shareholders [3]  47/23 48/18 50/7
shares [39]  22/16 25/6 35/25 42/23 42/23
  42/25 43/1 43/5 43/7 43/7 43/9 43/16 43/19
  49/1 49/2 51/18 51/22 51/24 51/25 52/5
  52/5 52/9 52/12 52/13 52/22 52/25 53/4
  53/13 53/17 53/24 76/5 76/7 76/9 76/10

76/10 76/11 83/10 94/20 100/25
sharing [1]  84/5
she [5]  9/12 9/13 56/3 56/7 91/17
sheet [2]  95/3 95/4
sheets [6]  23/23 24/2 24/6 27/11 29/13
  95/10
shell [8]  25/16 85/16 85/17 85/18 85/23
  86/11 86/15 86/17
shirt [1]  58/15
shop [1]  90/17
short [1]  22/23
shot [1]  33/3
should [11]  9/7 16/17 16/23 17/4 19/5 19/5
  19/16 29/18 33/12 45/25 67/5
shouldn't [2]  16/17 105/23
show [34]  5/5 5/10 5/14 10/18 11/7 11/25
  22/21 24/10 28/10 28/14 31/22 36/8 39/7
  39/21 42/10 42/21 43/8 43/17 44/2 44/22
  45/11 45/12 45/12 49/13 51/1 51/1 52/11
  52/15 53/5 53/14 53/20 54/14 54/17 64/6
showing [3]  10/22 32/1 32/3
shows [1]  52/8
shut [1]  49/4
side [2]  40/4 50/14
sidebar [4]  68/16 84/2 84/20 105/21
sides [1]  17/10
sign [1]  44/16
signed [1]  46/1
silent [1]  21/2
similar [1]  68/25
simple [1]  53/10
since [2]  21/2 62/15
single [2]  23/8 64/24
sir [8]  65/23 66/10 75/3 94/14 97/8 105/4
  105/11 105/14
sit [1]  51/20
sits [1]  20/22
sitting [12]  22/4 33/17 39/25 40/3 40/3
  48/24 54/1 68/7 68/12 74/6 92/1 94/4
situation [3]  7/3 73/24 74/7
six [4]  73/7 78/1 90/4 90/6
skip [1]  106/16
Skwara [26]  5/6 26/13 26/14 26/15 26/17
  26/20 26/23 27/1 27/6 28/7 28/8 31/2 31/3
  31/5 31/6 31/11 31/12 31/17 31/19 31/22
  32/1 32/6 32/11 49/7 51/13 108/10
Skwara's [2]  27/24 31/16
slate [1]  20/23
small [1]  42/24
smoking [1]  48/19
so [72]  3/22 4/2 4/21 6/23 7/23 9/1 10/7
  10/7 12/23 13/4 15/4 15/5 16/19 17/13 18/1
  18/10 21/9 21/13 22/5 25/5 29/24 34/13
  36/9 36/20 37/5 37/12 38/3 39/7 39/16
  39/17 40/8 40/12 40/13 43/3 44/4 44/5
  46/24 47/12 49/3 49/6 49/12 51/4 51/13
  51/24 52/21 53/13 54/8 56/6 57/9 58/11
  58/18 59/14 60/20 62/7 62/24 63/2 63/6
  66/1 71/3 76/14 78/4 79/6 83/16 86/15 96/4
  96/4 96/5 98/11 99/1 99/1 105/22 108/10
sold [16]  23/1 27/18 29/11 29/18 29/19
  35/17 49/1 51/18 51/21 51/23 51/25 53/12
  53/23 94/16 100/19 101/1
Solely [1]  63/21
solution [1]  108/1
solved [1]  37/22
some [39]  4/6 7/6 10/20 12/13 19/2 19/20

**S**

some... [33] 21/7 22/11 23/2 26/20 32/24 35/1 36/3 36/8 40/13 40/19 40/20 40/23 40/23 41/13 41/21 41/23 42/24 43/24 44/25 46/19 46/22 47/2 47/15 48/10 48/25 49/23 54/22 56/25 79/13 88/9 88/11 106/6 106/21

somebody [7] 39/20 42/15 42/23 49/1 51/7 52/15 58/8

someone [6] 9/18 56/6 56/9 57/12 60/5 81/18

something [31] 6/6 6/9 23/23 40/8 41/16 46/22 47/9 47/10 47/14 47/20 47/21 50/1 51/8 63/22 74/13 78/21 79/6 79/19 79/20 80/12 82/8 84/11 85/12 88/22 90/13 90/22 92/3 96/14 96/24 100/19 104/12

sometimes [2] 23/16 95/24

somewhat [1] 106/1

somewhere [2] 15/5 86/21

son [1] 35/3

sorry [7] 17/17 62/23 75/22 82/8 87/22 96/12 97/8

sought [1] 13/5

sounds [3] 59/19 64/20 88/4

South [5] 39/5 45/20 45/25 46/20 49/12

SOUTHERN [1] 1/1

space [2] 95/24 96/4

Sparky [1] 35/15

speaking [2] 44/19 44/19

speaks [2] 79/11 82/19

special [5] 30/5 30/13 32/5 58/4 67/4

specific [4] 9/14 17/6 92/18 95/10

specifically [4] 30/11 56/5 56/8 91/1

speculation [15] 73/11 73/18 74/4 76/25 77/8 77/11 80/15 83/19 83/20 88/12 88/25 97/15 98/18 101/4 103/22

spell [1] 55/3

spike [1] 48/25

split [5] 31/10 87/10 87/13 87/16 98/10

spoken [1] 91/2

sports [2] 35/13 38/21

square [1] 18/8

squarely [1] 57/17

squeeze [4] 46/18 46/22 47/20 107/14

stage [9] 38/10 38/11 38/22 39/8 39/14 39/16 39/19 40/1 45/21

stand [8] 6/1 7/21 8/17 8/20 12/10 14/18 55/15 107/4

standing [1] 18/20

stands [2] 55/17 77/4

Starbucks [1] 13/14

start [17] 4/3 14/13 15/16 18/19 65/20 65/25 70/7 70/10 70/11 85/17 88/23 89/16 93/17 95/4 104/18 104/20 105/6

started [4] 12/4 18/12 24/10 71/2

starts [1] 20/22

state [13] 10/19 10/23 17/12 17/21 17/24 18/8 18/9 55/3 68/6 68/9 68/11 74/5 108/11

stated [1] 60/3

statement [17] 2/3 2/4 12/4 13/19 13/22 14/8 14/9 14/15 15/8 21/10 21/23 22/1 32/14 33/5 33/19 74/7 87/21

statements [9] 3/8 9/25 10/2 11/13 17/8 18/6 19/1 19/11 21/8

STATES [10] 1/1 1/3 1/11 1/22 3/3 21/22 27/15 54/21 54/25 109/10

stay [3] 48/3 69/20 105/9

stayed [1] 54/16

staying [1] 37/10

steady [2] 44/3 49/4

Steinbrenner [1] 35/15

step [1] 5/22

steps [1] 6/21

Sticking [1] 78/15

still [9] 5/6 7/5 11/14 26/21 26/22 33/2 36/19 95/2 108/25

stock [125]

stockbrokers [1] 24/4

stocks [15] 22/12 23/18 23/20 24/5 24/7 25/3 27/11 30/1 40/18 40/20 54/5 63/6 82/2 95/8 95/9

stop [2] 26/10 99/20

stops [1] 95/21

storage [1] 95/24

store [10] 24/12 35/17 36/4 37/2 37/6 40/9 40/11 44/12 44/13 47/5

story [1] 56/11

straight [1] 4/3

stream [2] 44/3 49/4

streamline [1] 107/21

Street [2] 1/15 1/18

stretch [1] 69/12

STRICKLAND [8] 2/7 30/5 30/13 54/25 55/5 55/11 67/4 85/23

Strickland's [1] 68/11

strong [3] 44/4 104/23 108/25

subject [3] 8/6 57/9 57/17

subjects [3] 55/25 60/9 60/12

submit [1] 3/9

submitted [1] 3/11

subscription [2] 83/3 83/5

subsequent [4] 3/25 6/9 6/12 6/19

substance [1] 105/14

such [7] 5/19 20/6 35/11 57/25 82/4 82/11 83/25

suggest [1] 10/24

suggested [2] 3/9 61/9

suggestion [1] 43/16

suggests [2] 26/11 31/1

Suite [1] 109/11

sum [1] 63/11

summary [1] 9/6

sums [1] 93/2

supply [2] 53/10 54/7

support [1] 55/21

supposed [1] 87/12

sure [10] 4/18 6/25 36/18 48/9 67/24 69/6 69/7 69/9 96/17 106/3

surprise [1] 26/11

sustained [24] 19/17 39/1 50/24 51/12 61/16 61/23 70/3 73/12 73/19 80/16 80/22 82/21 85/21 88/13 89/1 89/9 93/22 97/9 97/17 99/25 100/8 101/5 103/23 104/4

swap [1] 84/10

switch [1] 70/5

sworn [3] 18/23 19/1 55/1

synergy [1] 40/14

system [1] 55/5

**T**

tab [1] 72/21

table [2] 59/4 94/4

take [18] 5/19 15/3 18/18 31/16 33/24 34/2 34/6 42/18 45/21 54/12 55/2 65/17 65/19

taken [3] 15/10 19/5 46/10

takes [2] 38/10 95/23

taking [3] 5/11 16/8 71/25

talk [13] 8/3 11/10 22/11 24/9 39/5 45/21 45/23 45/24 46/5 46/11 51/19 52/7 52/11

talked [2] 32/5 37/25

talking [30] 8/10 28/20 48/13 73/9 74/2 74/6 78/17 78/19 78/22 78/24 86/5 87/11 87/11 87/13 88/2 88/24 89/6 89/18 90/8 91/23 91/24 92/24 94/11 97/7 97/22 97/24 98/16 98/23 101/9 102/13

talks [1] 47/18

tan [1] 58/14

tape [42] 15/17 34/17 37/14 60/17 68/14 70/18 70/24 71/3 71/17 71/18 71/20 72/13 73/19 74/9 74/10 74/23 75/21 76/19 77/25 79/1 79/11 79/14 79/15 80/8 84/6 84/7 85/2 87/19 88/19 89/13 90/1 90/19 91/19 92/9 93/3 95/17 96/20 97/10 100/15 100/21 101/24 106/3

taped [1] 4/25

tapes [3] 36/22 59/10 65/17

targets [2] 68/20 69/2

team [1] 100/12

techni [1] 105/19

technical [11] 81/17 84/8 85/7 93/17 94/8 94/9 94/11 95/3 97/4 106/5 106/21

techniques [1] 57/20

telephone [4] 32/23 55/24 57/3 60/4

tell [25] 5/24 6/3 22/10 24/6 29/3 29/16 29/20 30/5 30/8 30/10 30/13 31/4 31/6 31/11 31/14 36/19 42/19 42/21 44/17 44/18 51/15 52/19 52/20 56/6 96/9

telling [5] 31/14 46/4 47/4 48/5 48/16

tells [15] 26/7 34/18 35/3 36/22 36/23 40/16 42/12 43/23 43/23 45/6 45/23 46/8 47/24 48/2 49/18

temptation [1] 104/22

ten [2] 85/8 101/3

tens [2] 23/12 24/13

term [24] 23/17 76/2 76/9 76/13 76/24 77/3 81/3 82/23 83/14 83/18 83/21 85/9 88/10 88/10 88/16 89/24 93/6 93/18 94/11 97/4 97/14 100/24 102/6 102/12

term or [1] 88/10

terminology [1] 94/2

terms [18] 76/23 81/2 81/25 83/7 83/7 84/8 85/7 85/13 89/16 90/4 93/17 94/8 94/9 95/3 102/24 105/19 106/5 106/6

testified [10] 7/13 7/22 8/7 8/7 8/12 8/13 16/14 21/14 94/5 108/2

testify [10] 9/11 10/11 13/3 16/3 16/22 21/2 49/14 51/6 98/22 107/9

testifying [2] 8/14 108/3

testimony [10] 9/4 10/24 19/7 19/23 20/14 21/10 51/9 54/22 77/13 105/15

than [18] 9/9 11/17 12/20 18/9 23/14 24/2 28/15 29/17 35/19 42/7 43/4 43/4 43/15 50/12 54/6 71/14 76/17 104/21

thank [17] 6/5 6/16 13/24 15/10 18/17 32/12 32/13 32/16 33/6 38/2 50/16 54/20 66/8 68/19 70/4 104/19 105/12

that [537]

that's [60] 7/14 8/8 8/9 8/9 8/11 8/13 8/16 8/21 10/7 11/1 11/4 12/6 13/22 14/19 14/19 15/15 17/25 22/7 22/17 22/24 27/8 27/18

**T**

**that's...** [38] 31/10 31/16 39/19 40/7 40/9 41/21 41/24 42/9 43/11 45/6 45/6 46/6 48/21 50/2 50/5 50/15 50/17 50/20 58/24 69/12 69/14 69/17 75/19 77/23 79/23 80/6 84/14 84/19 85/11 90/5 95/5 95/24 96/10 99/14 102/17 107/3 108/17
**their** [24] 6/21 11/13 14/21 17/11 19/14 21/17 27/7 33/19 34/13 35/4 39/8 43/9 43/11 51/9 67/5 81/6 81/13 81/14 81/15 102/8 108/5 108/5 108/14 108/16
**theirs** [1] 48/20
**them** [55] 3/16 3/20 5/11 5/20 8/3 8/3 9/4 10/17 10/19 11/25 12/11 12/11 13/12 17/5 17/6 17/13 24/8 27/7 34/2 34/3 34/3 34/20 38/9 39/20 41/2 42/23 42/23 43/5 43/22 44/1 44/21 45/13 45/23 46/8 46/11 46/22 46/23 47/24 48/5 49/19 50/16 52/5 53/23 54/2 54/12 54/13 57/13 64/8 64/9 64/12 92/15 106/9 106/12 106/13 106/19
**themselves** [2] 11/20 12/22
**then** [31] 7/9 7/11 8/2 8/3 13/19 14/13 15/6 18/9 21/17 35/22 36/1 36/5 41/17 42/12 51/20 53/1 53/2 76/16 77/22 78/8 78/21 82/23 83/3 85/12 85/16 86/21 91/7 97/11 102/23 103/20 107/14
**theories** [2] 9/23 11/22
**theory** [5] 5/18 11/20 12/22 108/5 108/14
**there** [114]
**thereby** [1] 94/18
**therefore** [2] 16/6 20/22
**thereof** [1] 11/17
**these** [42] 9/3 9/7 9/8 10/3 10/21 11/16 11/22 12/20 13/1 15/1 17/8 20/11 24/7 27/16 31/23 32/2 33/16 33/16 34/17 34/24 37/18 37/21 39/5 41/5 42/24 42/25 43/20 43/20 46/19 47/3 49/13 49/22 50/18 52/4 53/21 57/6 57/21 94/9 95/11 105/18 105/23 106/21
**they** [113]
**thick** [1] 47/13
**thin** [1] 91/11
**thing** [14] 6/2 16/6 27/10 29/4 38/22 45/15 48/20 50/2 52/3 57/15 60/23 69/9 71/13 108/21
**things** [18] 4/11 10/3 19/8 19/10 20/18 22/19 27/16 35/1 45/24 46/11 51/17 59/23 84/13 91/7 105/23 106/21 108/10
**think** [43] 4/1 4/16 5/10 5/19 11/1 13/15 13/22 14/11 15/8 16/8 16/11 16/16 16/18 16/19 17/11 17/15 17/18 17/22 18/2 18/2 18/7 18/11 23/20 53/14 53/25 61/4 66/4 69/16 70/15 71/21 72/14 76/20 83/6 85/3 94/23 96/15 106/6 106/7 106/8 106/9 106/20 107/24 108/24
**thinking** [2] 46/18 53/22
**third** [3] 21/5 23/18 108/8
**Thirty** [1] 86/25
**this** [202]
**those** [28] 5/3 5/4 8/24 10/10 11/6 16/3 22/8 28/14 29/22 30/19 30/21 31/18 33/10 34/23 38/21 39/16 42/13 50/7 51/22 55/15 58/23 64/15 64/19 64/21 64/24 67/1 86/1 102/24
**thought** [6] 6/7 13/11 52/3 62/19 77/9 77/14
**thousands** [2] 23/6 24/14
**three** [10] 11/5 19/23 20/18 65/19 72/22

73/8 81/2 85/11 87/18 99/1
**thrived** [1] 35/19
**through** [24] 4/3 16/12 62/15 64/4 64/4 64/7 64/7 64/8 64/9 64/19 65/4 65/5 65/8 65/9 65/12 65/14 66/22 81/25 82/23 82/25 83/2 83/2 90/5 106/17
**throughout** [1] 19/3
**throw** [1] 30/15
**tie** [1] 58/14
**tight** [1] 49/4
**time** [33] 3/12 10/19 10/20 30/23 31/4 31/23 32/15 37/23 39/6 46/17 46/17 47/1 52/10 52/11 53/11 54/20 58/25 65/3 66/4 67/15 68/23 69/10 70/24 70/25 78/7 80/5 82/4 91/2 104/15 104/18 104/19 104/20 107/19
**times** [7] 20/18 49/23 50/18 50/18 56/4 69/8 79/9
**today** [8] 6/22 20/22 27/9 31/14 35/23 43/3 103/6 104/17
**together** [1] 73/7
**told** [17] 19/23 28/24 29/1 30/11 30/24 31/7 38/7 39/3 40/12 43/22 44/10 44/11 44/13 44/14 44/15 44/21 107/10
**Tom** [2] 21/9 21/10
**tomorrow** [8] 104/18 104/19 105/7 105/15 107/4 107/16 108/19 108/22
**tone** [3] 68/13 69/10 69/19
**too** [4] 8/1 26/8 26/20 27/6
**took** [5] 3/22 7/21 8/17 8/19 14/18
**top** [5] 71/4 73/8 78/1 82/10 85/8
**total** [3] 87/4 90/10 90/11
**totally** [1] 96/18
**Towers** [1] 28/14
**trade** [3] 29/13 52/24 76/11
**traded** [10] 27/24 29/12 52/21 76/4 76/6 82/5 95/6 95/8 95/9 95/12
**trademark** [3] 48/3 48/13 48/17
**trading** [15] 42/22 42/25 43/4 43/7 43/9 43/16 51/24 52/10 52/23 52/25 53/4 53/17 83/1 102/23 103/5
**training** [1] 57/20
**transact** [1] 102/14
**transaction** [15] 30/16 63/13 63/17 63/20 82/17 83/7 83/8 83/15 86/18 87/2 88/18 90/9 90/11 98/7 106/2
**transactions** [3] 25/19 31/19 32/2
**transcript** [11] 1/10 5/11 5/14 41/10 71/4 74/21 75/19 78/1 78/5 78/16 106/11
**transcription** [1] 109/8
**transcriptions** [1] 64/20
**transcripts** [6] 48/22 51/17 41/5 64/13 66/23 72/20
**transfer** [2] 83/2 87/8
**transfers** [1] 96/9
**treat** [1] 19/18
**tremendous** [2] 93/2 108/13
**trial** [20] 1/10 3/3 7/16 7/20 7/21 7/24 8/2 8/12 8/13 8/18 8/22 9/18 10/15 14/23 19/4 20/10 20/16 21/16 108/2 108/15
**tries** [1] 46/22
**triple** [1] 85/9
**trouble** [4] 22/4 24/11 42/4 42/4
**true** [5] 56/21 58/2 64/15 64/19 69/14
**Trump** [2] 28/13 36/5
**trust** [1] 99/10
**trustee** [14] 62/6 62/7 62/8 63/18 81/2

85/17 86/12 86/19 87/15 98/10 99/10 101/16 101/19 102/5
**truth** [11] 10/1 11/13 11/14 11/17 11/23 12/16 12/25 17/8 17/12 31/14 37/24
**truthful** [1] 51/9
**try** [2] 44/18 52/24
**trying** [13] 5/10 7/4 10/20 14/6 14/11 16/20 17/1 17/2 44/17 46/16 47/2 47/20 106/11
**turn** [9] 32/17 32/23 68/23 71/17 71/22 72/14 85/3 103/6 107/1
**turned** [5] 40/2 40/2 49/3 49/4 71/9
**turning** [3] 64/15 64/19 77/23
**TV** [2] 23/22 72/3
**twice** [3] 26/23 96/15 96/16
**two** [23] 10/9 12/9 14/22 16/3 16/24 17/3 19/13 20/4 26/4 26/9 27/7 30/23 33/10 43/5 52/4 71/4 72/22 89/16 95/25 98/25 102/24 106/10 108/18
**type** [4] 76/3 89/19 95/5 95/11
**types** [3] 20/11 57/4 76/10
**typically** [5] 42/17 55/23 56/5 57/14 82/2

**U**

**U.S** [7] 1/15 1/18 26/15 31/4 49/10 50/16 109/10
**U.S.A** [2] 36/1 36/3
**ultimately** [1] 63/2
**unable** [1] 34/5
**unbeknownst** [1] 37/8
**under** [9] 9/20 10/18 11/22 12/13 13/8 52/3 65/23 66/10 105/4
**undercover** [20] 34/18 34/24 39/15 55/20 55/21 55/21 55/22 55/24 56/2 56/3 56/6 56/13 56/20 57/1 58/21 59/21 60/1 60/4 67/19 94/6
**understand** [33] 13/15 14/24 20/10 21/15 38/10 39/9 44/18 62/24 73/3 73/9 73/15 74/1 74/1 76/2 76/8 76/24 77/20 79/16 80/13 80/18 84/25 86/1 88/10 88/16 89/3 89/12 101/7 104/6 106/3 106/8 106/22 107/12 107/18
**understood** [8] 51/2 69/1 77/24 84/16 84/21 88/17 89/6 100/9
**Underwood** [1] 91/10
**unfortunately** [2] 37/7 106/9
**unheard** [1] 108/4
**unimportant** [1] 11/16
**UNITED** [10] 1/1 1/3 1/11 1/22 3/3 21/22 27/15 54/21 54/25 109/10
**University** [2] 35/8 35/8
**unless** [2] 11/2 15/11
**Unlike** [1] 76/10
**unnecessary** [1] 105/20
**unquote** [3] 24/24 26/8 40/17
**unruly** [1] 108/23
**until** [10] 7/1 14/22 15/18 20/19 20/25 21/19 53/3 104/25 104/25 105/15
**unwanted** [1] 83/25
**up** [49] 5/15 8/2 13/12 14/8 15/1 20/12 25/22 28/5 30/18 30/19 32/8 34/8 36/10 37/1 37/11 40/25 42/14 43/14 44/10 45/4 45/4 45/19 46/22 47/14 53/6 53/9 53/18 54/3 56/11 60/6 84/17 85/16 86/11 86/16 86/20 86/22 89/19 91/7 91/11 94/9 94/11 95/23 96/8 97/21 97/25 98/2 98/2 99/15 108/21
**upon** [1] 48/11

## U

us [12]  4/22 40/23 41/23 42/5 42/14 46/4 87/18 90/5 91/17 98/11 99/8 104/15
USA [1]  48/14
use [19]  4/9 4/11 4/22 7/5 8/24 41/24 41/25 46/25 48/17 55/23 56/10 56/25 57/2 57/24 57/25 58/1 58/4 66/2 85/23
used [8]  28/24 56/10 60/4 60/6 80/7 81/11 81/14 94/1
using [3]  56/18 60/13 80/13
uttered [2]  64/20 86/1

## V

valid [1]  18/7
value [3]  45/3 45/4 48/16
vast [1]  11/5
verdict [2]  19/5 21/3
versus [1]  3/3
very [28]  3/25 5/9 6/11 14/4 18/18 20/25 32/25 33/6 35/9 35/18 37/16 43/23 50/3 50/9 50/18 52/7 52/21 54/20 62/4 62/7 66/8 68/7 71/5 80/12 82/4 82/5 82/6 104/19
via [2]  86/23 99/11
viable [1]  50/9
vicious [3]  77/5 77/19 77/21
video [14]  5/7 28/18 49/15 57/5 57/13 57/15 64/16 67/5 67/16 71/9 71/11 75/6 95/21 95/23
videotape [40]  70/12 72/16 73/21 74/11 74/24 75/23 76/21 78/2 78/12 78/13 80/9 80/25 81/23 85/5 87/23 88/7 88/20 89/14 90/2 90/20 91/20 92/10 92/21 93/4 93/9 93/15 94/24 95/19 96/22 97/12 97/19 98/13 99/18 100/10 100/16 100/22 101/12 101/25 102/9 103/10
videotapes [1]  58/23
visit [1]  90/17
voice [2]  70/14 70/18
volume [3]  48/25 100/24 100/25

## W

wait [4]  15/13 15/13 15/13 43/3
waiting [1]  5/4
waive [1]  108/11
walk [3]  26/10 62/15 90/5
want [42]  6/14 6/24 12/25 16/6 22/11 34/2 34/3 34/3 34/8 40/21 41/17 43/2 43/7 43/10 43/10 46/1 46/5 46/6 46/13 49/10 50/10 50/12 52/7 53/3 53/17 54/6 54/12 54/12 57/12 57/14 57/15 59/17 60/4 72/21 79/2 84/9 84/12 96/14 96/18 104/11 104/23 106/2
wanted [12]  7/7 8/5 8/8 11/7 18/6 34/6 37/2 37/3 54/2 76/23 89/22 96/17
wanting [2]  33/14 36/6
wants [6]  12/11 29/8 34/1 45/9 46/11 50/22
warranting [1]  7/20
was [248]
Washington [2]  12/24 45/19
wasn't [4]  52/21 71/4 97/24 108/7
watch [1]  82/3
watching [1]  106/3
way [24]  4/16 16/22 25/10 26/21 31/2 39/20 41/6 41/25 44/3 46/4 46/6 46/6 46/14 59/24 60/22 80/6 83/5 86/16 95/5 95/6 95/10 95/11 96/2 96/6

ways [2]  96/19 103/25
we [135]
we'll [3]  31/2 43/15 65/18
we're [2]  59/10 106/16
Wear [1]  35/17
Webster [1]  109/1
week [2]  106/24 107/11
Welcome [1]  18/17
well [13]  14/1 29/3 35/9 41/17 49/10 62/24 72/12 73/14 85/23 94/10 98/17 107/10 107/20
well-known [1]  35/9
went [9]  6/7 54/16 78/8 97/25 98/1 99/9 99/12 99/15 99/15
were [46]  8/3 12/24 27/2 27/3 27/7 27/7 27/24 30/1 31/7 31/9 31/10 31/23 36/19 44/19 53/4 56/16 56/18 58/23 61/25 63/6 63/25 64/2 67/14 67/18 67/25 68/20 72/1 77/18 77/19 77/22 77/23 78/11 78/17 78/22 79/7 82/10 87/11 88/2 93/17 94/18 99/11 99/14 99/16 100/2 100/3 104/6
weren't [1]  30/3
west [2]  35/6 35/20
Western [1]  35/17
what [252]
what's [10]  4/17 12/25 15/2 29/11 72/8 81/8 87/7 92/17 94/3 103/17
whatever [6]  9/2 17/13 48/10 87/1 87/2 89/21
when [49]  4/2 12/3 18/3 19/15 25/23 28/16 33/8 36/17 38/1 39/24 44/22 53/6 53/9 54/18 56/19 57/7 57/24 58/1 59/21 67/23 69/6 69/23 70/10 70/20 71/6 73/16 73/23 74/6 80/12 82/3 86/1 86/17 87/13 93/24 94/1 94/7 94/14 95/23 95/24 96/6 96/8 96/9 96/10 101/7 104/6 104/22 106/3 107/9 107/21
where [20]  7/24 8/19 13/6 14/20 14/22 15/4 16/11 17/4 24/10 24/19 35/23 39/11 41/6 41/7 57/6 62/16 72/1 90/6 95/9 103/3
whether [22]  3/14 9/17 13/3 28/2 33/12 33/22 45/25 48/3 52/3 54/9 54/15 63/19 64/16 67/24 69/3 69/8 69/13 97/21 97/25 98/1 99/15 104/10
which [23]  6/12 13/10 14/2 19/6 20/7 20/12 20/13 20/13 31/22 32/9 36/7 36/14 42/22 43/1 43/14 67/12 73/4 77/7 84/23 88/4 91/22 102/13 103/6
while [7]  5/4 27/10 47/12 50/3 65/14 68/6 73/1
who [63]  9/6 24/5 25/2 25/9 25/25 27/3 29/21 31/1 33/17 33/18 34/16 36/8 37/8 38/12 38/15 38/21 40/5 40/7 46/9 49/12 49/12 51/7 52/15 53/2 55/15 60/7 61/13 62/4 62/5 62/9 62/19 62/21 63/2 71/1 71/24 72/6 72/25 73/3 73/23 74/13 76/16 78/17 78/22 79/2 79/7 81/4 81/5 81/12 81/18 83/9 87/11 92/1 92/3 92/5 92/23 101/14 101/16 102/3 102/15 102/18 102/18 103/18 106/10
whole [6]  8/23 20/14 27/10 45/15 59/2 93/1
whom [3]  9/9 9/13 62/18
whose [7]  60/12 60/20 61/4 63/19 68/9 70/14 70/18
why [28]  4/19 12/14 16/7 27/8 42/2 45/6 52/8 56/18 59/17 60/17 65/17 67/18 69/22 70/20 70/21 71/9 84/14 84/19 86/17 86/22 94/3 94/4 95/22 95/24 96/10 96/15 98/5

99/6
wide [5]  47/7 47/12 91/4 92/4 92/5
widely [1]  82/6
Wilkie [1]  109/10
will [128]
willing [4]  14/7 17/10 103/14 103/19
win [3]  73/24 73/24 73/24
wind [1]  100/5
window [1]  46/15
wink [1]  100/6
winking [1]  99/21
wire [5]  45/11 86/23 87/7 87/8 87/8
within [1]  108/25
without [6]  5/15 10/24 16/6 25/13 76/11 103/9
witness [43]  7/12 8/6 8/6 8/10 8/24 9/6 9/10 9/10 9/19 15/15 15/16 16/21 16/22 20/6 29/15 29/20 52/17 54/22 55/1 58/17 60/16 67/22 68/23 69/2 72/7 73/5 74/21 74/25 77/9 77/14 91/24 92/20 94/12 105/17 105/19 107/4 107/9 107/11 107/13 108/6 108/7 108/8 108/8
witness's [2]  85/20 97/3
witnesses [9]  2/6 16/3 19/7 20/12 20/13 20/16 21/11 32/4 106/24
witnesses' [1]  20/13
woman [1]  35/2
won [1]  36/8
won't [7]  27/20 27/25 43/6 43/13 44/17 44/18 107/20
word [10]  28/24 31/16 76/1 77/18 79/10 85/23 89/3 102/2 103/1 108/22
words [4]  64/20 69/16 82/9 86/2
work [9]  11/21 11/25 47/15 55/20 56/7 81/12 87/12 88/1 108/20
worked [2]  35/9 60/22
working [3]  36/11 56/20 93/18
works [1]  50/3
worth [9]  14/17 23/14 25/4 25/5 29/17 43/4 85/14 94/19 102/19
worthless [1]  85/15
would [110]
wouldn't [3]  13/19 86/16 91/8
wrong [1]  80/2
wrongs [2]  16/24 17/3

## Y

Yan [34]  26/13 26/14 26/15 26/17 26/19 26/23 27/1 27/6 27/24 28/7 28/7 31/2 31/3 31/5 31/6 31/11 31/12 31/16 31/17 31/19 31/22 32/1 32/6 32/11 49/7 49/15 50/1 50/5 50/6 50/20 50/21 50/25 51/14 108/9
Yan's [1]  50/15
Yankee [1]  35/13
yeah [6]  67/15 73/16 82/13 85/10 88/2 91/11
year [2]  43/3 51/23
years [8]  35/2 35/19 37/1 44/24 48/6 51/3 51/5 55/14
yes [41]  3/7 3/8 4/5 4/11 4/24 5/2 6/20 15/25 18/14 21/24 32/16 39/2 43/3 56/4 58/7 58/12 60/3 62/2 63/8 64/2 64/23 67/2 67/9 67/12 67/16 70/9 72/5 72/11 74/15 75/20 76/15 76/18 77/11 80/20 83/17 85/25 98/4 100/4 105/8 105/16 106/7
yesterday [4]  3/9 12/14 13/11 18/19
yet [2]  8/23 31/13

## Y

**York [16]** 23/21 24/3 24/12 28/14 35/7
35/10 35/16 36/4 37/2 40/6 42/3 45/18
90/17 95/7 95/7 101/18
**you [534]**
**you're [3]** 8/18 82/9 82/11
**you're your [1]** 82/9
**you've [4]** 15/4 15/22 42/5 106/15
**young [3]** 49/6 49/14 49/17
**your [144]**
**yours [3]** 41/20 103/2 103/8
**yourself [3]** 15/1 46/4 46/7
**yourselves [2]** 21/19 104/23

## Z

**zero [5]** 85/13 97/22 98/1 98/3 99/9
**zipping [1]** 71/12