```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF FLORIDA
                 CASE NO. 11-CR-60150-MGC


UNITED STATES OF AMERICA,

                 Plaintiff,                MAY 8, 2012
        vs.
                                           MIAMI, FLORIDA
DOUGLAS NEWTON,

            Defendant.                     PAGES 1 - 149

_____/            DAY VI



               TRANSCRIPT OF TRIAL PROCEEDINGS
           BEFORE THE HONORABLE MARCIA G. COOKE
               UNITED STATES DISTRICT JUDGE



APPEARANCES:

For the Plaintiff:        H. RON DAVIDSON, AUSA
                          ROBERT LUCK, AUSA
                          Office of U.S. Attorney
                          99 NE 4 Street
                          Miami, Florida  33132


For the Defendant:        MIGUEL CARIDAD, AFPD
                          Office of U.S. Public Defender
                          150 W Flagler Street
                          Miami, Florida  33130




Reported By:              Diane Miller, RMR, CRR
                          Official United States Court Reporter
                          400 N. Miami Avenue, Room 11-2
                          Miami, FL  33128
                          (305)523-5251
                          diane_miller@flsd.uscourts.gov
```

1                                    INDEX

2

3                                                            PAGE

4    CHARGE OF THE COURT                                       7

5    CLOSING ARGUMENT ON BEHALF OF THE GOVERNMENT            21

6    CLOSING ARGUMENT ON BEHALF OF THE DEFENSE              48

7    REBUTTAL ARGUMENT ON BEHALF OF THE GOVERNMENT          82

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Tuesday, May 8, 2012

1                        PROCEEDINGS

2             THE COURTROOM DEPUTY:  All rise.  Court is in

3    session.

4             MR. CARIDAD:  Good morning, Your Honor.

5             THE COURT:  Good morning.

6             MR. DAVIDSON:  Good morning.

7             What Ivan gave to you was based upon our charge

8    conference, and before he Xeroxes copies for the jurors and

9    takes out the headings, I just need to know if we need to make

10   any changes.

11            MR. LUCK:  Your Honor, Ivan asked me to, from the

12   best of my recollection, to incorporate --

13            THE COURT:  I still have my notes from yesterday, so

14   I can go back and look at anything.

15            MR. LUCK:  I did the best I could.  The only one I

16   had any real question on was the instruction on limited use of

17   evidence, that's on page eight.

18            THE COURT:  Let me go back to my notes on page eight.

19            You are not to consider Defense Exhibits 1 through 23

20   and 36 through 38 for the truth of the matter asserted in

21   those e-mails.  Instead, you may consider the exhibits for

22   declarant, Mr. Newton's, state of mind.

23            There is a slight change.  It should be:  You are not

24   to consider Defense Exhibits 1 through 23 and 36 to 38, comma,

25   several electronic correspondences, for the truth of the

1  matter asserted in those exhibits.  Instead, the exhibits are
2  offered to show the declarant, Mr. Newton's, state of mind.
3       MR. LUCK:  And, Your Honor, I apologize for any
4  discrepancy.
5       THE COURT:  No, no, no.  I know that was one Diane
6  was reading back at the same time we are were talking, so I
7  can make that change pretty quickly.  That's page eight.
8       Anything else?
9       MR. LUCK:  Everything else I feel very confident on,
10  Your Honor, that I got exactly what you said in court.
11       THE COURT:  All right.  What Ivan will now do is make
12  the correction for page eight.
13       THE COURTROOM DEPUTY:  We haven't heard from
14  Mr. Caridad.
15       THE COURT:  Oh, I'm sorry.  Mr. Caridad.
16       MR. CARIDAD:  Judge, I think I made my position known
17  to the Court on page eight, the limited use of evidence.
18       My position is the following, Judge:  That the
19  e-mails from Mr. Epstein to Mr. Newton are not to be
20  considered for the truth of the matter asserted; e-mails from
21  Mr. Newton to Mr. Epstein are to be considered by you as
22  evidence of the Defendant's state of mind.  That's what I
23  think is the correct distinction between those two different
24  sets of e-mails.
25       MR. LUCK:  And your Honor, I think you made a point

Tuesday, May 8, 2012

1  yesterday, when he made the same exact argument, that this was

2  broad enough to encompass the concerns of both the Government

3  and the Defense.

4          THE COURT:  Your objection is noted, but I believe

5  that the proposed instruction encompasses both the issues and

6  the concerns of the United States, as well as the ones that

7  you have about the documents.

8          MR. CARIDAD:  Thank you.

9          THE COURT:  Anything else, Mr. Caridad --

10         MR. CARIDAD:  No.

11         THE COURT:  -- other than page eight?

12         All right.  Thank you.  Ivan, we will be right back

13  out, Ivan will work his magic.

14         I am tossing these out.  Can I toss my draft?

15         THE COURTROOM DEPUTY:  Yes, yes.

16         (Recess was had at 9:38 a.m.; proceedings resumed at

17  9:59 a.m.)

18         MR. CARIDAD:  I'm sorry to interrupt the Court, it is

19  not about the jury instructions or anything.

20         In the break, I was thinking about what happened

21  yesterday concerning the admission, the testimony by the agent

22  about the realty company and the club, and those two that I

23  objected to, and the Court sustained the objection.

24         I think for me to properly preserve any error on

25  Mr. Newton's behalf, I have to ask the Court for two things.

Tuesday, May 8, 2012

```
 1              I believe, if I had time to investigate those
 2    matters, I could come up with an explanation to prove that
 3    those three items that Mr. Newton paid for had business
 4    relationship, business purposes, and I'm asking the Court for
 5    a continuance.  In the alternative, I'm asking for a mistrial.
 6              THE COURT:  For the record, and I think we discussed
 7    this and even you did in your cross-examination with the
 8    particular witness, I think given the timing of the disclosure
 9    of the evidence, the quality of the disclosure of the
10    evidence, it was a reasonable inference that the Government's
11    investigative track took.  And I do not think, and I recognize
12    that Counsel disagrees with me, that the Defense was caught
13    off guard or was subject to some sort of surprise.
14              I recognize that maybe in a more perfect world,
15    Mr. Caridad, you might have gotten a continuance; I don't
16    think so.  I don't think it would be necessary, nor do I think
17    the Defendant was prejudiced to such a degree that a mistrial
18    was warranted.
19              Both motions are denied.  Your record is preserved,
20    however.
21              Mr. Davidson.
22              MR. DAVIDSON:  Just if we could turn on the Elmo.
23              Thank you, Your Honor.
24              THE COURT:  Elmo, just --
25              MR. DAVIDSON:  Just the Elmo, Judge.  Thank you.
```

Tuesday, May 8, 2012

```
1              THE COURT:  All right.  Our jury, please.
2         (Jury in at 10:01 a.m.)
3              THE COURT:  You reserved 20 minutes, Mr. Davidson?
4              MR. LUCK:  Twenty-five, Your Honor.
5              THE COURT:  Twenty-five.
6              Welcome back, ladies and gentlemen.  Please take your
7    same seats.
8              You may be seated.
9              For the record, Counsel for the United States, are
10   you prepared to proceed?
11             MR. DAVIDSON:  Yes, Your Honor, we are.
12             THE COURT:  Counsel for the Defendant, are you
13   prepared to proceed?
14             MR. CARIDAD:  Yes, Your Honor.  Thank you.
15             THE COURT:  Good morning, ladies and gentlemen of the
16   jury.  It is now my duty to instruct you on the rules of law
17   that you must follow in deciding this case.
18             After I have completed these instructions, you will
19   go to the jury room and begin your discussions, what I have
20   called your deliberations throughout the case.
21             You must decide whether the Government has proved the
22   specific facts necessary to find the Defendant guilty beyond a
23   reasonable doubt.
24             Ladies and gentlemen, at your chairs, you have a copy
25   of these instructions.  These are yours to use throughout your
```

Tuesday, May 8, 2012

1  deliberations, and you may feel free to take notes, if you so

2  choose.

3        Your decision must be based only on the evidence

4  presented during the trial.  You must not be influenced in any

5  way by either sympathy for or prejudice against the Defendant

6  or the Government.  You must follow the law as I explain it,

7  even if you do not agree with the law, and you must follow all

8  of my instructions as a whole.  You must not single out or

9  disregard any of the Court's instructions of the law.

10       The indictment or formal charge against the Defendant

11  is not evidence of guilt.  The law presumes every defendant is

12  innocent.  The Defendant does not have to prove his innocence

13  or produce any evidence at all.  A defendant does not have to

14  testify, and if the Defendant chose not to testify, you cannot

15  consider that in any way while making your decision.

16       The Government must prove guilt beyond a reasonable

17  doubt.  If it fails to do so, you must find the Defendant not

18  guilty.

19       Now, the Government's burden of proof is heavy, but

20  it does not have to prove a defendant's guilt beyond all

21  possible doubt.  The Government's proof only has to exclude

22  any reasonable doubt concerning the Defendant's guilt.  A

23  reasonable doubt is a real doubt, based on your reason and

24  common sense, after you have carefully and impartially

25  considered all of the evidence in the case.

Tuesday, May 8, 2012

```
 1            Proof beyond a reasonable doubt is proof so
 2  convincing that you would be willing to rely and act upon it,
 3  without hesitation, in the most important of your own affairs.
 4  If you are convinced that the Defendant has been proved guilty
 5  beyond a reasonable doubt, say so.  If you are not convinced,
 6  say so.
 7            As I said before, you must consider only the evidence
 8  that I have admitted in the case.  Evidence includes the
 9  testimony of witnesses and the exhibits admitted, but anything
10  the lawyers say is not evidence and is not binding on you.
11            You should not assume, from anything I have said,
12  that I have any opinion about any factual issue in this case.
13  Except for my instructions to you on the law, you should
14  disregard anything I may have said during the trial in
15  arriving at your own decision about the facts.  Your own
16  recollection and interpretation of the evidence is what
17  matters.
18            In considering the evidence, you may use reasoning
19  and common sense to make deductions and reach conclusions.
20  You should not be concerned about whether the evidence is
21  direct or circumstantial.
22            Direct evidence is the testimony of a person who
23  asserts that he or she has actual knowledge of a fact, such as
24  an eyewitness.  Circumstantial evidence is proof of a chain of
25  facts and circumstances that tend to prove or disprove a fact.
```

1    There is no legal difference in the weight you may give to

2    either direct or circumstantial evidence.

3         When I say you must consider all of the evidence, I

4    do not mean that you must accept all of the evidence as true

5    or accurate.  You should decide whether you believe what each

6    witness had to say and how important that testimony was.  In

7    making that decision, you may believe or disbelieve any

8    witness, in whole or in part.  The number of witnesses

9    testifying concerning a particular point does not necessarily

10   matter.

11        To decide whether you believe any witness, I ask that

12   you -- I suggest that you ask yourself a few questions:  Did

13   the witness impress you as one who was telling the truth?  Did

14   the witness have any particular reason not to tell the truth?

15   Did the witness have a personal interest in the outcome of the

16   case?  Did the witness seem to have a good memory?  Did the

17   witness have the opportunity and ability to accurately observe

18   the things he or she testified about?  Did the witness appear

19   to understand the questions clearly and answer them directly?

20   Did the witness's testimony differ from other testimony or

21   other evidence?

22        You should also ask yourself whether there was

23   evidence that a witness testified falsely about an important

24   fact and ask whether there was evidence that at some other

25   time, a witness said or did something or didn't say or do

1  something that was different from the testimony the witness

2  gave during the trial.

3        But keep in mind, ladies and gentlemen, that a simple

4  mistake doesn't mean a witness wasn't telling the truth as he

5  or she remembers it.  People naturally tend to forget some

6  things or remember them inaccurately.

7        So if a witness misstated something, you must decide

8  whether it be -- was because of an innocent lapse in memory or

9  an intentional deception.  The significance of your decision

10  may depend on whether it was a misstatement about an important

11  fact or an unimportant detail.

12        Covert Government operations are acceptable federal

13  law enforcement devices.  You are not to consider

14  Defendant's -- excuse me, I'm going to repeat that.

15        You are not to consider Defense Exhibits 1 through 23

16  and 36 through 38, several electronic correspondences, for the

17  truth of the matter -- truth of the matter asserted in those

18  exhibits.  Instead, the exhibits are offered to show the

19  declarant, Mr. Newton's, state of mind.

20        The superseding indictment charges seven separate

21  crimes, called counts, against the Defendant.  Each count has

22  a number, and you will be given the indictment to refer to

23  during your deliberations.

24        Counts 1 and 2 allege the Defendant engaged in a

25  scheme and artifice to commit mail fraud in violation of Title

Tuesday, May 8, 2012

1    18 United States Code section 1341.

2            Counts 3 and 4 and Counts 6 and 7 allege the

3    Defendant engaged in a scheme and artifice to commit

4    securities fraud in violation of Title 15 United States Code

5    section 78(j)(b) and 78(f)(f)(a); in Title 17 Code of Federal

6    Regulations, Section 250.10(b)(5).

7            Count 5 alleges the Defendant conspired to commit

8    securities fraud in violation of Title 18 United States Code

9    section 371.

10           It is a federal crime to transmit something by

11   private or commercial interstate carrier in carrying out a

12   scheme to defraud someone.  The Defendant can be found guilty

13   of this crime only if the following facts are proved beyond a

14   reasonable doubt:

15           One, the Defendant knowingly devised or participated

16   in a scheme to defraud someone or obtain money or property

17   using false or fraudulent pretenses, representations or

18   promise.

19           Two, the false or fraudulent pretenses,

20   representations or promises were about a material fact.

21           Three, the Defendant intended to defraud someone.

22           And four, the Defendant used a private or commercial

23   interstate carrier by depositing or causing to be deposited

24   with the carrier something meant to help carry out the scheme

25   to defraud.

Tuesday, May 8, 2012

```
1              A private or commercial interstate carrier includes

2    any business that transmits, carries or delivers items from

3    one state to another.  It does not matter whether the message

4    or item actually moves from one state to another, as long as

5    the message or item is delivered to the carrier.

6              A scheme to defraud includes any plan or course of

7    action intended to deceive or cheat someone out of money or

8    property using false or fraudulent pretenses, representations

9    or promises.

10             A statement or representation is false or fraudulent

11   if it is about a material fact, it is made with intent to

12   defraud, and the speaker either knows it is untrue or makes it

13   with reckless indifference to the truth.  It may be false or

14   fraudulent if it is made with the intent to defraud and is a

15   half truth or effectively conceals a material fact.

16             A material fact is an important fact that a

17   reasonable person would use to decide whether or not to do

18   something.  A fact is material if it has the capacity or

19   natural tendency to influence a person's decision.  It does

20   not matter whether the decision maker actually relied on the

21   statement or knew or should have shown that the statement was

22   false.

23             To act with intent to defraud means to act knowingly

24   and with the specific intent to deceive or cheat someone,

25   usually for personal financial gain, or to cause financial
```

Tuesday, May 8, 2012

1  loss to someone else.

2       The Government does not have to prove all of the

3  details about the precise nature and purpose of the scheme or

4  that the material deposited with an interstate carrier was

5  itself false or fraudulent.  It also does not have to prove

6  that the use of the interstate carrier was intended as the

7  specific or exclusive means of carrying out the fraud or that

8  the Defendant did the actual depositing.  It does not even

9  have to prove that anyone was actually defrauded.

10      To cause an interstate carrier to be used is to do an

11 act knowing that the use of the carrier will usually follow in

12 the ordinary course of business or where that use can

13 reasonably be foreseen.  Each separate use of an interstate

14 carrier as part of the scheme to defraud is a separate crime.

15      It is a federal crime to use means and

16 instrumentalities of interstate commerce, the mails or the

17 facilities of national securities exchanges, directly or

18 indirectly, in carrying out a scheme to defraud in connection

19 with the purchase or sale of securities.  The Defendant can be

20 found guilty of this crime only if all of the following facts

21 are proved beyond a reasonable doubt:

22      One, the Defendant used a device or scheme to defraud

23 someone, made an untrue statement of a material fact, or

24 failed to disclose a material fact which resulted in making

25 the Defendant's statements misleading.

Tuesday, May 8, 2012

1              Two, the Defendant's acts were or the failure to

2   disclose was in connection with the purchase of a security.

3              Three, the Defendant used the means and

4   instrumentalities of interstate commerce, the mails or the

5   facilities of national security exchanges in connection with

6   these acts or this failure to disclose.

7              And four, the Defendant acted for the purpose of

8   defrauding buyers or sellers of securities.

9              A device, scheme or artifice to defraud includes any

10  plan or course of action intended to deceive or cheat someone

11  out of money or property using false or fraudulent pretenses,

12  representations or promises.

13             Fraud is a general term, which embraces all efforts

14  and means that individuals devise to take advantage of others.

15  A statement or representation is false or fraudulent if it is

16  about a material fact, it is made with intent to defraud, and

17  the speaker either knows it is untrue or makes it with

18  reckless indifference to the truth.

19             It may be false or fraudulent if it is made with

20  intent to defraud and is a half truth or effectively conceals

21  a material fact.

22             The term security includes a note, stock certificate,

23  treasury stock certificate, bond, treasury bond, debentures,

24  certificate of deposit, interest coupon, bill, check, draft,

25  warrant, debit instrument, money order, travelers check,

1   letters of -- letters of credit, warehouse receipt, negotiable

2   bill of lading, evidence of indebtedness, certificate of

3   interest, or interest in or participation in any profit

4   sharing agreement, collateral trust certificate, certificate

5   of interest in tangible or intangible property, instrument

6   evidencing ownership of goods, wares, merchandise and blank

7   forms for any of the items meeting this definition.

8           Interstate commerce is trade and other business

9   activity between people and entities located in different

10  states.

11          Each separate use of the means and instrumentalities

12  of interstate commerce, the mails, or facilities of national

13  securities exchanges as part of the scheme to defraud is a

14  separate crime.

15          It is a separate federal crime for anyone to conspire

16  or agree with someone else to do something that would be

17  another federal crime if it was actually carried out.  A

18  conspiracy is an agreement by two or more people to commit an

19  unlawful act.  In other words, it is a kind of partnership for

20  criminal purposes.  Every member of a conspiracy becomes the

21  agent or partner of every other member.

22          The Government does not have to prove that all the

23  people named in the indictment were members of the plan or

24  that those who were members made any kind of formal agreement.

25  The Government does not have to prove that the members planned

Tuesday, May 8, 2012

1   together all of the details of the plan or the overt act the

2   indictment charges would be carried out in an effort to commit

3   the intended crime.

4          The heart of a conspiracy is the making of the

5   unlawful plan itself, followed by the commission of an overt

6   act.  The Government does not have to prove that the

7   conspirator succeeded in carrying out the plan.  The Defendant

8   can be found guilty of this crime only if the following facts

9   are proved beyond a reasonable doubt:

10          One, two or more persons in some way agreed to try to

11   accomplish a shared and unlawful plan.

12          Two, the Defendant knew the unlawful purposes of the

13   plan and willfully joined in.

14          Three, during the conspiracy, one of the conspirators

15   knowingly engaged in at least one overt act as described in

16   the indictment.

17          And four, the overt act was committed at or about the

18   time alleged and with the purpose of carrying out or

19   accomplishing some object of the conspiracy.

20          An overt act is any transaction or event, even one

21   that may be entirely innocent when viewed alone, that a

22   conspirator commits to accomplish some object of the

23   conspiracy.

24          A person may be a conspirator without knowing all of

25   details of the unlawful plan or the names and identities of

1  all of the alleged conspirators.

2        If the Defendant played only a minor part in the

3  plan, but had a general understanding of the unlawful purpose

4  of the plan and willfully joined in the plan on at least one

5  occasion, that is sufficient for you to find the Defendant

6  guilty.  But simply being present at the scene of an event or

7  merely associating with certain people and discussing common

8  goals and interest doesn't establish proof of a conspiracy.

9        A person who doesn't know about a conspiracy, but

10  happens to act in a way that advances some purpose of one

11  doesn't automatically become a conspirator.

12        As to Count 6 and 7, it is possible to prove a

13  defendant is guilty of a crime, even without evidence that the

14  Defendant personally performed every act charged.  Ordinarily,

15  any act or person -- an act a person can do may be done by

16  directing another person or agent.  It may be done by acting

17  with or under the direction of others.

18        A defendant aids and abets a person if the Defendant

19  intentionally joins with the person to commit a crime.

20        A defendant is criminally responsible for the acts of

21  another person if the Defendant aids and abets the other

22  person.

23        A defendant is also responsible if the Defendant

24  willfully directs or authorizes the acts of an agent, employee

25  or other associate.  But finding a defendant is criminally

1  responsible for the acts of another person requires proof that

2  the Defendant intentionally associated with or participated in

3  the crime, not just proof that the Defendant was simply

4  present at the scene of a crime or knew about it.

5          In other words, you must find, beyond a reasonable

6  doubt, that the Defendant was a willful participant and not

7  merely a knowing spectator.

8          You will see that the indictment charged that a crime

9  was committed on or about a certain date.  The Government does

10 not have to prove that the crime occurred on an exact date.

11 The Government only has to prove, beyond a reasonable doubt,

12 that a crime was committed on a date reasonably close to the

13 date alleged.

14         The word knowingly means that an act was done

15 voluntarily and intentionally and not because of mistake or by

16 accident.  The word willfully means that the act was committed

17 voluntarily and purposely, with the intent to do something the

18 law forbids; that is with bad purpose to disobey or disregard

19 the law.

20         While a person must have acted with the intent to do

21 something the law forbids, before you find that a person acted

22 willfully, the person need not be aware of the specific law or

23 rule that his conduct may be violating.

24         To act with intent to defraud is to act with the

25 specific intent to deceive or cheat, usually for personal

Tuesday, May 8, 2012

1  financial gain or to cause financial loss to someone else.

2          Each count of the indictment charges a separate

3  crime.  You must consider each crime and the evidence relating

4  to it separately.  If you find the Defendant guilty or not

5  guilty of one crime, that must not affect your verdict for any

6  other crime.

7          I caution you that the Defendant is on trial only for

8  the specific crimes charged in the indictment.  You are here

9  to determine, from the evidence in this case, whether the

10  Defendant is guilty or not guilty of the specific crime.

11          You must never consider punishment in any way to

12  decide whether the Defendant is guilty.  If you find the

13  Defendant guilty, the punishment is for me alone to decide

14  later.

15          Your verdict, ladies and gentlemen, whether guilty or

16  not guilty, must be unanimous.  In other words, you must all

17  agree.  Your deliberations are secret, and you will never have

18  to explain your verdict to anyone.  Each of you must decide

19  the case for yourself, but only after fully considering the

20  evidence with the other jurors, so you must discuss the case

21  with one another and try to reach an agreement.

22          While you are discussing the case, do not hesitate to

23  re-examine your own opinions and change your mind if you

24  become convinced that you are wrong, but do not give up your

25  honest beliefs just because others think differently or

Tuesday, May 8, 2012

1    because you simply want to get the case over with.

2           Remember, ladies and gentlemen, in a very real way,

3    you are judges, judges of the facts.  Your only interest is to

4    seek the truth from the evidence in this case.

5           I will read the remaining pages at the conclusion of

6    Counsels' argument.

7           Counsel, will you approach, please.

8       (Following proceedings in bench conference.)

9           THE COURT:  Other than the objections previously

10   noted during the charge conference, are there any objections

11   to the instructions as read?

12          MR. CARIDAD:  No, Your Honor.

13          MR. LUCK:  No, Your Honor.

14          MR. CARIDAD:  I'm sure I'm going to have to go to the

15   bathroom after Mr. Davidson is finished.

16          THE COURT:  What did I say, hour and 15 minutes?

17          MR. DAVIDSON:  Correct, Judge.

18          THE COURT:  And you are reserving twenty-five?

19          MR. DAVIDSON:  Correct.

20          THE COURT:  Okay.

21      (Proceedings in open court.)

22          THE COURT:  Counsel for the United States, you may

23   begin.

24          MR. DAVIDSON:  Thank you, Your Honor.

25          CLOSING ARGUMENT ON BEHALF OF THE GOVERNMENT

Tuesday, May 8, 2012

1        MR. DAVIDSON:  This case is about the Defendant's

2   bribes and his lies, a kickback and a coverup.  You saw

3   evidence that the Defendant paid a fiduciary, the protector of

4   the investors.  He paid the fiduciary because he wanted money

5   from those investors.  He took that money for his personal

6   use, he paid his golf and his gas bills; that was his scheme.

7        Greed made Douglas Newton commit those crimes.  Greed

8   made him make bad decisions and for that reason, he is guilty

9   of all of the counts in the indictment, guilty of the counts

10  relating to RLAB or Real American Brands, the two transactions

11  involving that company, and guilty of the two deals involving

12  U.S. Farms.

13        Let's look at the evidence that you have seen

14  already.  First, let's start off with the bribe.  Government

15  Exhibit 68, which has been introduced already, is that

16  kickback check.  It comes from Billy Martin's USA, which is

17  the Defendant's company.  It goes to Great Lakes Advisors,

18  which you heard was going to be used to pay Chris Russo.  You

19  heard on the tapes that Chris Russo was the fiduciary.  That

20  means he was the protector, the guardian.

21        The pension fund investors trusted Chris Russo to do

22  the right thing for them, and here you see Douglas Newton

23  paying off that guardian.

24        Government Exhibit 34B is the same thing, another

25  $6,000 check being used to pay off the guy protecting the

1   investors.  Those are the kickback checks.

2         Now, you may ask yourself, why did the Defendant do

3   that?  Why would the Defendant bribe off the pension fund guy,

4   who is supposed to protect the investors?  It was all greed.

5         Turning to Government Exhibit 63, you see here check

6   after check after check that Mr. Skwara paid, again to Billy

7   Martin's, Inc.  Mr. Skwara was paying these checks to

8   Mr. Newton, the Defendant, because Mr. Newton was involved in

9   U.S. Farms.

10         Here's $1,000, $1,000 for the first two checks;

11   $1,500 for the third check; $2,500 for the fourth check.  That

12   was Mr. Newton's share of the proceeds from the U.S. Farms

13   checks.

14         Mr. Newton also received $20,000 from that pension

15   fund, $20,000 for the first deal from the investors and

16   $20,000 from the second deal for his company, RLAB.

17         He didn't use that money to pay the lease at Trump

18   Plaza.  You saw that Mr. Newton's company was hundreds of

19   thousands of dollars behind, it was bleeding money.  The store

20   wasn't able to be paid the rent.

21         He was greedy, he needed the money and instead of

22   paying off that lease to benefit his company, Mr. Newton used

23   the pension fund money as a personal piggy bank; golf, his

24   son's apartment, the gas bills.  He paid off everyone, except

25   for Trump Plaza.

Tuesday, May 8, 2012

1          He didn't use that money for the benefit of the

2     company.  He didn't use that money for the shareholders'

3     benefit.  Mr. Newton used that money for his own benefit.

4     That's the bribe, and he paid off those bribes because he

5     wanted his own golf bills paid for, and then he covered it all

6     up.

7          Let's turn to the consulting agreement, which is one

8     way that he covered it up.  You are looking at one of the

9     consulting agreements.  You will see it at the top, it is

10    between Great Lakes Advisors, that's Mr. Strickland, the first

11    guy who testified; and Real American Brands, Inc. and Billy

12    Martin's, and that's the Defendant's company.  And in this

13    document, Mr. Strickland, the first witness, is supposedly

14    offering advice to Mr. Newton about merger and acquisitions,

15    transaction structuring, business plans.

16         Mr. Strickland testified he is an undercover FBI

17    agent, he doesn't know anything about boutiques in South

18    Florida.  He doesn't know anything about advertising, sale

19    distribution and retail expansion.  This is all a fraud.  It's

20    all one big lie to cover up, to hide the $6,000 check that I

21    sent you, I showed you, and Mr. Newton knew that all along.

22         Turning to Government's Exhibit 11, this is

23    Mr. Newton talking here.  If I send you an e-mail and it says,

24    "Thanks for the meeting, enjoyed, you know, your input, yada,

25    yada, yada"; if I say, "Per our discussion, we've decided

1   we're going to go ahead and buy those paintings," you may say

2   what is he talking about, and Mr. Newton says that you have a

3   record of our consulting.

4         Mr. Newton, the Defendant is saying, "Look, I'm going

5   to send you an e-mail about painting or some nonsense, and you

6   are going to know that it is nonsense, but it's just so we

7   have a record, a document, a coverup."

8         And Mr. Strickland, the undercover FBI agent says,

9   "Yeah.  I remember when you were talking on the phone, you

10  mentioned New York Yankees or baseball."  That's the other

11  coverup, right, the code words baseball, painting, e-mails.

12  It is all a coverup, and Mr. Newton all along knew it was a

13  coverup, and that's what he is talking about here.  He is

14  admitting he is going to be sending fake e-mails, and we see

15  those fake e-mails.

16        Turning to RLAB 144:  "Hi, Rob.  Your idea to open a

17  Billy Martin's boutique in Palm Beach, Worth Avenue, began to

18  take root in my brain."

19        Mr. Strickland told you he had no idea about Palm

20  Beach, Worth Avenue.  There was no idea from Mr. Strickland.

21  Mr. Newton wrote this as part of the coverup.  This e-mail,

22  this document, was all part of the fraud and it continued.

23        RLAB 149:  "Hi, Rob.  When you have more ideas about

24  location opportunities, let me know."

25        Mr. Strickland had no ideas about location

1  opportunities.  He is an undercover FBI agent.  He said he has

2  no experience, he had no ideas.  This document that Mr. Newton

3  created was another lie to cover up the scheme, and it goes

4  on.

5       RLAB 197:  "Thanks for your input on the merits of

6  using the words green blues."

7       Mr. Strickland, I think he said that he laughed when

8  he saw that.  He doesn't know what the green blues is; yet

9  Mr. Newton is putting in an e-mail, saying, "Rob, thank you

10  for your input."  It's all a lie.

11       And it just continued on.  RLAB 210:  "Hey, Rob.  Per

12  your input, you know, we received a booth at the Las Vegas

13  money show."

14       Rob didn't know anything about the money show.  This

15  is a lie, too.  Lie after lie, it is all part of the coverup.

16  And I submit to you that this evidence satisfies all of the

17  elements that the Judge just read to you.

18       As to the first two counts -- and you can sort of

19  mark them off as you go back into the jury room -- you know

20  that the Defendant devised and participated in a scheme to

21  defraud somebody, he is on the tapes, you saw him do

22  everything.

23       He made false or fraudulent pretenses,

24  misrepresentations or promises.  He just covered all of the

25  lies, and they are important, and I'll cover that material

1  fact in a moment.

2         He intended to defraud the pension fund.  He tried to

3  get the money from those investors and he used an interstate

4  carrier, that's the FedEx envelopes.  You probably were

5  sitting there wondering why we kept bringing up FedEx envelope

6  after FedEx envelope, but now you know, because we have to

7  prove the use of an interstate carrier, Federal Express.

8         You also know that he committed securities fraud.

9  Again, he devised a scheme to defraud the pension fund.  It

10 was in connection with the purchase of security, the stock

11 certificates.  He used interstate commerce and the mail, and

12 he acted for the purpose of defrauding the pension fund.

13        And in a moment, I'll talk about what it means to

14 devise a scheme or artifice to defraud, which involved

15 deceiving and cheating someone out of money.  You know that he

16 did that.

17        Well, let's turn to the conspiracy count for a

18 moment.  You now know that the Defendant agreed to accomplish

19 a shared and unlawful plan with Mr. Skwara.  In fact, it was

20 Mr. Newton who came up with the idea of bringing Mr. Skwara

21 in.  You heard that 45-minute tape where Mr. Strickland said,

22 "Mr. Newton, I'm sorry, we are shutting it down."

23        And Mr. Newton was tenacious.  He fought back and he

24 said, "Please, please, please, I want to do another deal.  I

25 want more money for the pension fund."

1          And Mr. Strickland said, "No, no, no, I'm sorry.  We

2     have to shut it down."

3          Mr. Newton came up with the idea, "Let me bring in

4     Mr. Skwara.  I have a friend, we can defraud the pension fund

5     more.  Let's bring in my friend to do more fraud."

6          And Mr. Newton -- as Mr. Skwara testified, Mr. Newton

7     explained it to Mr. Skwara, and they agreed to accomplish this

8     plan.  He willfully joined it.  In fact, he came up with it.

9     And you will see in a moment that all of the overt acts were

10    accomplished, and they were done to further the conspiracy.

11         Let's look at the overt acts in the indictment.  It

12    is on page 9, overt acts in furtherance of the conspiracy.

13    And you know that Mr. Newton sent electronic communications to

14    the FBI confidential source explaining and briefing his

15    co-conspiracy in all of the key elements.  You know that the

16    co-conspirator, Mr. Skwara, traveled to Florida.  You saw him

17    on the tape.  He was there in the same meeting at

18    Mr. Epstein's house.  He caused the Federal Express to send a

19    $6,000 kickback check; you have that check.  He sent another

20    kickback check, and you know that Mr. Newton received repeated

21    checks for his payment.  All of the overt acts have been

22    satisfied.

23         I told you I would talk about intent to defraud, and

24    you know now that the Defendant would stop at nothing just to

25    get the money.  He was greedy.  He needed the money because

1   his company was failing.  He was willing to pay that kickback.

2   That kickback -- actually those kickbacks, because there was

3   more than one, harmed the pension fund beneficiary.  These

4   investors gave the pension fund their money and told the

5   pension fund, "Please trust -- please safeguard this money,"

6   and they hired a fiduciary.  They hired that guardian and they

7   told that guardian, "Watch our money because we -- we are

8   busy, we can't watch our money every day."

9           Mr. Newton bribed that fiduciary.  The protector

10  wasn't protecting the investors.  The guardian wasn't guarding

11  the money like he was supposed to, and that's because

12  Mr. Newton paid him off.

13          And the Defendant also entered into fake agreements,

14  the four fraudulent consulting agreements.  Just take a step

15  back and think what that did.  Here, Mr. Newton had this big

16  institutional investor, the pension fund you invested in, this

17  really small company, and think what that sent a signal to.

18  Mr. Newton's company, as you heard, like Mr. Skwara's, had

19  small investors.  It was a small company, that's fine.  You

20  can have a small company, you can have a big company, but his

21  is a small company.  And all of a sudden, this big pension

22  fund came in and invested and if anyone found out that the big

23  Wall Street people were suddenly investing in a small company,

24  you would think to yourself, "Well, maybe this is some great

25  news.  Maybe this is an amazing startup.  It's the next

Google," and people think, "We should buy into this thing, we should buy into this thing."  It was all because of the fraud, it was all because of the kickback check, and it was all secret.

All right.  So he made a material misrepresentation, he defrauded everybody.  He defrauded the market because of that.  He didn't even stop there, he went forward.  We have the kickback check, the fake agreement.  He talked about timing press releases.

I'll get a press release out so Chris will be happy. Think about that for a minute, wouldn't you want to know the future?  Who doesn't want to know the future?  There was a whole movie on Back to the Future, where the guy got the future results of the boxing matches, he made millions off of that.

If you know the future, if you know what the company is going to say before everyone else does, you can make lots of money.  And Mr. Newton is talking about the timing of the press releases, coordinating the timing to further the fraud. He is also talking about pump and dumps, paying off stockbrokers.  Those were his ideas at the meeting to further the fraud, to manipulate the stock market.  And you heard from the Mr. Strickland that a pump and dump is a scheme used to get even more money.

That's the CEO, the president of the company doing

1   all of these things:  Kickback payments, fake agreements,

2   press releases, talking about pump and dumps.  Doing all of

3   these things to further the fraud because he wants to pay his

4   gas and his golf bills.  I submit to you it was all him, it

5   was all the Defendant.

6          Turning to Government Exhibit 2A, the Defendant says,

7   "I think we ought to have a consulting agreement.  I'm going

8   to hire you for six grand a month."  I, I, I; the defendant.

9   It was the defendant's idea to move forward with all of these

10  parts of the fraud.

11         Now, I know we are all human here and even though the

12  law and the facts both point you to the one logical

13  conclusion, which is that the Defendant is guilty, you may

14  have some sympathy, and it's normal.  It is normal to have

15  sympathy and I think your thought process will go as follows:

16  We have this guy sitting at home, and he is trying to make his

17  business work.  It is not the best business in the world, but

18  it is a business.  He has a small business and all of a

19  sudden, his business acquaintance calls him up and says,

20  "Look, I have a deal for you."

21         He says, "Great, great."  You know, who doesn't want

22  a good deal?  He flies out to Florida, he goes into the

23  meeting, and he finds out, at the meeting, you know, this is a

24  really, really dirty deal.  He figures, you know, "I'm here, I

25  may move forward.  I have money.  Nobody is going to find

Tuesday, May 8, 2012

```
 1   out," and he makes a bad decision.  I think it is natural, in
 2   that instance, to feel a little bit of sympathy for the guy.
 3   He is just sitting at home and his business acquaintance drags
 4   him in here, and that's normal.
 5            I submit to you, by the way, I'm actually talking
 6   about Mr. Skwara.  I'm not talking about the Defendant.
 7   Mr. Skwara is sitting at home, Mr. Skwara is minding his own
 8   business about the aloe juice and the skin care, whatever his
 9   business was.  He's sitting at home.  The Defendant calls him
10   up and says, "I have a deal for you."
11            The Defendant knew that that deal was dirty, and he
12   brings in his friend, brings in his friend and says, "Oh, come
13   on out here to Florida, I have a dirty deal for you."
14   Mr. Skwara admitted he made a mistake, but I submit to you
15   there should be no sympathy for Mr. Newton, who brings in his
16   friend to do this dirty deal.
17            As to Mr. Newton, I submit to you there is no reason
18   to have any sympathy.  Just if it makes you feel a little bit
19   better, you can go back into the jury room and have a vote and
20   say, "Do we feel bad for Mr. Newton?"  You can do that, put
21   the sympathy aside, and then turn to the facts, turn to the
22   law as the Court explained it to you.
23            Actually, it is interesting -- I'm going to use
24   Mr. Caridad's drawing here in the opening, since I'm
25   not really good at drawing, but he drew you a stage, there was
```

1   nice curtains and the little box in the middle.  I submit to
2   you that Mr. Newton created his own stage; he created his own
3   stage in California and brought Mr. Skwara on to that stage.
4          It's interesting that when Mr. Caridad discussed that
5   initially, there was no discussion about Mr. Skwara, no
6   discussion how Mr. Newton did the very same thing to
7   Mr. Skwara.
8          Now, it's also natural, I think perhaps, to have a
9   question about whether what the Government did was lawful
10  here.  And I just remind you what the Court just instructed
11  you; covert Government operations are acceptable federal law
12  enforcement devices.  Put that issue aside and focus on your
13  job to follow the law and apply the facts.  And I submit you
14  don't have to be worried in this particular case, because it
15  was Mr. Newton making all of those decisions.
16         Turning to Government Exhibit 2A, this is
17  Mr. Strickland saying, "If this is something you, the
18  Defendant, want to move forward with, if -- if, you are
19  interested, and then turning to page 18 in Government Exhibit
20  2A, if, after talking with him today" -- and that is Mr. Russo
21  -- "you, Mr. Newton, want to move forward, if this is
22  something you want to move forward with, if you are
23  interested, if after talking to him today you want to move
24  forward."  It was all Mr. Newton's decision, and he decided to
25  move forward.

Tuesday, May 8, 2012

1          And if you just take a step back and think about what
2   happened here.  When Mr. Newton arrived in Florida, we
3   proposed or the Government proposed a very narrow deal; we
4   will pay a kickback, we will have a fake consulting agreement,
5   and then they went to lunch at Ruby Tuesday's and Mr. Newton
6   super-sized it.
7          I know you can't super-size a meal at Ruby Tuesday's,
8   but think about the concept here.  We had a narrow deal, a
9   kickback consulting agreement, and Mr. Newton talks about
10  timing press releases, he talks about a pump and dump.  He
11  tries to take the idea and go even further and defraud more, a
12  bigger and better deal.
13         And he says that in Government's Exhibit 4.  This, by
14  the way, is after he talks about baseball, the coverup.  He
15  says, "Rob, I want it to be bigger than just, you know, a
16  monthly deal."  Bigger, more money, more money because the
17  Defendant is motivated by greed.
18         Now, when Mr. Caridad started, he said that this was
19  about two people and that part, he was right about.  It is
20  actually about two people, but it is about Mr. Skwara, with
21  his jug of juice, aloe vera, and Mr. Newton with his belts.
22         Both of these men had similar ideas.  They had their
23  small companies.  Both companies were -- were struggling and
24  they could all use more money.  Both of those were presented
25  the very same deal; pay the kickback, receive the money, do

1  the fake consulting agreement.  Both of them knew it was

2  fraud, both of them knew you can't do this.  Both men knew

3  they had small companies and a pension fund, a big investor

4  would never put that money there, but they made different

5  decisions.

6           Mr. Skwara admitted that he committed fraud, and you

7  saw how hard it was for him to do that.  He was almost crying

8  on the stand, a full-grown man testifying that he did

9  something wrong, admitting he did something wrong, but it was

10  hard for him.  In your experiences, you know it is hard to

11  admit you did something wrong.  You know it is like the kid

12  who didn't do his homework and says, "Well, you know, the dog

13  ate it"; or the kid with his hand in the cookie jar and the

14  chocolate all over his face, who says, "Well, I didn't eat the

15  cookie."

16           It is hard to admit that you did something wrong, and

17  I think that's why Mr. Skwara, it was so difficult for him.

18  Here he was, a CEO of a company and now, according to his

19  testimony, he works at a soccer store.  The CEO, the president

20  is now working at a soccer store.  He had his hopes and

21  dreams.  Mr. Skwara admitted he did something wrong.

22           Let's turn to the evidence about what Mr. Newton did.

23  Mr. Newton has this tendency, and you will see it across the

24  tapes, in being very careful of how he chooses his words.

25  Government Exhibit 2A, page 13, Mr. Newton says, "I'm extra

1  careful and cautious about in my own mind."  He is very

2  careful in how he picks his words, and let's go through that,

3  this pattern of double talk by Mr. Newton.

4       Turning to Government Exhibit 2A, page 20, he sort of

5  blurts out something.  You know, "I need money quickly," and

6  then he sort of backtracks.  He says, "Whoa, whoa, whoa, whoa,

7  whoa, I'm nervous about people that need money quickly."  He

8  says something and then he backtracks a little bit.

9       And this pattern continues on Government Exhibit 11A,

10  page 18.  He talks about this investment scheme and he says,

11  "I don't want to say a pump and dump."  You heard the agent

12  say that a pump and dump is a scheme to get more money.  So

13  instead of calling it what it really is, a pump and dump,

14  Mr. Newton says, "Let's call it a promotion for the benefit of

15  all my shareholders."  Doesn't that sound really, really nice?

16  Who doesn't want to do a promotion for the benefit of all my

17  shareholders, but Mr. Newton knows what it is.  He knows it's

18  a pump and dump, he knows it is fraud, but he just finds a

19  nice -- a nice way of saying it so he feels better in his own

20  mind.

21       And you saw that unambiguously on the tapes.

22  Mr. Russo, Government Exhibit 2A, page 45, that's the New

23  Yorker on the phone, the guy at the pension fund.  He says we

24  will deal with the 30 points.  And you know now the 30 points

25  is the kickback, the bribe.

1            Mr. Russo -- you heard it on the tape.  Mr. Russo

2    talks about the bribe, the 30 points, the 30 percent bribe.

3    And then a few -- two pages later, on page 47, Mr. Newton

4    says, "What was the reason that Mr. Russo said we didn't have

5    this conversation?  I mean, I think we had a discussion.

6    Wouldn't it be a good idea, the CEO of a company would be

7    buying the stock of the pension fund?"

8            And Mr. Strickland says, "Well, it's the 30 points,

9    right?  It's a secret.  We talked about the bribe."

10           And then Mr. Newton says, "Oh, I hear you, I hear

11   you.  Well, that never came up.  I didn't know about that."

12           What do you mean you didn't know about it; you heard

13   it.  You heard it on the tape.  You see no evil, hear no evil,

14   speak no evil; la, la, la, la, la, I didn't hear it.  But he

15   did hear it, and he knew it was wrong.

16           And the very next line he has this ridiculous

17   statement, "The consulting firm has already benefited me

18   immensely."  This is page 47 of the first meeting.  They

19   didn't talk about anything, they talked about the dog in the

20   first few minutes, they talked about the bribe, they talked

21   about how Mr. Strickland didn't know anything.  And Mr. Newton

22   is uttering these ridiculous words, "The consulting firm has

23   already benefited me immensely."

24           And the first 45 minutes, there was so much

25   consulting.  You watched the tape, it was nothing.  He utters

1   this lie out, "The consulting firm has already benefited me

2   immensely," it is nonsense.  The first meeting with

3   Mr. Strickland, Mr. Newton is already lying about supposedly

4   benefiting from the consulting firm.

5           Mr. Newton also had some issue with presenting the

6   restricted stock, and Mr. Caridad talked about restricted and

7   free-trading stock, and you have heard about it a lot, but

8   let's look at Government Exhibit 74.  This is a stock

9   certificate from Real American Brands for 4,000,000 shares.

10  And if your stock looked just like this, you would have

11  free-trading stock.

12          Free-trading stock, as you heard from I think three

13  different witnesses, is stock you can sell right away.  It's

14  like the fast Ferrari; you get in the car, you turn it on, you

15  go where you want to go.

16          Restricted stock is not as easy to move.  It is like

17  a beat up Buick that needs a new motor, and you see a big

18  stamp on the top here, "Restricted stock."  You know that

19  nobody wants restricted stock because it has this little thing

20  on the back, on the bottom, which says you cannot sell it

21  unless you hire a lawyer, you fill out the paperwork.  It is

22  like the beat up Buick that needs the new motor, it takes a

23  lot of work.  And use your common sense, which would you want,

24  a Ferrari that you get in, you turn on the keys and you go, or

25  a Buick that needs a new motor?

Tuesday, May 8, 2012

1    That's what this paragraph is; this stock needs a new

2    motor.  You have to wait two years or whatever it is, you have

3    to get a lawyer, you have to go down, you have to fill out the

4    paperwork.  Nobody wants restricted stock, but that's what

5    Mr. Newton gave to the pension fund.  Benefit and Pension

6    Group got restricted shares from Real American Brands and they

7    paid the nonrestricted price.  They paid the higher price.

8    That's how they were defrauded.  They got the

9    restricted stock, the beat up Buick that needs a new motor,

10   and they had to pay the Ferrari price.  And why did they pay

11   the Ferrari price, because Mr. Newton bribed, paid off the

12   fiduciary, paid off the guy that is supposed to protect them.

13   Protect them from, I don't know, maybe not making these

14   ridiculous deals with restricted stock or at least getting a

15   better price for it.

16   Mr. Newton also talked about investor relations, and

17   that's something you may hear a lot about, IR, investor

18   relation deals.  Well, let's call investor relations what it

19   really is; it's a pump and dump, it's a scheme.  It is a way

20   to manipulate the stock price, the stock volume.  It is

21   manipulating the market.  That's what Mr. Newton always wanted

22   to do, was to do a pump and dump, pay brokers to do that part

23   of the scheme.  It was also related to the coverup.

24   Let's turn to Government Exhibit 37, you remember

25   that there was 30 seconds worth of consulting.  Remember,

1   Mr. Newton came into the meeting and he is like, "I'm so glad
2   I'm back here in South Florida so I can get consulting from
3   my -- from my trusted advisors."  And he said, "We can
4   dispense with this in 30 seconds."  And he put up this -- he
5   gave him this itinerary, he rattled it off.
6           And we are going to be discussing IR plans, investor
7   relations.  Let's discuss this.  Mr. Newton paid over $6,000
8   to Mr. Strickland for consulting, and you do the math in your
9   head.  That was 60 seconds worth of consulting for $6,000,
10  that's $12,000 a minute, and it comes out to $720,000 per
11  hour.  That's $720,000 per hour of consulting for
12  Mr. Strickland just to sit there and listen to Mr. Newton
13  rattle off that stuff.  That was the consulting, $720,000 an
14  hour for Mr. Strickland, the undercover FBI agent, to sit
15  there and listen to Mr. Newton.  It was all part of the
16  coverup.
17          Now, as the Court instructed you, the Government has
18  the burden of proof.  We have to prove it, and I submit to you
19  that we have proven, beyond any reasonable doubt, that the
20  Defendant has done the crimes charged.
21          And the Defendant can just sit there, he has no
22  obligation to introduce evidence.  But if he puts on a case,
23  you can actually look at what he did, what he introduced and
24  you can consider that evidence, and that's what the Judge
25  instructed you.  Again, the Defendant does not have to prove

1  his innocence or produce any evidence.  The Government must

2  produce -- excuse me, must prove guilt beyond a reasonable

3  doubt, but let's look at what he introduced.

4        Turning to Defense Exhibit 18 -- I'm not sure what I

5  did with the overhead, but I think you can still read it, it

6  is a document.  I don't know if it is an e-mail or what it is,

7  but it purports -- according to the document, it is from

8  March 9, 2009.  It's supposedly from Mr. Newton, but you

9  haven't heard any testimony from anybody about this document,

10 and it supposedly says, "Please let me know if you want --

11 still want to proceed as previously discussed."

12       This is before the fraud, before the first meeting.

13 We don't know what the context is, we don't know whether it

14 was sent, who sent it, was it received, did anything happen.

15 We don't know if there was a wink, wink before it.  We don't

16 know if there was laughing.

17       You remember when Mr. Strickland received the e-mail

18 and he started to laugh, we don't know.  This is part of the

19 cover-your-ass -- pardon the French -- documents that

20 Mr. Epstein talked about.  We know nothing about these

21 e-mails.  Mr. Newton just said, "Look, I wrote this," and

22 that's it.

23       And the Judge has already instructed you, don't

24 consider this for the truth of the matter asserted.  You get

25 to decide what weight, how much significance to put on the

Tuesday, May 8, 2012

1  Defense exhibits.  I submit that you should put zero

2  credibility into any of these documents.  You don't even know

3  what they are.  There has been no evidence, no testimony about

4  any of them.  They were before the fraud, and they were also

5  before Mr. Newton brought in Mr. Skwara.  After his fraud was

6  shutdown, he brought in Mr. Skwara, and these e-mails have

7  absolutely nothing to do with that, so don't put too much

8  weight, if any, on them.

9          Now, let's just talk about the elephant in the room,

10  Mr. Epstein.  Mr. Epstein, you saw, was on the tapes.  He was

11  there in the first meeting, he was there in the second

12  meeting, he was there with Mr. Skwara, he was on those tapes.

13          Mr. Epstein was a convicted felon, you know that.

14  Mr. Epstein did securities fraud, nobody is hiding from that

15  fact.  But you also know that Mr. Newton, the Defendant, did

16  three, four or five deals with Mr. Epstein; they were

17  connected.  Mr. Newton, the Defendant, was connected with

18  Mr. Epstein, the securities fraud defendant.  They did deals

19  together.

20          You also heard from Mr. Strickland that you need an

21  insider to catch people engaging in securities fraud.  I think

22  he said something to the effect that you can't just call up

23  Mr. Newton and say, "Oh, Mr. Newton, I have a deal for you."

24          Mr. Newton would go, "Who are you?  I don't know who

25  you are."  They won't go forward.  You need someone like

Tuesday, May 8, 2012

1  Mr. Epstein to make the connection, to make Mr. Newton feel

2  comfortable.  Mr. Newton felt comfort with Mr. Epstein, the

3  securities fraud defendant, and that's why he was there.

4         I also submit to you that the entire Mr. Epstein

5  issue is a distraction, and we will turn to the other chart

6  that Mr. Caridad brought to you in the beginning of this case.

7  It is his timeline, his timeline about Mr. Newton, going back

8  to 1978, some 34 years ago, 1994, 19 -- 2006, 2008, going back

9  30 years.

10        Why is Mr. Caridad and why is it the Defense strategy

11  to make you look back 30 years?  Why does Mr. Caridad and the

12  Defendant want you to focus on Mr. Epstein, who is portrayed

13  on the stage; because they don't want you to focus on the

14  evidence.  They don't want you to focus on the tapes, where

15  Mr. Newton is engaging in fraud.

16        He creates a timeline without mentioning Mr. Skwara,

17  creates a timeline without mentioning all of the fraud.  It's

18  all a distraction.  Mr. Epstein is a distraction, and you have

19  to focus on the evidence, focus on the checks, the tapes and

20  what Mr. Newton said and why he said it.

21        When you go back in the jury room and you consider

22  all of the evidence, and you consider all of the evidence that

23  is before you, I submit to you that there is only one verdict

24  that you can reach; it's a verdict of guilty.

25        Mr. Newton knew that when he did the first deal, he

1  was trying to steal from the pension fund.  He knew that the

2  kickback was wrong.  You can't bribe the fiduciary.  You

3  cannot give a kickback to the guy protecting the investors; he

4  knew that.

5          He knew, by the second deal, that it was wrong.

6  Mr. Newton is guilty of the securities fraud involving the

7  second transaction.  He is also guilty of the mail fraud,

8  which involved the mailings to further the fraud.  That's

9  Count 1 and 2.

10          He is guilty of the mailings associated with the

11  first two deals and the securities fraud, the purchase of the

12  stock involved in the first two deals.  That's the second --

13  excuse me, the 3rd and 4th counts.

14          He is guilty of the conspiracy with Mr. Skwara.  He

15  came up with the idea, he brought in Mr. Skwara.  He knew it

16  was wrong because his deal was shutdown, it was stopped.

17          Mr. Strickland called Mr. Newton and said, "Enough,"

18  and Mr. Newton said, "No, no, no, no, I want more.  I'll find

19  a way around this red flag," around this heat that the

20  fiduciary was complaining about.

21          And he is also guilty of the last two counts in the

22  indictment involving the securities fraud of Mr. Skwara.

23  Mr. Newton got paid off thousands of dollars for Mr. Skwara's

24  fraud.  He is guilty of every single count in the indictment.

25          Thank you.

Tuesday, May 8, 2012

```
 1              THE COURT:  Counsel, would you approach for just a
 2   moment, please.
 3      (Following proceedings in bench conference.)
 4              THE COURT:  Mr. Davidson, you used 37 minutes.
 5              Mr. Caridad, do you anticipate that you would use all
 6   of your hour and 15 minutes?
 7              MR. CARIDAD:  Probably not, Judge.
 8              MR. DAVIDSON:  Does he need a break?
 9              THE COURT:  No, no, this is what I have to gauge.  I
10   have a court luncheon at noon.  If we give the jury a break
11   now and you come back, that means they are going to have
12   lunch.  I would rather do that and then come back for the
13   Government's closing rebuttal.
14              MR. CARIDAD:  I would rather have my closing and the
15   Government go right after me.  Another thing I noted, they
16   used 35 minutes, but they reserved 25.  That, in my mind, is a
17   problem.
18              THE COURT:  As long as their rebuttal does not exceed
19   your case in chief, I believe that they have comported with my
20   rule.
21              That's my rule.  They can't give a 57-minute case in
22   chief and then come back and give an hour rebuttal.
23              MR. CARIDAD:  Well, if I give a hour and 15 minutes,
24   which I doubt, is the Court saying if they take an hour, they
25   are okay on rebuttal?
```

Tuesday, May 8, 2012

 1           THE COURT:  No, they don't have an hour left.

 2           MR. CARIDAD:  That's what I mean.  They asked for an

 3  hour and 15 minutes.

 4           THE COURT:  They used 37 minutes.

 5           MR. CARIDAD:  And they should not get the remainder

 6  of their time because it is not fair.  It's the rebuttal, it

 7  is always less than the initial closing.

 8           MR. DAVIDSON:  Just to clarify, I will direct my

 9  rebuttal time towards arguments Mr. Caridad raised, and I do

10  not anticipate using more than the time I had allotted.

11           THE COURT:  What I'm going to do is tell the jury we

12  are going to be at lunch until 12:30 and ask them to be back

13  at 12:30.

14           We will start at 12:30, and we will go straight

15  through your closing, the Government's rebuttal, so drink less

16  on your lunch break.

17           MR. CARIDAD:  Thank you, Judge.

18      (Proceedings in open court.)

19           THE COURT:  Ladies and gentlemen, as I have told you

20  throughout this trial, the Government has the burden of proof

21  in this case; therefore, they will have an opportunity for

22  what we call a rebuttal closing argument.  Because I

23  anticipate the Defense's closing and the Government's rebuttal

24  would take us past our normal lunch, we are going to take our

25  lunch a little earlier today, a little early and take our

1   lunch now.

2          I'm going to ask that you all be back and in the jury

3   room ready to start at 12:30, ready to start at 12:30, and we

4   will go through the remainder of the afternoon.

5          Once again, you think you know everything about this

6   case; please wait to hear all of the arguments.

7          Ladies and gentlemen, I just have another caution for

8   you.  I know that many of us now have all of these little

9   cameras on our phone, and we want to take pictures of

10  everything.  You cannot take pictures inside of the

11  courthouse.  You cannot take pictures inside of the

12  courthouse, so just remember that.

13         I know sometimes you want to have a little momento of

14  what you have been doing downtown for the last week, but no

15  pictures inside of the courthouse.

16         Thank you very much.  I'll see you all back at 12:30.

17    (The jury retired from the courtroom at 11:08 a.m.)

18         THE COURT:  Counsel, I just want to let you know that

19  was nothing nefarious.  We just noticed today, one of the

20  court security officers, that one of the jurors was taking

21  pictures, you know, to kind of memorialize their stay in the

22  courthouse, and we informed them at that time that pictures

23  are forbidden.

24         Those photos were deleted, but I just wanted to

25  remind them, in case any of them thought they needed

Tuesday, May 8, 2012

1  photographic proof of their jury stay, that it was not

2  allowed.  So I didn't want you to think it was anything

3  related to the case.

4           MR. DAVIDSON:  Thank you, Your Honor.

5           MR. CARIDAD:  Thank you, Judge.

6           THE COURT:  All right.  See everybody back at 12:30.

7      (A lunch recess was had.)

8           MR. CARIDAD:  Can I have a clean copy of the

9  indictment I can use?

10          THE COURT:  There is a redacted copy that you guys

11  made.

12          MR. CARIDAD:  If I can get a copy that I can write

13  on.

14          THE COURT:  Like to write on?  This is the one we

15  have for the jury, I'll see what Ivan can do.

16          Can you start or do you need it to start?

17          MR. CARIDAD:  I would like it to start.

18          THE COURT:  What was that "O" word I used before,

19  Mr. Blanford?  Once again, everyone, I have tremendous respect

20  for Diane, or as my nephew says, she has mad skills, but if

21  you guys keep talking this fast, you are not going to have a

22  transcript.  This is going to say nothing, so slow down.

23          MR. CARIDAD:  Look what I have in front of me, Judge.

24          THE COURT:  What, slow down.

25          The copy you gave to Ivan was retracted.

Tuesday, May 8, 2012

1          MR. LUCK:  It was, Your Honor, it had the forfeiture.

2          THE COURTROOM DEPUTY:  I have it here.

3          THE COURT:  All right.  Jury, please.

4     (Jury in at 12:47 p.m.)

5          THE COURT:  Hour and 15 minutes, Mr. Caridad.

6          MR. CARIDAD:  Yes.

7          THE COURT:  Thank you very much, ladies and

8  gentlemen.  You may be seated.

9          Counsel for Mr. Newton, are you prepared to begin?

10          MR. CARIDAD:  Yes, Your Honor.  I just see that Elmo

11  is in the negative mode.

12          I think it is working now, Judge.  He just turned it

13  off.

14          THE COURT:  There you go.

15          <u>CLOSING ARGUMENT ON BEHALF OF DEFENDANT</u>

16          MR. CARIDAD:  Ladies and gentlemen, Mr. Newton did

17  not intend to defraud that pension fund, he didn't intend to

18  hurt them, he didn't intend to take advantage of them, and the

19  evidence that I'm going to discuss with you in the next bit, I

20  believe, is going to show you that that was not his intention.

21          I would you like to begin by talking to you about --

22          THE COURT:  It means you will have to use that

23  microphone.

24          MR. CARIDAD:  I would like to begin talking to you

25  about what this case is about and what it is not about.

1          It is not about a few things that the Government

2    mentioned.  It is not about something that they called insider

3    trading, which seems, from what we heard in this trial, is

4    giving of information to someone improperly, who then trades

5    on the information and makes money.

6          This case is not about insider trading.  This case is

7    also not about pumping and dumping, where you issue false

8    press releases to inflate the price of the stock or have

9    people buy it to inflate the price and then you sell your own

10   stock to make money.  This case is not about that.

11         This case is not about whether Mr. Newton used the

12   funds that were given to him as an investment properly or

13   improperly, whether he used them to pay his mortgage or his

14   son's apartment.

15         This case is not about that, yet the Government spent

16   the bulk of its time talking about those three things.  If the

17   Government had evidence that Mr. Newton had engaged in a pump

18   and dump scheme, they would have presented evidence of it.  If

19   they had evidence that he had engaged in insider trading, they

20   would have presented evidence of it and they would have gotten

21   an indictment, like the one we have here, and we would be

22   going to trial on those charges.  But we are not because the

23   Government doesn't have any evidence of those things and

24   Mr. Newton has not been indicted for those things.

25         So let's talk about what this case is about, and it's

Tuesday, May 8, 2012

1  a very easy thing to do.  All you have to do is look at the

2  indictment, and I'm going to show you the indictment now, and

3  you can take it back with you.

4       This is the indictment, it is an accusation.  If you

5  got a traffic ticket, it says you ran the red light, that's

6  what this is, but a more serious allegation.  And you will

7  have this back with you, but if you look at it and read it,

8  you will see that the crime that Mr. Newton was charged with

9  is causing the pension fund, inducing them, causing them to

10 buy stock in his company at an artificially inflated price.

11      That means that he caused, by paying this kickback,

12 as the Government calls it, to the fiduciary, he caused that

13 fiduciary to have the fund buy stock in Mr. Newton's company

14 at a higher price than they should have bought it; that's the

15 beginning and the end of this case.  And when he did that, it

16 wasn't his intention to harm and to deceive the pension fund,

17 who are now his newest shareholders.  That pension fund owned

18 a stake in Mr. Newton's company after March 24th.

19      So let's take a look at the indictment and see what

20 it says about the crimes that we are here on.  Look at this

21 paragraph, paragraph four:  March 2009, Douglas Newton agreed

22 to participate in a pay-to-play scheme to pay 30 percent

23 kickback to a purported pension fund fiduciary to induce the

24 pension fund fiduciary to purchase RLAB shares at an

25 artificially inflated price.  That's one mention.

1          The next paragraph says the same thing:  On

2    March 24th, there was a meeting.  In the meeting, Newton

3    agreed to pay or caused to be paid a kickback to cause the

4    fund to purchase shares at an artificially inflated price.

5    That's two times mentioned.

6          Paragraph seven, on March 25th, he sent, by Federal

7    Express, the $6,000 check in exchange for purchasing RLAB

8    stock at an artificially-inflated price; three times.

9          Paragraph nine, on April 8th, 2009, he sent a Federal

10   Express envelope bearing $6,000 in exchange to induce a

11   fiduciary to purchase RLAB stock at an inflated price; four.

12         Let's skip to page eight, again, paragraph four:  In

13   May 2009, Douglas Newton and his co-conspirator, Yan Skwara,

14   agreed to participate in a pay-to-play scheme to pay a

15   30 percent kickback to a purported pension fund fiduciary to

16   induce the fiduciary to buy USFM, that's Yan Skwara's company,

17   at an artificially inflated price.  That's five times.

18         Page nine, paragraph eight:  On June 5th, Doug

19   Newton's co-conspirator, Yan, sent $6,000, again, to induce

20   the fiduciary to buy USFM stock at an artificially inflated

21   price.

22         Again, paragraph ten, at an inflated price.  Finally,

23   on page ten, paragraph one, to purchase shares at an inflated

24   price.

25         It is the beginning and the end of this case, yet the

1  Government spent barely seconds talking to you about this

2  allegation.

3          What they spent time talking about were conversations

4  that Richard Epstein had with Doug Newton at Ruby Tuesday's.

5  Richard Epstein is talking about manipulating the price of the

6  stock, paying off brokers, this is how you do it, I know how

7  you do this.

8          Those conversations, all of which the Government

9  didn't bother to play for you, but you can listen to at your

10 own pace, occurred at Ruby Tuesday's, when Richard Epstein is

11 teaching Doug Newton how to do manipulative trading practices.

12         In the end, ladies and gentlemen, nothing happens.

13 There is no manipulation, there is no insider trading, there

14 is no pump and dump because if there had been, if something

15 had happened after that Ruby Tuesday conversation, you can

16 believe that it would be brought to you before this Court, and

17 Mr. Newton would be on trial for that, but he is not.

18         So the case here is induce the fiduciary, cause the

19 fiduciary to buy stock in RLAB and USFM at an artificially

20 inflated price.

21         I'm going to explain to you what I think the

22 Government is getting at, and then I'm going to talk to you

23 about what I think the evidence shows.

24         The stock, we know there is restricted stock and we

25 know there is free-trading stock.  Restricted stock, if you

1  buy it, you have to hold it for a period of time, like maybe

2  one year; in Mr. Skwara's case, two years before you can sell

3  it.  But otherwise, it gives you the same benefits as

4  free-trading stock; you own a piece of that company.

5          In this case, the pension fund owned a piece, small

6  piece, of RLAB, Mr. Newton's company, and USFM.  The share is

7  just one piece.

8          Now, the Government's theory, it seems to me, is that

9  restricted shares should be cheaper than free-trading shares.

10 That makes sense, there is a restriction here, it is not as

11 valuable as this one.  The difference is called a discount.

12         So, for example, if free-trading shares is trading

13 for -- I'm going to make up a number -- $5, you would expect

14 to buy restricted shares for less than that, let's say $4.

15 This difference is the discount.

16         So it seems to me what the allegation in the

17 indictment is getting at is that the fund received restricted

18 shares, 4,000,000 the first time, but paid the free-trading

19 share price for it.  In this particular case, we see from the

20 tapes, that the free-trading shares were selling at three by

21 five, and I'll explain what that means right now.

22         When a stock is quoted on the stock market as penny

23 stocks, you will see that there are two prices.  This over

24 here on the left is called a bid, which means what a buyer

25 will pay for it.  Someone who wants to buy shares bids for it,

Tuesday, May 8, 2012

1  and can get it at this price.  This, by the way, is less than

2  half a penny, .003.   .005 is exactly half a penny.

3        So what the Government is saying, it seems to me, is

4  that when Richard Epstein and Doug Newton and Rob are talking

5  on March 24th about how much the fund is going to pay for

6  their shares, Rob says, "We have to buy it at .05."  This, by

7  the way, is called the ask.  The ask is what a seller wants

8  for it, how much a seller is asking for this item.

9        The bid will always be less than the ask.  So the

10  bid, .003, is what a buyer is willing to pay; the ask, .005,

11  is what the seller wants for his share.

12        And the Government is apparently saying that the

13  fund -- and this is free-trading price, by the way.  This is

14  free-trading price.  For one free-trading share, the bid is

15  .003, a third of a penny; the ask is half a penny.

16        The Government is saying that the fund paid this

17  price, .005, and didn't get free-trading shares, but got

18  restricted shares, and that this is an artificially inflated

19  price.

20        But the first question, ladies and gentlemen, is

21  artificially inflated in relation to what?  What is the

22  discount that you would expect to get if you were going to buy

23  restricted shares?

24        It is less than .005, less than half a penny, but how

25  much?  Is it -- is the discount what you would expect .001 off

1   of this so that you would -- the discount would end up meaning

2   that you would buy it by .004, what is the discount here?  Or

3   is the discount that you should pay -- instead of .005, you

4   should pay .003?  What is the discount?

5         That's what this indictment is about.  At an

6   artificially inflated price, they bought restricted shares and

7   paid free-trading price, and they should have had the

8   restricted shares at the discount, but what is the discount?

9   Did they bring an expert into court to say, "These were shares

10  of RLAB and USFM, and I believe that a fair discount for both

11  of these shares would be that you should get it for .003 or

12  for .004"?

13        What is the discount; we don't know.  It is their

14  burden to prove that this was bought at an artificially

15  inflated price, and they haven't talked about that.  They

16  haven't mentioned this, and this is mentioned seven times in

17  the indictment.  What is not mentioned is pumping and dumping

18  or insider trading.

19        Let's talk about this case, and that's what I'm

20  trying to do here.  They haven't proved to you what a

21  reasonable discount is.  All they say is less, but how much

22  less?

23        It is important for the following reason:  When

24  Mr. Newton is at Richard Epstein's house and they are talking

25  about how much the fund will pay for the shares, it is Rob who

1   demands or says, but it comes down to a demand, that the fund

2   is going to buy at the ask, at .005.  They are the ones who

3   say we want it at this price.

4           Mr. Newton says the following:  Richard Epstein says

5   it is pretty flat, it is about three by five.  It is 03 by a

6   double 03.  I don't even know what that means, but what

7   Richard Epstein is talking about is the bid and the ask, and

8   Doug Newton says, "So we would do it at three," the lower

9   price.

10          Doug Newton, who is going to be selling the shares,

11  says, "Let's do it, if you want to do it, at the lower price,

12  .003.  That's better for the fund, if they can buy it at a

13  lower price," but what does Rob say?  Rob says, "We do it --

14  we do it at five.  That's a condition of his deal."

15          Ladies and gentlemen, what if the discount is .004

16  from .005?  Mr. Newton just offered to sell it at better than

17  the discount, .003.  He, the seller, has offered to sell it at

18  a price that could be greater than the discount; that's the

19  man who is trying to defraud them?

20          Now, we don't know what the discount is because they

21  haven't presented any evidence of the discount.  They have

22  ignored the seven phrases in the indictment having to do with

23  artificially inflated price.  What does that mean?

24          How can you possibly be asked to decide whether this

25  man is convicted or not, when they haven't even told you what

1   the inflation is?  That's the crime and there is zero

2   testimony about it.  What are you supposed to do; guess, guess

3   a man into jail when the evidence that you have is that he has

4   offered to sell it at the lower price and they said no.  This

5   is the heart of the case.

6         The other heart of the case is now that these -- this

7   pension fund, which of course we know doesn't exist, now that

8   this pension fund owns 6,222,000 shares of Mr. Newton's

9   company, they are now his shareholders and they benefit if

10  Mr. Newton's company benefits.  If RLAB pays its bills,

11  expands and makes money, who benefits?

12        Of course Mr. Newton, but the shareholders benefit

13  because they own a piece of RLAB.  So the question you have to

14  ask yourself is, what was Mr. Newton's intention in relation

15  to his new shareholders, who are now the pension fund?

16        Did he want them to lose money, did he want their

17  shares to go down in value?  Did he want these shares to go

18  down from .005, to .004, to .003, or is everything that he

19  says on these tapes, showing that what he wants is to pay his

20  bills, to expand his company and make money for these people?

21  That's why you have got to keep your eye on the ball.

22        What did Mr. Newton intend in the longrun?  Remember,

23  Mr. Newton is investing, Mr. Newton's company has just sold

24  shares to a pension fund.  Pension funds, ladies and

25  gentlemen, are not gamblers.  Pension funds take care of other

Tuesday, May 8, 2012

1   people's money; that's what they do.  They take care of the

2   money that employees have worked hard for all of their career

3   and have invested in a fund.  Pension funds don't go around

4   gambling shares.  They are conservative by nature because they

5   are taking care of other people's money, and they pitched --

6   the Government pitched this idea as a pension fund, someone

7   who would hold the stock for a long time.

8         Why is that important?  Because Mr. Newton's plans

9   were long-range plans.  He told Mr. Epstein he needed funding

10  for a few months down the road to get back up on his feet and

11  to launch a new denim line in the longrun.  That's why when

12  they told him, "We can give you up to $250,000," that was

13  great.  That's just what he needed, a continuous relationship

14  with this fund; not just one month, not just two months,

15  long-term.

16        And that's important for another reason because if

17  the relationship to the pension fund is going to be long-term,

18  a year, two years, in one or two years, they are still going

19  to have that restricted stock.  And what can they do after one

20  or two years; they can sell it.

21        So if they are going to keep it for a long period of

22  time, they would take restricted stock because a pension fund

23  doesn't gamble.  It doesn't buy and sell; they keep it.  So

24  they like Mr. Newton already for the long haul and the long

25  haul means in a year or two, that pension fund is going to

1  have free-trading shares.

2       Now, I want to talk a little about how Mr. Newton

3  ends up at Mr. Epstein's house, because the Government's case

4  began on March 24th.  Mr. Newton apparently beams into

5  Mr. Epstein's house, and this pitch is made to him, but what

6  you have to understand is what brought Mr. Newton to that

7  house on March 25th, and that begins in December 2008.

8       That was when Richard Epstein gets arrested for stock

9  manipulation, is released on bond, and he begins cooperating

10 with the Government; maybe not with Agent Sputo, maybe not

11 with any other agent, but Mr. Epstein knows what is very basic

12 about our criminal justice system and what Yan Skwara learned,

13 okay, that if you commit a crime and you get out on bond, the

14 best way to get a lower sentence is to cooperate with the

15 Government.

16       Because in the end, as you saw with Mr. Skwara's plea

17 agreement, it is the Government that is going to come into

18 court and say to Richard Epstein's judge, whoever that is,

19 Mr. Epstein did a great job, he brought in Doug Newton.

20 Mr. Epstein is a smart guy, he knows he is in trouble, and he

21 knows he goes to jail if he doesn't bring people in.

22       So he gets arrested in December, he is out on bond,

23 and what does he do?  And I'm going to show you some evidence

24 that the Government didn't bother showing you.  These are

25 e-mails between Richard Epstein and Doug Newton that we

1    introduced, not the Government.  I'm going to show them to you

2    now, but before I do that, I want to mention something about

3    what Mr. Davidson said.  He held up one of these e-mails and

4    implied that it was not authentic, not real.  That's an odd

5    claim to make because all Mr. Davidson and the Government had

6    to do, when I gave them these e-mails, is show them to Richard

7    Epstein.  He was their informant.

8              MR. DAVIDSON:  Objection, Your Honor.

9              THE COURT:  Basis?

10             MR. DAVIDSON:  First of all, I believe he opened the

11   door for missing witness instruction, and I also -- this is

12   not in evidence as far as what the Government could and

13   couldn't do.

14             THE COURT:  Objection sustained.

15             Counsel, please.

16             MR. CARIDAD:  Yes, Your Honor.

17             Here are the e-mails.  You will have them back with

18   you, you can read them.

19             December 26, 2008, from REPST, who could that be, to

20   Doug:  "Doug, hope all is well with you.  I will be away until

21   after the new year, but let's see if we can do something

22   in '09.  Send me an e-mail updating me with what is happening

23   with your new company, and we can begin to bounce around some

24   financing ideas."

25             Financing ideas, ladies and gentlemen.  That means

1   money, money for Mr. Newton.  Mr. Newton is under a rock, and

2   he is trying to get out from under it.  Yan Skwara was under a

3   rock, he was trying to get out from under it.  The economy is

4   bad; Mr. Newton owes rent; Mr. Skwara needs money.  It was not

5   an unusual occurrence in 2008, both of these men need a little

6   help.  Mr. Newton's problem is that he ran into Richard

7   Epstein.

8        Let's look at some more e-mails.  December 29th,

9   "Doug got your info."  Apparently there is some exchange going

10  on between the both of them.  "Give me call at (954)753-0904

11  when you want to discuss.  I am at my house in

12  Massachusetts" -- this guy has a house in Florida; got a house

13  in Massachusetts -- "but my phone is forwarded.  Let's see if

14  we can work out a deal for the new year."

15       By the way, an interesting thing about Mr. Epstein

16  and Agent Sputo's testimony is that Agent Sputo did not begin

17  supervising him or working with him until March 16th.  Who was

18  keeping an eye on Mr. Epstein in December, January and

19  February?  Which Government agency is keeping an eye on a man

20  who has been released from jail and has incentive to get

21  people in trouble, who; nobody.

22       January 6th, Richard Epstein to Doug:  "Let's talk in

23  the next day or so.  I believe the story is there, and there

24  should be good name recognition, but you need to get the story

25  out;" press releases.

Tuesday, May 8, 2012

1          "Doug, you need to get the story out."  It doesn't

2    say false press releases and there is nothing wrong with

3    issuing press releases, as long as they are truthful, right?

4          "Let me know the dollars you will be looking for over

5    the next few months, use of proceeds and how are you going to

6    use this money, how are you going to generate backup funds."

7    So Mr. Epstein knows Mr. Newton needs money and is zeroing in

8    for the kill.

9          January 14th, "Doug, good speaking with you last

10   week."  Speaking, as if over the phone.  Did Mr. Epstein

11   record this call?  Did the Government agency even keep their

12   eye on Mr. Epstein to see if he recorded any phone calls?  Do

13   we have a record of this conversation; no.

14         "I was hoping to present to them -- I will be out of

15   town and will be meeting with some of my people next week.  I

16   was hoping to present to them some overview of your company,

17   the immediate amount you need, and an amount over a six-month

18   time horizon," long-term.  This is not just a one-month or

19   two-month need that Mr. Newton has -- "and a general use of

20   proceeds, manufacturing, advertising, PR, public relations,

21   market support.  I have all but the latter, the use of

22   proceeds.  What are you going to use the money for, Doug?  It

23   doesn't have to be anything formal.  The general idea will

24   do."

25         January 16th, Mr. Newton replies, "Hi, Richard.  Did

Tuesday, May 8, 2012

1  you receive the use of proceeds info yesterday?  As you know,

2  the info focuses on just one business proposition, our new

3  American made denim line.  Ironic as it may seem, we may want

4  to pursue a second initiative at this time.  There may be

5  opportunity now for Billy Martin's to reopen a boutique in LA,

6  given availability of excellent locations.  I think it could

7  reopen and operate profitably at a very low entry price, under

8  100,000, and attract celebrities and foreign shoppers, who are

9  not broke like most Americans.  Am I crazy to consider this?"

10         Mr. Newton is trying to pay the bills, still dreaming

11  about making his company strong, diversifying, and making

12  money for his shareholders, and those shareholders will be

13  that pension fund.

14         January 20th, "Doug, I got it."  It is the proceeds,

15  right?  "Flying out of town tomorrow.  Will follow up with you

16  on Friday."

17         January 28th, "Hi, Doug.  The trip went very well.

18  My people are looking over a few proposals I gave them with

19  some ideas I had.  They like the idea of good American

20  brands."

21         Who does; the funding group.  We know Mr. Epstein is

22  making all of this up because he is out on bond, trying to

23  snare somebody, so he is lying about all of this.

24         MR. DAVIDSON:  Objection, Your Honor.

25         THE COURT:  Overruled.

Tuesday, May 8, 2012

 1          MR. CARIDAD:  "I have a conference call with them on

 2   Thursday afternoon to discuss.  Why not give me a call Friday

 3   morning and I'll bring you up to date."

 4          January 28th, Doug Newton wrote, "Will call you

 5   Friday a.m.  Glad you missed the horrible weather."

 6          Was there a call?  Did Mr. Epstein tape it?  Does the

 7   Government have it?  Does whoever is supervising him have it?

 8   Apparently, nobody is supervising him.

 9          February 22nd, Doug Newton wrote, "Majority of RLAB

10   shareholders voted unanimously to increase the company's

11   authorized common stock from 125,000,000 to 500,000,000."

12          Shareholders, shareholders in Doug's company are

13   voting to increase the company's authorized common stock.

14   That's what's in Doug's mind, that is what he is thinking.

15   That's what his intent is.

16          "These plans include making mergers, acquisitions,

17   joint ventures with other Born and Bred in American goods and

18   services, which can help position RLAB for greater news

19   worthiness and growth during the uncertain economic times we

20   are facing in this country and abroad.  I appreciate your

21   continued input on our Born and Bred in U.S.A. strategy."

22          This is before -- way before Doug even meets with

23   Rob.  Is he making all of this up?  No one knows that this is

24   going to end up in court.  This is not being taped.  This is

25   Doug talking to someone, who he believes is going to get him

1  financing to make his company grow.

2  February 4th, Richard Epstein writes, "Hi, Doug.

3  Sorry I missed your call yesterday.  In hearing from my

4  people" -- what people; the funding people, they are

5  interested -- "they are concerned about the price of the

6  stock.  They don't see much money being allocated to PR and

7  promotion.  They don't see much money being allocated to

8  getting the word out about your company.  Let me see you steer

9  some funds in that area.  Put more money into PR and

10  promotion, Doug.  It is going to help your company.  You've

11  got to get the word out."

12  February 4th, Doug Newton replies, "I am willing to

13  allocate a large percentage of the funding to outside investor

14  relations program.  This is essential to help all of my

15  shareholders, who will soon be the benefits and pension fund."

16  Doug Newton, February 5th, to Richard, "Here is a

17  quick update on my company:  Patriotic investor relation

18  release is ready to go.  Total shares issued, 104,000,000; 15

19  percent of funding available for IR."  And he lays out what

20  his plan is, what his intentions and his hopes are on

21  February 5th, before he ever hears of this fund.

22  "A premium denim line, but not at premium prices,

23  designed by award-winning Project Runway winner Jeffrey

24  Sebelia.  Eco-friendly and U.S.A. made women's and men's

25  fragrance products, targeted to Wal-Mart and JC Penney, and

1  licensing plans to use Born and Bred in the U.S.A. trademark

2  for a major marketing campaign."

3       Doug is doing everything he can to get back on his

4  feet and make his company grow.

5       February 21st, Doug writes to Richard Epstein, "Can

6  you give me more info on the investor relations programming

7  team?  Have you been working on any recent deals with them?

8  I'm interested in starting a campaign in a week or so.  P.S.,

9  just got my landlord in New York City, Trump, to reduce the

10  monthly rent by a huge percentage.  Thanks, Doug."

11       Richard Epstein, February 24th, "Doug, sorry for the

12  delay.  I have a 4:00 p.m. Eastern call with my guys in Philly

13  today.  On the agenda is RLAB."

14       What are they going to be talking about; funding for

15  RLAB.  "Maybe we'll try to set up something where you can

16  speak with them also in the next day or so.  They are a

17  strange group of guys, very diligent and detail oriented, and

18  have pretty much left me to do the due diligence on deals I

19  bring to the group.  As a group, they have a lot of money."

20       This is what Doug needs.  If I had the money, I would

21  throw mine at them.  What Richard Epstein is doing is

22  massaging Doug Newton, so when he turns him over to Agent

23  Sputo, Doug is ready to go.  Doug is ready to get on a plane

24  and fly from California to South Florida.

25       Doug responds, February 24th, "Happy to speak with

1 Philly people, but have some questions.  Is the Philly team

2 part of your investment group and are they separate from the

3 IR team?  What would the IR program cost?  P.S. I'm overdue

4 with my denim line.  I must decide by the end of the week if

5 we are going forward," if I, Doug Newton, am going forward

6 with Richard Epstein on all of these promises you made about

7 getting me money.

8 　　　　February 26th, Doug to Richard Epstein, "We now own

9 the trademark for Born and Bred.  Would love to know your

10 suggestions, so I might explain this expansion of RLAB

11 services.  Also, what is the latest on the Philly news?"

12 　　　　Are those the guys he is going to meet in March;

13 maybe, with the big bucks, financing.

14 　　　　"If you and they have other priorities, no sweat.

15 Let me know if you want to pass or whether I need to make

16 plans with other players."

17 　　　　March 9th, "Richard, please let me know if you still

18 want to proceed, as previously discussed, with that funding

19 group.  If not, no sweat.  Just let me know."

20 　　　　March 17th, now we are getting close to March 24th,

21 "Richard, are we on for our conference call or should I close

22 the book on this deal with you and your guys?  You won't hurt

23 my feelings."

24 　　　　Doug wants this deal.  He wants it to go forward, but

25 Richard Epstein has been talking about this in December,

1    January, February, and now it is the middle of March and Doug

2    is beginning to think, "Well, is it going forward or not?"

3          Richard Epstein, March 20th, four days before

4    March 24th, "Left you a voice message -- voice mail message,

5    Doug.  This is to confirm we have a meeting on Tuesday,

6    March 24th."  This is the meeting that was seen on the video.

7    "I think you will be very pleased with what can be worked out.

8    You can begin to implement your plan for Billy Martin Real

9    American Brands.  I look forward to seeing you."

10          March 21st, three days before the first meeting, "Hi,

11    Doug.  Coming in Monday eve is the smartest.  I won't be able

12    to meet with you earlier, I'll be driving back from Naples.

13    Let me know where you will be staying and I will give you

14    exact directions to my place."  Doug is hooked.

15          March 21st, "Richard, I'm interested in working with

16    only one team, your team.  The timetable for fund-raising may

17    be too far out for me, as we discussed on the phone.  Let me

18    know what you can do to advance my company 20 to $25,000 now

19    or following our meeting.  I can give you some collateral."

20          Doug is desperate.  His bills are due, he has to get

21    the new denim line going.  A desperate man looks mighty good

22    to a confidential informant.

23          March 22nd, the day before the meeting, Richard

24    Epstein writes, "Doug, my guess is if you walk away from our

25    meeting pleased, that the immediate funds you need will be --

1  will be to you well within your timetable.  I know this has

2  dragged on for a bit, but I now think the mechanics have all

3  been worked out.  I would not be asking you to fly from the

4  west coast to Florida if this was not the case."

5       Doug is committed.  He has been talking to Richard

6  Epstein for almost three months, they have been talking about

7  financing, and finally, Richard Epstein has what he needs to

8  stay out of jail.

9       He has a desperate man coming into his own home to

10  meet with some unknown investor.  This is what Doug sees when

11  he pulls up to that house; not a cottage, not a condominium,

12  not a small office, but this place.

13       And the guy that he is introduced to we now know was

14  an FBI special agent.  He gives him this card, Northern

15  Springs Capital Group.  Capital means money, and group means a

16  group of money, and you are talking to the president, this is

17  the guy with money.  Richard Epstein has money, this guy has

18  money, this guy has access to money.  That's what Doug means

19  when he says later on, "The consulting contract has benefited

20  me already.  Look who I met; I met this guy.  This guy, who

21  has a connection to a retail store -- retail chain pension

22  fund."  This guy can open up doors, this is a big deal for

23  Doug, it is a big deal for Yan.

24       Now, what happens when he gets there?  You know what

25  happens, you have seen it.  And let me get something out of

1   the way so you don't have to worry about this.  The Government

2   told Doug that they had to use a consulting agreement to cover

3   up the kickback.

4          Doug heard that.  He knew what that meant, and he

5   agreed to do that.  There is no doubt about it, he agreed with

6   what Rob demanded and asked for as a condition of giving him

7   money.

8          They told Doug, "You've got to protect this deal.  If

9   you don't protect it, you don't get it anymore."

10          Doug said, "Can't I just send some money, the money

11  to Richard Epstein?"

12          And they say, "No, Doug, we need to have a consulting

13  agreement."

14          Now, the agent on the stand said something that I do

15  not think was very credible.  He said, "It would have even

16  been better if Doug had just sent us the money."  Not really,

17  not according to their plan.  Their whole plan was for there

18  to be a consulting agreement or you don't get the money, that

19  was their idea.

20          Doug says, "How do I expense that?  I don't need to

21  expense it."  That's a good question.

22          "No, you do, because it's important.  It's a very

23  good question and the way you do it is through a consulting

24  agreement or you don't get the money," that's the implication.

25  So when Doug later on says, "Okay, we will do it through a

1    consulting agreement," he is agreeing to the demand made in

2    the first few minutes of his meeting.

3              What is the other demand; that the money that comes

4    back, the kickback -- let's call it a kickback -- has to be

5    cash.  It cannot be stock.

6              Doug asks Rob, "And would that be in the form of cash

7    or stock or let's say something else?"

8              They say, "No, it has got to be in cash."  They are

9    putting the conditions on this, just like they are saying it

10   has to be restricted shares at the ask price.

11             And here is the ultimate tease:  "We have taken a

12   position as high as $250,000."  That's a lot of money for a

13   man who needs to pay his bills and get his business going.

14             Ladies and gentlemen, Doug and Yan were desperate,

15   thirsty, hungry men.  Richard Epstein knew that Doug was

16   hungry, he knew that he could use him to get out of jail.

17             Your Government helped Richard Epstein do that by

18   coming up with this plan and making it a condition of the plan

19   that if Doug wanted 20,000, he had to do these things:  The

20   consulting agreement had to be covered; okay.  It has to be

21   restricted shares; okay.  It has to be at the ask; okay.

22   There has to be a consulting agreement; okay.

23             Doug went along, as Yan did.  They both did.  There

24   is no doubt about that, no doubt at all.  So we admit that.

25   They participated in the Government's required coverup, they

1  both did it.

2          The question remains, ladies and gentlemen, what was

3  Doug's intention regarding that fund and those shareholders?

4  If you listen to these tapes, and I know you will, you will

5  see that more than once Doug says, "This new line of jeans is

6  going to be great.  I want to get it distributed through JC

7  Penney.  I'm going to pay my rent at Trump, I want to get back

8  on my feet.  This company is going to be great.  I have

9  trademarks, we are going to be okay."

10         Ladies and gentlemen, if Doug's company is okay, his

11 shareholders are okay.  There is not a single piece of

12 evidence, there is not even an allegation in this indictment,

13 that Doug's stock was worthless, that Yan Skwara's stock was

14 worthless, that he really didn't care about his company, that

15 he really didn't care about his shareholders.  There is no

16 allegation in the indictment that that's what this case is

17 about, and there is no evidence that Doug didn't care about

18 his company.

19         He has been in business 30 years, ladies and

20 gentlemen, supporting himself and his family.  All of a sudden

21 now he is not going to care whether his company goes down the

22 tubes?  Life is just not like that.

23         Now, there was also talk about what Doug did with the

24 money that he got and you heard yesterday that on Sunday, an

25 FBI agent suddenly got curious about that.  Despite the fact

Tuesday, May 8, 2012

1  that this incident occurred in 2009, that the case had been

2  pending for months, just Sunday, the FBI, the Federal Bureau

3  of Investigation, got interested in who were these people that

4  Doug was sending checks to.

5      Remember, there is no allegation in the indictment

6  that he misused money, that he spent it for some other

7  purpose, no allegation at all. We don't see any evidence. We

8  don't see any documents.

9      What we see is an act of desperation by the

10 prosecution: "Let me pick up the phone and call that club,

11 call that number, see what it is." It's a club; "Okay,

12 thanks, boom, bye."

13     "Let me look on some police databanks and see who

14 lives at this address; oh, Chance Newton, okay. Let me see if

15 this is a condominium association and this is where Doug

16 lives; yes. Okay, thanks." That's all they need to know.

17     They don't need to know what his son's relationship

18 to that company was, how often Doug paid for membership in

19 that club, what he used it for, if Doug used his office, his

20 home as an office. They don't care about any of those things,

21 and you would think the FBI would ask about it.

22     All they care about is coming into court on Monday

23 and saying, "Hey, guess what; I, the FBI, made a call and

24 found out this," and that has only one purpose, to make Doug

25 look like a bad man because they know that there is no

 1  evidence in these tapes that Doug intended to defraud those

 2  shareholders.

 3       But look a little more carefully at those bank

 4  records with me, look what they show.  Remember, we are

 5  talking about Doug's company bank records, okay.  And the

 6  Government's point in bringing this to you was the money that

 7  the pension fund sent to Doug and the money that Yan Skwara

 8  gave him, Doug used to pay Springs Homeowners, which was his

 9  own condominium association where he lived; Braun Realty,

10  which is where his son lived; and Morningside Club, some sort

11  of private club.

12       And you will have these bank records, and look what I

13  found.  March 24th, is an important date.  We know that,

14  that's the date of the first meeting.  Doug gets 20,000 the

15  next day, so let's see what happens with this money.  But

16  importantly, let's see how much money Doug has in this account

17  from other sources, aside from the pension fund, because the

18  implication was that all he has in there is the money from the

19  pension fund, and so if he uses that money to pay for any one

20  of these three expenses, it's bad.

21       On March 31st, there is $7,944 deposited into that

22  account, aside from the 20,000 that the fund gave him.  Then

23  Doug writes a check to Morningside, the club, for $1,336.95.

24       This is one of the entities that the Government says

25  Doug should not have been sending money to.  Well, he's got

Tuesday, May 8, 2012

1   this much money to pay for this.  And none of this money, the

2   7,144, came from the fund.  It is from Doug's business.

3           On May 5th and May 13th, there is a $10,000 deposit

4   and another $10,000 deposit that have nothing to do with the

5   fund.  On May 8th, he writes a check to this Morningside club

6   for $6,244, but he just deposited $10,000, so that didn't come

7   from the fund.  He used that money to pay for this.

8           June 5th, he pays $1,419 to Morningside again, but

9   there is a beginning balance of $7,991.  He used that money to

10  pay for this, and this goes on and on with the other expenses.

11  You can do this yourself, at your leisure in the jury room,

12  for Braun Realty and for Springs Homeowner.

13          If you add up the number of deposits that these bank

14  records show from March until August of '09, excluding the

15  $40,000, minus the 12, plus the 6 from Yan, other deposits

16  from other sources have nothing to do with this case.  From

17  March to August, there are deposits of $66,558 into Doug's

18  business account.

19          The total amount of money that these records show was

20  paid to Springs Homeowner, Braun Realty and Morningside Club

21  for the same period of time is $20,444.  How on earth do you

22  support an argument that Doug is using the money from that

23  fund improperly to pay his expenses, how on earth?

24          And it's even more shocking, ladies and gentlemen,

25  when you realize that the FBI investigation into that occurred

Tuesday, May 8, 2012

1   Sunday, almost at the tail end of this trial.

2          I want to talk a little bit about Yan Skwara.  There

3   is no doubt that when Mr. Newton is told the funding stops, he

4   hasn't gotten enough money to get his company back on the

5   ground and to launch a new line of clothing, so he turns to

6   Yan.

7          There is no evidence he lied to Yan, unlike Richard

8   Epstein lying to him, no evidence Doug lied to Yan.  He told

9   him what this was about, Yan is a grown man, and he decided to

10  do this.  But at least he had his eyes open going into it,

11  unlike Doug, who didn't know what he was getting into when he

12  arrived at that house on March 24th.

13         But who did Doug bring?  Did he bring some deadbeat

14  who didn't have a business, who had a phoney business, or did

15  he bring a young, good-looking guy who had a real business,

16  but like him, was having trouble?

17         Did Yan think that he was not going to do anything to

18  benefit that pension fund?  He said just the opposite on these

19  tapes.  When you listen to him, you will see, he is

20  practically gushing with enthusiasm.  He says, "I want nothing

21  than the best for the company and its shareholders.  I want to

22  give it -- we are going to give it our best on the business

23  side."

24         What does he say about Doug?  He doesn't know he is

25  being taped, he has no reason to say anything especially nice

1    about Doug, but he says, "and I can -- and that's one thing

2    that I have always -- I have known Doug for a while, and he is

3    a very honest man and he works his butt off," that's what he

4    says about Doug.

5           Now, Yan Skwara has a right to plead guilty, if he

6    wants to.  You know that our system of law rewards people who

7    plead guilty.  His plea agreement says he gets a reduction in

8    sentence by pleading guilty.  He gets an even greater

9    reduction by testifying in this case, but he chose that path,

10   and good luck to you.  But that doesn't mean that Mr. Newton

11   has to choose that path or that just because Yan Skwara chose

12   that path, Mr. Newton is guilty.

13          Mr. Newton has pled not guilty and has a right to

14   have his evidence considered independently of Yan Skwara.  So

15   again, who does Doug Newton bring to the table; Yan Skwara.

16   That's pretty good.  He doesn't bring a bum, a deadbeat, a

17   thief, or a liar.  He brings a guy who is desperate, just like

18   he was.

19          Ladies and gentlemen, so why is Doug, despite the

20   fact that he is told by the agent, "Listen, we don't do any

21   consulting.  I'm a mile wide and inch deep," why does he still

22   show up at a meeting with an agenda and talk about these

23   things?

24          The Government is going to say, "Well, the agenda is

25   for evidence in writing and Doug can show it to people in case

1   somebody asks him," but what about his statements during that

2   meeting?  Why bother addressing any of these topics, even for

3   a second?  Why bother doing that if you don't know you are

4   being taped?  What benefit could it do for Doug to sit there

5   with these two guys and talk about his business plans?

6          Ladies and gentlemen, Doug understood that it was a

7   requirement of the Government's plan that he help assist in

8   covering up this payment, he understood that.  But Doug is a

9   businessman and if he is going to get anything out of these

10  guys, even a little bit, if now he knows a guy in South

11  Florida, who has contacts with a retail pension fund in New

12  York, if now he has found Richard Epstein's house, who lives

13  in South Florida, he is going to tell them then what his plans

14  are, and he is going to try to squeeze something out of it.

15  Why else does Doug keep talking about these things with these

16  people?

17         I understand the Government is going to show you

18  e-mails, where Doug is saying, "Thanks for the input."  Okay,

19  that's in writing.  That was part of the coverup.  We admit

20  that.  But what about this part of Doug, where he keeps trying

21  to squeeze something out of these people?  That's a

22  businessman.

23         Another thing that the Government showed you were the

24  payments to Trump.  And they said, "Oh, he just made some

25  token payments to Trump, a few thousand dollars, and he owes

Tuesday, May 8, 2012

1   hundreds of thousands of dollars."

2           THE COURT:  Fifteen minutes, Counsel.

3           MR. CARIDAD:  You will have this Trump file with you,

4   and you will see the e-mails between Doug and Trump.  And this

5   man is relentless, ladies and gentlemen, he knows he can't

6   meet his obligations with Trump, but does he say, "I'm going

7   to walk away and give up;" no.

8           "I've got checks coming your way.  How about if I

9   give you a little bit less, I promise I'm going to do my

10  best," and he sends them a long document, seven pages, about

11  himself, his company, what he has been doing, what he plans.

12  This is a guy who needs a break from Trump, and he is doing

13  all he can to convince them to give him a break.

14          He talks about George Steinbrenner, Mickey Mantle,

15  how Billy Martin was in the business, then left the business,

16  mick Jagger's assistant called one morning.  Is he making all

17  of this up; for what purpose?

18          This is a guy who is not going to give up.  And how

19  do we know that he is not going to give up; because this

20  schedule of payments that Mr. Luck showed you that he paid

21  $3,000 here, $3,000 there, let's take a look at it.

22          Opening balance, '07, Doug pays 20,000; he pays 14,

23  14, 14.  All the way back to '08, Doug is paying whatever he

24  can; 7,000; 15,000; 6,000; 9,000.

25          Now, we come to the year in question, when Epstein

1  has him, he needs the money, he tells Epstein he needs the

2  money, he tells the Government he needs the money, he has

3  people on extension and he pays 3,000, he pays 3,000.  In May

4  he pays another 3,000.  In June, he pays another 2,000.

5       What happens then?  Does he give up?  August of '09,

6  2,000; September of '09, 7,500; September of '09, 10,000; 11

7  of '09, 10,000; another 10,000; December of '09, 10,000;

8  February of 2010, 4,500, 1,000.

9       We are into March of 2010:  2,500; 5,000; 2,000; 500;

10  whatever he can get, whatever he can scrape together, 6,000;

11  $48,000; 1,000; 2,500; 2,500; 3,500; 1,000; 2,000; 1500;

12  6,000; 3,000.  In late 2010, Doug is still at it.

13       January of 2011, just last year, $6,000, and then

14  it's over.

15       The Government admitted into evidence, findings

16  against Doug's company that he couldn't pay the rent, he had

17  to give up the property; it is gone.  Thirty years of hard

18  work, sweat, is gone.

19       Ladies and gentlemen, most of this case, most of it,

20  is found in these e-mails, these tape recordings and these

21  documents I showed you.  I can't talk about all of it in an

22  hour, but it is your duty to look at all of it.  And I believe

23  that you listen to all of these tapes, all of these phones

24  calls, and every time you listen to something, you have got to

25  say to yourself, "What does this show about Doug Newton's

1   intention for the shareholders and the benefits to the pension

2   fund?"  What does it show; that he wanted to hurt them, make

3   them lose their money, or that he wanted the best for them?

4           Think about it this way, ladies and gentlemen.  "The

5   test that your Government -- because it was a test -- gave to

6   Doug Newton, a man who was needing money and needed help, this

7   was the test:  "Doug, you take this money, it's got strings

8   attached.  We know you need it, take it or leave it."  That's

9   one test.

10          You know what a fair test is?  This is a fair test:

11  "Doug, here is 20 grand, it's got strings attached.  And,

12  "Doug, here is 20 grand, it's got no strings attached, which

13  one are you going to pick, Doug Newton?"

14          Which one do you think he would pick?  Which one

15  would any rational human being pick; the one that's got no

16  strings attached, the one that is clean.  But if you are only

17  given one choice and you are desperate and you are hungry and

18  you need help, you would take the Government's choice.

19          The problem is that the Government's choice will

20  probably let Richard Epstein out of jail.

21          Thank you, ladies and gentlemen.

22          MR. DAVIDSON:  Judge, may we approach sidebar?

23      (Following proceedings in bench conference.)

24          MR. DAVIDSON:  Judge, two issues.  The first is

25  the -- I believe Mr. Caridad opened the door on the missing

1    witness jury instruction, and allowing me to explain to this

2    jury that the Defendant could have called Mr. Epstein.  He

3    could have been subject to subpoena.  In fact, he was

4    available by subpoena, but the Defendant decided not to call

5    him.

6             I believe Mr. Caridad made a repeated reference to

7    the e-mails with Mr. Epstein, what Mr. Epstein could have said

8    and the like; therefore, we want to at least be able to tell

9    the jury that he was available by subpoena.

10            The second issue, Judge, is that I believe

11   Mr. Caridad has basically raised an entrapment defense.  He

12   used words like ensnarled, demand.  Mr. Luck may have a better

13   recollection, but it went on and on and on, basically

14   suggesting that Mr. Newton was entrapped here.

15            MR. LUCK:  He said get him in trouble.

16            THE COURT:  The only problem is entrapment is a

17   defense.

18            MR. DAVIDSON:  In his closing, he made it out to be a

19   defense.  You can't have it both ways.

20            THE COURT:  I'm not ready to go there on either one

21   of the issues.  You have 36 minutes left.

22            MR. DAVIDSON:  Thank you, Your Honor.

23        (Proceedings in open court.)

24            THE COURT:  Counsel for the United States.

25            Ladies and gentlemen, because the United States has,

Tuesday, May 8, 2012

1    throughout this trial, the burden of proof, they have an

2    opportunity for an additional, what we call rebuttal closing

3    argument.

4            Mr. Davidson.

5            MR. DAVIDSON:  Thank you, Your Honor.

6            REBUTTAL ARGUMENT ON BEHALF OF THE GOVERNMENT

7            MR. DAVIDSON:  We will start off with the indictment,

8    because Mr. Caridad mentioned that a lot, and I just want to

9    read back to you some of the indictment.

10           This is Counts 1 and 2, and it alleges the manner and

11   means of the scheme and artifice.  And you notice it says, but

12   was not limited to, so it just gives you a flavor, an idea of

13   what was alleged in this case.

14           Now, Mr. Caridad highlighted part of it, but let me

15   read the rest of it to you:  "Mr. Newton agreed to participate

16   in a pay-to-play scheme to pay a 30 percent kickback;" he paid

17   a 30 percent kickback.  "Received a wire in the amount of

18   $20,000 to purchase 4,000,000 shares; $6,000 check.  $20,000

19   for the purchase of 2,000,000 shares; $6,000 check to pay an

20   illegal, undisclosed kickback.

21           That's what this case is about, the kickback and the

22   concealment.  It's in the indictment, it is there for you to

23   read.

24           Now, instead, he focuses only on the inflated price

25   language.  And again, remember, these are not limited to just

1   a description, a general description of the fraud.  I just

2   want to pause for a minute.  Why do you need to cover up

3   something if it is not illegal?  I mean, do you go, when your

4   mom asks for a recipe and you give her your chicken recipe, do

5   you say, "Mom, we have to fake an e-mail and say we were

6   talking about potatoes"?  You don't cover up something unless

7   you know that it was wrong.

8          And Mr. Caridad agreed that those e-mails were all

9   fraud, that there was all this -- all these lies out there.

10  And why do you need to lie about something, why do you need to

11  cover up something, if you didn't do something wrong?

12         But let's just talk about the inflated price because

13  Mr. Caridad talked about it for a while.  One thing to

14  remember is that it is inflated in the sense that you paid off

15  the pension fund guy, you paid off the protector, and the

16  protector should have negotiated a good price.  But instead,

17  in Government Exhibit 2, you hear that the price is irrelevant

18  to him.  If you bribe the pension fund guy, you give him the

19  $6,000 kickback, he doesn't care.  You can come up with

20  whatever price you want.  That's why the price is inflated,

21  because nobody is watching out for the investors.

22         When you bribe the security guard at the bank, you

23  can take whatever you want from the bank, and you are getting

24  more than you are entitled to.  That's the concept of inflated

25  price.  We spoke earlier about how the pension fund,

1  basically, got the beat-up Buick at the Ferrari price.  Common

2  sense, that's more than you want to pay.

3       They also paid the higher between the offer and the

4  bid, that's something that you heard on the tape.  And

5  Mr. Caridad said, you know, you can't calculate how much the

6  difference was.  Well, he put a lot of math up here and I have

7  very simple math for you.

8       $20,000 is the amount that the pension fund paid.

9  There was a $6,000 kickback, and when you subtract the two,

10  you get $14,000; $14,000.  This $6,000 kickback that went to

11  the pension fund fiduciary, that went to the guardian, he

12  shouldn't have been getting that.

13       If you are going to go to pay the security guard at

14  the gate at the bank $6,000 to let you in, well, that money

15  should have gone to the bank.  That's stealing.  That's

16  calculable.  You saw 6,000; 6,000 over and over again.  That's

17  a number right then and there, an easy math equation to look

18  at.

19       Now, Mr. Caridad mentioned there was no expert to

20  talk about this simple math, no one could explain 20,000 minus

21  6,000 is 14,000.  I know we mentioned in the opening we would

22  call an expert, but I'm sure you are sick and tired.  You can

23  do this in your sleep, the difference between free-trading and

24  restricted stock.  We have asked, and every witness basically

25  told you that.  And Mr. Skwara was basically an expert on his

1   own company, he was the CEO, and he told you what the

2   difference was.  He told you about that stamp and having to go

3   to a lawyer and everything else.  That's what we mean by

4   inflated price, paying more than you have to.  And if you

5   bribe the security guard, if you bribe the guardian, you are

6   going to be able to walk off with more than you want to.

7        Now, Mr. Caridad also made the big point that the --

8   the insider trading, pump and dump press release issue was not

9   related to this artificially inflated price, and I think he

10  just missed an entire portion of the tape.

11       In Government's Exhibit 11A, they talk about --

12  Mr. Newton talks about, you know, this scheme, and let me read

13  you two lines there:  "But it would probably win you some

14  brownie points with the fund; it would win you some brownie

15  points with the fund."  If you can artificially kick up the

16  price, if you can pay the brokers, if you can do this pump and

17  dump or whatever it is, if you can manipulate the market, it

18  would win you some brownie points with the fund.

19       And remember, Mr. Newton is thinking big.  Deal after

20  deal, stealing from the pension fund, and he is doing whatever

21  he can to win brownie points with the pension fund.  And

22  Mr. Strickland said, you know, it would also lower the

23  scrutiny, if any, because there would be volume, lower the

24  scrutiny.  All of these other press releases and market

25  manipulation was there to further the fraud because it would

1  lower the detection.

2          That's what Mr. Newton is thinking, he is linking the

3  two.  He is linking the pump and dump, the market

4  manipulation, the press releases with the stealing from the

5  pension fund because it would earn him brownie points and it

6  would lower the scrutiny.

7          Remember, the scrutiny here is the SEC, the

8  Securities and Exchange Commission, the FBI, the regulators,

9  everybody that would be watching this, and that's why he has

10 the fake e-mails, that's why he has the fake consulting

11 agreement.

12          Mr. Caridad said that Mr. Newton didn't have the

13 intent, but you know he had an intent.  He had the intent to

14 manipulate the market, to time the press releases to defraud

15 the pension fund.

16          You know that Mr. Newton had the intent because

17 Mr. Skwara had the same intent.  When they went to that place

18 in California, they met, they discussed this scheme, there was

19 a meeting of the minds.  Mr. Skwara testified that he

20 conspired with Mr. Newton.  They both, at that moment,

21 realized what was going on.

22          And Mr. Skwara admitted to you that what he did was

23 wrong.  He admitted to you that he conspired with Douglas

24 Newton, he pled guilty to that.  He did securities fraud, and

25 so did Mr. Newton.  Notwithstanding the long-term intentions

1  and maybe one day he would return the investment; no, no, no.

2  Mr. Skwara knew right then and there it was all a fraud, it

3  was bogus.  That's why he covered it up.  You cover it up

4  because you know that it's wrong and Mr. Skwara, who

5  testified, knew that all along.

6        Mr. Skwara had his own hopes and dreams, but you

7  can't make your hopes and dreams into somebody else's

8  nightmare, and that's what this scheme was.  Their hopes were

9  in the aloe juice and the belts, but they made their hopes the

10  nightmares of other people because their companies were

11  sinking.  Their companies were desperate, it's tanking.  They

12  are looking all over for money somewhere, hoping that they can

13  last another day, but you have to be honest, you can't hide

14  that from the investors.  You can't bribe the security guard

15  just to get that money.  Let the investors decide on their

16  own, let them decide do they want to invest in these risky

17  companies that need money so desperately.  Let them have that

18  choice, let the investors have the choice.  That's what the

19  market is all about, but Mr. Newton didn't care about them.

20  He bribed the guardian to get them to invest their money.

21        And just take a step back here.  If this was such a

22  great deal that anyone would want to invest in this company,

23  why do you have to pay somebody to invest in it?  Why do you

24  have to bribe somebody to invest in your company if it is so

25  good?  Does McDonald's give you a quarter off just so you buy

Tuesday, May 8, 2012

1  a hamburger; no.  If you want to buy it, you buy it.  You
2  don't have to do these hidden deals with kickbacks and bribes.
3  You don't have to do coverups if it's a good deal.  You just
4  announce it to the world:  "Hey, great news, these people
5  looked at it, thought it was a good deal, and they decided to
6  move forward."

7          Now, Mr. Caridad read you some of the e-mails, and I
8  just wanted to go through some of them to provide some
9  context.  Now, when we introduced e-mails, we had
10 Mr. Strickland on the stand to testify, "I sent this, I
11 received this, this was my reaction, I laughed, I knew that it
12 was part of the coverup," and I submit to you that these
13 e-mails are also part of the coverup.  They involve flat-out
14 lies.

15         Mr. Caridad, first off, shows you an e-mail where
16 Mr. Newton said, "Ah, yes, Trump has reduced my monthly rent."
17 That was in the e-mails, "Trump has reduced my monthly rent."
18 Well, that's a flat-out lie.

19         When you look at the Trump records for this time
20 period, $14,420, is the rent in February; 14,420 is the rent
21 in March; 14,420 in April, and it keeps on going.  In fact,
22 the rent actually increased in June, but the rent is the same.
23 So here we see the Trump records saying that the rent is the
24 same; in fact, it goes up at the end, but Mr. Newton, in an
25 e-mail, says the rent has gone down.  It's a lie.  That e-mail

```
 1   between Mr. Newton and Mr. Epstein is a lie, when you compare

 2   it with the Trump records.

 3        And you know Mr. Newton lies all of the time in his

 4   e-mails.  He mentioned, "Thank you for your input on the money

 5   show"; that was a lie.  "Thank you for your input on the South

 6   Beach location"; that was a lie.  He said, "I lie in my

 7   e-mails."

 8        Mr. Caridad showed you e-mails about IR campaigns.

 9   He talks about, you know, the licensing of Born and Bred,

10   Premium Denim, all of these earlier e-mails with Mr. Epstein

11   about investor relations.  But you also saw a very similar

12   list at that meeting, the second meeting in South Florida,

13   where Mr. Newton said, "Let's just dispense with this in 30

14   seconds."

15        Mr. Epstein and Mr. Newton, if you believe the

16   e-mails, conversed about investor relations, and then

17   Mr. Newton had the same investor relation conversations with

18   Mr. Strickland.  And in the Strickland case, you knew it was

19   all fraud.  You saw the tape; "Let's dispense with this in 30

20   seconds," and he just rattled it all off very quickly.  And I

21   think Mr. Epstein was the one who said, "This is a

22   cover-your-ass document" at that meeting; a cover-your-ass

23   document, coverup right there.

24        And that's the same thing that's going on with these

25   e-mails, the same coverup with Mr. Epstein.  So don't trust
```

Tuesday, May 8, 2012

1  any of the e-mails that Mr. Newton created, it's all part of

2  the same coverup.

3          Now, turning to Mr. Epstein, let's just talk about

4  this:  It's a diversion.  You saw the tapes, you saw the

5  checks, you saw the evidence.  What the Defendant is trying to

6  do is deflect your attention; "Look over here, there is this

7  other guy, Mr. Epstein, he is the criminal."  But he can't

8  distance himself that far because Mr. Newton has done deals

9  with Mr. Epstein.

10          Mr. Epstein had to be there to explain the fraud and

11  as the agent testified, you can't just call up Mr. Newton and

12  say, "I have a criminal deal for you."  You need somebody like

13  Mr. Epstein to serve as the go-between.  Just like Mr. Newton

14  was the go-between for Mr. Skwara, he was the middleman,

15  bringing Mr. Skwara in, Mr. Epstein brought Mr. Newton into

16  that and they played similar roles.

17          You know, bad people sometimes do good things and

18  good people do bad things sometimes.  Mr. Epstein is a

19  criminal, we all agree to that, but he tried to make amends.

20  He tried to say, "Look, I know about other things, I want to

21  help law enforcement.

22          Mr. Newton decided to do bad things.  He decided to

23  bring Mr. Skwara in, to ruin Mr. Skwara's life by bringing

24  that -- bringing him into the fraud.

25          Now, Mr. Caridad also talked about how Mr. Epstein

Tuesday, May 8, 2012

1  zeroed in for the kill, like he is this manipulative man who's

2  out there trying to trap Mr. Newton, and I submit to you

3  that's not what is going on here.

4        If Mr. Epstein were trying to trap Mr. Newton, would

5  they have said three times in the same paragraph, if you,

6  Mr. Newton, want to; if you, Mr. Newton, want to do this, you

7  can move forward.  If you want to do this, it is up to you,

8  you decide.  What do you want to do, Mr. Newton?  It is on the

9  table, do you want to do it or do you want to go home; you

10 decide.

11       Does that sound like somebody who is trying to

12 ensnarl the Defendant?  He said it is really quite terrible of

13 Mr. Epstein to say, "Look, here is your chance for money.  You

14 can either try and steal it or maybe you won't be able to go

15 pay your golf bills -- golf course bills.  You know, you may

16 not have to have cable tonight."

17       That's really terrible, it is just terrible that Mr.

18 Epstein would do that to the Defendant; "If you want to, you

19 can steal this money and pay for your golf."  What a terrible

20 dilemma Mr. Newton faced.  To give up golf, cable, can you

21 imagine a life without cable?  It is crazy.

22       And he said, at the very beginning, remember,

23 Mr. Epstein.  Mr. Newton said, "I have known Richard for quite

24 a while, but we never laid eyes on each other."  Then

25 Mr. Epstein said, "That's right, we have done a bunch of

1  deals, probably five, six deals together."  They knew each

2  other, they were involved.

3      Now, Mr. Caridad talked about, you know, the use of

4  the money is not part of the scheme, but the indictment

5  doesn't allege that Mr. Newton intended to use the money for

6  the golf and his gas bills.

7      Mr. Newton's intent is essential here.  He knows that

8  his company is suffering, he wants to continue the lifestyle

9  that he was living, with his homeowner fees and the gas bills

10 and the cable, and that's why he did it.

11     Desperation is not a defense.  You can't steal from

12 investors because you think your cable bills are more

13 important.  You can't bribe the fiduciary, the guardian to the

14 investor money, just because you want HBO.  You cannot do

15 that, that is not a defense, and Mr. Skwara knew that.  He

16 knew that, and he admitted it.  I asked him, "Are you allowed

17 to do this, is that a defense," and he said no.

18     Mr. Caridad, just going back, repeatedly mentioned

19 something to the effect that it was the demand of the

20 Government, the Government set the conditions, the Government

21 set the text.  The Government set the price, he said; .003

22 versus .005.

23     The one thing the Government didn't do for either

24 Mr. Newton or Mr. Skwara was make the decision.  Mr. Newton

25 made the decision, Mr. Skwara made the decision.  Mr. Skwara

1   told you, almost in tears, "I made a bad decision.  I was

2   motivated by greed."

3          The Government didn't do that.  Mr. Skwara made the

4   decision, Mr. Newton made the decision.  They were both given

5   repeated opportunities to step back and say, "I'm sorry, I

6   don't want to do this.  This is wrong."

7          It's wrong for the CEO, the chief executive officer,

8   to issue a bribe of $6,000, it's wrong.  And Mr. Skwara had a

9   weakness, a moment of weakness, where he made the wrong

10  decision and he admitted that.

11         And I submit to you that Mr. Newton made the same

12  wrong decision.  And as we said from the beginning, if you

13  take a step back and look at all of the evidence, we said that

14  this case was about a bribe and lies to cover that up.

15         We showed you the checks, we showed you the wire, we

16  showed you all of the Defendant's lies.  He operated under

17  greed because he was unwilling to give up on his hopes and

18  dreams, but those hopes and dreams cannot be the nightmare for

19  the other investors.

20         Your desperation doesn't give you the right to avoid

21  the red flags, to avoid regulators, to avoid law enforcement.

22  These are the people, the SEC, the FBI, they are out there

23  trying to protect the investors, just like the fiduciary is

24  supposed to be protecting investors, and your desperation

25  gives you no excuse to avoid those red flags and avoid the law

1  enforcement.

2      Mr. Newton put his personal interest, his desire for

3  the country club, his desires ahead of everyone else's, and

4  you can't do that.  For those reasons, he is guilty of all of

5  the counts in the indictment.

6      Thank you.

7      THE COURT:  Thank you, Mr. Davidson.

8      Ladies and gentlemen, we have now concluded our trial

9  in this matter, and I will give you a couple of additional

10  instructions before you begin your deliberations.

11      When you get to the jury room, choose one of your

12  members to act as the foreperson.  The foreperson will direct

13  your deliberations and will speak for you in court.

14      A verdict form has been prepared, you will have a

15  copy in the jury room.  It is two pages, and it is pretty

16  self-explanatory.  You will go through and check the box as it

17  relates to each count.

18      When you have agreed on the verdict, take the verdict

19  form into the room, as I said, sign it, have your foreperson

20  date it, and then return to the courtroom.  If you wish to

21  communicate with me at any time, please send a message to the

22  Court Security Officer that will be seated outside of the

23  door.  He or she will bring a message to me, and I will

24  respond as soon as possible, either in writing or by talking

25  to you in open court, but I caution you not to tell me how

Tuesday, May 8, 2012

1  many jurors have voted one way at any time.

2          Counsel, will you approach, please.

3      (Following proceedings in bench conference.)

4          THE COURT:  Any additional instructions or

5  corrections before I send the jury in and excuse the

6  alternate?

7          MR. DAVIDSON:  Judge, the entrapment and missing

8  witness objections.

9          THE COURT:  Your objection for me not giving the

10  entrapment and missing witness instruction is noted for the

11  record.

12          Anything else from the Defense?

13          MR. CARIDAD:  No, Your Honor.

14      (Proceedings in open court.)

15          THE COURT:  Ladies and gentlemen, you are now free to

16  begin your jury deliberations.  I would ask Jurors Number 13

17  and 14 to please remain in the courtroom.

18          All rise for the members of the jury.

19          COURTROOM SECURITY OFFICER:  All rise for the jury.

20      (The jury retired from the courtroom at 2:19 p.m. to

21  deliberate.)

22          THE COURT:  Ladies, as you may have guessed, you are

23  our alternate jurors.  You will not be deliberating with our

24  jury at this time, unless a problem arises.  Although you will

25  not be deliberating, I want to thank you on behalf of both

Tuesday, May 8, 2012

1  parties.  I want to thank you for your attentiveness and

2  promptness throughout the trial.

3       Mr. Blanford will escort you to the jury room and you

4  may get your things, and you are released from further

5  service.  Thank you very much.

6     (Alternate jurors excused.)

7       THE COURT:  Counsel, before you get too excited,

8  please organize your exhibits and have them ready because

9  that's usually their first question; do we have the exhibits.

10       MR. CARIDAD:  Judge, I believe we have a computer --

11  the Government has a computer that we just need to take a look

12  at and make sure it is clean.

13       THE COURT:  Ivan, could you come in for a moment for

14  me, please.  The Government has a computer.

15       Mr. Davidson and Mr. Caridad, my IT officer and chief

16  will be checking on the computer.

17       MR. CARIDAD:  Perhaps we could send an instruction

18  back that they are not to use the computer for any other

19  purpose but to watch videos.  I don't think they can connect

20  to the internet.

21       MR. DAVIDSON:  Judge, we have no objection to that

22  request.

23       THE COURT:  You think there is something else in

24  there?

25       MR. DAVIDSON:  There was -- one seemed to be a link

Tuesday, May 8, 2012

```
 1  to a dictionary, and the last thing we need to do is have them
 2  going online and find out what restricted stock is or anything
 3  like that.
 4          THE COURT:  Is it internet-ready, can we block it?
 5          MR. CARIDAD:  Can we be on call?
 6          THE COURT:  Yes, you should be able to be back here
 7  in 15 minutes.
 8          MR. LUCK:  Thank you.
 9          MR. DAVIDSON:  Thank you.
10      (Recess was had at 2:27 p.m.; proceedings resumed at
11  3:07 p.m.)
12          THE COURT:  Back on the record in United States
13  versus Douglas Newton.
14          Counsel for Government is present.
15          MR. DAVIDSON:  Yes, Your Honor, we are.
16          THE COURT:  And Counsel For defendant and the
17  Defendant are present.
18          MR. CARIDAD:  Yes, Your Honor.
19          THE COURT:  All right.  As to the first part of the
20  question, requests more copies of the indictment, Ivan took
21  care of that.
22          The next one is one juror requests the legal
23  definition of entrapment.
24          MR. LUCK:  Your Honor, may I?
25          THE COURT:  You may, and then I'll tell you where I
```

Tuesday, May 8, 2012

1  am.

2         MR. LUCK:  Okay.  Here is why I think we are where we

3  are, it is a combination of two things.  The first is that the

4  Government was not permitted to present any evidence of

5  404(b).  The Government understands that ruling and complied

6  with it.

7         As a result of that ruling, Mr. Caridad was able to

8  show and argue vociferously to the jury that his client lacked

9  any sort of intent to engage in criminal conduct with

10 Mr. Epstein in the months and years leading up to March 2009.

11 And then in closing argument, he is allowed to argue, Judge --

12 and these are the four quotes that I remember from memory, and

13 there were more -- that Mr. Epstein would get people

14 entangled; he would ensnare them; he was massaging Mr. Newton;

15 that he needed to do what he needed to do to stay out of jail.

16        THE COURT:  Mr. Luck, as you say all of this, and I

17 recognize that you have the right to do so, remember the one

18 glaring omission in the Government's case, and that was the

19 Government's decision not to call Mr. Epstein.

20        MR. LUCK:  But --

21        THE COURT:  No but.  Had that been the case, I might

22 have revisited the 404(b).  So although I think that you may

23 have an argument, please don't lay this all at the feet of the

24 Court.

25        Continue, please.

Tuesday, May 8, 2012

1          MR. LUCK:  That wasn't my intention at all, Your

2    Honor.  Let me be clear about that, that's not my intention at

3    all.

4          What the ruling did was allow Mr. -- it should have

5    been tit-for-tat, is what I'm saying, Your Honor.  This Court

6    oftentimes has been about fairness and you have often --

7          THE COURT:  But the thing that would have removed any

8    tats would have been the presence of Mr. Epstein.

9          MR. LUCK:  Except that we had Mr. Skwara, who was

10   ready to testify to 404(b) and we had Agent Sputo, who could

11   have testified to 404(b)

12         THE COURT:  But Mr. Epstein was in a vastly different

13   place than Mr. Skwara was.  I mean everyone, even you -- when

14   I say you, I mean you, the Government -- admitted that

15   Mr. Skwara, up until the point of whatever happened with him

16   and Mr. Newton, was pretty much a law-abiding guy.

17         MR. LUCK:  That's mostly true, Your Honor, but that

18   doesn't mean that he didn't have specific information that

19   Mr. Newton was going to engage or engaged in some type of

20   security shenanigans.  And that was included in the

21   Government's notice of intent to offer 404(b) evidence, which

22   was excluded by the Court.

23         So I understand the Court's point, but my point is by

24   doing that, we were in a vacuum.  And in that vacuum,

25   Mr. Caridad did what I was afraid he was going to do, and what

102

1  I tried to point out time and again, which was that he was

2  going to argue entrapment.  It is form over substance.  He is

3  going to argue entrapment without ever using the word or

4  asserting the quote, unquote, defense.

5          THE COURT:  I think, Mr. Luck, the Government wants

6  to have its cake and eat it, too; I do.  And I'm not saying

7  I'm not listening to the jury's question, but by not calling

8  Mr. Epstein, you made may, which you had the perfect right to

9  do, a litigation choice, just as the Defense, in the course of

10  their case, has a right to do.  But the 800-pound gorilla not

11  in the room was Epstein.

12          You know, there is a phrase, you dance with the guy

13  what brung ya, and you guys didn't want to dance with

14  Mr. Epstein in the end and now that it's turned out to be

15  something else, here we are.

16          I'm not blaming you, but I mean, the thing that would

17  have put the nail in the proverbial coffin would have been

18  Epstein here, subject to direct and cross-examination that

19  would have put this case in context.

20          MR. LUCK:  Except that's not the entrapment issue.

21          THE COURT:  No, but --

22          MR. LUCK:  The entrapment --

23          THE COURT:  Because what you would have had was

24  Mr. Epstein being able to say -- I'm only paraphrasing,

25  because I don't know -- "Listen, me and Mr. Newton have been

Tuesday, May 8, 2012

```
 1  down with this kind of behavior for a long time.  We have done
 2  it before, we did it before," it would have been -- but you
 3  didn't do that, and it might have made the 404(b).
 4          As it stood, the 404(b) evidence wasn't in context.
 5  So I recognize there may be blame to spread, but when you are
 6  spreading this one, remember, it was Mr. Epstein who is not
 7  here.
 8          MR. LUCK:  I understand, but the issue of entrapment,
 9  Your Honor, goes to what happened on March 24th and there, we
10  did call a witness.  The offer that was made, that was subject
11  to entrapment.
12          THE COURT:  But I think, Mr. Luck, you have an even
13  bigger legal problem, and I was trying to see if I could
14  answer the question.  All of the entrapment instructions are
15  phrased as an affirmative defense.
16          MR. LUCK:  All you have to do is take out the second
17  part --
18          THE COURT:  I understand.  I'm trying to see if
19  that's all I have to do.  I mean, that seems to be the remedy,
20  but in every case -- not every, but the quick research that we
21  were doing just now, it is that the Defendant asks for the
22  instructions; and moreover, admits to the behavior.
23          MR. LUCK:  Well, first of all, there was an admission
24  to the behavior.  Mr. Caridad specifically told the jury, in
25  closing argument, he said, "We agree, we admit, he took the
```

Tuesday, May 8, 2012

1   agreement."

2       There is no dispute about that here.  The only

3   dispute was intent leading up to it, and that's exactly what

4   this instruction addresses.

5       I think the Court's concern can be taken care of by

6   taking out the second paragraph of special instruction 13.2,

7   Your Honor.

8       I think the concern of the Government is, is that you

9   have a juror in there who has preconceived notions of what

10   entrapment is and by having these preconceived notions of

11   entrapment, this Law and Order view of what entrapment may be,

12   they don't understand what the law actually is.

13       And the purpose of post-deliberation instructions,

14   Your Honor -- and I think you will see this in your research

15   on the Eleventh Circuit case law -- is to help the jury in

16   formulating answers to their questions, and here you have a

17   direct question on, "What is entrapment?"

18       And all the Court has to do is just say, "Entrapment

19   is," and then give the instruction.  We have essentially a

20   perfect fit here.

21       All we have to do is take out the second paragraph

22   which discusses a claimed defense, but other than that, it is

23   a simple definition of what entrapment is.  All it would do is

24   educate the jury, or at least this one juror, who seems to

25   have a question about it.

Tuesday, May 8, 2012

```
 1            THE COURT:  Mr. Caridad.
 2            MR. CARIDAD:  Judge, I don't think, at this stage,
 3    the Court can give this instruction.  I didn't request it, it
 4    is not -- it is not my Defense.
 5            If the Court gives this instruction now, no one will
 6    have an opportunity to argue about this, no one will have an
 7    opportunity to say it was or was not entrapment.  They will
 8    just get the instruction, and I argued a completely different
 9    theory.  I argued there was no intent to defraud.
10            MR. LUCK:  We can reopen closing arguments, if that's
11    a concern.  I don't think that is a concern, but if
12    Mr. Caridad wants another 15 minutes of closing argument and
13    the Government gets 15 minutes of closing argument to discuss
14    the instruction, then that can take care of that concern right
15    away.
16            MR. CARIDAD:  It is not just the question of
17    argument.  It is the question of the beginning of this case.
18    I did not try this case, I didn't put forward an entrapment
19    defense.
20            MR. LUCK:  He did, though.
21            MR. CARIDAD:  Excuse me.
22            I didn't present any evidence of it, I wasn't going
23    there, I didn't put forth any argument.  So now, at this late
24    stage, I think the Court can only tell this jury that, "You've
25    got all of the instructions you need to decide this case.
```

1    Decide this case on the instructions I have submitted to you,"

2    period.  I think that's the only fair thing that is supported

3    by law.

4         MR. LUCK:  At the very least, Your Honor, then the

5    instruction should be the Defense has not claimed entrapment.

6    If that's the case, he has affirmatively not claimed the

7    Defense, Your Honor --

8         Is there a second note?

9         THE COURT:  It's only Tuesday?

10        Finish, Mr. Luck.  Then I'll go to the second note.

11        MR. LUCK:  Yes, Your Honor.

12        It seems to be pretty clear that if that's the case,

13   then the jury should be told the Defense in this case has not

14   argued a defense of entrapment; and therefore, it should not

15   be considered.  I think that's the least that you could do, if

16   that's the position of Mr. Caridad.

17        I happen to think, by the way, Your Honor, that

18   Mr. Caridad did explicitly argue to the jury that there was

19   entrapment by Mr. Epstein in this case in his closing

20   argument, and I've laid out some of those statements.

21        But to the extent he is affirmatively waiving any

22   sort of entrapment argument or Defense, let's just tell the

23   jury, "There is no entrapment in this case."

24        MR. CARIDAD:  I don't think the jury should be told

25   anything, that there is no defense of anything.

Tuesday, May 8, 2012

1    The jury has been instructed, they know what the

2 elements of the offense are, and I think the Court -- the only

3 fair and reasonable thing is, "You've got all of the

4 instructions that you need to decide the case."

5    MR. LUCK:  At least the lead balloon in the room or

6 the elephant in the room, Your Honor --

7    MR. CARIDAD:  Somebody left it there.

8    MR. LUCK:  The somebody who left it there was

9 Mr. Caridad, who explicitly argued to the jury that there was

10 ensnaring, that's his term; that there was a get out of jail

11 free by Mr. Epstein; massaging by Mr. Epstein; by getting

12 people entangled.  That's the -- that's the one who is

13 responsible for it, Your Honor.

14    But again, I think it is an easy fix here.  The easy

15 fix is just to define the term for the jury so that they don't

16 take their preconceived notions, which everyone has, about

17 what this term means or just say that entrapment has not been

18 asserted as a Defense in this case.  I think either of those

19 things fixes the problem.

20    THE COURT:  All right.  We have maybe even a more

21 pressing problem, if there could be one.  Juror Number 12

22 feels she cannot vote on any items due to a lack of

23 understanding of language.

24    MR. CARIDAD:  This was the juror that I moved to

25 strike for cause, Your Honor.

Tuesday, May 8, 2012

```
 1              THE COURT:  But you did not exercise a peremptory.

 2              MR. CARIDAD:  I did not.

 3              THE COURT:  Did not ask the Court for additional ones

 4    to which to exercise it for her.

 5              MR. CARIDAD:  I did not, Your Honor.

 6              MR. LUCK:  Your Honor, I do think this is an easy

 7    fix.  I think the answer could be either of these two options:

 8    One is, "Do the best that you can."

 9              And the reason I think that's appropriate here is

10    because I think everyone, in dealing with securities law, has

11    some level of language difficulty in this kind of case.

12              The second option is just to bring in one of the

13    alternates, call them back, they have already been instructed,

14    and just ask the jury -- instruct the jury to start

15    deliberations anew, vote on a foreperson, and begin as if you

16    have not already deliberated.  Either of those things are

17    pretty easy fixes, given how early we are in the deliberations

18    of the case.

19              Or --

20              THE COURT:  Mr. Luck.

21              MR. LUCK:  There is a third option that I just

22    thought of.  If Mr. Caridad would agree to an 11 person jury

23    deliberating, the rules of criminal procedure authorize that,

24    and the Government would have no problem with that as well.

25              MR. CARIDAD:  I think we should excuse the lady who
```

Tuesday, May 8, 2012

1   is having the language problem and bring in the alternate.

2           THE COURT:  No, but there is --

3           MR. CARIDAD:  I understand.

4           THE COURT:  That is one remedy.

5           Mr. Caridad, would you be willing to go with 11?

6           MR. CARIDAD:  No, Your Honor.

7           THE COURT:  All right.  13 and 14, 13 was Marie

8   Adelsone, who, based upon observation and listening, also

9   appeared to be a French or Creole speaking juror, and Lynn

10  Rolle, I don't have a recollection for.

11          The juror who has requested relief is Juror

12  Number 12, who is Denise Pierre.  So that means the next juror

13  up, if Juror Number 12 is excused, would be Juror Number 13.

14          MR. CARIDAD:  I do remember she also had a language

15  problem, as the Court just said.  I suggest we skip --

16          THE COURT:  I didn't say a problem.  I just said I

17  remember -- this is Miami, Mr. Caridad, you know.

18          MR. CARIDAD:  I suggest we skip over to 14.

19          MR. LUCK:  That, I disagree with, Your Honor,

20  although I want to solve this issue as quickly as possible.

21          At the time, I remember hearing an accent, but I

22  remember her responding to your questions explicitly, which is

23  why the Court agreed that there wasn't a significant barrier

24  to warrant a cause challenge, and I agree with you, Your

25  Honor.

Tuesday, May 8, 2012

1        I have had many Creole-speaking jurors on there with

2   accents, who have were recently arrived in the last decade or

3   two, in Miami who have served as perfectly fine jurors.  I

4   don't see that as a reason why the person cannot serve.

5        MR. CARIDAD:  I can tell you, from someone who has

6   been around bilingual people all of his life, someone can sit

7   there and understand a lot, but will not say a word because

8   they can't speak.

9        It is much harder, factors of ten harder, to speak a

10  language than to understand, that is very clear.  And I think

11  we are just going to have the same problem with this other

12  lady.

13       MR. LUCK:  I don't think we can assume that.  I have

14  never had this problem before in all the trials that I have

15  had in this district, where someone brought up a language

16  problem during deliberations and not sooner, so I don't see

17  why we should skip 13 to get to 14.

18       THE COURT:  I'm going back, looking at my notes.

19  Sometimes being a pack rat has its benefits.

20       THE COURT:  Denise Pierre was juror number --

21  originally Juror Number 35, and Marie Adelsone was originally

22  Juror Number 38.

23       I will say, for the record, that Miss Pierre has

24  worked for many years in elder care and graduated from grade

25  school, she lists no hobbies and no interests.

Tuesday, May 8, 2012

1        Ms. Adelsone has worked for many years in

2   environmental services, she cleans, she has a GED.  She has

3   one child who is in high school.  She also lists no hobbies or

4   other interests.  It is only no, no, yes, or whatever, on her

5   form.

6        Juror Number 39 was excused.  The next juror would be

7   Juror Number 40, Lynn Rolle, who has a pretty filled out juror

8   form.  She is a manager at an export company and she used to

9   work in the insurance industry in the Bahamas.  She has a high

10  school education, her adult children are in college or work in

11  customer service.  She served once before on a jury, it was a

12  civil case and she was an alternate juror at that time.  Then

13  the rest of her questions are no.

14       She appears, although I cannot totally determine it

15  from her questionnaire and my recollection of her answers, to

16  be a native-English speaker.

17       Mr. Caridad, I am going to -- and I haven't made up

18  my mind yet, although think I'm leaning in that direction --

19  excuse Ms. Pierre early on and begin deliberations again,

20  although I do not think a language problem, in and of itself,

21  disqualifies one from jury service.  I don't think the fact

22  that one has only a grade school education disqualifies one

23  from jury service.

24       But I do think, in an abundance of caution, given

25  that we have already excused one juror or are about to excuse

1  one juror with a language problem, that it might be better for

2  the Court to go with Ms. Rolle, who does not appear to have

3  language issues.  I want to state for the record that she was

4  present, obviously, at every day of trial and I noticed her to

5  be very attentive, paying attention, taking notes, and I think

6  that she would be able to step in and make an adequate juror.

7          What I'm going to do right now is I am going to --

8  Mr. Blanford, go get Juror Number 12, Ms. Pierre for me,

9  please.

10     (Juror entered courtroom.)

11          THE COURT:  Ms. Pierre.

12          THE JUROR:  Good afternoon.

13          THE COURT:  Are you having any problems understanding

14  everyone back there?

15          THE JUROR:  Yes, some words, I don't understand some

16  word.

17          THE COURT:  I'm sorry, I didn't mean to interrupt.

18  When you say you don't understand some words, what do you

19  mean?

20          THE JUROR:  When someone, they talk, I don't listen

21  really.  I don't listen so many word really to do this thing.

22          THE COURT:  Is it that you don't understand the other

23  jurors when they talk?

24          THE WITNESS:  Yes.

25          THE COURT:  When you have --

Tuesday, May 8, 2012

113

1                THE JUROR:  I speak slowly.

2                THE COURT:  When we were in the trial, were you

3    understanding what was going on, were you able to listen?

4                THE JUROR:  Yes, some words.

5                THE COURT:  Now, do you feel that you can discuss the

6    case with the other jurors?

7                THE JUROR:  Yeah, I don't feel to do this thing.

8    That's why I say.  I can -- I speak, but I don't speak clearly

9    to do this thing.

10               THE COURT:  So do you feel that you can't be a good

11   juror or you can be a good juror?  Do you think you can go

12   back there and listen with the other jurors and discuss the

13   case?

14               THE JUROR:  No, I can't do it.

15               THE COURT:  You don't think -- you can't do it?

16               THE JUROR:  No.

17               THE COURT:  And why?

18               THE JUROR:  That's why -- why I can -- I can -- I

19   can't do this.  I can't listen the word to do what I'm

20   supposed to do, and if you think to do guilty or not guilty.

21               THE COURT:  So do you think that you would be able to

22   listen enough to make a decision of guilty or not guilty?

23               THE JUROR:  But some people help me, and I would try

24   to do this.

25               THE COURT:  And when you say other people are helping

Tuesday, May 8, 2012

1    you, what do you mean?

2            THE JUROR:  To what -- what I don't see and read, and

3    what I don't listen clearly, they told me what happened, what

4    mean -- what it mean.

5            THE COURT:  Now, when they are explaining what a word

6    means, are they explaining the word to you in English or are

7    they using your own language that you were born speaking?

8            THE JUROR:  I don't speak well English, but I'm from

9    Haiti.  I can speak in good language, I spoke to go walk to

10   talk when I go someplace, but I can't do this.

11           THE COURT:  I'm sorry.  Is there another juror back

12   there who speaks Creole or French with you?

13           THE WITNESS:  No.

14           THE COURT:  So when they are explaining to you, they

15   are explaining to you in English?

16           THE JUROR:  The juror over there?

17           THE COURT:  Yes.

18           THE JUROR:  Yeah.

19           THE COURT:  Now, when they explain a word to you in

20   English, do you understand what they are saying?

21           THE JUROR:  Some, some, yes.

22           THE COURT:  Some?

23           Counsel for the United States, any further questions

24   of our juror, please?

25           MR. LUCK:  No, Your Honor.

1          THE COURT:  Counsel for Mr. Newton, any further

2  questions of our juror, please?

3          MR. CARIDAD:  No, your Honor.

4          THE COURT:  Thank you very much, ma'am.  If you would

5  step back into the jury room for me for now, please.

6          THE JUROR:  Thank you.

7     (Juror exited courtroom.)

8          THE COURT:  Mr. Luck?

9          MR. LUCK:  Mr. Davidson just commented to me, and he

10  echoed what I was thinking, she seemed fine.

11          MR. CARIDAD:  I'm sorry?

12          THE COURT:  She does to me, too.

13          MR. LUCK:  She seemed like someone who is trying to

14  do the right thing and learning about the case, and trying to

15  understand it, as someone who was not that well-educated

16  would, in a complicated case that involved lots of documents,

17  that involved terminology that isn't something that people use

18  in their everyday language.  I would oppose any effort to

19  excuse the juror.

20          THE COURT:  Who is our foreperson, Ivan?

21          MR. LUCK:  It is Juror Number 1, Your Honor,

22  Ms. Dykstra.

23          THE COURT:  Can you ask Ms. Dykstra to come in.

24     (Juror entered courtroom.)

25          THE COURT:  Good afternoon, Ms. Dykstra.  I don't

Tuesday, May 8, 2012

1   want to talk to you about what you are discussing in terms of

2   deliberation.  I just had a question, based upon your last

3   question, about Juror Number 12.

4             THE JUROR:  Yes.

5             THE COURT:  When you are discussing the case with

6   Juror Number 12, is she speaking to the other jurors in

7   English?

8             THE JUROR:  She is not speaking at all, and when we

9   are trying to talk with her, she is very confused.  She says

10  she doesn't understand.

11            And when we were trying to do some voting, she is

12  like, "Well, what is everybody else going to do," and she puts

13  her hand up with that.  She really does not understand what is

14  going on.

15            THE COURT:  Thank you very much for your assistance.

16      (Juror exited courtroom.)

17            MR. LUCK:  All I would say, Your Honor –– and I know

18  a little bit about the case law in this area, to excuse a

19  juror, because I have tried to do it from the Government's

20  side when this was a different set of circumstances, requires

21  a finding by the Court, beyond a reasonable doubt, that the

22  juror cannot deliberate.  And I think there is at least

23  conflicting evidence you have and that it would be difficult

24  to find, beyond a reasonable doubt, that the juror cannot

25  deliberate.

Tuesday, May 8, 2012

1           I think her words and her explanation are entitled to

2   significant weight, as much as I respect Juror Number 1's

3   assessment as well.

4           So given that, the Government would oppose any effort

5   to excuse the juror, with the caveat that we would support, if

6   she was excused, adding Juror Number 14.

7           THE COURT:  Mr. Caridad, did you have anything that

8   you wish to add?

9           MR. CARIDAD:  No, Judge.  I think it's pretty obvious

10  that the lady is trying the best she can, but her rational

11  voice in the -- the jury foreman has said she really does not

12  know what is going on and can't participate, I think it is too

13  much to ask of her.

14          THE COURT:  First of all, I want to say for the

15  record, I have a tremendous amount of respect for people who

16  come to this country and try to learn English as an adult.  I

17  have been trying to struggle through learning Spanish for the

18  last 19 years.  I have better days than good days, but there

19  is no way that my present understanding of the Spanish

20  language would enable me to sit on a case of this complexity.

21          So I am going to excuse Ms. Pierre, but before I do

22  so, I am -- Mr. Blanford, would you ask them to take a break

23  from all deliberations at this time, and I'll get back with

24  them in just a moment because I don't want them to continue

25  deliberating.

Tuesday, May 8, 2012

1    I'm going to ask Ivan to see if he can contact

2  Ms. Rolle, and I will bring them back.  Hopefully, by the time

3  that I do that, I'll be able to have a definitive answer about

4  the entrapment instruction.

5        And I will tell you what my concern is to the

6  Government, and that is whether or not I can give the

7  entrapment instruction if not only the Defendant did not

8  request it, but if the Defendant has adamantly opposed it.

9        So hopefully during this next 10 or 15 minutes, while

10  Ivan has an opportunity to reach out to Ms. Rolle, I'll get

11  another answer back to the entrapment instruction.

12    (Recess was had at 3:36 p.m.; proceedings resume at

13  4:01 p.m.)

14        THE COURTROOM DEPUTY:  Court is back in session,

15  please come to order.

16        THE COURT:  All right.  Everyone may be seated.

17        After a review of the case law, I think that I am on

18  safe ground excusing Ms. Pierre and substituting an alternate

19  based upon her answers to the questions, as well as the

20  response of the jury foreperson.  Despite her best efforts,

21  which I think she would give, I have concerns that she

22  wouldn't adequately be able to express herself and hold an

23  opinion in the jury room.

24        We have been able to determine that Ms. Rolle is

25  available, and she will be here tomorrow morning at 9:00 a.m.

Tuesday, May 8, 2012

1       As to the issue of the entrapment defense, it is more

2  clear to me now than it was when I first came out that

3  entrapment is an affirmative defense.  And although I am

4  initially intrigued, Mr. Luck and Mr. Davidson, by your

5  solution, it seems to be one that would be available to the

6  Court, it does not appear to be one that is.

7       Now, the situation was a little reversed, I'm citing

8  from *United States versus Blanton*.  It's an older case, but it

9  does lay out the requested instruction.  What happened in that

10 case, the Defendant, throughout the trial, did not raise an

11 entrapment defense, but -- and did not even request it during

12 the initial charge conference, but during the course of the

13 deliberations, the jury sent out a request for an instruction

14 on entrapment.

15      The trial court refused to give the instruction,

16 reasoning that entrapment is an affirmative defense and the

17 appellants never argued it.  The court sent the jury back to

18 resume deliberations, telling them that appellants had waived

19 an entrapment defense by not arguing it, and as a consequence,

20 don't even consider it in this case.

21      Appellants concede that they did not request such an

22 instruction before the jury went out, though they claim that

23 from start to finish, if they may be permitted an oxymoron --

24 and I'm quoting from the opinion -- they argued entrapment

25 sotto voce.  They submit, in essence, that we should overlook

1  any error because entrapment was obviously a viable defense

2  and the interest of justice compelled letting the jury accept

3  the defense if they found it persuasive.

4          The government argues strongly and pervasively that

5  this would be a poor rule to adopt.  The appellants not only

6  did not argue from start to finish entrapment claim, they

7  failed to raise it at all.  This is just post hoc grasping at

8  straws.

9          Now, in this case, it's flipped.  The Government is

10 seeking to have the entrapment defense and the defense is

11 saying no.  But throughout any of the cases that I have read,

12 they consistently refer to entrapment as an affirmative

13 defense, but what seems to be indicated by the case that I

14 just read is that everybody has to, at some point, be on a

15 knowledgeable playground about the offense; that by now -- the

16 defense, excuse me -- that now giving some sort of doctored

17 instruction places sort of everyone at a disadvantage, the

18 Government and the Defendant, and the Defense not only has not

19 raised the entrapment Defense, they have vigorously opposed it

20 throughout the trial.

21         Although I am really intrigued, Mr. Luck and

22 Mr. Davidson, by what you proposed, it seems to be the way

23 that would educate the jury and allow us to go forward, I

24 think my reading of the law leads me to believe that it would

25 have to be raised as an affirmative defense and the vigorous

Tuesday, May 8, 2012

1    objection by the Defense leads me to say no.

2         MR. DAVIDSON:  Judge, may I just ask whether you

3    considered the *Winslow* opinion from the Ninth Circuit in 1992,

4    and I'll just read briefly.

5         I profess I have not studied this case extensively,

6    but in that case, the appellants, the defendants, chose not to

7    request an entrapment instruction and the court did read that,

8    did read an instruction, the undercover agent instruction in

9    the absence of an entrapment instruction.

10        In his opening statement, the defense counsel

11   categorized the cooperator as someone who was been paid to

12   lie, warned the jury to be careful, et cetera, which I think

13   is analogous to what we have here.

14        And the court found, in light of insinuation that the

15   government cooperator acted improperly, he found that the

16   district court did not abuse its discretion by giving an

17   undercover agent instruction to help the jury understand the

18   nature of undercover police work.

19        I know --

20        THE COURT:  We did give a similar undercover -- we

21   didn't say undercover, but we did say covert law enforcement

22   techniques in this case.

23        MR. DAVIDSON:  Judge, I understand that, and I think

24   if we look at the *Winslow* court and what it was doing, I think

25   what it was saying is if you start insinuating things, if you

Tuesday, May 8, 2012

```
1   start dropping the hints, you can't play it both ways.
2           It is not fair to the Government that Mr. Caridad can
3   say two words that sound like entrapment, ensnare and engulf
4   or whatever the other word was.  If you go back -- entangled,
5   right.  If you go to the thesaurus and find every word that
6   sounds like entrapment, engulf, entangle, et cetera, the
7   jurors don't have a transcript, so they think Mr. Caridad said
8   entrapment, and then they go back exactly where we are here.
9           And if you're balancing the equities in this
10  situation, I think you can look at Winslow for the concept
11  that you don't have to magically utter the word.
12          THE COURT:  Mr. Davidson, what I'm going to do is
13  I'm -- since I'm going to excuse Juror Number 12 and Juror
14  Number 14 won't be here until tomorrow, I'll review Winslow.
15          I'll look at it again, because I admit this is -- you
16  know, this is kind of microwave law practicing here.  You
17  know, you are -- you're on your Blackberry looking up things,
18  and I think in the fullness of having a real screen for both
19  of us, it might see that, you know, my mind could be changed
20  on this, I admit that.
21          So let's take one problem at a time.
22          MR. DAVIDSON:  I was just going to offer the case
23  cite to you.
24          THE COURT:  Please.  What I'm going to do is I'm
25  going to excuse Juror Number 12 and instruct the jury to cease
```

Tuesday, May 8, 2012

1  deliberations, to come back tomorrow morning and be in the

2  jury room at a quarter of 9:00.

3          I'm going to ask you all to be here at 8:30.

4          Did I just say that, Ivan?

5          My entire staff now thinks I have left leave of my

6  senses, but be here at 8:30.  I would ask that you e-mail to

7  the Court mailbox any law, whatever you have.  That way, when

8  the jurors -- hopefully everybody is here by 9:00, and then I

9  can make a decision about what to instruct them on at that

10 time.

11         MR. LUCK:  The only thing I would ask, Your Honor, is

12 to the extent the Court decides not to offer it --

13         THE COURT:  I will also be open to hearing other

14 answers to the question.  I don't intend not to answer the

15 question.

16         MR. LUCK:  Okay.

17         THE COURT:  So send me drafts, and I will review them

18 all, and they will get some sort of instruction tomorrow,

19 whether or not it's a full entrapment instruction or the one

20 that Mr. Caridad has proposed, that lays down to the jury,

21 "You have received all of the instructions necessary for you

22 to deliberate in this case, please proceed."

23         MR. CARIDAD:  Do you have a cite for *Blanton*?

24         THE COURT:  *Blanton* is 182 F.3d -- no, no, that's

25 *Register*.

Tuesday, May 8, 2012

```
 1              Blanton is 793 F.2d 553.

 2              MR. CARIDAD:  Thank you.

 3              THE COURT:  And that's the Eleventh Circuit.

 4              COURTROOM SECURITY OFFICER:  Juror in the courtroom.

 5         (Juror entered courtroom.)

 6              THE COURT:  Ms. Pierre, I want to thank you very much

 7     for being with us for the past few days.  We appreciate it,

 8     but you are free to leave at this time.

 9              Thank you very much.

10              THE JUROR:  Thank you.  You are welcome.

11              THE COURT:  Mr. Blanford will get your things for

12     you, and Ivan will tell you where to go after.

13              THE JUROR:  Thank you very much.

14              THE COURT:  Thank you.

15         (Juror excused.)

16              THE COURT:  The rest of the jury, please.

17         (Jury in at 4:12 p.m.)

18              THE COURT:  Thank you very much, ladies and

19     gentlemen.  You may be seated.

20              Ladies and gentlemen, as you probably see, you now

21     have a number less than 12.  You must have at least 12 to

22     deliberate in this case.

23              You will receive a new juror tomorrow; however, you

24     will not be able to continue with your deliberations today.

25     It will be one of your alternate jurors.
```

Tuesday, May 8, 2012

1        For the time that you have expended today, I want to

2   thank you on behalf of both sides.  For the fact that you will

3   have to come back tomorrow, I apologize.

4        Listen carefully:  I'm going to ask that you be in

5   the jury room tomorrow morning at a quarter of 9:00, that way

6   we can get started at 9:00 o'clock, and you will have a full

7   day for deliberations, and you will have a new juror at that

8   time.

9        But here's my caution:  You must -- notice I'm saying

10  must -- you must disregard and not consider any of your

11  previous deliberations in this matter.  When your new juror

12  arrives tomorrow, you must begin deliberating from scratch, as

13  if you have never deliberated at all.

14       I'm also going to ask, and I know this is even more

15  difficult, that you not think about the deliberations that you

16  engaged in today.  Do your best to put those deliberations

17  behind you so you can start tomorrow with a clean and fresh

18  slate, and I'll see you all tomorrow morning.

19       Ladies and gentlemen, on behalf of both sides, once

20  again, I want to thank you for your patience and

21  attentiveness, and I'll see you back tomorrow morning.

22     (The jury retired from the courtroom 4:15 p.m.)

23       THE COURT:  We do have our first criminal matter at

24  9:30 tomorrow, so just proceed accordingly in terms of your

25  things, but we will be here tomorrow, ready to start at 8:30.

Tuesday, May 8, 2012

1          Anything else?  All right.  Be back tomorrow at 8:30.

2     Case law, notes, get them to me as soon as possible.

3          MR. DAVIDSON:  Thank you, Judge.

4       (PROCEEDINGS ADJOURNED AT 4:15 p.m.)

5                    **C-E-R-T-I-F-I-C-A-T-E**

6          I hereby certify that the foregoing is an accurate

7     transcription and proceedings in the above-entitled matter.

8     **1/17/2013**                    **/s/ DIANE M. MILLER**
      DATE                    DIANE M. MILLER, RMR, CRR
9                             Official United States Court Reporter
                              Wilkie D. Ferguson Jr. U.S. Courthouse
10                            400 North Miami Avenue, Suite 11-2
                              Miami, FL  33128
11                            305-523-5152   (fax) 305-523-5152

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Tuesday, May 8, 2012

| | | |
|---|---|---|
| **$** | 12:30 [7]  46/12 46/13 46/14 47/3 47/3 47/16 48/6 | 43/9 43/11 73/19 91/13 91/19 |
| $1,000 [2]  23/10 23/10 | 12:47 p.m [1]  49/4 | 30 percent [5]  37/2 51/22 52/15 84/16 84/17 |
| $1,336.95 [1]  75/23 | 13 [6]  35/25 97/16 109/7 109/7 109/13 110/17 | 305 [1]  1/24 |
| $1,419 [1]  76/8 | 13.2 [1]  104/6 | 305-523-5152 [2]  126/11 126/11 |
| $1,500 [1]  23/11 | 1341 [1]  12/1 | 31st [1]  75/21 |
| $10,000 [3]  76/3 76/4 76/6 | 13th [1]  76/3 | 33128 [2]  1/23 126/10 |
| $12,000 [1]  40/10 | 14 [9]  80/22 80/23 80/23 97/17 109/7 109/18 110/17 117/6 122/14 | 33130 [1]  1/19 |
| $14,000 [2]  86/10 86/10 | 14,000 [1]  86/21 | 33132 [1]  1/16 |
| $14,420 [1]  90/20 | 14,420 [2]  90/20 90/21 | 34 [1]  43/8 |
| $2,500 [1]  23/11 | 144 [1]  25/16 | 34B [1]  22/24 |
| $20,000 [6]  23/14 23/15 23/16 84/18 84/18 86/8 | 149 [2]  1/7 25/23 | 35 [2]  45/16 110/21 |
| $20,444 [1]  76/21 | 14th [1]  63/9 | 36 [4]  3/20 3/24 11/16 83/21 |
| $25,000 [1]  69/18 | 15 [11]  12/4 21/16 45/6 45/23 46/3 49/5 66/18 99/7 105/12 105/13 118/9 | 37 [3]  39/24 45/4 46/4 |
| $250,000 [2]  59/12 72/12 | 15,000 [1]  80/24 | 371 [1]  12/9 |
| $3,000 [2]  80/21 80/21 | 150 [1]  1/18 | 38 [4]  3/20 3/24 11/16 110/22 |
| $4 [1]  54/14 | 1500 [1]  81/11 | 39 [1]  111/6 |
| $40,000 [1]  76/15 | 16th [2]  62/17 63/25 | 3:07 p.m [1]  99/11 |
| $48,000 [1]  81/11 | 17 [1]  12/5 | 3:36 [1]  118/12 |
| $5 [1]  54/13 | 17th [1]  68/20 | 3rd [1]  44/13 |
| $6,000 [16]  22/25 24/20 28/19 40/7 40/9 52/7 52/10 52/19 81/13 84/18 84/19 85/19 86/9 86/10 86/14 95/8 | 18 [5]  12/1 12/8 33/19 36/10 41/4 | **4** |
| $6,244 [1]  76/6 | 182 [1]  123/24 | 4,000,000 [3]  38/9 54/18 84/18 |
| $66,558 [1]  76/17 | 19 [2]  43/8 117/18 | 4,500 [1]  81/8 |
| $7,944 [1]  75/21 | 197 [1]  26/5 | 40 [1]  111/7 |
| $7,991 [1]  76/9 | 1978 [1]  43/8 | 400 [2]  1/23 126/10 |
| $720,000 [3]  40/10 40/11 40/13 | 1992 [1]  121/3 | 404 [7]  100/5 100/22 101/10 101/11 101/21 103/3 103/4 |
| **'** | 1994 [1]  43/8 | 45 [2]  36/22 37/24 |
| '07 [1]  80/22 | **2** | 45-minute [1]  27/21 |
| '08 [1]  80/23 | 2,000 [4]  81/4 81/6 81/9 81/11 | 47 [2]  37/3 37/18 |
| '09 [7]  61/22 76/14 81/5 81/6 81/6 81/7 81/7 | 2,000,000 [1]  84/19 | 48 [1]  2/6 |
| **.** | 2,500 [3]  81/9 81/11 81/11 | 4:00 p.m [1]  67/12 |
| .001 [1]  55/25 | 20 [5]  7/3 36/4 69/18 82/11 82/12 | 4:01 p.m [1]  118/13 |
| .003 [9]  55/2 55/10 55/15 56/4 56/11 57/12 57/17 58/18 94/21 | 20,000 [5]  72/19 75/14 75/22 80/22 86/20 | 4:12 [1]  124/17 |
| .004 [4]  56/2 56/12 57/15 58/18 | 2006 [1]  43/8 | 4:15 [1]  126/4 |
| .005 [9]  55/2 55/10 55/17 55/24 56/3 57/2 57/16 58/18 94/22 | 2008 [4]  43/8 60/7 61/19 62/5 | 4:15 p.m [1]  125/22 |
| .05 [1]  55/6 | 2009 [6]  41/8 51/21 52/9 52/13 74/1 100/10 | 4th [3]  44/13 66/2 66/12 |
| **/** | 2010 [3]  81/8 81/9 81/12 | **5** |
| /s [1]  126/8 | 2011 [1]  81/13 | 5,000 [1]  81/9 |
| **0** | 2012 [1]  1/4 | 500 [1]  81/9 |
| 03 [2]  57/5 57/6 | 2013 [1]  126/8 | 500,000,000 [1]  65/11 |
| 0904 [1]  62/10 | 20th [2]  64/14 69/3 | 5152 [2]  126/11 126/11 |
| **1** | 21 [1]  2/5 | 523-5251 [1]  1/24 |
| 1's [1]  117/2 | 210 [1]  26/11 | 5251 [1]  1/24 |
| 1,000 [3]  81/8 81/11 81/11 | 21st [3]  67/5 69/10 69/15 | 553 [1]  124/1 |
| 1/17/2013 [1]  126/8 | 22nd [2]  65/9 69/23 | 57-minute [1]  45/21 |
| 10 [1]  118/9 | 23 [3]  3/19 3/24 11/15 | 5th [5]  52/18 66/16 66/21 76/3 76/8 |
| 10,000 [4]  81/6 81/7 81/7 81/7 | 24th [12]  51/18 52/2 55/5 60/4 67/11 67/25 68/20 69/4 69/6 75/13 77/12 103/9 | **6** |
| 100,000 [1]  64/8 | 25 [1]  45/16 | 6,000 [6]  80/24 81/10 81/12 86/16 86/16 86/21 |
| 104,000,000 [1]  66/18 | 250.10 [1]  12/6 | 6,222,000 [1]  58/8 |
| 10:01 a.m [1]  7/2 | 25th [2]  52/6 60/7 | 60 [1]  40/9 |
| 11 [4]  24/22 81/6 108/22 109/5 | 26 [1]  61/19 | 63 [1]  23/5 |
| 11-2 [2]  1/23 126/10 | 26th [1]  68/8 | 68 [1]  22/15 |
| 11-CR-60150-MGC [1]  1/2 | 28th [2]  64/17 65/4 | 6th [1]  62/22 |
| 11:08 a.m [1]  47/17 | 29th [1]  62/8 | **7** |
| 11A [2]  36/9 87/11 | 2:19 p.m [1]  97/20 | 7,000 [1]  80/24 |
| 12 [11]  76/15 107/21 109/12 109/13 112/8 116/3 116/6 122/13 122/25 124/21 124/21 125,000,000 [1]  65/11 | 2:27 [1]  99/10 | 7,144 [1]  76/2 |
| | 2A [6]  31/6 33/16 33/20 35/25 36/4 36/22 | 7,500 [1]  81/6 |
| | **3** | 74 [1]  38/8 |
| | 3,000 [4]  81/3 81/3 81/4 81/12 | 753-0904 [1]  62/10 |
| | 3,500 [1]  81/11 | 78 [2]  12/5 12/5 |
| | 30 [11]  36/24 36/24 37/2 37/8 39/25 40/4 | 793 [1]  124/1 |

**8**

82 [1]  2/7
8:30 [4]  123/3 123/6 125/25 126/1
8th [2]  52/9 76/5

**9**

9,000 [1]  80/24
954 [1]  62/10
99 [1]  1/15
9:00 [3]  123/2 123/8 125/5
9:00 a.m [1]  118/25
9:00 o'clock [1]  125/6
9:30 [1]  125/24
9:38 [1]  5/16
9:59 [1]  5/17
9th [1]  68/17

**A**

a.m [6]  5/16 5/17 7/2 47/17 65/5 118/25
abets [2]  18/18 18/21
abiding [1]  101/16
ability [1]  10/17
able [15]  23/20 69/11 83/8 87/6 93/14 99/6
 100/7 102/24 112/6 113/3 113/21 118/3
 118/22 118/24 124/24
about [179]
above [1]  126/7
above-entitled [1]  126/7
abroad [1]  65/20
absence [1]  121/9
absolutely [1]  42/7
abundance [1]  111/24
abuse [1]  121/16
accent [1]  109/21
accents [1]  110/2
accept [2]  10/4 120/2
acceptable [2]  11/12 33/11
access [1]  70/18
accident [1]  19/16
accomplish [4]  17/11 17/22 27/18 28/7
accomplished [1]  28/10
accomplishing [1]  17/19
according [3]  35/18 41/7 71/17
accordingly [1]  125/24
account [3]  75/16 75/22 76/18
accurate [2]  10/5 126/6
accurately [1]  10/17
accusation [1]  51/4
acquaintance [1]  31/19 32/3
acquisitions [2]  24/14 65/16
across [1]  35/23
act [20]  9/2 13/23 13/23 14/11 16/19 17/1
 17/6 17/15 17/17 17/20 18/10 18/14 18/15
 18/15 19/14 19/16 19/24 19/24 74/9 96/12
acted [5]  15/7 19/20 19/21 27/12 121/15
acting [1]  18/16
action [2]  13/7 15/10
activity [1]  16/9
acts [9]  15/1 15/6 18/20 18/24 19/1 28/9
 28/11 28/12 28/21
actual [2]  9/23 14/8
actually [11]  13/4 13/20 14/9 16/17 29/2
 32/5 32/23 34/20 40/23 90/22 104/12
adamantly [1]  118/8
add [2]  76/13 117/8
adding [1]  117/6

additional [4]  84/2 96/9 97/4 108/3
address [1]  74/14
addresses [1]  104/4
addressing [1]  79/2
Adelsone [3]  109/8 110/21 111/1
adequate [1]  112/6
adequately [1]  118/22
ADJOURNED [1]  126/4
admission [2]  5/21 103/23
admit [7]  35/11 35/16 72/24 79/19 103/25
 122/15 122/20
admits [1]  103/22
admitted [11]  9/8 9/9 32/14 35/6 35/21
 81/15 88/22 88/23 94/16 95/10 101/14
admitting [2]  25/14 35/9
adopt [1]  120/5
adult [2]  111/10 117/16
advance [1]  69/18
advances [1]  18/10
advantage [2]  15/14 49/18
advertising [2]  24/18 63/20
advice [1]  63/11
advisors [3]  22/17 24/10 40/3
affairs [1]  9/3
affect [1]  20/5
affirmative [5]  103/15 119/3 119/16 120/12
 120/25
affirmatively [2]  106/6 106/21
AFPD [1]  1/17
afraid [1]  101/25
after [20]  7/18 8/24 20/19 21/15 23/6 23/6
 26/15 27/6 33/20 33/23 34/14 42/5 45/15
 51/18 53/15 59/19 61/21 87/19 118/17
 124/12
afternoon [4]  47/4 65/2 112/12 115/25
again [17]  23/6 27/9 40/25 47/5 48/19 52/12
 52/19 52/22 76/8 78/15 84/25 86/16 102/1
 107/14 111/19 122/15 125/20
against [4]  8/5 8/10 11/21 81/16
agency [2]  62/19 63/11
agenda [3]  67/13 78/22 78/24
agent [22]  5/21 16/21 18/16 18/24 24/17
 25/8 26/1 36/11 40/14 60/10 60/11 62/16
 62/16 67/22 70/14 71/14 73/25 78/20 92/11
 101/10 121/8 121/17
ago [1]  43/8
agree [7]  8/7 16/16 20/17 92/19 103/25
 108/22 109/24
agreed [12]  17/10 27/18 28/7 51/21 52/3
 52/14 71/5 71/5 84/15 85/8 96/18 109/23
agreeing [1]  72/1
agreement [21]  16/4 16/18 16/24 20/21
 24/7 30/8 31/7 34/4 34/9 35/1 60/17 71/2
 71/13 71/18 71/24 72/1 72/20 72/22 78/7
 88/11 104/1
agreements [4]  24/9 29/13 29/14 31/1
Ah [1]  90/16
ahead [2]  25/1 96/3
aids [2]  18/18 18/21
all [140]
allegation [7]  51/6 53/2 54/16 73/12 73/16
 74/5 74/7
allege [3]  11/24 12/2 94/5
alleged [4]  17/18 18/1 19/13 84/13
alleges [2]  12/7 84/10
allocate [1]  66/13
allocated [2]  66/6 66/7

allotted [1]  46/10
allow [2]  101/4 120/23
allowed [3]  48/2 94/16 100/11
allowing [1]  83/1
almost [4]  35/7 70/6 77/1 95/1
aloe [3]  32/8 34/21 89/9
alone [2]  17/21 20/13
along [4]  24/21 25/12 72/23 89/5
already [12]  22/14 22/15 37/17 37/23 38/1
 38/3 41/23 59/24 70/20 108/13 108/16
 111/25
also [33]  10/22 14/5 18/23 23/14 27/8 29/13
 30/20 33/8 38/5 39/16 39/23 42/4 42/15
 42/20 43/4 44/7 44/21 50/7 61/11 67/16
 68/11 73/23 86/3 87/7 87/22 90/13 91/11
 92/25 109/8 109/14 111/3 123/13 125/14
alternate [7]  97/6 97/23 98/6 109/1 111/12
 118/18 124/25
alternates [1]  108/13
alternative [1]  6/5
although [8]  97/24 100/22 109/20 111/14
 111/18 111/20 119/3 120/21
always [4]  39/21 46/7 55/9 78/2
am [13]  5/14 62/11 64/9 66/12 68/5 100/1
 111/17 112/7 117/21 117/22 118/17 119/3
 120/21
amazing [1]  29/25
amends [1]  92/19
AMERICA [1]  1/3
American [8]  22/10 24/11 38/9 39/6 64/3
 64/19 65/17 69/9
Americans [1]  64/9
amount [6]  63/17 63/17 76/19 84/17 86/8
 117/15
analogous [1]  121/13
anew [1]  108/15
announce [1]  90/4
another [23]  13/3 13/4 16/17 18/16 18/21
 19/1 20/21 22/24 26/3 27/24 28/19 45/15
 47/7 59/16 76/4 79/23 81/4 81/4 81/7 89/13
 105/12 114/11 118/11
answer [6]  10/19 103/14 108/7 118/3
 118/11 123/14
answers [4]  104/16 111/15 118/19 123/14
anticipate [3]  45/5 46/10 46/23
any [67]  3/10 3/16 4/3 5/24 8/4 8/9 8/13
 8/15 8/22 9/12 9/12 10/7 10/11 10/14 13/2
 13/6 15/9 16/3 16/7 16/24 17/20 18/15 20/5
 20/11 21/10 32/18 40/19 41/1 41/9 42/2
 42/4 42/8 47/25 50/23 57/21 60/11 63/12
 67/7 74/7 74/8 74/20 75/19 78/20 79/2
 82/15 87/23 92/1 96/21 97/1 97/4 98/18
 100/4 100/9 101/7 105/22 105/23 106/21
 107/22 112/13 114/23 115/1 115/18 117/4
 120/1 120/11 123/7 125/10
anybody [1]  41/9
anymore [1]  71/9
anyone [5]  14/9 16/15 20/18 29/22 89/22
 9/14 24/17 24/18 26/14 37/19 37/21 41/14
 48/2 63/23 77/17 77/25 79/9 97/12 99/2
 106/25 106/25 117/7 126/1
apartment [2]  23/24 50/14
apologize [2]  4/3 125/3
apparently [4]  55/12 60/4 62/9 65/8
appear [3]  10/18 112/2 119/6
APPEARANCES [1]  1/13

**A**

appeared [1]  109/9
appears [1]  111/14
appellants [5]  119/17 119/18 119/21 120/5
 121/6
apply [1]  33/13
appreciate [2]  65/20 124/7
approach [4]  21/7 45/11 82/22 97/2
appropriate [1]  108/9
April [2]  52/9 90/21
are [146]
area [2]  66/9 116/18
argue [7]  100/8 100/11 102/2 102/3 105/6
 106/18 120/6
argued [6]  105/8 105/9 106/14 107/9
 119/17 119/24
argues [1]  120/4
arguing [1]  119/19
argument [20]  2/5 2/6 2/7 5/1 21/6 21/25
 46/22 49/15 76/22 84/3 84/6 100/11 100/23
 103/25 105/12 105/13 105/17 105/23
 106/20 106/22
arguments [3]  46/9 47/6 105/10
arises [1]  97/24
around [5]  44/19 44/19 59/3 61/23 110/6
arrested [2]  60/8 60/22
arrived [3]  34/2 77/12 110/2
arrives [1]  125/12
arriving [1]  9/15
artifice [5]  11/25 12/3 15/9 27/14 84/11
artificially [14]  51/10 51/25 52/4 52/8
 52/17 52/20 53/19 55/18 55/21 56/6 56/14
 57/23 87/9 87/15
artificially-inflated [1]  52/8
as [99]  4/21 5/6 5/6 8/6 8/8 9/7 9/23 10/4
 10/13 11/4 13/4 13/4 14/6 14/14 16/13
 17/15 18/12 21/11 23/23 25/21 26/18 26/19
 28/6 29/18 31/15 32/17 32/22 38/12 38/16
 40/17 41/11 45/18 45/18 46/19 50/12
 51/12 54/3 54/10 54/11 54/22 59/6 60/16
 61/12 61/12 63/3 63/3 63/10 64/1 64/3
 67/19 68/18 69/17 71/6 72/12 72/12 72/23
 74/20 92/11 92/13 95/12 96/12 96/16 96/19
 96/24 96/24 97/22 99/19 100/7 100/16
 102/9 103/4 103/15 107/18 108/15 108/24
 109/15 109/20 109/20 110/3 110/4 115/15
 117/2 117/2 117/3 117/16 118/19 118/19
 119/1 119/13 120/12 120/25 121/11 124/20
 125/12 126/2 126/2
aside [4]  32/21 33/12 75/17 75/22
ask [32]  5/25 10/11 10/12 10/22 10/24 23/2
 46/12 47/2 55/7 55/7 55/9 55/10 55/15 57/2
 57/7 58/14 72/10 72/21 74/21 77/16 108/3
 108/14 115/23 117/13 117/22 118/1 121/2
 123/3 123/6 123/11 125/4 125/14
asked [6]  3/11 46/2 57/24 71/6 86/24 94/16
asking [4]  6/4 6/5 55/8 70/3
asks [4]  72/6 79/1 85/4 103/21
ass [3]  41/19 91/22 91/22
asserted [6]  3/20 4/1 4/20 11/17 41/24
 107/18
asserting [1]  102/4
asserts [1]  9/23
assessment [1]  117/3
assist [1]  79/7
assistance [1]  116/15

assistant [1]  80/16
associate [1]  18/25
associated [2]  19/2 44/10
associating [1]  18/7
association [2]  74/15 75/9
assume [2]  9/11 110/13
ate [1]  35/13
attached [4]  82/8 82/11 82/12 82/16
attention [2]  16/20 112/5
attentive [1]  112/5
attentiveness [2]  98/1 125/21
Attorney [1]  1/15
attract [1]  64/8
August [3]  76/14 76/17 81/5
AUSA [2]  1/14 1/14
authentic [1]  61/4
authorize [1]  108/23
authorized [2]  65/11 65/13
authorizes [1]  18/24
automatically [1]  18/11
availability [1]  64/6
available [5]  66/19 83/4 83/9 118/25 119/5
Avenue [4]  1/23 25/17 25/20 126/10
avoid [5]  95/20 95/21 95/21 95/25 95/25
award [1]  66/23
award-winning [1]  66/23
aware [1]  91/22
away [5]  38/13 61/20 69/24 80/7 105/15

**B**

back [59]  3/14 3/18 4/6 5/12 7/6 26/19
 27/23 29/15 30/13 32/19 34/1 38/20 40/2
 43/7 43/8 43/11 43/21 45/11 45/12 45/22
 46/12 47/2 47/16 48/6 51/3 51/7 59/10
 61/17 67/3 69/12 72/4 73/7 77/4 80/23 84/9
 89/21 94/18 95/5 95/13 98/18 99/6 99/12
 108/13 110/18 112/14 113/12 114/11 115/5
 117/23 118/2 118/11 118/14 119/17 122/4
 122/8 123/1 125/3 125/21 126/1
backtracks [2]  36/6 36/8
backup [1]  63/6
bad [11]  19/18 22/8 32/1 32/20 62/4 74/25
 75/20 92/17 92/18 92/22 95/1
Bahamas [1]  111/9
balance [2]  76/9 80/22
balancing [1]  122/9
ball [1]  58/21
balloon [1]  107/5
bank [9]  23/23 75/3 75/5 75/12 76/13 85/22
 85/23 86/14 86/15
barely [1]  53/1
barrier [1]  109/23
baseball [3]  25/10 25/11 34/14
based [6]  3/7 8/3 8/23 109/8 116/2 118/19
basic [1]  60/11
basically [5]  83/11 83/13 86/1 86/24 86/25
Basis [1]  61/9
bathroom [1]  21/15
be [156]
Beach [3]  25/17 25/20 91/6
beams [1]  60/4
bearing [1]  52/10
beat [4]  38/17 38/22 39/9 86/1
beat-up [1]  86/1
because [65]  11/8 19/15 20/25 21/1 22/4
 23/8 24/4 27/6 28/25 29/2 29/7 29/11 30/2
 30/3 30/6 31/3 33/14 34/16 38/19 39/11

43/13 44/16 46/6 46/22 50/22 53/14 57/20
58/13 59/4 59/8 59/16 59/22 60/3 60/16
61/5 64/22 71/22 74/25 75/17 78/11 80/19
82/5 83/25 84/8 85/12 85/21 87/23 87/25
88/5 88/16 89/4 89/10 92/8 94/12 94/14
95/17 98/8 102/23 102/25 108/10 110/7
116/19 117/24 120/1 121/11
become [2]  18/11 20/24
becomes [1]  16/20
been [35]  9/4 22/15 28/21 42/3 47/14 50/24
53/14 62/20 67/7 68/25 70/3 70/5 70/6
71/16 73/19 74/1 75/25 80/11 83/3 86/12
96/14 100/21 101/5 101/6 101/8 102/17
102/25 103/2 107/1 107/17 108/13 110/6
117/17 118/24 121/11
before [30]  1/10 3/8 9/7 19/21 30/17 41/12
41/12 41/15 42/4 42/5 43/23 48/18 53/16
54/2 61/2 65/22 65/22 66/21 69/3 69/10
69/23 96/10 97/5 98/7 103/2 103/2 110/14
111/11 117/21 119/22
began [2]  25/17 60/4
begin [5]  7/19 21/23 49/9 49/21 49/24
61/23 62/16 69/8 96/10 97/16 108/15
111/19 125/12
beginning [8]  43/6 51/15 52/25 69/2 76/9
93/22 95/12 105/17
begins [2]  60/7 60/9
behalf [10]  2/5 2/6 2/7 5/25 21/25 49/15
84/6 97/25 125/2 125/19
behavior [3]  103/1 103/22 103/24
behind [2]  23/19 125/17
being [12]  18/6 22/25 35/24 65/24 66/6 66/7
77/25 79/4 82/15 102/24 110/19 124/7
beliefs [1]  20/25
believe [18]  5/4 6/1 10/5 10/7 10/11 45/19
49/20 53/16 56/10 61/10 62/23 81/22 82/25
83/6 83/10 91/15 98/10 120/24
believes [1]  65/25
belts [2]  34/21 89/9
bench [4]  21/8 45/3 82/23 97/3
beneficiary [1]  29/3
benefit [11]  23/22 24/1 24/3 24/3 36/14
36/16 39/5 58/9 58/12 77/18 79/4
benefited [4]  37/17 37/23 38/1 70/19
benefiting [1]  38/4
benefits [6]  54/3 58/10 58/11 66/15 82/1
110/19
best [12]  3/12 3/15 31/17 60/14 77/21 77/22
80/10 82/3 108/8 117/10 118/20 125/16
better [10]  32/19 34/12 36/19 39/15 57/12
57/16 71/16 83/12 112/1 117/18
between [11]  4/23 16/9 24/10 60/25 62/10
80/4 86/3 86/23 91/1 92/13 92/14
beyond [14]  7/22 8/16 8/20 9/1 9/5 12/13
14/21 17/9 19/5 19/11 40/19 41/2 116/21
116/24
bid [6]  54/24 55/9 55/10 55/14 57/7 86/4
bids [1]  54/25
big [12]  24/20 29/15 29/20 29/21 29/22 35/3
38/17 68/13 70/22 70/23 87/7 87/19
bigger [4]  34/12 34/15 34/16 103/13
bilingual [1]  110/6
bill [2]  15/24 16/2
bills [14]  22/6 23/24 24/5 31/4 58/10 58/20
64/10 69/20 72/13 93/15 93/15 94/6 94/9
94/12
Billy [7]  22/16 23/6 24/11 25/17 64/5 69/8

**B**

Billy... [1] 80/15
binding [1] 9/10
bit [9] 32/2 32/18 36/8 49/19 70/2 77/2 79/10 80/9 116/18
Blackberry [1] 122/17
blame [1] 103/5
blaming [1] 102/16
Blanford [5] 48/19 98/3 112/8 117/22 124/11
blank [1] 16/6
Blanton [4] 119/8 123/23 123/24 124/1
bleeding [1] 23/19
block [1] 99/4
blues [2] 26/6 26/8
blurts [1] 36/5
bogus [1] 89/3
bond [6] 15/23 15/23 60/9 60/13 60/22 64/22
book [1] 68/22
boom [1] 74/12
booth [1] 26/12
born [6] 65/17 65/21 67/1 68/9 91/9 114/7
both [23] 5/2 5/5 6/19 31/12 34/22 34/23 34/24 35/1 35/2 35/2 56/10 62/5 62/10 72/23 73/1 83/19 88/20 95/4 97/25 122/1 122/18 125/2 125/19
bother [4] 53/9 60/24 79/2 79/3
bottom [1] 38/20
bought [3] 51/14 56/6 56/14
bounce [1] 61/23
boutique [2] 25/17 64/5
boutiques [1] 24/17
box [2] 33/1 96/16
boxing [1] 30/14
brain [1] 25/18
brands [6] 22/10 24/11 38/9 39/6 64/20 69/9
Braun [3] 75/9 76/12 76/20
break [7] 5/20 45/8 45/10 46/16 80/12 80/13 117/22
Bred [5] 65/17 65/21 67/1 68/9 91/9
bribe [18] 22/14 23/3 24/4 36/25 37/2 37/2 37/9 37/20 44/2 85/18 85/22 87/5 87/5 89/14 89/24 94/13 95/8 95/14
bribed [3] 29/9 39/11 89/20
bribes [3] 22/2 24/4 90/2
briefing [1] 28/14
briefly [1] 121/4
bring [16] 28/3 28/5 56/9 60/25 65/3 67/19 77/13 77/13 77/15 78/15 78/16 92/23 96/23 108/12 109/1 118/2
bringing [6] 27/5 27/20 75/6 92/15 92/23 92/24
brings [4] 32/12 32/12 32/15 78/17
broad [1] 5/2
broke [1] 64/9
brokers [3] 39/22 53/6 87/16
brought [10] 33/3 42/5 42/6 43/6 44/15 53/16 60/6 60/19 92/15 110/15
brownie [5] 87/14 87/14 87/18 87/21 88/5
brung [1] 102/13
bucks [1] 68/13
Buick [5] 38/17 38/22 38/25 39/9 86/1
bulk [1] 50/16
bum [1] 78/16

bunch [1] 93/25
burden [5] 8/19 40/18 46/20 56/14 84/1
Bureau [1] 74/2
business [26] 6/3 6/4 13/2 14/12 16/8 24/15 31/17 31/17 31/18 31/18 31/19 32/3 32/8 32/9 64/2 72/13 73/19 76/2 76/18 77/14 77/14 77/15 77/22 79/5 80/15 80/15
businessman [2] 79/9 79/22
busy [1] 29/8
but during [1] 119/12
butt [1] 78/3
buy [21] 25/1 30/1 30/2 50/9 51/10 51/13 52/16 52/20 53/19 54/1 54/14 54/25 55/6 55/22 56/2 57/2 57/12 59/23 89/25 90/1 90/1
buyer [2] 54/24 55/10
buyers [1] 15/8
buying [1] 39/7
bye [1] 74/12

**C**

C-E-R-T-I-F-I-C-A-T-E [1] 126/5
cable [5] 93/16 93/20 93/21 94/10 94/12
cake [1] 102/6
calculable [1] 86/16
calculate [1] 86/5
California [3] 33/3 67/24 88/18
call [25] 36/14 39/18 42/22 46/22 62/10 63/11 65/1 65/2 65/4 65/6 66/3 67/21 72/4 74/10 74/11 74/23 83/4 84/2 86/22 92/11 99/5 100/19 103/10 108/13
called [9] 7/20 11/21 44/17 50/2 54/11 54/24 55/7 80/16 83/2
calling [2] 36/13 102/7
calls [5] 31/19 32/9 51/12 63/12 81/24
came [9] 27/20 28/3 28/8 29/22 37/11 40/1 44/15 76/2 119/2
cameras [1] 47/9
campaign [2] 67/2 67/8
campaigns [1] 91/8
can [100] 3/14 4/7 5/14 12/12 14/12 14/19 17/8 18/15 26/18 28/4 29/20 29/20 30/17 32/19 32/20 38/13 40/2 40/3 40/23 40/23 40/24 41/5 43/24 48/8 48/9 48/12 48/12 48/15 48/16 51/3 53/9 53/15 54/2 55/1 57/12 57/24 59/12 59/19 59/20 61/18 61/21 61/23 62/14 65/18 67/3 67/5 67/15 69/7 69/8 69/18 69/19 70/22 76/11 78/1 78/25 80/13 80/24 81/10 81/10 85/19 85/23 86/22 87/15 87/16 87/16 87/17 87/21 89/12 93/7 93/14 93/19 93/20 98/19 99/4 99/5 104/5 105/3 105/10 105/14 105/24 108/8 110/5 110/6 110/13 113/5 113/8 113/11 113/11 113/18 113/18 114/9 115/23 117/10 118/1 118/6 122/2 122/10 123/9 125/6 125/17
can't [28] 29/8 34/7 35/2 42/22 44/2 45/21 71/10 80/5 81/21 83/19 86/5 89/7 89/13 89/14 92/7 92/11 94/11 94/13 96/4 110/8 113/10 113/14 113/15 113/19 113/19 114/10 117/12 122/1
cannot [13] 8/14 38/20 44/3 47/10 47/11 72/5 94/14 95/18 107/22 110/4 111/14 116/22 116/24
capacity [1] 13/18
Capital [2] 70/15 70/15
car [1] 38/14
card [1] 70/14

care [16] 32/8 58/25 59/1 59/5 73/14 73/15 73/17 73/21 74/20 74/22 85/19 89/19 99/21 104/5 105/14 110/24
career [1] 59/2
careful [4] 35/24 36/1 36/2 121/12
carefully [3] 8/24 75/3 125/4
CARIDAD [48] 1/17 4/14 4/15 5/9 6/15 33/4 34/18 38/6 43/6 43/10 43/11 45/5 46/9 49/5 82/25 83/6 83/11 84/8 84/14 85/8 85/13 86/5 86/19 87/7 88/12 90/7 90/15 91/8 92/25 94/3 94/18 98/15 100/7 101/25 103/24 105/1 105/12 106/16 106/18 107/9 108/22 109/5 109/17 111/17 117/7 122/2 122/7 123/20
Caridad's [1] 32/24
carried [2] 16/17 17/2
carrier [12] 12/11 12/23 12/24 13/1 13/5 14/4 14/6 14/10 14/11 14/14 27/4 27/7
carries [1] 13/2
carry [1] 12/24
carrying [5] 12/11 14/7 14/18 17/7 17/18
case [91] 1/2 7/17 7/20 8/25 9/8 9/12 10/16 20/9 20/19 20/20 20/22 21/1 21/4 22/1 33/14 40/22 43/6 45/19 45/21 46/21 47/6 47/25 48/3 49/25 50/6 50/6 50/10 50/11 50/15 50/25 51/15 52/25 53/18 54/2 54/5 54/19 56/19 58/5 58/6 60/3 70/4 73/16 74/1 76/16 78/9 78/25 81/19 84/13 84/21 91/8 95/14 100/18 100/21 102/10 102/19 103/20 104/15 105/17 105/18 105/25 106/1 106/6 106/12 106/13 106/19 106/23 107/4 107/18 108/11 108/18 111/12 113/6 113/13 115/14 115/16 116/5 116/18 117/20 118/17 119/8 119/10 119/20 120/9 120/13 121/5 121/6 121/22 122/22 123/22 124/22 126/2
cases [1] 120/11
cash [3] 72/5 72/6 72/8
catch [1] 42/21
categorized [1] 121/11
caught [1] 6/12
cause [7] 13/25 14/10 20/1 52/3 53/18 107/25 109/24
caused [4] 28/18 51/11 51/12 52/3
causing [3] 12/23 51/9 51/9
caution [5] 20/7 47/7 96/25 111/24 125/9
cautious [1] 36/1
caveat [1] 117/5
cease [1] 122/25
celebrities [1] 64/8
CEO [6] 30/25 35/18 35/19 37/6 87/1 95/7
certain [2] 18/7 19/9
certificate [7] 15/22 15/23 15/24 16/2 16/4 16/4 38/9
certificates [1] 27/11
certify [1] 126/6
cetera [2] 121/12 122/6
chain [2] 9/24 70/21
chairs [1] 7/24
challenge [1] 109/24
chance [2] 74/14 93/13
change [3] 3/23 4/7 20/23
changed [1] 122/19
changes [1] 3/10
charge [5] 2/4 3/7 8/10 21/10 119/12
charged [5] 18/14 19/8 20/8 40/20 51/8
charges [4] 11/20 17/2 20/2 50/22
chart [1] 43/5

# C

cheaper [1] 54/9
cheat [4] 13/7 13/24 15/10 19/25
cheating [1] 27/15
check [21] 15/24 15/25 22/16 22/25 23/5 23/6 23/6 23/11 23/11 24/20 28/19 28/19 28/20 30/3 30/8 52/7 75/23 76/5 84/18 84/19 96/16
checking [1] 98/16
checks [10] 23/1 23/7 23/10 23/13 28/21 43/19 74/4 80/8 92/5 95/15
chicken [1] 85/4
chief [4] 45/19 45/22 95/7 98/15
child [1] 111/3
children [1] 111/10
chocolate [1] 35/14
choice [6] 82/17 82/18 82/19 89/18 89/18 102/9
choose [3] 8/2 78/11 96/11
chooses [1] 35/24
chose [4] 8/14 78/9 78/11 121/6
Chris [4] 22/18 22/19 22/21 30/10
Circuit [3] 104/15 121/3 124/3
circumstances [2] 9/25 116/20
circumstantial [3] 9/21 9/24 10/2
cite [2] 122/23 123/23
citing [1] 119/7
City [1] 67/9
civil [1] 111/12
claim [3] 61/5 119/22 120/6
claimed [3] 104/22 106/5 106/6
clarify [1] 46/8
clean [4] 48/8 82/16 98/12 125/17
cleans [1] 111/2
clear [4] 101/2 106/12 110/10 119/2
clearly [3] 10/19 113/8 114/3
client [1] 100/8
close [3] 19/12 68/20 68/21
closing [18] 2/5 2/6 21/25 45/13 45/14 46/7 46/15 46/22 46/23 49/15 83/18 84/2 100/11 103/25 105/10 105/12 105/13 106/19
clothing [1] 77/5
club [10] 5/22 74/10 74/11 74/19 75/10 75/11 75/23 76/5 76/20 96/3
co [4] 28/15 28/16 52/13 52/19
co-conspiracy [1] 28/15
co-conspirator [3] 28/16 52/13 52/19
coast [1] 70/4
code [5] 12/1 12/4 12/5 12/8 25/11
coffin [1] 102/17
collateral [2] 16/4 69/19
college [1] 111/10
combination [1] 100/3
come [15] 6/2 32/12 45/11 45/12 45/22 60/17 76/6 80/25 85/19 98/13 115/23 117/16 118/15 123/1 125/3
comes [4] 22/16 40/10 57/1 72/3
comfort [1] 43/2
comfortable [1] 43/2
coming [5] 69/11 70/9 72/18 74/22 80/8
comma [1] 3/24
commented [1] 115/9
commerce [5] 14/16 15/4 16/8 16/12 27/11
commercial [3] 12/11 12/22 13/1
commission [2] 17/5 88/8
commit [8] 11/25 12/3 12/7 16/18 17/2

18/19 22/7 60/13
commits [1] 17/22
committed [7] 17/17 19/9 19/12 19/16 27/8 35/6 70/5
common [7] 8/24 9/19 18/7 38/23 65/11 65/13 86/1
communicate [1] 96/21
communications [1] 28/13
companies [6] 34/23 34/23 35/3 89/10 89/11 89/17
company [56] 22/11 22/17 23/16 23/18 22/22 24/2 24/12 29/1 29/17 29/18 29/19 29/20 29/20 29/21 29/23 30/16 30/25 35/18 37/6 51/10 51/13 51/18 52/16 54/4 54/6 58/9 58/10 58/20 58/23 61/23 63/16 64/11 65/12 66/1 66/8 66/10 66/17 67/4 69/18 73/8 73/10 73/14 73/18 73/21 74/18 75/5 77/4 77/21 80/11 81/16 87/1 89/22 89/24 94/8 111/8
company's [2] 65/10 65/13
compare [1] 91/1
compelled [1] 120/2
complaining [1] 44/20
completed [1] 7/18
completely [1] 105/8
complexity [1] 117/20
complicated [1] 115/16
complied [1] 100/5
comported [1] 45/19
computer [5] 98/10 98/11 98/14 98/16 98/18
concealment [1] 84/22
conceals [2] 13/15 15/20
concede [1] 119/1
concept [3] 34/8 85/24 122/10
concern [6] 104/5 104/8 105/11 105/11 105/14 118/5
concerned [2] 9/20 66/5
concerning [3] 5/21 8/22 10/9
concerns [3] 5/2 5/6 118/21
concluded [1] 96/8
conclusion [2] 21/5 31/13
conclusions [1] 9/19
condition [3] 57/14 71/6 72/18
conditions [2] 7/2 9/24
condominium [3] 70/11 74/15 75/9
conduct [2] 19/23 100/9
conference [9] 3/8 21/8 21/10 45/3 65/1 68/21 82/23 97/3 119/12
confident [1] 4/9
confidential [2] 28/14 69/22
confirm [1] 69/5
conflicting [1] 116/23
confused [1] 116/9
connect [1] 98/19
connected [2] 42/17 42/17
connection [6] 14/18 15/2 15/5 27/10 43/1 70/21
consequence [1] 119/19
conservative [1] 59/4
consider [17] 3/19 3/21 3/24 8/15 9/7 10/3 11/13 11/15 20/3 20/11 40/24 41/24 43/21 43/22 64/9 119/20 125/10
considered [6] 4/20 4/21 8/25 78/14 106/15 121/3
considering [2] 9/18 20/19
consistently [1] 120/12

conspiracy [13] 16/18 16/20 17/4 17/14 17/19 17/23 18/8 18/9 27/17 28/10 28/12 28/15 44/14
conspirator [7] 17/7 17/22 17/24 18/11 28/16 52/13 52/19
conspirators [2] 17/14 18/1
conspire [1] 16/15
conspired [3] 12/7 88/20 88/23
consulting [29] 24/7 24/9 25/3 29/14 31/7 34/4 34/9 35/1 37/17 37/22 37/25 38/1 38/4 39/25 40/2 40/8 40/9 40/11 40/13 70/19 71/2 71/12 71/18 71/23 72/1 72/20 72/22 78/21 88/10
contact [1] 118/1
contacts [1] 79/11
context [4] 41/13 90/9 102/19 103/4
continuance [2] 6/5 6/15
continue [4] 94/8 100/25 117/24 124/24
continued [3] 25/22 26/11 65/21
continues [1] 36/9
continuous [1] 59/13
contract [1] 70/19
conversation [3] 37/5 53/15 63/13
conversations [3] 53/3 53/8 91/17
conversed [1] 91/16
convicted [2] 42/13 57/25
convince [1] 80/13
convinced [3] 9/4 9/5 20/24
convincing [1] 9/2
COOKE [1] 1/10
cookie [2] 35/13 35/15
cooperate [1] 60/14
cooperating [1] 60/9
cooperator [2] 121/11 121/15
coordinating [1] 30/19
copies [2] 3/8 99/20
copy [6] 7/24 48/8 48/10 48/12 48/25 96/15
correct [3] 4/23 21/17 21/19
correction [1] 4/12
corrections [1] 97/5
correspondences [2] 3/25 11/16
cost [1] 68/3
cottage [1] 70/11
could [22] 3/15 6/2 6/22 34/24 57/18 61/12 61/19 64/6 72/16 79/4 83/2 83/3 83/7 86/20 98/13 98/17 101/10 103/13 106/15 107/21 108/7 122/19
couldn't [2] 61/13 81/16
counsel [18] 6/12 7/9 7/12 21/7 21/22 45/1 47/18 49/9 61/15 80/2 83/24 97/2 98/7 99/14 99/16 114/23 115/1 121/10
Counsels' [1] 21/6
count [8] 11/21 12/7 18/12 20/2 27/17 44/9 44/24 96/17
country [3] 65/20 96/3 117/16
counts [11] 11/21 11/24 12/2 12/2 22/9 22/9 26/18 44/13 44/21 84/10 96/5
couple [1] 96/9
coupon [1] 15/24
course [8] 13/6 14/12 15/10 58/7 58/12 93/15 102/9 119/12
court [52] 1/1 1/22 2/4 3/2 4/10 4/17 5/18 5/23 5/25 6/4 21/21 32/22 33/10 40/17 45/10 45/24 46/18 47/20 53/16 56/9 60/18 65/24 74/22 83/23 96/13 96/22 96/25 97/14 100/24 101/5 101/22 104/18 105/3 105/5 105/24 107/2 108/3 109/15 109/23 112/2

**C**

court... [12]  116/21 118/14 119/6 119/15
119/17 121/7 121/14 121/16 121/24 123/7
123/12 126/9
Court's [3]  8/9 101/23 104/5
courthouse [5]  47/11 47/12 47/15 47/22
126/9
courtroom [11]  47/17 96/20 97/17 97/20
112/10 115/7 115/24 116/16 124/4 124/5
125/22
cover [12]  24/20 26/3 26/25 41/19 71/2 85/2
85/6 85/11 89/3 91/22 91/22 95/14
cover-your-ass [1]  41/19 91/22 91/22
covered [5]  24/5 24/8 26/24 72/20 89/3
covering [1]  79/8
covert [3]  11/12 33/11 121/21
coverup [17]  22/2 25/7 25/11 25/12 25/13
25/21 26/15 34/14 39/23 40/16 72/25 79/19
90/12 90/13 91/23 91/25 92/2
coverups [1]  90/3
CR [1]  1/2
crazy [2]  64/9 93/21
created [4]  26/3 33/2 33/2 92/1
creates [2]  43/16 43/17
credibility [1]  42/2
credible [1]  71/15
credit [1]  16/1
Creole [3]  109/9 110/1 114/12
Creole-speaking [1]  110/1
crime [25]  12/10 12/13 14/14 14/15 14/20
16/14 16/15 16/17 17/3 17/8 18/13 18/19
19/3 19/4 19/8 19/10 19/12 20/3 20/3 20/5
20/6 20/10 51/8 58/1 60/13
crimes [5]  11/21 20/8 22/7 40/20 51/20
criminal [8]  16/20 60/12 92/7 92/12 92/19
100/9 108/23 125/23
criminally [2]  18/20 18/25
cross [2]  6/7 102/18
cross-examination [2]  6/7 102/18
CRR [2]  1/22 126/8
crying [1]  35/7
curious [1]  73/25
curtains [1]  33/1
customer [1]  111/11

**D**

dance [2]  102/12 102/13
databanks [1]  74/13
date [9]  19/9 19/10 19/12 19/13 65/3 75/13
75/14 96/20 126/8
DAVIDSON [14]  1/14 6/21 7/3 21/15 45/4
61/3 61/5 84/4 96/7 98/15 115/9 119/4
120/22 122/12
day [10]  1/8 29/8 62/23 67/16 69/23 75/15
89/1 89/13 112/4 125/7
days [5]  69/3 69/10 117/18 117/18 124/7
deadbeat [2]  77/13 78/16
deal [33]  23/15 23/16 27/24 31/20 31/22
31/24 32/10 32/11 32/13 32/16 34/3 34/8
34/12 34/16 34/25 36/24 42/23 43/25 44/5
44/16 57/14 62/14 68/22 68/24 70/22 70/23
71/8 87/19 87/20 89/22 90/3 90/5 92/12
dealing [1]  108/10
deals [13]  22/11 39/14 39/18 42/16 42/18
44/11 44/12 67/7 67/18 90/2 92/8 94/1 94/1
debentures [1]  15/23

debit [1]  15/25
decade [1]  110/2
deceive [5]  13/7 13/24 15/10 19/25 51/16
deceiving [1]  27/15
December [7]  60/7 60/22 61/19 62/8 62/18
68/25 81/7
December 2008 [1]  60/7
December 26 [1]  61/19
December 29th [1]  62/8
deception [1]  11/9
decide [18]  7/21 10/5 10/11 11/7 13/17
20/12 20/13 20/18 41/25 57/24 68/4 89/15
89/16 93/8 93/10 105/25 106/1 107/4
decided [7]  24/25 33/24 77/9 83/4 90/5
92/22 92/22
decides [1]  123/12
deciding [1]  7/17
decision [2]  8/3 8/15 9/15 10/7 11/9 13/19
13/20 32/1 33/24 94/24 94/25 94/25 95/1
95/4 95/4 95/10 95/12 100/19 113/22 123/9
decisions [3]  22/8 33/15 35/5
declarant [3]  3/22 4/2 11/19
deductions [1]  9/19
deep [1]  78/21
defendant [86]  1/7 1/17 6/17 7/12 7/22 8/5
8/10 8/11 8/12 8/13 8/14 8/17 9/4 11/21
11/24 12/3 12/7 12/12 12/15 12/21 12/22
14/8 14/19 14/22 15/3 15/7 17/7 17/12 18/2
18/5 18/13 18/14 18/18 18/18 18/20 18/21
18/23 18/23 18/25 19/2 19/3 19/6 20/4 20/7
20/10 20/12 20/13 22/3 23/2 23/3 23/8 25/4
26/20 27/18 28/24 29/13 31/5 31/6 31/8
31/13 32/6 32/9 32/11 33/18 34/17 40/20
40/21 40/25 42/15 42/17 42/18 43/3 43/12
49/15 83/2 83/4 92/5 93/12 93/18 99/16
99/17 103/21 118/7 118/8 119/10 120/25
defendant's [11]  4/22 8/20 8/22 11/14
14/25 15/1 22/1 22/17 24/12 31/9 95/16
defendants [1]  121/6
Defender [1]  1/18
defense [45]  2/6 3/19 3/24 5/3 6/12 11/15
41/4 42/1 43/10 83/11 83/17 83/19 94/11
94/15 94/17 97/12 102/4 102/9 103/15
104/22 105/4 105/19 106/5 106/7 106/13
106/14 106/22 106/25 107/18 119/1 119/3
119/11 119/16 119/19 120/1 120/3 120/10
120/10 120/13 120/16 120/18 120/19
120/25 121/1 121/10
Defense's [1]  46/23
define [1]  107/15
definition [3]  16/7 99/23 104/23
definitive [1]  118/3
deflect [1]  92/6
defraud [28]  12/12 12/16 12/21 12/25 13/6
13/12 13/14 13/23 14/14 14/18 14/22 15/9
15/16 15/20 16/13 19/24 26/21 27/2 27/9
27/14 28/4 28/23 34/11 49/17 57/19 75/1
88/14 105/9
defrauded [4]  14/9 30/6 30/6 39/8
defrauding [2]  15/8 27/12
degree [1]  6/17
delay [1]  67/12
deleted [1]  47/24
deliberate [5]  97/21 116/22 116/25 123/22
124/22
deliberated [2]  108/16 125/13
deliberating [5]  97/23 97/25 108/23 117/25

125/12
deliberation [2]  104/13 116/2
deliberations [20]  7/20 8/1 11/23 20/17
96/10 96/13 97/16 108/15 108/17 110/16
111/19 117/23 119/13 119/18 123/1 124/24
125/7 125/11 125/15 125/16
delivered [1]  13/5
delivers [1]  13/2
demand [5]  57/1 72/1 72/3 83/12 94/19
demanded [1]  71/6
demands [1]  57/1
denied [1]  6/19
denim [6]  59/11 64/3 66/22 68/4 69/21
91/10
depend [1]  11/10
deposit [3]  15/24 76/3 76/4
deposited [4]  12/23 14/4 75/21 76/6
depositing [2]  12/23 14/8
deposits [3]  76/13 76/15 76/17
described [1]  17/15
description [2]  85/1 85/1
designed [1]  66/23
desire [1]  96/2
desires [1]  96/3
desperate [7]  69/20 69/21 70/9 72/14 78/17
82/17 89/11
desperately [1]  89/17
desperation [4]  74/9 94/11 95/20 95/24
despite [3]  73/25 78/19 118/20
detail [2]  11/11 67/17
details [3]  14/3 17/1 17/25
detection [1]  88/1
determine [2]  20/9 111/14 118/24
device [1]  14/22 15/9
devices [2]  11/13 33/12
devise [2]  15/14 27/14
devised [3]  12/15 26/20 27/9
diane [6]  1/22 1/24 4/5 48/20 126/8 126/8
dictionary [1]  99/1
did [80]  3/15 6/7 10/12 10/13 10/15 10/16
10/16 10/18 10/20 10/25 14/8 21/16 23/2
27/16 29/15 33/6 33/9 35/8 35/9 35/11
35/16 35/21 35/22 37/15 39/10 40/23 41/5
41/14 42/14 42/15 42/18 43/25 49/16 51/15
56/9 58/16 58/16 58/17 58/22 60/19 62/16
63/10 63/11 63/25 65/6 72/23 72/23 73/1
73/23 77/13 77/13 77/14 77/17 88/22 88/24
88/25 94/10 101/4 101/25 103/2 103/10
105/18 105/20 106/18 108/1 108/2 108/3
108/5 117/7 118/7 119/10 119/11 119/21
120/6 121/7 121/8 121/16 121/20 121/21
123/4
didn't [41]  10/25 23/17 24/1 24/2 26/14
30/7 35/12 35/14 37/4 37/11 37/12 37/14
37/19 37/21 48/2 49/17 49/18 53/9 55/17
60/24 73/14 73/15 73/17 76/6 77/11 77/14
85/11 88/12 89/19 94/23 95/3 101/18
102/13 103/3 105/3 105/18 105/22 105/23
109/16 112/17 121/21
differ [1]  10/20
difference [6]  10/1 54/11 54/15 86/6 86/23
87/2
different [8]  4/23 11/1 16/9 35/4 38/13
101/12 105/8 116/20
differently [1]  20/25
difficult [3]  35/17 116/23 125/15

**D**

difficulty [1]  108/11
dilemma [1]  93/20
diligence [1]  67/18
diligent [1]  67/17
direct [7]  9/21 9/22 10/2 46/8 96/12 102/18
104/17
directing [1]  18/16
direction [2]  18/17 111/18
directions [1]  69/14
directly [2]  10/19 14/17
directs [1]  18/24
dirty [4]  31/24 32/11 32/13 32/16
disadvantage [1]  120/17
disagree [1]  109/19
disagrees [1]  6/12
disbelieve [1]  10/7
disclose [3]  14/24 15/2 15/6
disclosure [2]  6/8 6/9
discount [18]  54/11 54/15 55/22 55/25 56/1
56/2 56/3 56/4 56/8 56/8 56/10 56/13 56/21
57/15 57/17 57/18 57/20 57/21
discrepancy [1]  4/4
discretion [1]  121/16
discuss [8]  20/20 40/7 49/19 62/11 65/2
105/13 113/5 113/12
discussed [6]  6/6 33/4 41/11 68/18 69/17
88/18
discusses [1]  104/22
discussing [5]  18/7 20/22 40/6 116/1 116/5
discussion [4]  24/25 33/5 33/6 37/5
discussions [1]  7/19
disobey [1]  19/18
dispense [3]  40/4 91/13 91/19
disprove [1]  9/25
dispute [2]  104/2 104/3
disqualifies [2]  111/21 111/22
disregard [4]  8/9 9/14 19/18 125/10
distance [1]  92/8
distinction [1]  4/23
distraction [3]  43/5 43/18 43/18
distributed [1]  73/6
distribution [1]  24/19
district [5]  1/1 1/1 1/11 110/15 121/16
diversifying [1]  64/11
diversion [1]  92/4
do [165]
doctored [1]  120/16
document [10]  24/13 25/7 25/22 26/2 41/6
41/7 41/9 80/10 91/22 91/23
documents [6]  5/7 41/19 42/2 74/8 81/21
115/16
does [40]  8/12 8/13 8/20 10/9 13/3 13/19
14/2 14/5 14/8 16/22 16/25 17/6 19/9 30/17
40/25 43/11 45/8 45/18 57/13 57/23 60/23
64/21 65/6 65/7 77/24 78/15 78/21 79/15
80/6 81/5 81/25 82/2 89/25 93/11 112/2
115/12 116/13 117/11 119/6 119/9
doesn't [26]  11/4 18/8 18/9 18/11 24/17
24/18 26/8 30/12 31/21 36/15 36/16 50/23
58/7 59/23 59/23 60/21 63/1 63/23 77/24
78/10 78/16 85/19 94/5 95/20 101/18
116/10
dog [2]  35/12 37/19
doing [12]  30/25 31/2 47/14 67/3 67/21
79/3 80/11 80/12 87/20 101/24 103/21

dollars [5]  23/19 44/23 63/4 79/25 80/1
121/24
don't [71]  6/15 6/16 33/14 36/11 39/13 41/6
41/13 41/13 41/15 41/15 41/18 41/23 42/2
42/7 42/24 43/13 43/14 46/1 56/13 57/6
57/20 59/3 66/6 66/7 71/1 71/9 71/9 71/18
71/20 71/24 74/7 74/8 74/17 74/20 78/20
79/3 85/6 90/2 90/3 91/25 95/6 98/19
100/23 102/25 104/12 105/2 105/11 106/24
107/15 109/10 110/4 110/13 110/16 111/21
112/15 112/18 112/20 112/21 112/22 113/7
113/8 113/15 114/2 114/3 114/8 115/25
117/24 119/20 122/7 122/11 123/14
done [8]  18/15 18/16 19/14 28/10 40/20
92/8 93/25 103/1
door [6]  61/11 82/25 96/23
doors [1]  70/22
double [2]  36/3 57/6
doubt [22]  7/23 8/17 8/21 8/22 8/23 8/23
9/1 9/5 12/14 14/21 17/9 19/6 19/11 40/19
41/3 45/24 71/5 72/24 72/24 77/3 116/21
116/24
Doug [102]  52/18 53/4 53/11 55/4 57/8
57/10 60/19 60/25 61/20 61/20 62/9 62/22
63/1 63/9 63/22 64/14 64/17 65/4 65/9
65/22 65/25 66/2 66/10 66/12 66/16 67/3
67/5 67/10 67/11 67/20 67/22 67/23 67/23
67/25 68/5 68/8 68/24 69/1 69/5 69/11
69/14 69/20 69/24 70/5 70/10 70/18 70/23
71/2 71/4 71/8 71/10 71/2 71/16 71/20
71/25 72/6 72/14 72/17 72/19 72/23 73/5
73/17 73/23 74/4 74/15 74/18 74/19 74/24
75/1 75/7 75/8 75/14 75/16 75/23 75/25
76/22 77/8 77/11 77/13 77/24 78/1 78/2
78/4 78/15 78/19 78/25 79/4 79/6 79/8
79/15 79/18 79/20 80/4 80/22 80/23 81/12
81/25 82/6 82/7 82/11 82/12 82/13
Doug's [9]  65/12 65/14 73/3 73/10 73/13
75/5 76/2 76/17 81/16
DOUGLAS [7]  1/6 22/7 22/22 51/21 52/13
88/23 99/13
down [13]  27/22 28/2 39/3 48/22 48/24
57/1 58/17 58/18 59/10 73/21 90/25 103/1
123/20
downtown [1]  47/14
draft [2]  5/14 15/24
drafts [1]  123/17
dragged [1]  70/2
drags [1]  32/3
drawing [2]  32/24 32/25
dreaming [1]  64/10
dreams [5]  35/21 89/6 89/7 95/18 95/18
drew [1]  32/25
drink [1]  46/15
driving [1]  69/12
dropping [1]  122/1
due [3]  67/18 69/20 107/22
dump [13]  30/23 34/10 36/11 36/12 36/13
36/18 39/19 39/22 50/18 53/14 87/8 87/17
88/3
dumping [2]  50/7 56/17
dumps [2]  30/20 31/2
during [12]  8/4 9/14 11/2 11/23 17/14
21/10 65/19 79/1 110/16 118/9 119/11
119/12
duty [2]  7/16 81/22
Dykstra [3]  115/22 115/23 115/25

**E**

e-mail [12]  24/23 25/5 25/21 26/9 41/6
41/17 61/22 85/5 90/15 90/25 90/25 123/6
e-mails [31]  3/21 4/19 4/20 4/24 25/11
25/14 25/15 41/21 42/6 60/25 61/3 61/6
61/17 62/8 79/18 80/4 81/20 83/7 85/8
88/10 90/7 90/9 90/13 90/17 91/4 91/7 91/8
91/10 91/16 91/25 92/1
each [10]  10/5 11/21 14/13 16/11 20/2 20/3
20/18 93/24 94/1 96/17
earlier [4]  46/25 69/12 85/25 91/10
early [3]  44/25 108/17 111/19
earn [1]  88/5
earth [2]  76/21 76/23
Eastern [1]  67/12
easy [7]  38/16 51/1 86/17 107/14 107/14
108/6 108/17
eat [2]  35/14 102/6
echoed [1]  115/10
Eco [1]  66/24
Eco-friendly [1]  66/24
economic [1]  65/19
economy [1]  62/3
educate [2]  104/24 120/23
educated [1]  115/15
education [2]  111/10 111/22
effect [2]  42/22 94/19
effectively [2]  13/15 15/20
effort [3]  17/2 115/18 117/4
efforts [2]  15/13 118/20
eight [8]  3/17 3/18 4/7 4/12 4/17 5/11 52/12
52/18
either [11]  8/5 10/2 13/12 15/17 83/20
93/14 94/23 96/24 107/18 108/7 108/16
elder [1]  110/24
electronic [3]  3/25 11/16 28/13
elements [3]  26/17 28/15 107/2
elephant [2]  42/9 107/6
Eleventh [2]  104/15 124/3
Elmo [4]  6/22 6/24 6/25 49/10
else [15]  4/8 4/9 5/9 14/1 16/16 20/1 30/17
72/7 79/15 87/3 97/12 98/23 102/15 116/12
126/1
else's [2]  89/7 96/3
embraces [1]  15/13
employee [1]  18/24
employees [1]  59/2
enable [1]  117/20
encompass [1]  5/2
encompasses [1]  5/5
end [10]  51/15 52/25 53/12 56/1 60/16
65/24 68/4 77/1 90/24 102/14
ends [1]  60/3
enforcement [6]  11/13 33/12 92/21 95/21
96/1 121/21
engage [2]  100/9 101/19
engaged [7]  11/24 12/3 17/15 50/17 50/19
101/19 125/16
engaging [2]  42/21 43/15
English [7]  111/16 114/6 114/8 114/15
114/20 116/7 117/16
engulf [2]  122/3 122/6
enjoyed [1]  24/24
enough [4]  5/2 44/17 77/4 113/22
ensnare [2]  100/14 122/3
ensnaring [1]  107/10

**E**

ensnarl [1]  93/12
ensnarled [1]  83/12
entangle [1]  122/6
entangled [3]  100/14 107/12 122/4
entered [4]  29/13 112/10 115/24 124/5
enthusiasm [1]  77/20
entire [3]  43/4 87/10 123/5
entirely [1]  17/21
entities [2]  16/9 75/24
entitled [3]  85/24 117/1 126/7
entrapment [47]  83/11 83/16 97/7 97/10
  99/23 102/2 102/3 102/20 102/22 103/8
  103/11 103/14 104/10 104/11 104/11
  104/17 104/18 104/23 105/7 105/18 106/5
  106/14 106/19 106/22 106/23 107/17 118/4
  118/7 118/11 119/1 119/3 119/11 119/14
  119/16 119/19 119/24 120/1 120/6 120/10
  120/12 120/19 121/7 121/9 122/3 122/6
  122/8 123/19
entrapped [1]  83/14
entry [1]  64/7
envelope [3]  27/5 27/6 52/10
envelopes [1]  27/4
environmental [1]  111/2
Epstein [90]  4/19 4/21 41/20 42/10 42/10
  42/13 42/14 42/16 42/18 43/1 43/2 43/4
  43/12 43/18 53/4 53/5 53/10 55/4 57/4 57/7
  59/9 60/8 60/11 60/19 60/20 60/25 61/7
  62/7 62/15 62/18 62/22 63/7 63/10 63/12
  64/21 65/6 66/2 67/5 67/11 67/21 68/6 68/8
  68/25 69/3 69/24 70/6 70/7 70/17 71/11
  72/15 72/17 77/8 80/25 81/1 82/20 83/2
  83/7 83/7 91/1 91/10 91/15 91/21 91/25
  92/3 92/7 92/9 92/10 92/13 92/15 92/18
  92/25 93/4 93/13 93/18 93/23 93/25 100/10
  100/13 100/19 101/8 101/12 102/8 102/11
  102/14 102/18 102/24 103/6 106/19 107/11
  107/11
Epstein's [6]  28/18 56/24 60/3 60/5 60/18
  79/12
equation [1]  86/17
equities [1]  122/9
error [2]  5/24 120/1
escort [1]  98/3
especially [1]  77/25
essence [1]  119/25
essential [2]  66/14 94/7
essentially [1]  104/19
establish [1]  18/8
et [2]  121/12 122/6
eve [1]  69/11
even [26]  6/7 8/7 14/8 17/20 18/13 30/7
  30/24 31/11 34/11 42/2 57/6 57/25 63/11
  65/22 71/15 73/12 76/24 78/8 79/2 79/10
  101/13 103/12 107/20 119/11 119/20
  125/14
event [2]  17/20 18/6
ever [2]  66/21 102/3
every [12]  8/11 16/20 16/21 18/14 29/8
  44/24 81/24 86/24 103/20 103/20 112/4
  122/5
everybody [6]  30/6 48/6 88/9 116/12
  120/14 123/8
everyday [1]  115/18
everyone [10]  23/24 30/17 48/19 96/3

101/13 107/16 108/10 112/14 118/16
  120/17
everything [7]  4/9 26/22 47/5 47/10 58/18
  67/3 87/3
evidence [68]  3/17 4/17 4/22 6/9 6/10 8/3
  8/11 8/13 8/25 9/7 9/8 9/10 9/16 9/18 9/20
  9/22 9/24 10/2 10/3 10/4 10/21 10/23 10/24
  16/2 18/13 20/3 20/9 20/20 21/4 22/3 22/13
  22/16 35/22 40/22 40/24 41/1 42/3 43/14
  43/19 43/22 43/22 49/19 50/17 50/18 50/19
  50/20 50/23 53/23 57/21 58/3 60/23 61/12
  73/12 73/17 74/7 75/1 77/7 77/8 78/14
  78/25 81/15 92/5 95/13 100/4 101/21 103/4
  105/22 116/23
evidencing [1]  16/6
evil [3]  37/13 37/13 37/14
exact [3]  5/1 19/10 69/14
exactly [4]  4/10 55/2 104/3 122/8
examination [2]  6/7 102/18
examine [1]  20/23
example [1]  54/12
exceed [1]  45/18
excellent [1]  64/6
except [4]  9/13 23/24 101/9 102/20
exchange [4]  52/7 52/10 62/9 88/8
exchanges [3]  14/17 15/5 16/13
excited [1]  98/7
exclude [1]  8/21
excluded [1]  101/22
excluding [1]  76/14
exclusive [1]  14/7
excuse [16]  11/14 41/2 44/13 95/25 97/5
  105/21 108/25 111/19 111/25 115/19
  116/18 117/5 117/21 120/16 122/13 122/25
excused [6]  98/6 109/13 111/6 111/25 117/6
  124/15
excusing [1]  118/18
executive [1]  95/7
exercise [2]  108/1 108/4
Exhibit [17]  22/15 22/24 23/5 24/22 31/6
  33/16 33/19 34/13 35/25 36/4 36/9 36/22
  38/8 39/24 41/4 85/17 87/11
Exhibit 11A [1]  87/11
Exhibit 2A [1]  36/22
exhibits [12]  3/19 3/21 3/24 4/1 4/1 9/9
  11/15 11/18 11/18 42/1 98/8 98/9
exist [1]  58/7
exited [2]  115/7 116/16
expand [1]  58/20
expands [1]  58/11
expansion [2]  24/19 68/10
expect [3]  54/13 55/22 55/25
expended [1]  125/1
expense [2]  71/20 71/21
expenses [3]  75/20 76/10 76/23
experience [1]  26/2
experiences [1]  35/10
expert [4]  56/9 86/19 86/22 86/25
explain [9]  8/6 20/18 53/21 54/21 68/10
  83/1 86/20 92/10 114/19
explained [2]  28/7 32/22
explaining [5]  28/14 114/5 114/6 114/14
  114/15
explanation [2]  6/2 117/1
explanatory [1]  96/16
explicitly [3]  106/18 107/9 109/22
export [1]  111/8

express [5]  27/7 28/18 52/7 52/10 118/22
extension [1]  81/3
extensively [1]  121/5
extent [2]  106/21 123/12
extra [1]  35/25
eye [4]  58/21 62/18 62/19 63/12
eyes [2]  77/10 93/24
eyewitness [1]  9/24

**F**

F.2d [1]  124/1
F.3d [1]  123/24
face [1]  35/14
faced [1]  93/20
facilities [3]  14/17 15/5 16/12
facing [1]  65/20
fact [25]  9/23 9/25 10/24 11/11 12/20 13/11
  13/15 13/16 13/16 13/18 14/23 14/24 15/16
  15/21 27/1 27/19 28/8 42/15 73/25 78/20
  83/3 90/21 90/24 111/21 125/2
factors [1]  110/9
facts [10]  7/22 9/15 9/25 12/13 14/20 17/8
  21/3 31/12 32/21 33/13
factual [1]  9/12
failed [2]  14/24 120/7
failing [1]  29/1
fails [3]  8/17
failure [2]  15/1 15/6
fair [7]  46/6 56/10 82/10 82/10 106/2 107/3
  122/2
fairness [1]  101/6
fake [10]  25/14 25/15 29/13 30/8 31/1 34/4
  35/1 85/5 88/10 88/10
false [13]  12/17 12/19 13/8 13/10 13/13
  13/22 14/5 15/11 15/15 15/19 26/23 50/7
  63/2
falsely [1]  10/23
family [1]  73/20
far [3]  61/12 69/17 92/8
Farms [3]  22/12 23/9 23/12
fast [2]  38/14 48/21
fax [1]  126/11
FBI [13]  24/16 25/8 26/1 28/14 40/14 70/14
  73/25 74/2 74/21 74/23 76/25 88/8 95/22
February [13]  62/19 65/9 66/2 66/12 66/16
  66/21 67/5 67/11 67/25 68/8 69/1 81/8
  90/20
February 21st [1]  67/5
February 22nd [1]  65/9
February 24th [2]  67/11 67/25
February 26th [1]  68/8
February 4th [2]  66/2 66/12
February 5th [2]  66/16 66/21
federal [12]  11/12 12/5 12/10 14/15 16/15
  16/17 27/7 28/18 33/11 52/6 52/9 74/2
FedEx [3]  27/4 27/5 27/6
feel [9]  4/9 8/1 32/2 32/18 32/20 43/1 113/5
  113/7 113/10
feelings [1]  68/23
feels [2]  36/19 107/22
fees [1]  94/9
feet [4]  59/10 67/4 73/8 100/23
felon [1]  42/13
felt [1]  43/2
Ferguson [1]  126/9
Ferrari [5]  38/14 38/24 39/10 39/11 86/1
few [10]  10/12 37/3 37/20 50/1 59/10 63/5

**F**

few... [4]  64/18 72/2 79/25 124/7
fiduciary [21]  22/3 22/4 22/19 29/6 29/9
  39/12 44/2 44/20 51/12 51/13 51/23 51/24
  52/11 52/15 52/16 52/20 53/18 53/19 86/11
  94/13 95/23
Fifteen [1]  80/2
figures [1]  31/24
file [1]  80/3
fill [2]  38/21 39/3
filled [1]  111/7
finally [2]  52/22 70/7
financial [4]  13/25 13/25 20/1 20/1
financing [5]  61/24 61/25 66/1 68/13 70/7
find [12]  7/22 8/17 18/5 19/9 21/19 20/4
  20/12 31/25 44/18 99/2 116/24 122/5
finding [2]  18/25 116/21
findings [1]  81/15
finds [2]  31/23 36/18
fine [3]  29/19 110/3 115/10
finish [3]  106/10 119/23 120/6
finished [1]  21/15
firm [4]  37/17 37/22 38/1 38/4
first [30]  22/14 23/10 23/15 24/10 24/13
  26/18 37/18 37/20 37/24 38/2 41/12 42/11
  43/25 44/11 44/12 54/18 55/20 61/10 69/10
  72/2 75/14 82/24 90/15 98/9 99/19 100/3
  103/23 117/14 119/2 125/23
fit [1]  104/20
five [9]  7/4 7/5 21/18 42/16 52/17 54/21
  57/5 57/14 94/1
fix [3]  107/14 107/15 108/7
fixes [2]  107/19 108/17
FL [2]  1/23 126/10
flag [1]  44/19
Flagler [1]  1/18
flags [2]  95/21 95/25
flat [3]  57/5 90/13 90/18
flat-out [2]  90/13 90/18
flavor [1]  84/12
flies [1]  31/22
flipped [1]  120/9
FLORIDA [16]  1/1 1/5 1/16 1/19 24/18
  28/16 31/22 32/13 34/2 40/2 62/12 67/24
  70/4 79/11 79/13 91/12
flsd.uscourts.gov [1]  1/24
fly [2]  67/24 70/3
Flying [1]  64/15
focus [6]  33/12 43/12 43/13 43/14 43/19
  43/19
focuses [2]  64/2 84/24
follow [6]  7/17 8/6 8/7 14/11 33/13 64/15
followed [1]  17/5
following [11]  4/18 12/13 14/20 17/8 21/8
  45/3 56/23 57/4 69/19 82/23 97/3
follows [1]  31/15
forbidden [1]  47/23
forbids [2]  19/18 19/21
foregoing [1]  126/6
foreign [1]  64/8
foreman [1]  117/11
foreperson [6]  96/12 96/12 96/19 108/15
  115/20 118/20
foreseen [1]  14/13
forfeiture [1]  49/1
forget [1]  11/5

form [6]  72/6 96/14 96/19 102/2 111/5
  111/8
formal [3]  8/10 16/24 63/23
forms [1]  16/7
formulating [1]  104/16
forth [1]  105/23
forward [18]  30/7 31/9 31/25 33/18 33/21
  33/22 33/24 33/25 42/25 68/5 68/5 68/24
  69/2 69/9 90/6 93/7 105/18 120/23
forwarded [1]  62/13
fought [1]  27/23
found [11]  12/12 14/20 17/8 29/22 74/24
  75/13 79/12 81/20 120/3 121/14 121/15
four [10]  12/22 15/7 17/17 29/14 42/16
  51/21 52/11 52/12 69/3 100/12
fourth [1]  23/11
fragrance [1]  66/25
fraud [40]  11/25 12/4 12/8 14/7 15/13
  24/19 25/22 27/8 28/5 30/2 30/19 30/22
  31/3 31/10 35/2 35/6 36/18 41/12 42/4 42/5
  42/14 42/18 42/21 43/3 43/15 43/17 44/6
  44/7 44/8 44/11 44/22 44/24 84/5 85/9
  87/25 88/24 89/2 91/19 92/10 92/24
fraudulent [11]  12/17 12/19 13/8 13/10
  13/14 14/5 15/11 15/15 15/19 26/23 29/14
free [20]  8/1 38/7 38/11 38/12 53/25 54/4
  54/9 54/12 54/18 54/20 55/13 55/14 55/14
  55/17 56/7 60/1 86/23 97/15 107/11 124/8
free-trading [16]  38/7 38/11 38/12 53/25
  54/4 54/9 54/12 54/18 54/20 55/13 55/14
  55/14 55/17 56/7 60/1 86/23
French [3]  41/19 109/9 114/12
fresh [1]  125/17
Friday [3]  14/6 65/2 65/5
friend [5]  28/4 28/5 32/12 32/12 32/16
friendly [1]  64/8
front [1]  48/23
full [3]  35/8 123/19 125/6
full-grown [1]  35/8
fullness [1]  122/18
fully [1]  20/19
fund [75]  22/21 23/3 23/15 23/23 27/2 27/9
  27/12 27/25 28/4 29/3 29/4 29/5 29/16
  29/22 35/3 36/23 37/7 39/5 44/1 49/17 51/9
  51/13 51/16 51/17 51/23 51/24 52/4 52/15
  54/5 54/17 55/5 55/13 55/16 56/25 57/1
  57/12 58/7 58/8 58/15 58/24 59/3 59/6
  59/14 59/17 59/22 59/25 64/13 66/15 66/21
  69/16 70/22 73/3 75/7 75/17 75/19 75/22
  76/2 76/5 76/7 76/23 77/18 79/11 82/2
  85/15 85/18 85/25 86/8 86/11 87/14 87/15
  87/18 87/20 87/21 88/5 88/15
fund-raising [1]  69/16
funding [8]  59/9 64/21 66/4 66/13 66/19
  67/14 68/18 77/3
funds [7]  50/12 58/24 58/25 59/3 63/6 66/9
  69/25
further [10]  28/10 30/19 30/21 31/3 34/11
  44/8 87/25 98/4 114/23 115/1
furtherance [1]  28/12
future [5]  30/12 30/12 30/13 30/14 30/16

**G**

gain [2]  13/25 20/1
gamble [1]  59/23
gamblers [1]  58/25
gambling [1]  59/4

gas [5]  22/6 23/24 31/4 94/6 94/9
gate [1]  86/14
gauge [1]  45/9
gave [11]  3/7 11/2 29/4 39/5 40/5 48/25
  61/6 64/18 75/8 75/22 82/5
GED [1]  111/2
general [5]  15/13 18/3 63/19 63/23 85/1
generate [1]  63/6
gentlemen [32]  7/6 7/15 7/24 11/3 20/15
  21/2 46/19 47/7 49/8 49/16 53/12 55/20
  57/15 58/25 62/5 72/14 73/2 73/10 73/20
  76/24 78/19 79/6 80/5 81/19 82/4 82/21
  83/25 96/8 97/15 124/19 124/20 125/19
George [1]  80/14
get [59]  21/1 27/3 28/25 30/10 30/24 36/12
  38/14 38/24 39/3 40/2 41/24 46/5 48/12
  55/1 55/17 55/22 56/11 59/10 60/13 60/14
  62/2 62/3 62/20 62/24 63/1 65/25 66/11
  67/3 67/23 69/20 70/25 71/9 71/18 71/24
  72/13 72/16 73/6 73/7 77/4 79/9 82/1 83/10
  83/15 86/10 89/15 89/20 96/11 98/4 98/7
  100/13 105/8 107/10 110/17 112/8 117/23
  118/10 123/18 124/11 125/6 126/2
gets [7]  60/8 60/22 70/24 75/14 78/7 78/8
  105/13
getting [10]  39/14 53/22 54/17 66/8 68/7
  68/20 77/11 85/23 86/12 107/11
give [35]  10/1 20/24 44/3 45/10 45/21 45/22
  45/23 59/12 62/10 65/2 67/6 69/13 69/19
  77/22 77/22 80/7 80/9 80/13 80/18 80/19
  81/5 81/17 85/4 85/18 89/25 93/20 95/17
  95/20 96/9 104/19 105/3 118/6 118/21
  119/15 121/20
given [9]  6/8 11/22 50/12 64/6 82/17 95/4
  108/17 111/24 117/4
gives [5]  54/3 70/14 84/12 95/25 105/5
giving [5]  50/4 71/6 97/9 120/16 121/16
glad [2]  40/1 65/5
glaring [1]  100/18
go [49]  3/14 3/18 7/19 21/14 25/1 26/19
  31/15 32/19 34/11 36/2 38/15 38/15 38/24
  39/3 42/24 42/25 43/21 45/15 46/14 47/4
  49/14 58/17 58/17 59/3 66/18 67/23 68/24
  83/20 85/3 86/13 87/2 90/8 92/13 92/14
  93/9 93/14 96/16 106/10 109/5 112/2 112/8
  113/11 114/9 114/10 120/23 122/4 122/5
  122/8 124/12
go-between [2]  92/13 92/14
goals [1]  18/8
goes [8]  22/17 26/3 31/22 60/21 73/21 76/10
  90/24 103/9
going [103]  11/14 21/14 22/18 25/1 25/4
  25/6 25/14 30/17 31/7 31/25 32/23 40/6
  43/7 43/8 45/11 46/11 46/12 46/24 47/2
  48/21 48/22 49/19 49/20 50/22 51/2 53/21
  53/22 54/13 55/5 55/22 57/2 57/10 59/17
  59/18 59/21 59/25 60/17 60/23 61/1 62/9
  63/5 63/6 63/22 65/24 65/25 66/10 67/14
  68/5 68/5 68/12 69/2 69/21 72/13 73/6 73/7
  73/8 73/9 73/21 77/10 77/17 77/22 78/24
  79/9 79/13 79/14 79/17 80/6 80/9 80/18
  80/19 82/13 86/13 87/6 88/21 90/21 91/24
  93/3 94/18 99/2 101/19 101/25 102/2 102/3
  105/22 110/11 110/18 111/17 112/7 112/7
  113/3 116/12 116/14 117/12 117/21 118/1
  122/12 122/13 122/22 122/24 122/25 123/3
  125/4 125/14

# G

**golf [9]** 22/6 23/23 24/5 31/4 93/15 93/15 93/19 93/20 94/6
**gone [4]** 81/17 81/18 86/15 90/25
**good [29]** 3/4 3/5 3/6 7/15 10/16 31/22 32/25 37/6 62/24 63/9 64/19 69/21 71/21 71/23 77/15 78/10 78/16 85/16 89/25 90/3 90/5 92/17 92/18 112/12 113/10 113/11 114/9 115/25 117/18
**good-looking [1]** 77/15
**Google [1]** 30/1
**gorilla [1]** 102/10
**got [28]** 4/10 30/13 39/6 39/8 44/23 51/5 55/17 58/21 62/9 62/12 64/14 66/11 67/9 71/8 72/8 73/24 73/25 74/3 75/25 80/8 81/24 82/7 82/11 82/12 82/15 86/1 105/25 107/3
**gotten [3]** 6/15 50/20 77/4
**government [89]** 2/5 2/7 5/2 7/21 8/6 8/16 11/12 14/2 16/22 16/25 17/6 19/9 19/11 21/25 22/14 22/24 23/5 31/6 33/9 33/11 33/16 33/19 34/3 35/25 36/4 36/9 36/22 38/8 39/24 40/17 41/1 45/15 46/20 50/1 50/15 50/17 50/23 51/12 53/1 53/8 53/22 55/3 55/12 55/16 59/6 60/10 60/15 60/17 60/24 61/1 61/5 61/12 62/19 63/11 65/7 71/1 72/17 75/24 78/24 79/17 79/23 81/2 81/15 82/5 84/6 85/17 94/20 94/20 94/20 94/21 94/23 95/3 98/11 98/14 99/14 100/4 100/5 101/14 102/5 104/8 105/13 108/24 117/4 118/6 120/4 120/9 120/18 121/15 122/2
**Government's [20]** 6/10 8/19 8/21 24/22 34/13 45/13 45/16 46/23 54/8 60/3 72/25 75/6 79/7 82/18 82/19 87/11 100/18 100/19 101/21 116/19
**grade [2]** 110/24 111/22
**graduated [1]** 110/24
**grand [3]** 31/8 82/11 82/12
**grasping [1]** 120/7
**great [11]** 22/17 24/10 29/24 31/21 31/21 59/13 60/19 73/6 73/8 89/22 90/4
**greater [3]** 57/18 65/18 78/8
**greed [6]** 22/7 22/7 23/4 34/17 95/2 95/17
**greedy [2]** 23/21 28/25
**green [2]** 26/6 26/8
**ground [2]** 77/5 118/18
**group [10]** 39/6 64/21 67/17 67/19 67/19 68/2 68/19 70/15 70/15 70/16
**grow [2]** 66/1 67/4
**grown [2]** 35/8 77/9
**growth [1]** 65/19
**guard [5]** 6/13 85/22 86/13 87/5 89/14
**guardian [9]** 22/20 22/23 29/6 29/7 29/10 86/11 87/5 89/20 94/13
**guarding [1]** 29/10
**guess [4]** 58/2 58/2 69/24 74/23
**guessed [1]** 97/22
**guilt [5]** 8/11 8/16 8/20 8/22 41/2
**guilty [38]** 7/22 8/18 9/4 12/12 14/20 17/8 18/6 18/13 20/4 20/5 20/10 20/10 20/12 20/13 20/15 20/16 22/8 22/9 22/11 31/13 43/24 44/6 44/7 44/10 44/14 44/21 44/24 78/5 78/7 78/8 78/12 78/13 88/24 96/4 113/20 113/20 113/22 113/22

gushing [1] 77/20
**guy [28]** 22/25 23/3 24/11 30/13 31/16 32/2 36/23 39/12 44/3 60/20 62/12 70/13 70/17 70/17 70/18 70/20 70/20 70/22 77/15 78/17 79/10 80/12 80/18 85/15 85/18 92/7 101/16 102/12
**guys [9]** 48/10 48/21 67/12 67/17 68/12 68/22 79/5 79/10 102/13

# H

**had [64]** 3/16 5/16 6/1 6/3 10/6 18/3 25/19 25/25 26/2 29/15 29/18 34/8 34/22 34/22 35/3 35/20 37/5 38/5 39/10 46/10 48/7 49/1 50/17 50/17 50/19 50/19 53/4 53/14 53/15 56/7 61/5 64/19 67/20 71/2 71/16 72/19 72/20 74/1 77/10 77/12 77/19 77/24 88/13 88/16 88/17 89/6 90/9 91/17 92/10 95/8 99/10 100/21 101/9 101/10 102/8 102/23 109/14 110/1 110/14 110/15 116/2 118/12 119/18
**Haiti [1]** 114/9
**half [16]** 13/15 15/20 55/2 55/2 55/15 55/24
**hamburger [1]** 90/1
**hand [2]** 35/13 116/13
**happen [2]** 41/14 106/17
**happened [7]** 5/20 34/2 53/15 101/15 103/9 114/3 119/9
**happening [1]** 61/22
**happens [6]** 18/10 53/12 70/24 70/25 75/15 81/5
**happy [2]** 30/9 103/12
**hard [6]** 35/7 35/10 35/10 35/16 59/2 81/17
**harder [2]** 110/9 110/9
**harm [1]** 51/16
**harmed [1]** 29/3
**has [100]** 7/21 8/21 9/4 9/23 11/21 13/18 19/11 22/15 26/1 31/18 35/23 37/16 37/17 37/22 38/1 38/19 40/17 40/20 40/21 41/23 42/3 46/20 48/20 50/24 57/17 58/3 58/23 62/12 62/20 62/20 63/19 68/25 69/20 70/1 70/5 70/7 70/9 70/17 70/17 70/18 70/19 70/21 72/4 72/8 72/10 72/20 72/21 72/22 73/19 74/24 75/16 75/18 77/25 78/5 78/11 78/13 78/13 79/11 79/12 80/11 81/1 81/2 83/11 83/25 88/9 88/10 90/16 90/17 90/25 92/8 96/14 98/11 98/14 101/6 102/10 104/9 104/18 106/5 106/6 106/13 107/17 107/18 108/10 109/11 110/5 110/19 110/23 111/1 111/2 111/2 111/7 111/9 111/22 117/11 118/8 118/10 120/14 120/18 123/20
**hasn't [1]** 77/4
**haul [2]** 59/24 59/25
**have [252]**
**haven't [8]** 4/13 41/9 56/15 56/16 56/20 57/21 57/25 111/17
**having [7]** 57/22 77/16 87/2 104/10 109/1 112/13 122/18
**HBO [1]** 94/14
**he [381]**
**he's [2]** 32/9 75/25
**head [1]** 40/9
**headings [1]** 3/9
**hear [8]** 37/10 37/10 37/13 37/14 37/15 39/17 47/6 85/17
**heard [18]** 4/13 22/18 22/19 27/21 29/18 30/22 36/11 37/1 37/12 37/13 38/7 38/12 41/9 42/20 50/3 71/4 73/24 86/4

hearing [1] 66/3 109/21 123/13
**hears [1]** 66/21
**heart [3]** 17/4 58/5 58/6
**heat [1]** 44/19
**heavy [1]** 8/19
**held [1]** 61/3
**help [12]** 12/24 62/6 65/18 66/10 66/14 79/7 82/6 82/18 92/21 104/15 113/23 121/17
**helped [1]** 72/17
**helping [1]** 113/25
**her [17]** 85/4 108/4 109/22 111/4 111/10 111/13 111/15 111/15 112/4 116/9 116/13 117/1 117/1 117/10 117/13 118/19 118/20
**here [59]** 20/8 22/22 23/5 24/23 25/13 29/15 31/11 31/24 32/4 32/13 32/24 33/10 34/2 34/8 35/18 38/18 40/2 49/2 50/21 51/20 53/18 54/10 54/24 56/2 56/20 61/17 66/16 72/11 80/21 82/17 82/12 83/14 86/6 88/7 89/21 90/23 92/6 93/3 93/13 94/7 99/6 100/2 102/15 102/18 103/7 104/2 104/16 104/20 107/14 108/9 118/25 121/13 122/8 122/14 122/16 123/3 123/6 123/8 125/25
**here's [2]** 23/10 125/9
**hereby [1]** 126/6
**herself [1]** 118/22
**hesitate [1]** 20/22
**hesitation [1]** 9/3
**Hey [3]** 26/11 74/23 90/4
**Hi [6]** 25/16 25/23 63/25 64/17 66/2 69/10
**hidden [1]** 90/2
**hide [2]** 24/20 89/13
**hiding [1]** 42/14
**high [3]** 72/12 111/3 111/9
**higher [3]** 39/7 51/14 86/3
**highlighted [1]** 84/14
**him [43]** 22/8 26/21 28/16 29/12 31/4 31/19 32/4 32/9 33/20 33/23 35/7 35/10 35/17 40/5 50/12 59/12 60/5 62/17 62/17 65/7 65/8 65/25 67/22 70/14 71/6 72/16 75/8 75/22 77/8 77/9 77/16 77/19 79/1 80/13 81/1 83/5 83/15 85/18 85/18 88/5 92/24 94/16 101/15
**himself [3]** 73/20 80/11 92/8
**hints [1]** 122/1
**hire [2]** 31/8 38/21
**hired [2]** 29/6 29/6
**his [111]** 5/13 8/12 19/23 22/2 22/5 22/6 22/6 22/6 23/16 23/22 23/23 24/3 24/5 28/14 28/21 29/1 29/20 30/21 31/3 31/4 31/16 31/19 32/3 32/7 32/8 32/12 32/12 32/15 33/2 33/2 34/21 34/21 35/12 35/13 35/14 35/18 35/20 35/24 36/2 36/19 41/1 42/5 43/7 43/7 44/16 49/20 50/13 50/13 51/10 51/16 51/17 52/13 55/11 57/14 58/9 58/15 58/19 58/20 59/10 64/11 64/12 65/15 66/1 66/20 66/20 66/20 67/3 67/4 69/20 70/9 72/2 72/13 73/10 73/14 73/15 73/18 73/20 73/21 74/17 74/19 74/19 75/8 75/10 76/23 77/4 77/10 78/3 78/7 78/14 79/1 79/5 79/13 80/6 80/11 83/18 86/25 89/6 91/3 94/6 94/8 94/9 95/17 96/2 96/2 96/3 100/8 106/19 107/10 116/9 121/10
**hobbies [2]** 110/25 111/3
**hoc [1]** 120/7
**hold [3]** 54/1 59/7 118/22
**home [7]** 31/16 32/3 32/7 32/9 70/9 74/20 93/9

## H

homeowner [3]  76/12 76/20 94/9
Homeowners [1]  75/8
homework [1]  35/12
honest [3]  20/25 78/3 89/13
Honor [47]  3/4 3/11 4/3 4/10 4/25 6/23 7/4
7/11 7/14 21/12 21/13 21/24 48/4 49/1
49/10 61/8 61/16 64/24 83/22 84/5 97/13
99/15 99/18 99/24 101/2 101/5 101/17
103/9 104/7 104/14 106/4 106/7 106/11
106/17 107/6 107/13 107/25 108/5 108/6
109/6 109/19 109/25 114/25 115/3 115/21
116/17 123/11
HONORABLE [1]  1/10
hooked [1]  69/14
hope [1]  61/20
hopefully [3]  118/2 118/9 123/8
hopes [8]  35/20 66/20 89/6 89/7 89/8 89/9
95/17 95/18
hoping [3]  63/14 63/16 89/12
horizon [1]  63/18
horrible [1]  65/5
hour [12]  21/16 40/11 40/11 40/14 45/6
45/22 45/23 45/24 46/1 46/3 49/5 81/22
house [11]  28/18 56/24 60/3 60/5 60/7
62/11 62/12 62/12 70/11 77/12 79/12
how [33]  10/6 33/6 35/7 35/24 36/2 37/21
39/8 41/25 53/6 53/6 53/11 55/5 55/8 55/24
56/21 56/25 57/24 60/2 63/5 63/6 71/20
74/18 75/16 76/21 76/23 80/8 80/15 80/18
85/25 86/5 92/25 96/25 108/17
however [2]  6/20 124/23
huge [1]  67/10
human [2]  31/11 82/15
hundreds [2]  23/18 80/1
hungry [3]  72/15 72/16 82/17
hurt [3]  49/18 68/22 82/2

## I

I'll [19]  26/25 27/13 30/10 44/18 47/16
48/15 54/21 65/3 69/12 99/25 106/10
117/23 118/3 118/10 121/4 122/14 122/15
125/18 125/21
I'm [67]  4/15 5/18 6/4 6/5 11/14 21/14
21/14 25/4 27/22 28/1 31/7 31/24 32/5 32/6
32/23 32/24 35/25 36/7 40/1 40/2 41/4
46/11 47/2 49/19 51/2 53/21 53/22 54/13
56/19 60/23 61/1 67/8 68/3 69/15 73/7
78/21 80/6 80/9 83/20 86/2 95/5 101/5
102/6 102/7 102/16 102/24 103/18 110/18
111/18 112/7 112/17 113/19 114/8 114/11
115/11 118/1 119/7 119/24 122/12 122/13
122/13 122/24 122/24 123/3 125/4 125/9
125/14
I've [2]  80/8 106/20
idea [14]  25/16 25/19 25/20 27/20 28/3 31/9
34/11 37/6 44/15 59/6 63/23 64/19 71/19
84/12
ideas [8]  25/23 25/25 26/2 30/21 34/22
61/24 61/25 64/19
identities [1]  17/25
ignored [1]  57/22
illegal [2]  84/20 85/3
imagine [1]  93/21
immediate [2]  63/17 69/25
immensely [3]  37/18 37/23 38/2

impartially [1]  8/24
implement [1]  69/8
implication [2]  71/24 75/18
implied [1]  61/4
important [12]  9/3 10/6 10/23 11/10 13/16
26/25 56/23 59/8 59/16 71/22 75/13 94/13
importantly [1]  75/16
impress [1]  10/13
improperly [4]  50/4 50/13 76/23 121/15
in '09 [1]  61/22
inaccurately [1]  11/6
Inc [2]  23/7 24/11
incentive [1]  62/20
inch [1]  78/21
incident [1]  74/1
include [1]  65/16
included [1]  101/20
includes [5]  9/8 13/1 13/6 15/9 15/22
incorporate [1]  3/12
increase [2]  65/10 65/13
increased [1]  90/22
indebtedness [1]  16/2
independently [1]  78/14
INDEX [1]  2/1
indicated [1]  120/13
indicted [1]  50/24
indictment [32]  8/10 11/20 11/22 16/23
17/2 17/16 19/8 20/2 20/8 22/9 28/11 44/22
44/24 48/9 50/21 51/2 51/2 51/4 51/19
54/17 56/5 56/17 57/22 73/12 73/16 74/5
84/7 84/9 84/22 94/4 96/5 99/20
indifference [2]  13/13 15/18
indirectly [1]  14/18
individuals [1]  15/14
induce [5]  51/23 52/10 52/16 52/19 53/18
inducing [1]  51/9
industry [1]  111/9
inference [1]  6/10
inflate [2]  50/8 50/9
inflated [22]  51/10 51/25 52/4 52/8 52/11
52/17 52/20 52/22 52/23 53/20 55/18 55/21
56/6 56/15 57/23 84/24 85/12 85/14 85/20
85/24 87/4 87/9
inflation [1]  58/1
influence [1]  13/19
influenced [1]  8/4
info [4]  62/9 64/1 64/2 67/6
informant [2]  61/7 69/22
information [3]  50/4 50/5 101/18
informed [1]  47/22
initial [2]  46/7 119/12
initially [2]  33/5 119/4
initiative [1]  64/4
innocence [2]  8/12 41/1
innocent [3]  8/12 11/8 17/21
input [8]  24/24 26/5 26/10 26/12 65/21
79/18 91/4 91/5
inside [3]  47/10 47/11 47/15
insider [7]  42/21 50/2 50/6 50/19 53/13
56/18 87/8
insinuating [1]  121/25
insinuation [1]  121/14
instance [1]  32/2
instead [8]  3/21 4/1 11/18 23/21 36/13 56/3
84/24 85/16
institutional [1]  29/16
instruct [4]  7/16 108/14 122/25 123/9

instructed [6]  33/10 40/17 40/25 41/23
107/1 108/13
instruction [29]  3/16 5/5 61/11 83/1 97/10
98/17 104/4 104/6 104/19 105/3 105/5
105/8 105/14 106/5 118/4 118/7 118/11
119/9 119/13 119/15 119/22 120/17 121/7
121/8 121/8 121/9 121/17 123/18 123/19
instructions [16]  5/19 7/18 7/25 8/8 8/9
9/13 21/11 96/10 97/4 103/14 103/22
104/13 105/25 106/1 107/4 123/21
instrument [2]  15/25 16/5
instrumentalities [3]  14/16 15/4 16/11
insurance [1]  111/9
intangible [1]  16/5
intend [5]  49/17 49/17 49/18 58/22 123/14
intended [8]  12/21 13/7 14/6 15/10 17/3
27/2 75/1 94/5
intent [22]  13/11 13/14 13/23 13/24 15/16
15/20 19/17 19/20 19/24 19/25 28/23 65/15
88/13 88/13 88/13 88/16 88/17 94/7 100/9
101/21 104/3 105/9
intention [17]  49/20 51/16 58/14 73/3 82/1
101/1 101/2
intentional [1]  11/9
intentionally [3]  18/19 19/2 19/15
intentions [2]  66/20 88/25
interest [9]  10/15 15/24 16/3 16/3 16/5 18/8
21/3 96/2 120/2
interested [6]  33/19 33/23 66/5 67/8 69/15
74/3
interesting [3]  32/23 33/4 62/15
interests [2]  110/25 111/4
internet [2]  98/20 99/4
internet-ready [1]  99/4
interpretation [1]  9/16
interrupt [2]  5/18 112/17
interstate [14]  12/11 12/23 13/1 14/4 14/6
14/10 14/13 14/16 15/4 16/8 16/12 27/3
27/7 27/11
intrigued [2]  119/4 120/21
introduce [1]  40/22
introduced [6]  22/15 40/23 41/3 61/1 70/13
90/9
invest [5]  89/16 89/20 89/22 89/23 89/24
invested [3]  29/16 29/22 59/3
investigate [1]  6/1
investigation [2]  74/3 76/25
investigative [1]  6/11
investing [2]  29/23 58/23
investment [4]  36/10 50/12 68/2 89/1
investor [14]  29/16 35/3 39/16 39/17 39/18
40/6 66/13 66/17 67/6 70/10 91/11 91/16
91/17 94/14
investors [19]  22/4 22/5 22/21 23/1 23/4
23/15 27/3 29/4 29/10 29/19 44/3 85/21
89/14 89/15 89/18 94/12 95/19 95/23 95/24
involve [1]  90/13
involved [7]  23/8 27/14 44/8 44/12 94/2
115/16 115/17
involving [4]  22/11 22/11 44/6 44/22
IR [6]  39/17 40/6 66/19 68/3 68/3 91/8
Ironic [1]  64/3
irrelevant [1]  85/17
is [584]
isn't [1]  115/17
issue [12]  9/12 33/12 38/5 43/5 50/7 83/10
87/8 95/8 102/20 103/8 109/20 119/1

**I**

issued [1]  66/18
issues [4]  5/5 82/24 83/21 112/3
issuing [1]  63/3
it [400]
it's [42]  24/19 25/6 26/10 29/25 31/14 33/4
 33/8 36/17 37/8 37/9 38/13 39/19 39/19
 41/8 43/17 43/24 46/6 50/25 71/22 71/22
 74/11 75/20 76/24 81/14 82/7 82/11 82/12
 84/22 89/4 89/11 90/3 90/25 92/1 92/4 95/7
 95/8 102/14 106/9 117/9 119/8 120/9
 123/19
item [3]  13/4 13/5 55/8
items [4]  6/3 13/2 16/7 107/22
itinerary [1]  40/5
its [6]  50/16 58/10 77/21 102/6 110/19
 121/16
itself [3]  14/5 17/5 111/20
Ivan [14]  3/7 3/11 4/11 5/12 5/13 48/15
 48/25 98/13 99/20 115/20 118/1 118/10
 123/4 124/12

**J**

Jagger's [1]  80/16
jail [8]  58/3 60/21 62/20 70/8 72/16 82/20
 100/15 107/10
January [9]  62/18 62/22 63/9 63/25 64/14
 64/17 65/4 69/1 81/13
January 14th [1]  63/9
January 16th [1]  63/25
January 20th [1]  64/14
January 28th [2]  64/17 65/4
January 6th [1]  62/22
January of [1]  81/13
jar [1]  35/13
JC [2]  66/25 73/6
jeans [1]  73/5
Jeffrey [1]  66/23
job [2]  33/13 60/19
joined [3]  17/13 18/4 28/8
joins [1]  18/19
joint [1]  65/17
Jr [1]  126/9
judge [26]  1/11 4/16 4/18 6/25 21/17 26/17
 40/24 41/23 45/7 46/17 48/5 48/23 49/12
 60/18 82/22 82/24 83/10 97/7 98/10 98/21
 100/11 105/2 117/9 121/2 121/23 126/3
judges [2]  21/3 21/3
jug [1]  34/21
juice [2]  32/8 34/21 89/9
June [4]  52/18 76/8 81/4 90/22
June 5th [1]  76/8
juror [52]  99/22 104/9 104/24 107/21
 107/24 109/9 109/11 109/11 109/12 109/13
 109/13 110/20 110/21 110/22 111/6 111/6
 111/7 111/7 111/12 111/25 112/1 112/6
 112/8 112/10 113/11 113/11 114/11 114/16
 114/24 115/2 115/7 115/19 115/21 115/24
 116/3 116/6 116/16 116/19 116/22 116/24
 117/2 117/5 117/6 122/13 122/13 122/25
 124/4 124/5 124/15 124/23 125/7 125/11
jurors [16]  3/8 20/20 47/20 97/1 97/16
 97/23 98/6 110/1 110/3 112/23 113/6
 113/12 116/6 122/7 123/8 124/25
jury [65]  5/19 7/1 7/2 7/16 7/19 26/19 32/19
 43/21 45/10 46/11 47/2 47/17 48/1 48/15

49/3 49/4 76/11 83/1 83/2 83/9 96/11 96/15
 97/5 97/16 97/18 97/19 97/20 97/24 98/3
 100/8 103/24 104/15 104/24 105/24 106/13
 106/18 106/23 106/24 107/1 107/9 107/15
 108/14 108/14 108/22 111/11 111/21
 111/23 115/5 117/11 118/20 118/23 119/13
 119/17 119/22 120/24 120/25 121/12 121/17
 122/25 123/2 123/20 124/16 124/17 125/5
 125/22
jury's [1]  102/7
just [100]  3/9 6/22 6/24 6/25 19/3 20/25
 25/6 26/11 26/17 26/24 28/24 29/14 32/3
 32/18 33/10 33/10 34/1 34/15 36/18 38/10
 40/12 40/21 41/21 42/9 42/22 45/1 46/8
 47/7 47/12 47/18 47/19 47/24 49/10 49/12
 54/7 57/16 58/23 59/13 59/14 59/14 63/18
 64/2 67/9 68/19 71/10 71/16 72/9 73/22
 74/2 76/6 77/18 78/11 78/17 79/24 81/13
 84/8 84/12 84/25 85/1 85/12 87/10 89/15
 89/21 89/25 90/3 90/8 91/13 91/22 92/3
 92/11 92/13 93/17 94/14 94/18 95/23 98/1
 102/9 103/21 104/18 105/8 105/16 106/22
 107/15 107/17 108/12 108/14 108/21
 109/15 109/16 110/11 115/9 116/2 117/24
 120/7 120/14 121/2 121/4 122/22 123/4
 125/24
justice [2]  60/12 120/2

**K**

keep [7]  11/3 48/21 58/21 59/21 59/23
 63/11 79/15
keeping [2]  62/18 62/19
keeps [2]  79/20 90/21
kept [1]  27/5
key [1]  28/15
keys [1]  63/8
kick [1]  87/15
kickback [30]  22/2 22/16 23/1 28/19 28/20
 29/1 29/2 30/3 30/8 31/1 34/4 34/9 34/25
 36/25 44/2 44/3 51/1 51/23 52/3 52/15
 71/3 72/4 72/4 84/16 84/17 84/20 84/21
 85/19 86/9 86/10
kickbacks [1]  29/2 90/2
kid [2]  35/11 35/13
kill [2]  63/8 93/1
kind [6]  16/19 16/24 47/21 103/1 108/11
 122/16
knew [25]  13/21 17/12 19/4 24/21 25/12
 32/11 35/1 35/2 35/2 37/15 43/25 44/1 44/4
 44/5 44/15 71/4 72/15 72/16 89/2 89/5
 90/11 91/18 94/1 94/15 94/16
know [113]  3/9 4/5 18/9 24/17 24/18 24/24
 25/6 25/24 26/8 26/12 26/14 26/19 27/6
 27/8 27/15 27/18 28/13 28/15 28/20 28/24
 30/11 30/12 30/16 30/16 31/11 31/21 31/23
 31/24 34/7 34/15 35/10 35/11 35/12 36/5
 36/24 37/11 37/12 37/21 38/18 39/13 41/6
 41/10 41/13 41/13 41/15 41/16 41/18 41/20
 42/2 42/13 42/15 42/24 47/5 47/8 47/13
 47/18 47/21 53/6 53/24 53/25 56/13 57/6
 57/20 58/7 63/4 64/1 64/21 68/9 68/15
 68/17 68/19 69/13 69/18 70/1 70/13 70/24
 73/4 74/16 74/17 74/25 75/13 77/11 77/24
 78/6 79/3 80/19 82/8 82/10 85/7 86/5 86/21
 87/12 87/22 88/13 88/16 89/4 91/3 91/9
 92/17 92/20 93/15 94/3 102/12 102/25
 107/1 109/17 116/17 117/12 121/19 122/16

122/17 122/19 125/14
knowing [3]  14/11 17/24 19/7
knowingly [4]  12/15 13/23 17/15 19/14
knowledge [1]  9/23
knowledgeable [1]  120/15
known [3]  4/16 78/2 93/23
knows [13]  13/12 15/17 36/17 36/17 36/18
 60/11 60/20 60/21 63/7 65/23 79/10 80/5
 94/7

**L**

la [6]  37/14 37/14 37/14 37/14 37/14 64/5
lack [1]  107/22
lacked [1]  100/8
ladies [33]  7/6 7/15 7/24 11/3 20/15 21/2
 46/19 47/7 49/7 49/16 53/12 55/20 57/15
 58/24 61/25 72/14 73/2 73/10 73/19 76/24
 78/19 79/6 80/5 81/19 82/4 82/21 83/25
 96/8 97/15 97/22 124/18 124/20 125/19
lading [1]  64/5
lady [3]  108/25 110/12 117/10
laid [2]  93/24 106/20
Lakes [2]  22/17 24/10
landlord [1]  67/9
language [14]  84/25 107/23 108/11 109/1
 109/14 110/10 110/15 111/20 112/1 112/3
 114/7 114/9 115/18 117/20
lapse [1]  11/8
large [1]  66/13
Las [1]  26/12
last [50]  44/21 47/14 63/9 81/13 89/13 99/1
 110/2 116/2 117/18
late [2]  81/12 105/23
later [4]  20/14 37/3 70/19 71/25
latest [1]  68/11
latter [1]  63/21
laugh [1]  41/18
laughed [2]  26/7 90/11
laughing [1]  41/16
launch [2]  59/11 77/5
law [32]  7/16 8/6 8/7 8/9 8/11 9/13 11/13
 19/18 19/19 19/21 19/22 31/12 32/22 33/11
 33/13 78/6 92/21 95/21 95/25 101/16
 104/11 104/12 104/15 106/3 108/10 116/18
 118/17 120/24 121/21 122/16 123/7 126/2
law-abiding [1]  101/16
lawful [1]  33/9
lawyer [3]  38/21 39/3 87/3
lawyers [1]  9/10
lay [2]  100/23 119/9
lays [2]  66/19 123/20
lead [1]  107/5
leading [2]  100/10 104/3
leads [2]  120/24 121/1
leaning [1]  111/18
learn [1]  117/16
learned [1]  60/12
learning [2]  115/14 117/17
lease [2]  23/17 23/22
least [11]  17/15 18/4 39/14 77/10 83/8
 104/24 106/4 106/15 107/5 116/22 124/21
leave [3]  82/8 123/5 124/8
left [9]  46/1 54/24 67/18 69/4 80/15 83/21
 107/7 107/8 123/5
legal [3]  10/1 99/22 103/13
leisure [1]  76/11
less [11]  46/7 46/15 54/14 55/1 55/9 55/24

**L**

less... [5]  55/24 56/21 56/22 80/9 124/21
let [25]  3/18 25/24 28/3 41/10 47/18 63/4
 66/8 68/15 68/17 68/19 69/13 69/17 70/25
 74/10 74/13 74/14 82/20 84/14 86/14 87/12
 89/15 89/16 89/17 89/18 101/2
let's [36]  22/13 22/14 24/7 27/17 28/5 28/11
 35/22 36/2 36/14 38/8 39/18 39/24 40/7
 41/3 42/9 50/25 51/19 52/12 54/14 56/19
 57/11 61/21 62/8 62/13 62/22 72/4 72/7
 75/15 75/16 80/21 85/12 91/13 91/19 92/3
 106/22 122/21
letters [2]  16/1 16/1
letting [1]  120/2
level [1]  108/11
liar [1]  78/17
licensing [2]  67/1 91/9
lie [15]  24/20 26/3 26/10 26/15 26/15 26/15
 38/1 85/10 90/18 90/25 91/1 91/5 91/6 91/6
 121/12
lied [2]  77/7 77/8
lies [7]  22/2 26/25 85/9 90/14 91/3 95/14
 95/16
life [4]  73/22 92/23 93/21 110/6
lifestyle [1]  94/8
light [2]  51/5 121/14
like [35]  29/11 29/18 35/11 38/10 38/14
 38/16 38/22 40/1 42/25 48/14 48/17 49/21
 49/24 50/21 54/1 59/24 64/9 64/19 72/9
 73/22 74/25 77/16 78/17 83/8 83/12 92/12
 92/13 93/1 93/11 95/23 99/3 115/13 116/12
 122/3 122/6
limited [4]  3/16 4/17 84/12 84/25
line [8]  37/16 59/11 64/3 66/22 68/4 69/21
 73/5 77/5
lines [1]  87/13
link [1]  98/25
linking [2]  88/2 88/3
list [1]  91/12
listen [17]  40/12 40/15 53/9 73/4 77/19
 78/20 81/23 81/24 102/25 112/20 112/21
 113/3 113/12 113/19 113/22 114/3 125/4
listening [2]  102/7 109/8
lists [2]  110/25 111/3
litigation [1]  102/9
little [17]  32/2 32/18 33/1 36/8 38/19 46/25
 46/25 47/8 47/13 60/2 62/5 75/3 77/2 79/10
 80/9 116/18 119/7
lived [2]  75/9 75/10
lives [3]  74/14 74/16 79/12
living [1]  94/9
located [1]  16/9
location [3]  25/24 25/25 91/6
locations [1]  64/6
logical [1]  31/12
long [14]  13/4 45/18 59/7 59/9 59/15 59/17
 59/21 59/24 59/24 63/3 63/18 80/10 88/25
 103/1
long-range [1]  59/9
long-term [4]  59/15 59/17 63/18 88/25
longrun [2]  58/22 59/11
look [35]  3/14 22/13 25/4 28/11 31/20 38/8
 40/23 41/3 41/21 43/11 48/23 51/1 51/7
 51/19 51/20 62/8 69/9 70/20 74/13 74/25
 75/3 75/4 75/12 80/21 81/22 86/17 90/19
 92/6 92/20 93/13 95/13 98/11 121/24

122/10 122/15
looked [2]  38/10 90/5
looking [7]  24/8 63/4 64/18 77/15 89/12
 110/18 122/17
looks [1]  69/21
lose [2]  58/16 82/3
loss [2]  14/1 20/1
lot [8]  38/7 38/23 39/17 67/19 72/12 84/8
 86/6 110/7
lots [2]  30/17 115/16
love [1]  68/9
low [1]  64/7
lower [9]  57/8 57/11 57/13 58/4 60/14
 87/22 87/23 88/1 88/6
luck [12]  1/14 78/10 80/20 83/12 100/16
 102/5 103/12 106/10 108/20 115/8 119/4
 120/21
lunch [8]  34/5 45/12 46/12 46/16 46/24
 46/25 47/1 48/7
luncheon [1]  45/10
lying [3]  38/3 64/23 77/8
Lynn [2]  109/9 111/7

**M**

ma'am [1]  115/4
mad [1]  48/20
made [39]  4/16 4/25 5/1 13/11 13/14 14/23
 15/16 15/19 16/24 22/7 22/8 26/23 30/5
 30/14 32/14 35/4 48/11 60/5 64/3 66/24
 68/6 72/1 74/23 79/24 83/6 83/18 87/7 89/9
 94/25 94/25 95/1 95/3 95/4 95/9 95/11
 102/8 103/3 103/10 111/17
magic [1]  5/13
magically [1]  122/11
mail [16]  11/25 24/23 25/5 25/21 26/9
 27/11 41/6 41/17 44/7 61/22 69/4 85/5
 90/15 90/25 90/25 123/6
mailbox [1]  123/7
mailings [2]  44/8 44/10
mails [34]  3/21 4/19 4/20 4/24 14/16 15/4
 16/12 25/11 25/14 25/15 41/21 42/6 60/25
 61/3 61/6 61/17 62/8 79/18 80/4 81/20 83/7
 85/8 88/10 90/7 90/9 90/14 90/17 91/4 91/7
 91/8 91/10 91/16 91/25 92/1
major [1]  67/2
Majority [1]  65/9
make [26]  3/9 4/7 4/11 9/19 22/8 30/17
 31/16 43/1 43/1 43/11 50/10 54/13 58/20
 61/5 66/1 67/4 68/15 74/24 82/2 89/7 92/19
 94/24 98/12 112/6 113/22 123/9
maker [1]  13/20
makes [7]  13/12 15/17 32/1 32/18 50/5
 54/10 58/11
making [13]  8/15 10/7 14/24 17/4 33/15
 39/13 64/11 64/11 64/22 65/16 65/23 72/18
 80/16
man [14]  35/8 57/19 57/25 58/3 62/19
 69/21 70/9 72/13 74/25 77/9 78/3 80/5 82/6
 93/1
manager [1]  111/8
manipulate [4]  30/22 39/20 87/17 88/14
manipulating [2]  39/21 53/5
manipulation [4]  53/13 60/9 87/25 88/4
manipulative [2]  53/11 93/1
manner [1]  84/10
Mantle [1]  80/14
manufacturing [1]  63/20

many [6]  47/8 97/1 110/1 110/24 111/1
 112/21
March [29]  41/8 51/18 51/21 52/2 52/6
 55/5 60/4 60/7 62/17 68/12 68/17 68/20
 68/20 69/1 69/3 69/4 69/6 69/10 69/15
 69/23 75/13 75/21 76/14 76/17 77/12 81/9
 90/21 100/10 103/9
March 16th [1]  62/17
March 17th [1]  68/20
March 20th [1]  69/3
March 21st [2]  69/10 69/15
March 22nd [1]  69/23
March 24th [9]  51/18 52/2 55/5 60/4 68/20
 69/4 69/6 75/13 103/9
March 25th [2]  52/6 60/7
March 31st [1]  75/21
March 9 [1]  41/8
March 9th [1]  68/17
MARCIA [1]  1/10
Marie [2]  109/7 110/21
mark [1]  26/19
market [10]  30/6 30/22 39/21 54/22 63/21
 87/17 87/24 88/3 88/14 89/19
marketing [1]  67/2
Mart [1]  66/25
Martin [2]  69/8 80/15
Martin's [5]  22/16 23/7 24/12 25/17 64/5
Massachusetts [2]  62/12 62/13
massaging [3]  67/22 100/14 107/11
matches [1]  30/14
material [12]  12/20 13/11 13/15 13/16
 13/18 14/4 14/23 14/24 15/16 15/21 26/25
 30/5
math [5]  40/8 86/6 86/7 86/17 86/20
matter [13]  3/20 4/1 4/20 10/10 11/17 11/17
 13/3 13/20 41/24 96/9 125/11 125/23 126/7
matters [2]  6/2 9/17
may [47]  1/4 3/21 7/8 8/1 9/14 9/18 10/1
 10/7 11/10 13/13 15/19 17/21 17/24 18/15
 18/16 19/23 21/22 23/2 23/5 31/1 31/13 31/25
 39/17 49/8 52/13 64/3 64/3 64/4 69/16 76/3
 76/3 76/5 81/3 82/22 83/12 93/15 97/22
 98/4 99/24 99/25 100/22 102/8 103/5
 104/11 118/16 119/23 121/2 124/19
May 13th [1]  76/3
May 5th [1]  76/3
May 8th [1]  76/3
maybe [12]  6/14 29/24 29/25 39/13 54/1
 60/10 60/10 67/15 68/13 89/1 93/14 107/20
McDonald's [1]  89/25
me [64]  3/11 3/18 5/24 6/12 11/14 20/13
 25/24 28/3 37/17 37/23 38/1 41/2 41/10
 44/13 45/15 48/23 54/8 54/16 55/3 61/22
 61/22 62/10 63/4 65/2 66/8 67/6 67/18 68/7
 68/15 68/17 68/19 69/13 69/17 69/17 70/20
 70/25 74/10 74/13 74/14 75/4 83/1 84/14
 87/12 96/21 96/23 96/25 97/9 98/14 101/2
 102/25 105/21 112/8 113/23 114/3 115/5
 115/9 115/12 117/20 119/2 120/16 120/24
 121/1 123/17 126/2
meal [1]  34/7
mean [19]  10/4 11/4 37/5 37/12 46/2 57/23
 78/10 85/3 87/3 101/13 101/14 101/18
 102/16 103/19 112/17 112/19 114/1 114/4
 114/4
meaning [1]  56/1
means [25]  13/23 14/7 14/15 15/3 15/14

# M

means... [20]  16/11 19/14 19/16 22/20
27/13 45/11 49/22 51/11 54/21 54/24 57/6
59/25 61/25 70/15 70/15 70/18 84/11
107/17 109/12 114/6
meant [2]  12/24 71/4
mechanics [1]  70/2
meet [4]  68/12 69/12 70/10 80/6
meeting [29]  16/7 24/24 28/17 30/21 31/23
31/23 37/18 38/2 40/1 41/12 42/11 42/12
52/2 52/2 63/15 69/5 69/6 69/10 69/19
69/23 69/25 72/2 75/14 78/22 79/2 88/19
91/12 91/12 91/22
meets [1]  65/22
member [2]  16/20 16/21
members [5]  16/23 16/24 16/25 96/12
97/18
membership [1]  74/18
memorialize [1]  47/21
memory [3]  10/16 11/8 100/12
men [4]  34/22 35/2 62/5 72/15
men's [1]  66/24
mention [2]  51/25 61/2
mentioned [11]  25/10 50/2 52/5 56/16
56/16 56/17 84/8 86/19 86/21 91/4 94/18
mentioning [2]  43/16 43/17
merchandise [1]  16/6
merely [2]  18/7 19/7
merger [1]  24/14
mergers [1]  65/16
merits [1]  26/5
message [6]  13/3 13/5 69/4 69/4 96/21
96/23
met [3]  70/20 70/20 88/18
MGC [1]  1/2
MIAMI [9]  1/5 1/16 1/19 1/23 1/23 109/17
110/3 126/10 126/10
mick [1]  80/16
Mickey [1]  80/14
microphone [1]  49/23
microwave [1]  122/16
middle [2]  33/1 69/1
middleman [1]  92/14
might [6]  6/15 68/10 100/21 103/3 112/1
122/19
mighty [1]  69/21
MIGUEL [1]  1/17
mile [1]  78/21
miller [4]  1/22 1/24 126/8 126/8
millions [1]  30/14
mind [12]  3/22 4/2 4/22 11/3 11/19 20/23
36/1 36/20 45/16 65/14 111/18 122/19
minding [1]  32/7
minds [1]  88/19
mine [1]  67/21
minor [1]  18/2
minus [2]  76/15 86/20
minute [5]  27/21 30/11 40/10 45/21 85/2
minutes [18]  7/3 21/16 37/20 37/24 45/4
45/6 45/16 45/23 46/3 46/4 49/5 72/2 80/2
83/21 99/7 105/12 105/13 118/9
misleading [1]  14/25
misrepresentation [1]  30/5
misrepresentations [1]  26/24
Miss [1]  110/23
Miss Pierre [1]  110/23

missed [3]  65/5 66/3 87/10
missing [4]  61/11 82/25 97/7 97/10
misstated [1]  11/7
misstatement [1]  11/10
mistake [3]  11/4 19/15 32/14
mistrial [2]  6/5 6/17
misused [1]  74/6
mode [1]  49/11
mom [2]  85/4 85/5
moment [9]  27/1 27/13 27/18 28/9 45/2
88/20 95/9 98/13 117/24
momento [1]  47/13
Monday [2]  69/11 74/22
money [104]  12/16 13/7 15/11 15/25 22/4
22/5 23/17 23/19 23/21 23/23 24/1 24/2
24/3 26/13 26/14 27/3 27/15 27/25 28/25
28/25 29/4 29/5 29/7 29/8 29/11 30/18
30/24 31/25 34/16 34/16 34/24 34/25 35/4
36/5 36/7 36/12 50/5 50/10 58/11 58/16
58/20 59/1 59/2 59/21 62/1 62/1 62/4 63/6
63/7 63/22 64/12 66/6 66/7 66/9 67/19
67/20 68/7 70/15 70/16 70/17 70/17 70/18
70/18 71/7 71/10 71/10 71/16 71/18 71/24
72/3 72/12 73/24 74/6 75/6 75/7 75/15
75/16 75/18 75/19 75/25 76/1 76/1 76/7
76/9 76/19 76/22 77/4 81/1 81/2 81/2 82/3
82/6 82/7 86/14 89/12 89/15 89/17 89/20
91/4 93/13 93/19 94/4 94/5 94/14
month [5]  31/8 59/14 63/17 63/18 63/19
monthly [4]  34/16 67/10 90/16 90/17
months [6]  59/10 59/14 63/5 70/6 74/2
100/10
more [33]  6/14 16/18 17/10 25/23 27/25
28/5 28/5 29/3 30/24 34/11 34/16 34/16
34/24 36/12 44/18 46/10 51/6 62/8 66/9
67/6 73/5 75/3 76/24 85/24 86/2 87/4 87/6
94/12 99/20 100/13 107/20 119/1 125/14
moreover [1]  37/23
morning [11]  3/4 3/5 3/6 7/15 65/3 80/16
118/25 123/1 125/5 125/18 125/21
Morningside [5]  75/10 75/23 76/5 76/8
76/20
mortgage [1]  50/13
most [4]  9/3 64/9 81/19 81/19
mostly [1]  101/17
motions [1]  6/19
motivated [2]  34/17 95/2
motor [5]  38/17 38/22 38/25 39/2 39/9
move [10]  31/9 31/25 33/18 33/21 33/22
33/23 33/25 38/16 90/6 93/7
moved [1]  107/24
moves [1]  13/4
movie [1]  30/13
Mr [66]  4/15 4/19 4/21 7/3 24/10 24/16
25/19 25/20 33/6 37/8 37/21 42/10 42/10
42/12 42/13 42/14 42/16 42/20 43/2 43/4
43/12 43/18 59/9 60/3 60/11 62/15 62/18
63/10 63/12 64/10 64/21 65/6 83/7 83/7
91/1 91/10 91/15 91/18 91/21 91/25 92/3
92/7 92/9 92/10 92/13 92/15 92/18 92/25
93/4 93/13 93/17 98/3 100/13 100/19 101/4
101/8 101/12 102/8 103/6 106/19 107/11
107/11 112/8 117/22 122/7 124/11
Mr. [316]
Mr. Blanford [1]  48/19
Mr. Caridad [45]  4/14 5/9 6/15 33/4 34/18
38/6 43/6 43/10 43/11 45/5 46/9 49/5 82/25

83/6 83/11 84/8 84/14 85/8 85/13 86/5
86/19 87/7 88/12 90/7 90/15 91/8 92/25
94/3 94/18 98/15 100/7 101/25 103/24
105/1 105/12 106/16 106/18 107/9 108/22
109/5 109/17 111/17 117/7 122/2 123/20
Mr. Caridad's [1]  32/24
Mr. Davidson [12]  6/21 21/15 61/3
61/5 84/4 96/7 98/15 115/9 119/4 120/22
122/12
Mr. Epstein [12]  41/20 42/18 43/1 60/19
60/20 63/7 83/2 93/23 93/25 100/10 102/14
102/24
Mr. Epstein's [2]  28/18 60/5
Mr. Luck [10]  80/20 83/12 100/16 102/5
103/12 106/10 108/20 115/8 119/4 120/21
Mr. Newton [144]
Mr. Newton's [18]  3/22 4/2 5/25 11/19
23/12 23/18 29/18 33/24 51/13 51/18 54/6
58/8 58/10 58/14 58/23 59/8 62/6 94/7
Mr. Russo [5]  33/20 36/22 37/1 37/1 37/4
Mr. Skwara [45]  23/6 23/7 27/19 27/20
28/4 28/6 28/7 28/16 32/6 32/7 32/7 32/14
33/3 33/5 33/7 34/20 35/6 35/17 35/21 42/5
42/6 43/16 44/14 44/15 44/22 62/4 86/25
88/17 88/19 88/22 89/2 89/4 89/6 92/14
92/15 92/23 94/15 94/24 94/25 94/25 95/3
95/8 101/9 101/13 101/15
Mr. Skwara's [5]  29/18 44/23 54/2 60/16
92/23
Mr. Strickland [16]  24/13 25/8 25/25 26/7
27/21 28/1 30/23 33/17 38/3 40/8 40/12
40/14 41/17 44/17 87/22 90/10
Ms [5]  111/19 112/8 112/11 115/25 118/24
Ms. [9]  111/1 112/2 115/22 115/23 117/21
118/2 118/10 118/18 124/6
Ms. Adelsone [1]  111/1
Ms. Dykstra [2]  115/22 115/23
Ms. Pierre [3]  117/21 118/18 124/6
Ms. Rolle [3]  112/2 118/2 118/10
much [27]  37/24 41/25 42/7 47/16 49/7
55/5 55/8 55/25 56/21 56/25 66/6 66/7
67/18 75/16 76/1 86/5 98/5 101/16 110/9
115/4 116/15 117/2 117/13 124/6 124/9
124/13 124/18
must [30]  7/17 7/21 8/3 8/4 8/6 8/7 8/8 8/16
8/17 9/7 10/3 10/4 11/7 19/5 19/20 20/3
20/5 20/11 20/16 20/18 20/20 20/20 41/1
41/2 68/4 124/21 125/9 125/10 125/10
125/12
my [58]  3/12 3/13 3/18 4/16 4/18 5/14 7/16
8/8 9/13 25/18 28/5 36/1 36/15 36/16 40/3
40/3 45/14 45/16 45/19 45/21 46/8 48/20
62/11 62/13 63/15 64/18 66/3 66/14 66/17
67/9 67/12 68/4 68/23 69/14 69/18 69/24
73/7 73/8 80/9 90/11 90/16 90/17 91/6
98/15 101/1 101/2 101/23 105/4 110/18
111/15 111/18 117/19 118/5 120/24 122/19
123/5 123/5 125/9

# N

nail [1]  102/17
name [1]  62/24
named [1]  16/23
names [1]  17/25
Naples [1]  69/12
narrow [2]  34/3 34/8
national [3]  14/17 15/5 16/12

# N

native [1] 111/16
native-English [1] 111/16
natural [3] 13/19 32/1 33/8
naturally [1] 11/5
nature [3] 14/3 59/4 121/18
NE [1] 1/15
necessarily [1] 10/9
necessary [3] 6/16 7/22 123/21
need [31] 3/9 3/9 19/22 36/5 34/7 42/20
 42/25 45/8 48/16 62/5 62/24 63/1 63/17
 63/19 68/15 69/25 71/12 71/20 74/16 74/17
 82/8 82/18 85/2 85/10 85/10 89/17 92/12
 98/11 99/1 105/25 107/4
needed [8] 23/21 28/25 47/25 59/9 59/13
 82/6 100/15 100/15
needing [1] 82/6
needs [14] 38/17 38/22 38/25 39/1 39/9
 62/4 63/7 67/20 70/7 72/13 80/12 81/1 81/1
 81/2
nefarious [1] 47/19
negative [1] 49/11
negotiable [1] 16/1
negotiated [1] 85/16
nephew [1] 48/20
nervous [1] 36/7
never [8] 20/11 20/17 35/4 37/11 93/24
 110/14 119/17 125/13
new [21] 25/10 36/2 38/17 38/22 38/25
 39/1 39/9 58/15 59/11 61/21 61/23 62/14
 64/2 67/9 69/21 73/5 77/5 79/11 124/23
 125/7 125/11
newest [1] 51/17
news [4] 29/25 65/18 68/11 90/4
NEWTON [171]
Newton's [20] 3/22 4/2 5/25 11/19 23/12
 23/18 29/18 33/24 51/13 51/18 52/19 54/6
 58/8 58/10 58/14 58/23 59/8 62/6 81/25
 94/7
next [13] 29/25 37/16 49/19 52/1 62/23 63/5
 63/15 67/16 75/15 99/22 109/12 111/6
 118/9
nice [5] 33/1 36/15 36/19 36/19 77/25
nightmare [2] 89/8 95/18
nightmares [1] 89/10
nine [2] 52/9 52/18
Ninth [1] 121/3
no [98] 1/2 4/5 4/5 4/5 5/10 10/1 21/12
 21/13 25/19 25/20 25/25 26/2 26/2 28/1
 28/1 28/1 32/15 32/17 33/5 33/5 37/13
 37/13 37/14 40/21 42/3 42/3 44/18 44/18
 44/18 44/18 45/9 45/9 46/1 47/14 53/13
 53/13 53/14 58/4 63/13 65/23 68/14 68/19
 71/5 71/12 71/22 72/8 72/24 72/24 73/15
 73/17 74/5 74/7 74/25 77/3 77/7 77/8 77/25
 80/7 82/12 82/15 86/19 86/20 89/1 89/1
 89/1 90/1 94/17 95/25 97/13 98/21 100/21
 102/21 104/2 105/5 105/6 105/9 106/23
 106/25 108/24 109/2 110/25 110/25
 111/3 111/4 111/4 111/13 113/14 113/16
 114/13 114/25 115/3 117/9 117/19 120/11
 121/1 123/24 123/24
nobody [7] 31/25 38/19 39/4 42/14 62/21
 65/8 85/21
none [1] 76/1
nonrestricted [1] 39/7

nonsense [3] 25/5 25/6 38/2
noon [1] 45/10
normal [4] 31/14 31/14 32/4 46/24
North [1] 126/10
Northern [1] 70/14
not [183]
not really [1] 32/25
note [3] 15/22 106/8 106/10
noted [4] 5/4 21/10 45/15 97/10
notes [6] 3/13 3/18 8/1 110/18 112/5 126/2
nothing [31] 28/24 37/25 41/20 42/7 47/19
 48/22 53/12 63/2 76/4 76/16 77/20
notice [3] 84/11 101/21 125/9
noticed [2] 47/19 112/4
notions [3] 104/9 104/10 107/16
Notwithstanding [1] 88/25
now [72] 4/11 7/16 8/19 23/2 27/6 27/18
 28/24 31/11 33/8 34/18 35/18 35/20 36/24
 40/17 42/9 45/11 47/1 47/8 49/12 51/2
 51/17 54/8 54/21 57/20 58/6 58/7 58/9
 58/15 60/2 61/2 64/5 68/8 68/20 69/1 69/18
 70/2 70/13 70/24 71/14 73/21 73/23 78/5
 79/10 79/12 80/25 84/14 84/24 86/19 87/7
 90/7 90/9 92/3 92/25 94/3 96/8 97/15
 102/14 103/21 105/5 105/23 112/7 113/5
 114/5 114/19 115/5 119/2 119/7 120/9
 120/15 120/16 124/20
number [26] 10/8 11/22 54/13 74/11 76/13
 86/17 97/16 107/21 109/12 109/13 109/13
 110/20 110/21 110/22 111/6 111/7 112/8
 115/21 116/3 116/16 117/2 117/6 122/13
 122/14 122/25 124/21
Number 12 [8] 107/21 109/12 109/13 112/8
 116/3 116/6 122/13 122/25
Number 13 [2] 97/16 109/13
Number 14 [2] 117/6 122/14
Number 38 [1] 110/22
Number 39 [1] 111/6
Number 40 [1] 111/7

# O

o'clock [1] 125/6
object [2] 17/1 17/22
objected [1] 5/23
objection [8] 5/4 5/23 61/8 61/14 64/24
 97/9 98/21 121/1
objections [3] 21/9 21/10 97/8
obligation [1] 40/22
obligations [1] 80/6
observation [1] 109/8
observe [1] 10/17
obtain [1] 12/16
obvious [1] 117/9
obviously [2] 112/4 120/1
occasion [1] 18/5
occurred [4] 19/10 53/10 74/1 76/25
occurrence [1] 62/5
odd [1] 61/4
off [28] 6/13 22/14 22/23 22/25 23/3 23/22
 23/24 24/4 26/19 29/12 30/14 30/20 39/11
 39/12 40/5 40/13 44/23 49/13 53/6 55/25
 78/3 84/7 85/14 85/15 87/6 89/25 90/15
 91/20
offense [2] 107/2 120/15
offer [3] 86/3 101/21 103/10 122/22 123/12
offered [5] 4/2 11/18 57/16 57/17 58/4
offering [1] 24/14

office [5] 1/15 1/18 70/12 74/19 74/20
officer [3] 95/7 96/22 98/15
officers [1] 47/20
Official [2] 1/22 126/9
often [2] 74/18 101/6
oftentimes [1] 101/6
oh [6] 4/15 32/12 37/10 42/23 74/14 79/24
okay [18] 21/20 45/25 60/13 71/25 72/20
 72/21 72/21 72/22 73/9 73/10 73/11 74/11
 74/14 74/16 75/5 79/18 100/2 123/16
older [1] 119/8
omission [1] 100/18
once [5] 47/5 48/19 73/5 111/11 125/19
one [83] 3/15 4/5 10/13 12/15 13/3 13/4
 14/22 17/10 17/14 17/15 17/20 18/4 18/10
 20/5 20/21 24/7 24/8 24/20 29/3 31/12
 43/23 47/19 47/20 48/14 50/21 51/25 52/23
 54/2 54/7 54/11 55/14 59/14 59/18 59/19
 61/3 63/18 64/2 65/23 69/16 74/24 75/19
 75/24 78/1 80/16 82/9 82/13 82/14 82/14
 82/15 82/16 82/17 83/20 85/13 86/20 89/1
 91/21 94/23 96/11 97/1 98/25 99/22 99/22
 100/17 103/6 104/24 105/5 105/6 107/12
 107/21 108/8 108/12 109/4 111/3 111/21
 111/22 111/22 111/25 112/1 119/5 119/6
 122/21 123/19 124/25
one-month [1] 63/18
ones [3] 5/6 57/2 108/3
online [1] 99/2
only [30] 3/15 8/3 8/21 9/7 12/13 14/20
 17/8 18/2 19/11 20/7 20/19 21/3 43/23
 69/16 74/24 82/16 83/16 84/24 102/24
 104/2 105/24 106/2 106/9 107/2 111/4
 111/22 118/7 120/5 120/18 123/11
open [9] 21/21 25/16 46/18 70/22 77/10
 83/23 96/25 97/14 123/13
opened [2] 61/10 82/25
opening [4] 32/24 80/22 86/21 121/10
operate [1] 64/7
operated [1] 95/16
operations [2] 11/12 33/11
opinion [4] 9/12 118/23 119/24 121/3
opinions [1] 20/23
opportunities [3] 25/24 26/1 95/5
opportunity [7] 10/17 46/21 64/5 84/2
 105/6 105/7 118/10
oppose [2] 115/18 117/4
opposed [2] 118/8 120/19
opposite [1] 77/18
option [2] 108/12 108/21
options [1] 108/7
order [3] 15/25 104/11 118/15
Ordinarily [1] 18/14
ordinary [1] 14/12
organize [1] 98/8
oriented [1] 67/17
originally [2] 110/21 110/21
other [47] 5/11 10/20 10/21 10/24 16/8
 16/19 16/21 18/21 18/25 19/5 20/6 20/16
 20/20 21/9 25/10 43/5 58/6 58/25 59/5
 60/11 65/17 68/14 68/16 72/3 74/6 75/17
 76/10 76/15 76/16 87/24 89/10 92/7 92/20
 93/24 94/2 95/19 98/18 104/22 110/11
 111/4 112/22 113/6 113/12 113/25 116/6
 122/4 123/13
others [3] 15/14 18/17 20/25
otherwise [1] 54/3

# O

ought [1] 31/7
our [25] 3/7 7/1 24/25 25/3 29/7 29/8 46/24
46/24 46/25 47/9 60/12 64/2 65/21 68/21
69/19 69/24 77/22 78/6 96/8 97/23 97/23
114/24 115/2 115/20 125/23
out [72] 3/9 5/13 5/14 8/8 12/11 12/24 13/7
14/7 14/18 15/11 16/17 17/2 17/7 17/18
27/15 29/22 30/10 31/22 31/23 32/1 32/13
36/5 38/1 38/21 39/3 40/10 60/13 60/22
62/2 62/3 62/14 62/25 63/1 63/14 64/15
64/22 66/8 66/11 66/19 69/7 69/17 70/3
70/8 70/25 72/16 74/24 79/9 79/14 79/21
82/20 83/18 85/9 85/21 90/13 90/18 93/2
95/22 99/2 100/15 102/1 102/14 103/16
104/6 104/21 106/20 107/10 111/7 118/10
119/2 119/9 119/13 119/22
outcome [1] 10/15
outside [2] 66/13 96/22
over [17] 21/1 35/14 40/7 54/23 63/4 63/10
63/17 64/18 67/22 81/14 86/16 86/16 89/12
92/6 102/2 109/18 114/16
overdue [1] 68/3
overhead [1] 41/5
overlook [1] 119/25
Overruled [1] 64/25
overt [9] 17/1 17/5 17/15 17/17 17/20 28/9
28/11 28/12 28/21
overview [1] 63/16
owes [2] 62/4 79/25
own [22] 9/3 9/15 9/15 20/23 24/3 24/5 32/7
33/2 33/2 36/1 36/19 50/9 53/10 54/4 58/13
68/8 70/9 75/9 87/1 89/6 89/16 114/7
owned [2] 51/17 54/5
ownership [1] 16/6
owns [1] 58/8
oxymoron [1] 119/23

# P

p.m [10] 49/4 67/12 97/20 99/10 99/11
118/12 118/13 124/17 125/22 126/4
P.S [2] 67/8 68/3
pace [1] 53/10
pack [1] 110/19
page [18] 2/3 3/17 3/18 4/7 4/12 4/17 5/11
28/12 33/19 35/25 36/4 36/10 36/22 37/3
37/18 52/12 52/18 52/23
pages [5] 1/7 21/5 37/3 80/10 96/15
paid [29] 6/3 22/3 22/4 22/6 23/6 23/20
23/24 24/4 24/5 29/12 39/7 39/7 39/11
39/12 40/7 44/23 52/3 54/18 55/16 56/7
74/18 76/20 80/20 84/16 85/14 85/15 86/3
86/8 121/11
painting [2] 25/5 25/11
paintings [1] 25/1
Palm [2] 25/17 25/19
paperwork [2] 38/21 39/4
paragraph [13] 39/1 51/21 51/21 52/1 52/6
52/9 52/12 52/18 52/22 52/23 93/5 104/6
104/21
paraphrasing [1] 102/24
pardon [1] 41/19
part [21] 10/8 14/14 16/13 18/2 25/21 25/22
26/15 34/19 39/22 40/15 41/18 68/2 79/19
79/20 84/14 90/12 90/13 92/1 94/4 99/19
103/17

participant [1] 19/6
participate [4] 51/22 52/14 84/15 117/12
participated [4] 12/15 19/2 26/20 72/25
participation [1] 16/3
particular [5] 6/8 10/9 10/14 33/14 54/19
parties [1] 98/1
partner [1] 16/21
partnership [1] 16/19
parts [1] 31/10
pass [1] 68/15
past [2] 46/24 124/7
path [3] 78/9 78/11 78/12
patience [1] 125/20
Patriotic [1] 66/17
pattern [2] 36/3 36/9
pause [1] 85/2
pay [42] 22/18 22/25 23/17 29/1 31/3 34/4
34/25 39/10 39/10 39/22 50/13 51/22 52/2
52/3 52/14 52/14 54/25 55/5 55/10 56/3
56/4 56/25 58/19 64/10 72/13 73/7 75/8
75/19 76/1 76/7 76/10 76/23 81/16 84/16
84/16 84/19 86/2 86/13 87/16 89/23 93/15
93/19
pay-to-play [3] 51/22 52/14 84/16
paying [9] 22/23 23/7 23/22 30/20 51/11
53/6 80/23 87/4 112/5
payment [2] 28/17 78/8
payments [4] 31/1 79/24 79/25 80/20
pays [8] 76/10 76/8 80/22 80/22 81/3 81/3
81/4 81/4
pending [1] 74/2
Penney [2] 66/25 73/7
penny [6] 54/22 55/2 55/2 55/15 55/15
55/24
pension [57] 22/21 23/3 23/14 23/23 27/2
27/9 27/12 27/25 28/4 29/3 29/4 29/5 29/16
29/21 35/3 36/23 37/7 39/5 39/5 44/1 49/17
51/9 51/16 51/17 51/23 51/24 52/15 54/5
58/7 58/8 58/15 58/24 58/24 58/25 59/3
59/6 59/17 59/22 59/25 64/13 66/15 70/21
75/7 75/17 75/19 77/18 79/11 82/1 85/15
85/18 85/25 86/8 86/11 87/20 87/21 88/5
88/15
people [39] 11/5 16/9 16/18 16/23 18/7
29/23 30/1 34/19 34/20 36/7 42/21 50/9
58/20 60/21 62/21 63/15 64/18 66/4 66/4
66/4 68/1 74/3 78/6 78/25 79/16 79/21 81/3
89/10 90/4 92/17 92/18 95/22 100/13
107/12 110/6 113/23 113/25 115/17 117/15
people's [1] 59/1 59/5
per [4] 24/25 26/11 40/10 40/11
percent [6] 37/2 51/22 52/15 66/19 84/16
84/17
percentage [2] 66/13 67/10
peremptory [1] 108/1
perfect [3] 6/14 102/8 104/20
perfectly [1] 110/3
performed [1] 18/14
perhaps [2] 33/8 98/17
period [5] 54/1 59/21 76/21 90/20 106/2
permitted [2] 100/4 119/23
person [7] 9/22 13/17 17/24 18/9 18/15
18/15 18/16 18/18 18/19 18/21 18/22 19/1
19/20 19/21 19/22 108/22 110/4
person's [1] 13/19
personal [6] 10/15 13/25 19/25 22/5 23/23
96/2

personally [1] 18/14
persons [1] 17/10
persuasive [1] 120/3
pervasively [1] 120/4
Philly [4] 67/12 68/1 68/1 68/11
phone [8] 25/9 36/23 47/9 62/13 63/10
63/12 69/17 74/10
phones [1] 81/23
phoney [1] 77/14
photographic [1] 48/1
photos [1] 47/24
phrase [1] 102/12
phrased [1] 103/15
phrases [1] 57/22
pick [4] 74/10 82/13 82/14 82/15
picks [1] 36/2
pictures [6] 47/9 47/10 47/11 47/15 47/21
47/22
piece [6] 54/4 54/5 54/6 54/7 58/13 73/11
Pierre [9] 109/12 110/20 110/23 111/19
112/8 112/11 117/21 118/18 124/6
piggy [1] 23/23
pitch [1] 60/5
pitched [2] 59/5 59/6
place [4] 69/14 70/12 88/17 101/13
places [1] 120/17
Plaintiff [1] 1/4 1/14
plan [21] 13/6 15/10 16/23 17/1 17/5 17/7
17/11 17/13 17/25 18/3 18/4 18/4 27/19
28/8 66/20 69/8 71/17 71/17 72/18 72/18
79/7
plane [1] 67/23
planned [1] 16/25
plans [10] 24/15 40/6 59/8 59/9 65/16 67/1
68/16 79/5 79/13 80/11
play [5] 51/22 52/14 53/9 84/16 122/1
played [2] 18/2 92/16
players [1] 68/16
playground [1] 120/15
Plaza [2] 23/18 23/25
plea [2] 60/16 78/7
plead [2] 78/5 78/7
pleading [1] 78/8
please [29] 7/1 7/6 21/7 27/24 27/24 27/24
29/5 29/5 41/10 45/2 47/6 49/3 61/15 68/17
96/21 97/2 97/17 98/8 98/14 100/23 100/25
112/9 114/24 115/2 115/5 118/15 122/24
123/22 124/16
pleased [2] 69/9 69/25
pled [2] 78/13 88/24
plus [1] 76/15
point [10] 4/25 10/9 31/12 75/6 87/7 101/15
101/23 101/23 102/1 120/14
points [9] 36/24 36/24 37/2 37/8 87/14
87/15 87/18 87/21 88/5
police [2] 74/13 121/18
poor [1] 120/5
portion [1] 87/10
portrayed [1] 43/12
position [5] 4/16 4/18 65/18 72/12 106/16
possible [5] 8/21 18/12 96/24 109/20 126/2
possibly [1] 57/24
post [2] 104/13 120/7
post-deliberation [1] 104/13
potatoes [1] 85/6
pound [1] 102/10
PR [3] 63/20 66/6 66/9

**P**

practically [1]  77/20
practices [1]  53/11
practicing [1]  122/16
precise [1]  14/3
preconceived [3]  104/9 104/10 107/16
prejudice [1]  8/5
prejudiced [1]  6/17
premium [3]  66/22 66/22 91/10
prepared [4]  7/10 7/13 49/9 96/14
presence [1]  101/8
present [10]  18/6 19/4 63/14 63/16 99/14
 99/17 100/4 105/22 112/4 117/19
presented [5]  8/4 34/24 50/18 50/20 57/21
presenting [1]  38/5
preserve [1]  5/24
preserved [1]  6/19
president [3]  30/25 35/19 70/16
press [13]  30/9 30/10 30/19 31/2 34/10 50/8
 62/25 63/2 63/3 87/8 87/24 88/4 88/14
pressing [1]  107/21
presumes [1]  8/11
pretenses [5]  12/17 12/19 13/8 15/11 26/23
pretty [10]  4/7 57/5 67/18 78/16 96/15
 101/16 106/12 108/17 111/7 117/9
previous [1]  125/11
previously [3]  21/9 41/11 68/18
price [51]  39/7 39/7 39/10 39/11 39/15
 39/20 50/8 50/9 51/10 51/14 51/25 52/4
 52/8 52/11 52/17 52/21 52/22 52/24 53/5
 53/20 54/19 55/1 55/13 55/14 55/17 55/19
 56/6 56/7 56/15 57/3 57/9 57/11 57/13
 57/18 57/23 58/4 64/7 66/5 72/10 84/24
 85/12 85/16 85/17 85/20 85/20 85/25 86/1
 87/4 87/9 87/16 94/21
prices [2]  54/23 66/22
priorities [1]  68/14
private [4]  12/11 12/22 13/1 75/11
probably [6]  27/4 45/7 82/20 87/13 94/1
 124/20
problem [18]  45/17 62/6 82/19 83/16 97/24
 103/13 107/19 107/21 108/24 109/1 109/15
 109/16 110/11 110/14 110/16 111/20 112/1
 122/21
problems [1]  112/13
procedure [1]  108/23
proceed [6]  7/10 7/13 41/11 68/18 123/22
 125/24
proceedings [15]  1/10 3/1 5/16 21/8 21/21
 45/3 46/18 82/23 83/23 97/3 97/14 99/10
 118/12 124/6 126/7
proceeds [6]  23/12 63/5 63/20 63/22 64/1
 64/14
process [1]  31/15
produce [3]  8/13 41/1 41/2
products [1]  66/25
profess [1]  121/5
profit [1]  16/3
profitably [1]  64/7
program [2]  66/14 68/3
programming [1]  67/6
Project [1]  66/23
promise [2]  12/18 80/9
promises [5]  12/20 13/9 15/12 26/24 68/6
promotion [4]  36/14 36/16 66/7 66/10
promptness [1]  98/2

proof [12]  8/19 8/21 9/1 9/1 9/24 18/8 19/1
 19/3 40/18 46/20 48/1 84/1
properly [2]  5/24 50/12
property [5]  12/16 13/8 15/11 16/5 81/17
proposals [1]  64/18
proposed [5]  5/5 34/3 34/3 120/22 123/20
proposition [1]  64/2
prosecution [1]  74/10
protect [6]  23/4 39/12 39/13 71/8 71/9
 95/23
protecting [2]  22/25 29/10 44/3 95/24
protector [5]  22/3 22/20 29/9 85/15 85/16
prove [5]  6/2 8/12 8/16 82/20 9/25 14/2
 14/5 14/9 16/22 16/25 17/6 18/12 19/10
 19/11 27/7 40/18 40/25 41/2 56/14
proved [6]  7/21 9/4 12/13 14/21 17/9 56/20
proven [1]  40/19
proverbial [1]  102/17
provide [1]  90/8
public [2]  1/18 63/20
pulls [1]  70/11
pump [15]  30/20 30/23 31/2 34/10 36/11
 36/12 36/13 36/18 39/19 39/22 50/17 53/14
 87/8 87/16 88/3
pumping [2]  50/7 56/17
punishment [2]  20/11 20/13
purchase [10]  14/19 15/2 27/10 44/11 51/24
 52/4 52/11 52/23 84/18 84/19
purchasing [1]  52/7
purported [2]  51/23 52/15
purports [1]  41/7
purpose [12]  14/3 15/7 17/18 18/3 18/10
 19/18 27/12 74/7 74/24 80/17 98/19 104/13
purposely [1]  19/17
purposes [3]  6/4 16/20 17/12
pursue [1]  64/4
put [15]  32/20 33/12 35/4 40/4 41/25 42/1
 42/7 66/9 86/6 96/2 102/17 102/19 105/18
 105/23 125/16
puts [2]  40/22 116/12
putting [2]  26/9 72/9

**Q**

quality [1]  6/9
quarter [3]  89/25 123/2 125/5
question [20]  3/16 33/9 55/20 58/13 71/21
 71/23 73/2 80/25 98/9 99/20 102/7 103/14
 104/17 104/25 105/16 105/17 116/2 116/3
 123/14 123/15
questionnaire [1]  111/15
questions [9]  10/12 10/19 68/1 104/16
 109/22 111/13 114/23 115/2 118/19
quick [2]  66/17 103/20
quickly [5]  4/7 36/5 36/7 91/20 109/20
quite [2]  93/12 93/23
quote [1]  102/4
quoted [1]  54/22
quotes [1]  100/12
quoting [1]  119/24

**R**

raise [2]  119/10 120/7
raised [4]  46/9 83/11 120/19 120/25
raising [1]  69/16
ran [2]  51/5 62/6
range [1]  59/9
rat [1]  110/19

rather [2]  45/12 45/14
rational [2]  82/15 117/10
rattle [1]  40/13
rattled [2]  40/5 91/20
re [1]  20/23
re-examine [1]  20/23
reach [4]  9/19 20/21 43/24 118/10
reaction [1]  90/11
read [17]  21/5 21/11 26/17 41/5 51/7 61/18
 84/9 84/15 84/23 87/12 90/7 114/2 120/11
 120/14 121/4 121/7 121/8
reading [2]  4/6 120/24
ready [10]  47/3 47/3 66/18 67/23 67/23
 83/20 98/8 99/4 101/10 125/25
real [11]  3/16 8/23 21/2 22/10 24/11 38/9
 39/6 61/4 69/8 77/15 122/18
realize [1]  76/25
realized [1]  88/21
really [18]  29/17 31/24 31/24 32/25 36/13
 36/15 36/15 39/19 71/16 73/14 73/15 93/12
 93/17 112/21 112/21 116/13 117/13 120/21
realty [4]  5/22 75/9 76/12 76/20
reason [10]  8/23 10/14 22/8 32/17 37/4
 56/23 59/16 77/25 108/9 110/4
reasonable [19]  6/10 7/23 8/16 8/22 8/23
 9/1 9/5 12/14 13/17 14/21 17/9 19/5 19/11
 40/19 41/2 56/21 107/3 116/21 116/24
reasonably [2]  14/13 19/12
reasoning [2]  9/18 119/16
reasons [1]  96/4
rebuttal [12]  2/7 45/13 45/18 45/22 45/25
 46/6 46/9 46/15 46/22 46/23 84/2 84/6
receipt [1]  16/1
receive [3]  34/25 64/1 124/23
received [9]  23/14 26/12 28/20 41/14 41/17
 54/17 84/17 90/11 123/21
recent [1]  67/7
recently [1]  110/2
recess [4]  5/16 48/7 99/10 118/12
recipe [2]  85/4 85/4
reckless [2]  13/13 15/18
recognition [1]  62/24
recognize [4]  6/11 6/14 100/17 103/5
recollection [5]  3/12 9/16 83/13 109/10
 111/15
record [12]  6/6 6/19 7/9 25/3 25/7 63/11
 63/13 97/11 99/12 110/23 112/3 117/15
recorded [2]  63/12
recordings [1]  81/20
records [8]  75/4 75/5 75/12 76/14 76/19
 90/19 90/23 91/2
red [4]  44/19 51/5 95/21 95/25
redacted [1]  48/10
reduce [1]  67/9
reduced [2]  90/16 90/17
reduction [2]  78/7 78/9
refer [2]  11/22 120/12
reference [1]  83/6
refused [1]  119/15
regarding [1]  73/3
Register [1]  123/25
Regulations [1]  12/6
regulators [2]  88/8 95/21
related [3]  39/23 48/3 87/9
relates [1]  96/17
relating [2]  20/3 22/10
relation [5]  39/18 55/21 58/14 66/17 91/17

**R**

relations [8]  39/16 39/18 40/7 63/20 66/14 67/6 91/11 91/16
relationship [4]  6/4 59/13 59/17 74/17
release [3]  30/10 66/18 87/8
released [3]  60/9 62/20 98/4
releases [11]  30/9 30/19 31/2 34/10 50/8 62/25 63/2 63/3 87/24 88/4 88/14
relentless [1]  80/5
relied [1]  13/20
relief [1]  109/11
rely [1]  9/2
remain [1]  97/17
remainder [2]  46/5 47/4
remaining [1]  21/5
remains [1]  73/2
remedy [2]  103/19 109/4
remember [22]  11/6 21/2 25/9 39/24 39/25 41/17 47/12 58/22 74/5 75/4 84/25 85/14 87/19 88/7 93/22 100/12 100/17 103/6 109/14 109/17 109/21 109/22
remembers [1]  11/5
remind [2]  33/10 47/25
removed [1]  101/7
rent [13]  23/20 62/4 67/10 73/7 81/16 90/16 90/17 90/20 90/20 90/22 90/22 90/23 90/25
reopen [3]  64/5 64/7 105/10
repeat [1]  11/14
repeated [3]  28/20 83/6 95/5
repeatedly [1]  94/18
replies [2]  63/25 66/12
Reported [1]  1/22
Reporter [2]  1/22 126/9
representation [2]  13/10 15/15
representations [4]  12/17 12/20 13/8 15/12
REPST [1]  61/19
request [7]  98/22 105/3 118/8 119/11 119/13 119/21 121/7
requested [2]  109/11 119/9
requests [2]  99/20 99/22
required [1]  72/25
requirement [1]  79/7
requires [2]  19/1 116/20
research [2]  103/20 104/14
reserved [2]  7/3 45/16
reserving [1]  21/18
respect [3]  48/19 117/2 117/15
respond [1]  96/24
responding [1]  109/22
responds [1]  67/25
response [1]  118/20
responsible [4]  18/20 18/23 19/1 107/13
rest [3]  84/15 111/13 124/16
restricted [24]  38/6 38/6 38/16 38/18 38/19 39/4 39/6 39/9 39/14 53/24 53/25 54/9 54/14 54/17 55/18 55/23 56/6 56/8 59/19 59/22 72/10 72/21 86/24 99/2
restriction [1]  54/10
result [1]  100/7
resulted [1]  14/24
results [1]  30/14
resume [2]  118/12 119/18
resumed [2]  5/16 99/10
retail [4]  24/19 70/21 70/21 79/11
retired [3]  47/17 97/20 125/22
retracted [1]  48/25

return [2]  89/1 96/20
reversed [1]  119/7
review [3]  118/17 122/14 123/17
revisited [1]  100/22
rewards [1]  78/6
Richard [37]  53/4 53/5 53/10 55/4 56/24 57/4 57/7 60/8 60/18 60/25 61/6 62/6 62/22 63/25 66/2 66/16 67/5 67/11 67/21 68/6 68/8 68/17 68/21 68/25 69/3 69/15 69/23 70/5 70/7 70/17 71/11 72/15 72/17 77/7 79/12 82/20 93/23
ridiculous [3]  37/16 37/22 39/14
right [35]  4/11 5/12 5/12 7/1 22/22 25/11 30/5 34/19 37/9 38/13 45/15 48/6 49/3 54/21 63/3 64/15 78/5 78/13 86/17 89/2 91/23 93/25 95/20 99/19 100/17 102/8 102/10 105/14 107/20 109/7 112/7 115/14 118/16 122/5 126/1
rise [3]  3/2 97/18 97/19
risky [1]  89/16
RLAB [19]  22/10 23/16 25/16 25/23 26/5 26/11 51/24 52/7 52/11 53/19 54/6 56/10 58/10 58/13 65/9 65/18 67/13 67/15 68/10
RMR [2]  1/22 126/8
road [1]  59/10
Rob [14]  25/16 25/23 26/9 26/11 26/14 34/15 55/4 55/6 56/25 57/13 57/13 65/23 71/6 72/6
ROBERT [1]  1/14
rock [2]  62/1 62/3
roles [1]  97/9
Rolle [6]  109/10 111/7 112/2 118/2 118/10 118/24
RON [1]  1/14
room [19]  1/23 7/19 26/19 32/19 42/9 43/21 47/3 76/11 96/11 96/15 96/19 98/3 102/11 107/5 107/6 115/5 118/23 123/2 125/5
root [1]  25/18
Ruby [5]  34/5 34/7 53/4 53/10 53/15
ruin [1]  92/23
rule [4]  19/23 45/20 45/21 120/5
rules [2]  7/16 108/23
ruling [3]  100/5 100/7 101/4
Runway [1]  66/23
Russo [8]  22/18 22/19 22/21 33/20 36/22 37/1 37/1 37/4

**S**

safe [1]  118/18
safeguard [1]  29/5
said [50]  4/10 9/7 9/11 9/14 10/25 26/1 26/7 27/21 27/24 28/1 34/18 37/4 40/3 41/21 42/22 43/20 43/20 44/17 44/18 58/4 61/3 71/10 71/14 71/15 77/18 79/24 83/7 83/15 86/5 87/22 88/12 90/16 91/6 91/13 91/21 93/5 93/12 93/22 93/23 93/25 94/17 94/21 95/12 95/13 96/19 103/25 109/15 109/16 117/11 122/7
sale [2]  14/19 24/18
same [20]  4/6 5/1 7/7 22/24 28/17 33/6 34/25 52/1 54/3 76/21 88/17 90/22 90/24 91/17 91/24 91/25 92/2 93/5 95/11 110/11
satisfied [1]  28/22
satisfies [1]  26/16
saw [15]  22/2 23/18 26/8 26/21 28/16 35/7 36/21 42/10 60/16 86/16 91/11 91/19 92/4 92/4 92/5

say [55]  9/5 9/6 9/10 10/3 10/6 10/25 21/16 24/25 25/1 30/17 32/20 36/11 36/12 42/23 48/22 54/14 56/9 56/21 57/3 57/13 60/18 63/2 71/12 72/7 72/8 77/24 77/25 78/24 80/6 81/25 85/5 85/5 92/12 92/20 93/13 95/5 100/16 101/14 102/24 104/18 105/7 107/17 109/16 110/7 110/23 112/18 113/8 113/25 116/17 117/14 121/1 121/21 121/21 122/3 123/4
saying [18]  25/4 26/9 33/17 36/19 45/24 55/3 55/12 55/16 72/9 74/23 79/18 90/23 101/5 102/6 114/20 120/11 121/25 125/9
says [47]  24/23 25/2 25/8 31/6 31/19 31/21 32/10 32/12 34/13 34/15 35/12 35/14 35/25 36/6 36/8 36/10 36/14 36/23 37/4 37/8 37/10 38/20 41/10 48/20 51/5 51/20 52/1 55/6 57/1 57/4 57/4 57/8 57/11 57/13 58/19 70/19 71/20 71/25 73/5 75/24 77/20 78/1 78/4 78/7 84/11 90/25 116/9
scene [2]  18/6 19/4
schedule [1]  80/20
scheme [31]  11/25 12/23 12/12 12/16 12/24 13/6 14/3 14/14 14/18 14/22 15/9 16/13 22/6 26/3 26/20 27/9 27/14 30/23 36/10 36/12 39/19 39/23 50/18 51/22 52/14 84/11 84/16 87/12 88/18 89/8 94/4
school [4]  110/25 111/3 111/10 111/22
scrape [1]  81/10
scratch [1]  125/12
screen [1]  122/18
scrutiny [4]  87/23 87/24 88/6 88/7
seated [5]  7/8 49/8 96/22 118/16 124/19
seats [1]  7/7
Sebelia [1]  66/24
SEC [2]  88/7 95/22
second [15]  23/16 42/11 44/5 44/7 44/12 64/4 79/3 83/10 91/12 103/16 104/6 104/21 106/8 106/10 108/12
seconds [6]  39/25 40/4 40/9 53/1 91/14 91/20
secret [3]  20/17 30/4 37/9
section [4]  12/1 12/5 12/6 12/9
securities [17]  12/4 12/8 14/17 14/19 15/8 16/13 27/8 42/14 42/18 42/21 43/3 44/6 44/11 44/22 88/8 88/24 108/10
security [11]  15/2 15/5 15/22 27/10 47/20 85/22 86/13 87/5 89/14 96/22 101/20
see [46]  19/8 22/22 23/5 24/9 25/14 28/9 35/23 37/13 38/17 47/16 48/6 48/9 50/19 51/8 51/19 54/19 54/23 61/21 62/13 63/12 66/6 66/7 66/8 73/5 74/7 74/8 74/9 74/11 74/13 74/14 75/15 75/16 77/19 80/4 90/23 103/13 103/18 104/14 110/14 110/16 114/2 118/1 122/19 124/20 125/18 125/21
seeing [1]  69/9
seek [1]  21/4
seeking [1]  120/10
seem [2]  10/16 64/3
seemed [3]  98/25 115/10 115/13
seems [10]  50/3 54/8 54/16 55/3 103/19 104/24 106/12 119/5 120/13 120/22
seen [3]  22/13 69/6 70/25
sees [1]  70/10
self [1]  96/16
self-explanatory [1]  96/16
sell [9]  38/13 38/20 50/9 54/2 57/16 57/17 58/4 59/20 59/23

**S**

seller [4] 55/7 55/8 55/11 57/17
sellers [1] 15/8
selling [2] 54/20 57/10
send [9] 24/23 25/5 28/18 61/22 71/10
 96/21 97/5 98/17 123/17
sending [3] 25/14 74/4 75/25
sends [1] 80/10
sense [6] 8/24 9/19 38/23 54/10 85/14 86/2
senses [1] 123/6
sent [14] 24/21 28/13 28/19 29/17 41/14
 41/14 52/6 52/9 52/19 71/16 75/7 90/10
 119/13 119/17
sentence [2] 60/14 78/8
separate [8] 11/20 14/13 14/14 16/11 16/14
 16/15 20/2 68/2
separately [1] 20/4
September [2] 81/6 81/6
serious [1] 51/6
serve [2] 92/13 110/4
served [2] 110/3 111/11
service [4] 98/5 111/11 111/21 111/23
services [3] 65/18 68/11 111/2
session [2] 3/3 118/14
set [5] 67/15 94/20 94/21 94/21 116/20
sets [1] 4/24
seven [5] 11/20 52/6 56/16 57/22 80/10
several [2] 3/25 11/16
share [5] 23/12 54/6 54/19 55/11 55/14
shared [2] 17/11 27/19
shareholders [18] 36/15 36/17 51/17 58/9
 58/12 58/15 64/12 64/12 65/10 65/12 65/12
 66/15 73/3 73/11 73/15 75/2 77/21 82/1
shareholders' [1] 24/2
shares [33] 38/9 39/6 51/24 52/4 52/23 54/9
 54/9 54/12 54/14 54/18 54/20 54/25 55/6
 55/17 55/18 55/23 56/6 56/8 56/9 56/11
 56/25 57/10 58/8 58/17 58/17 58/24 59/4
 60/1 66/18 72/10 72/21 84/18 84/19
sharing [1] 16/4
she [37] 9/23 10/18 11/5 48/20 96/23
 107/22 109/14 110/25 111/2 111/2 111/2
 111/3 111/8 111/9 111/11 111/12
 111/14 112/3 112/6 115/10 115/12 115/13
 116/6 116/8 116/9 116/9 116/10 116/11
 116/12 116/13 117/6 117/10 117/11 118/21
 118/21 118/25
shenanigans [1] 101/20
shocking [1] 76/24
shoppers [1] 64/8
should [32] 3/23 9/11 9/13 9/20 10/5 10/22
 13/21 30/1 30/2 32/15 42/1 46/5 51/14 54/9
 56/3 56/4 56/7 56/11 62/24 68/21 75/25
 85/16 86/15 99/6 101/4 106/5 106/13
 106/14 106/24 108/25 110/17 119/25
shouldn't [1] 86/12
show [19] 4/2 11/18 26/13 26/14 49/20 51/2
 60/23 61/1 61/6 75/4 76/14 76/19 78/22
 78/25 79/17 81/25 82/2 91/5 100/8
showed [8] 24/21 79/23 80/20 81/21 91/8
 95/15 95/15 95/16
showing [2] 58/19 60/24
shown [1] 13/21
shows [2] 53/23 90/15
shut [1] 28/2
shutdown [2] 42/6 44/16

shutting [1] 27/22
sick [1] 86/22
side [2] 77/23 116/20
sidebar [1] 82/22
sides [2] 125/2 125/19
sign [1] 96/19
signal [1] 29/17
significance [2] 11/9 41/25
significant [2] 109/23 117/2
similar [4] 34/22 91/11 92/16 121/20
simple [4] 11/3 86/7 86/20 104/23
simply [3] 18/6 19/3 21/1
since [2] 32/24 122/13
single [3] 8/8 44/24 73/11
sinking [1] 89/11
sit [6] 40/12 40/14 40/21 79/4 110/6 117/20
sitting [5] 27/5 31/16 32/3 32/7 32/9
situation [2] 117/22 122/10
six [3] 31/8 63/17 94/1
six-month [1] 63/17
size [1] 34/7
sized [1] 34/6
skills [1] 48/20
skin [1] 32/8
skip [4] 52/12 109/15 109/18 110/17
Skwara [55] 23/6 23/7 27/19 27/20 28/4
 28/6 28/7 28/16 32/6 32/7 32/7 32/14 33/3
 33/5 33/7 34/20 35/6 35/17 35/21 42/5 42/6
 42/12 43/16 44/14 44/15 44/22 52/13 60/12
 62/2 62/4 75/7 77/2 78/5 78/11 78/14 78/15
 86/25 88/17 88/19 88/22 89/2 89/4 89/6
 92/14 92/15 92/23 94/15 94/24 94/25 94/25
 95/3 95/8 101/9 101/13 101/15
Skwara's [7] 29/18 44/23 52/16 54/2 60/16
 73/13 92/23
slate [1] 125/18
sleep [1] 86/23
slight [1] 34/3
slow [2] 48/22 48/24
slowly [1] 113/1
small [11] 29/17 29/19 29/19 29/20 29/21
 29/23 31/18 34/23 35/3 54/5 70/12
smart [1] 60/20
smartest [1] 69/11
snare [1] 64/23
so [81] 3/13 4/6 6/16 8/1 8/17 9/1 9/5 9/6
 11/7 20/20 25/6 30/5 30/10 35/17 36/12
 36/19 37/24 40/1 40/2 42/7 46/15 47/12
 48/2 48/22 50/25 51/19 53/18 54/12 54/16
 55/3 55/9 56/1 57/8 58/13 59/21 59/23
 60/22 62/23 63/7 64/23 67/8 67/16 67/22
 68/10 71/1 71/25 72/24 75/15 75/19 76/6
 77/5 78/14 78/19 84/12 88/25 89/17 89/24
 89/25 90/23 91/25 100/17 100/22 101/23
 103/5 105/23 107/15 109/12 110/16 112/21
 113/10 113/21 114/14 117/4 117/21 117/22
 118/9 122/7 122/21 123/17 125/17 125/24
soccer [2] 35/19 35/20
sold [1] 58/23
solution [1] 119/5
solve [1] 109/20
some [51] 6/13 10/24 11/5 17/10 17/19
 17/22 18/10 25/5 29/24 31/14 38/5 58/18
 60/23 61/23 62/8 62/9 63/15 63/16 64/19
 66/9 68/1 69/19 70/10 71/10 74/6 74/13
 75/10 77/13 79/24 84/9 87/13 87/14 87/18
 90/7 90/8 90/8 101/19 106/20 108/11

112/15 112/15 112/18 113/4 113/23 114/21
 114/21 114/22 116/11 120/14 120/16
 123/18
somebody [10] 26/21 64/23 79/1 89/7 89/23
 89/24 92/12 93/11 107/7 107/8
someone [23] 12/12 12/16 12/21 13/7 13/24
 14/1 14/23 15/10 16/16 20/1 27/15 42/25
 50/4 54/25 59/6 65/25 110/5 110/6 110/15
 112/20 115/13 115/15 121/11
someplace [1] 114/10
something [41] 10/25 11/1 11/7 12/10 12/24
 13/18 16/16 19/17 19/21 33/17 33/22 35/9
 35/9 35/11 35/16 35/21 36/5 36/8 39/17
 42/22 50/2 53/14 61/2 61/21 67/15 70/25
 71/14 72/7 79/14 79/21 81/24 85/3 85/6
 85/10 85/11 85/11 86/4 94/19 98/23 102/15
 115/17
sometimes [4] 47/13 92/17 92/18 110/19
somewhere [1] 89/12
son [1] 75/10
son's [3] 23/24 50/14 74/17
soon [3] 66/15 96/24 126/2
sooner [1] 110/16
sorry [10] 4/15 5/18 27/22 28/1 66/3 67/11
 95/5 112/17 114/11 115/11
sort [10] 6/13 26/18 36/4 36/6 75/10 100/9
 106/22 120/16 120/17 123/18
sotto [1] 119/25
sound [3] 36/15 93/11 122/3
sounds [1] 122/6
source [1] 28/14
sources [2] 75/17 76/16
South [7] 24/17 40/2 67/24 79/10 79/13
 91/5 91/12
SOUTHERN [1] 1/1
Spanish [2] 117/17 117/19
speak [11] 37/14 67/16 67/25 96/13 110/8
 110/9 113/1 113/8 113/8 114/8 114/9
speaker [3] 13/12 15/17 111/16
speaking [7] 63/9 63/10 109/9 110/1 114/7
 116/6 116/8
speaks [1] 114/12
special [2] 70/14 104/6
specific [8] 7/22 13/24 14/7 19/22 19/25
 20/8 20/10 101/18
specifically [1] 103/24
spectator [1] 19/7
spent [4] 50/15 53/1 53/3 74/6
spoke [2] 85/25 114/9
spread [1] 103/5
spreading [1] 103/6
Springs [4] 70/15 75/8 76/12 76/20
Sputo [4] 60/10 62/16 67/23 101/10
Sputo's [1] 62/16
squeeze [2] 79/14 79/21
staff [1] 123/5
stage [7] 32/25 33/2 33/3 33/3 43/13 105/2
 105/24
stake [1] 51/18
stamp [2] 38/18 87/2
stand [3] 35/8 71/14 90/10
start [15] 22/14 46/14 47/3 47/3 48/16
 48/16 48/17 84/7 108/14 119/23 120/6
 121/25 122/1 125/17 125/25
started [3] 34/18 41/18 125/6
starting [1] 67/8
startup [1] 29/25

**S**

state [7]   3/22 4/2 4/22 11/19 13/3 13/4 112/3
statement [7]   13/10 13/21 13/21 14/23 15/15 37/17 121/10
statements [3]   14/25 79/1 106/20
states [17]   1/1 1/3 1/11 1/22 5/6 7/9 12/1 12/4 12/8 16/10 21/22 83/24 83/25 99/12 114/23 119/8 126/9
stay [4]   47/21 48/1 70/8 100/15
staying [1]   69/13
steal [4]   44/1 93/14 93/19 94/11
stealing [3]   86/15 87/20 88/4
steer [1]   66/8
Steinbrenner [1]   80/14
step [7]   29/14 34/1 89/21 95/5 95/13 112/6 115/5
still [8]   3/13 41/5 41/11 59/18 64/10 68/17 78/21 81/12
stock [51]   15/22 15/23 27/10 30/22 37/7 38/6 38/7 38/8 38/10 38/11 38/12 38/13 38/16 38/18 38/19 39/1 39/4 39/9 39/14 39/20 39/20 44/12 50/8 50/10 51/10 51/13 52/8 52/11 52/20 53/6 53/19 53/24 53/24 53/25 53/25 54/4 54/22 54/22 59/7 59/19 59/22 60/8 65/11 65/13 66/6 72/5 72/7 73/13 73/13 86/24 99/2
stockbrokers [1]   30/21
stocks [1]   54/23
stood [1]   103/4
stop [2]   28/24 30/7
stopped [1]   44/16
stops [1]   77/3
store [4]   23/19 35/19 35/20 70/21
story [3]   62/13 62/24 63/1
straight [1]   46/14
strange [1]   67/17
strategy [2]   43/10 65/21
straws [1]   120/8
Street [3]   1/15 1/18 29/23
Strickland [25]   24/10 24/13 24/16 25/8 25/19 25/20 25/25 26/7 27/21 28/1 30/23 33/17 37/8 37/21 38/3 40/8 40/12 40/14 41/17 42/20 44/17 87/22 90/10 91/18 91/18
strike [1]   107/25
strings [4]   82/7 82/11 82/12 82/16
strong [1]   64/11
strongly [1]   120/4
structuring [1]   24/15
struggle [1]   117/17
struggling [1]   34/23
studied [1]   121/5
stuff [1]   40/13
subject [4]   6/13 83/3 102/18 103/10
submit [15]   26/16 31/4 32/5 32/14 32/17 33/1 33/13 40/18 42/1 43/4 43/23 90/12 93/2 95/11 119/25
submitted [1]   106/1
subpoena [3]   83/3 83/4 83/9
substance [1]   102/2
substituting [1]   118/12
subtract [1]   86/9
succeeded [1]   17/7
such [4]   6/17 9/23 89/21 119/21
sudden [3]   29/21 31/19 73/20
suddenly [2]   29/23 73/25

suffering [1]   94/8
sufficient [1]   18/5
suggest [3]   10/12 109/15 109/18
suggesting [1]   83/14
suggestions [1]   68/10
Suite [1]   126/10
Sunday [3]   73/24 74/2 77/1
super [2]   34/6 34/7
super-size [1]   34/7
super-sized [1]   34/6
superseding [1]   34/7
supervising [3]   62/17 65/7 65/8
support [3]   63/21 76/22 117/5
supported [1]   106/2
supporting [1]   73/20
supposed [6]   23/4 29/11 39/12 58/2 95/24 113/20
supposedly [4]   24/13 38/3 41/8 41/10
sure [4]   21/14 41/4 86/22 98/12
surprise [1]   6/13
sustained [2]   5/23 61/14
sweat [3]   68/14 68/19 81/18
sympathy [7]   8/5 31/14 31/15 32/2 32/15 32/18 32/21
system [2]   60/12 78/6

**T**

table [2]   78/15 93/9
tail [1]   77/1
take [35]   7/6 8/1 15/14 25/18 29/14 34/1 34/11 45/24 46/24 46/24 46/25 47/9 47/10 47/11 49/18 51/3 51/19 58/25 59/1 59/22 80/21 82/7 82/8 82/18 85/23 89/21 95/13 96/18 98/11 103/16 104/21 105/14 107/16 117/22 122/21
taken [2]   71/21 104/5
takes [2]   3/9 38/22
taking [4]   47/20 59/5 104/6 112/5
talk [24]   27/13 28/23 36/3 37/19 42/9 50/25 53/22 56/19 60/2 62/22 73/23 77/2 78/22 79/5 81/21 85/12 86/20 87/11 92/3 112/20 112/23 114/10 116/1 116/9
talked [12]   30/8 37/9 37/19 37/20 37/20 38/6 39/16 41/20 56/15 85/13 92/25 94/3
talking [32]   4/6 24/23 25/2 25/9 25/13 30/18 30/20 31/2 32/5 32/6 33/20 33/23 48/21 49/21 49/24 50/16 53/1 53/5 55/4 56/24 57/7 65/25 67/14 68/25 70/5 70/6 70/16 75/5 79/15 85/6 96/24
talks [8]   34/9 34/10 34/14 36/10 37/2 80/14 87/12 91/9
tangible [1]   16/5
tanking [1]   89/11
tape [10]   27/21 28/17 37/1 37/13 37/25 65/6 81/20 86/4 87/10 91/19
taped [5]   65/24 77/25 79/4
tapes [15]   22/19 26/21 35/24 36/21 42/10 42/12 43/14 43/19 54/20 58/19 73/4 75/1 77/19 81/23 92/4
targeted [1]   66/25
tat [1]   101/5
tats [1]   101/8
teaching [1]   53/11
team [5]   67/7 68/1 68/3 69/16 69/16
tears [1]   95/3
tease [1]   72/11
techniques [1]   121/22

tell [11]   10/14 46/11 79/13 83/8 96/25 99/25 105/24 106/22 110/5 118/5 124/12
telling [3]   10/13 11/4 119/18
tells [2]   81/1 81/2
ten [3]   52/22 52/23 110/9
tenacious [1]   27/23
tend [2]   9/25 11/5
tendency [2]   13/19 35/23
term [9]   15/13 15/22 59/15 59/17 63/18 88/25 107/10 107/15 107/17
terminology [1]   115/17
terms [2]   116/1 125/24
terrible [4]   93/12 93/17 93/17 93/19
test [6]   82/5 82/5 82/7 82/9 82/10 82/10
testified [9]   10/18 10/23 24/11 24/16 28/6 88/19 89/5 92/11 101/11
testify [4]   8/14 8/14 90/10 101/10
testifying [3]   10/9 35/8 78/9
testimony [12]   5/21 9/9 9/22 10/6 10/20 10/20 11/1 35/19 41/9 42/3 58/2 62/16
text [1]   94/21
than [27]   5/11 21/9 29/3 34/15 46/7 46/10 51/14 54/9 54/14 55/1 55/9 55/24 55/24 57/16 57/18 73/5 77/21 85/24 86/2 87/4 87/6 101/13 104/22 110/10 117/18 119/2 124/21
thank [38]   5/8 5/12 6/23 6/25 7/14 21/24 26/9 44/25 46/17 47/16 48/4 48/5 49/7 82/21 83/22 84/5 91/4 91/5 96/6 97/2 97/25 98/1 98/5 99/8 99/9 115/4 115/6 116/15 124/2 124/6 124/9 124/10 124/13 124/14 124/18 125/2 125/20 126/3
thanks [6]   24/24 26/5 67/10 74/12 74/16 79/18
that [585]
that's [105]   3/17 4/7 4/22 24/4 24/10 24/12 25/10 25/13 27/4 29/11 29/19 30/25 32/4 35/17 36/22 39/1 39/4 39/8 39/17 39/21 40/10 40/11 40/24 41/22 43/3 44/8 44/12 45/21 46/2 51/5 51/14 51/25 52/5 52/16 52/17 56/5 56/19 57/12 57/14 57/18 58/1 58/21 59/1 59/11 59/13 59/16 61/4 65/14 65/15 70/18 71/21 71/24 72/12 73/6 74/16 75/14 78/1 78/3 78/16 79/19 79/21 82/8 82/15 84/21 85/20 85/24 86/2 86/15 86/15 86/16 87/3 88/2 88/9 88/10 89/3 89/8 89/18 90/18 91/24 91/24 93/3 93/17 93/25 94/10 98/9 101/2 101/17 102/20 103/19 104/3 105/10 106/2 106/6 106/12 106/15 106/16 107/10 107/12 107/12 108/9 113/8 113/18 123/24 124/3
their [27]   29/4 34/22 45/18 46/6 47/21 48/1 55/6 56/13 58/16 59/2 61/7 63/11 71/17 71/17 71/19 82/3 89/8 89/9 89/10 89/11 89/15 89/20 98/9 102/10 104/16 107/16 115/18
them [57]   10/19 11/6 22/22 26/19 35/1 35/2 39/12 39/13 42/4 42/8 46/12 47/22 47/25 47/25 49/18 49/18 50/13 51/9 51/9 57/19 58/16 61/1 61/6 61/6 61/17 61/18 62/10 63/14 63/16 64/18 65/1 67/7 67/16 67/21 79/13 80/10 80/13 82/2 82/3 82/3 89/16 89/17 89/19 89/20 90/8 98/9 99/1 100/14 108/13 117/22 117/24 117/24 118/2 119/18 123/9 123/17 126/2
then [33]   24/5 32/21 33/19 34/5 36/6 36/8 37/3 37/10 45/12 45/22 50/4 50/9 53/22

## T

**then...** [20]  75/22 79/13 80/15 81/5 81/13 86/17 89/2 91/16 93/24 96/20 99/25 100/11 104/19 105/14 106/4 106/10 106/13 111/12 122/8 123/8
**theory** [2]  54/8 105/9
**there** [118]  3/23 10/1 10/22 10/24 21/10 25/20 27/5 28/17 29/2 30/7 30/12 32/15 32/17 32/25 33/5 35/4 37/24 39/25 40/12 40/15 40/21 41/15 41/16 42/3 42/11 42/11 42/12 43/3 43/23 48/10 49/14 52/2 53/13 53/13 53/13 53/14 53/24 53/25 54/10 54/23 58/1 62/9 62/23 62/23 63/2 64/4 65/6 70/24 71/5 71/17 72/22 72/23 73/11 73/12 73/15 73/17 73/23 74/5 74/25 75/18 75/21 76/3 76/9 76/17 77/2 77/7 79/4 80/21 83/20 84/22 85/9 85/9 86/9 86/17 86/19 87/13 87/23 87/25 88/18 89/2 91/23 92/6 92/10 93/2 95/22 98/23 98/24 98/25 100/13 102/12 103/5 103/9 103/23 104/2 104/9 105/9 105/23 106/8 106/18 106/23 106/25 107/7 107/8 107/9 107/10 107/21 108/21 109/2 109/23 110/1 110/7 112/14 113/12 114/11 114/12 114/16 116/22 117/18
**therefore** [3]  46/21 83/8 106/14
**thesaurus** [1]  122/5
**these** [63]  5/14 7/18 7/25 7/25 15/6 23/7 29/3 31/1 31/3 31/9 34/22 37/22 39/13 41/20 42/2 42/6 47/8 56/9 56/11 58/6 58/17 58/19 58/20 60/24 61/3 61/6 62/5 65/16 68/6 72/19 73/4 74/3 75/1 75/12 75/20 76/13 76/19 77/18 78/22 79/2 79/5 79/9 79/15 79/15 79/21 81/20 81/20 81/23 81/23 84/25 85/9 87/24 89/16 90/2 90/4 90/12 91/10 91/24 95/22 100/12 104/10 108/7
**they** [156]
**thief** [1]  78/17
**thing** [25]  22/22 22/24 30/1 30/2 33/6 38/19 45/15 51/1 52/1 62/15 78/1 79/23 85/13 91/24 94/23 99/1 101/7 102/16 106/2 107/3 112/21 113/7 113/9 115/14 123/11
**things** [25]  5/25 10/18 11/6 31/1 31/3 50/1 50/16 50/23 50/24 72/19 74/20 78/23 79/15 92/17 92/18 92/20 92/22 98/4 100/3 107/19 108/16 121/25 122/17 124/11 125/16
**think** [94]  4/16 4/23 4/25 5/24 6/6 6/8 6/11 6/16 6/16 6/16 20/25 26/7 29/15 29/17 29/24 30/1 30/11 31/7 31/15 32/1 33/8 34/1 34/8 35/17 37/5 38/12 41/5 42/21 47/5 48/2 49/12 53/21 53/23 64/6 69/2 69/7 70/2 71/15 74/21 77/17 82/4 82/14 87/9 91/21 94/12 98/19 98/23 100/2 100/22 102/5 103/12 104/5 104/8 104/14 105/2 105/11 105/24 106/2 106/15 106/17 106/24 107/2 107/14 107/18 108/6 108/7 108/9 108/10 108/25 110/10 110/13 111/18 111/20 111/21 111/24 112/5 113/11 113/15 113/20 113/21 116/22 117/1 117/9 117/12 118/17 118/21 120/24 121/12 121/23 121/24 122/7 122/10 122/18 125/15
**thinking** [5]  5/20 65/14 87/19 88/2 115/10
**thinks** [1]  123/5
**third** [3]  23/11 55/15 108/21
**thirsty** [1]  72/15
**Thirty** [1]  81/17

**this** [295]
**those** [40]  3/21 4/1 4/23 5/22 6/1 6/3 11/17 16/24 22/5 22/7 23/1 24/4 25/1 25/15 27/3 29/2 30/21 33/15 34/24 42/12 47/24 50/16 50/22 50/23 50/24 53/8 64/12 68/12 73/3 74/20 75/1 75/3 85/8 95/18 95/25 96/4 106/20 107/18 108/16 125/16
**though** [3]  31/11 105/20 119/22
**thought** [4]  31/15 47/25 90/5 108/22
**thousand** [1]  79/25
**thousands** [3]  23/19 44/23 80/1
**three** [15]  6/3 12/21 15/3 17/14 38/12 42/16 50/16 52/8 54/20 57/5 57/8 69/10 70/6 75/20 93/5
**through** [14]  3/19 3/20 3/24 11/15 11/16 36/2 46/15 47/4 71/23 71/25 73/6 90/8 96/16 117/17
**throughout** [7]  7/20 7/25 46/20 84/1 98/2 119/10 120/11 120/20
**throw** [1]  67/21
**Thursday** [1]  65/2
**ticket** [1]  51/5
**time** [35]  4/6 6/1 10/25 17/18 46/6 46/9 46/10 47/22 50/16 53/3 54/1 54/18 59/7 59/22 63/18 64/4 76/21 81/24 88/14 90/19 91/3 96/21 97/1 97/24 102/1 103/1 109/21 111/12 117/23 118/2 122/21 123/10 124/8 125/1 125/8
**timeline** [4]  43/7 43/7 43/16 43/17
**times** [6]  52/5 52/8 52/17 56/16 65/19 93/5
**timetable** [2]  69/16 70/1
**timing** [5]  6/8 30/9 30/18 30/19 34/10
**tired** [1]  86/22
**tit** [1]  101/5
**tit-for-tat** [1]  101/5
**Title** [4]  11/25 12/4 12/5 12/8
**today** [8]  33/20 33/23 46/25 47/19 67/13 124/24 125/1 125/16
**together** [4]  17/1 42/19 81/10 94/1
**token** [1]  79/25
**told** [21]  25/19 28/23 29/4 29/7 46/19 57/25 59/9 59/12 71/2 71/8 77/3 77/8 78/20 86/25 87/1 87/2 95/1 103/24 106/13 106/24 114/3
**tomorrow** [15]  64/15 118/25 122/14 123/1 123/18 124/21 125/3 125/5 125/12 125/17 125/18 125/21 125/24 125/25 126/1
**tonight** [1]  93/16
**too** [7]  26/15 42/7 69/17 98/7 102/6 115/12 117/12
**took** [4]  6/11 22/5 99/20 103/25
**top** [2]  24/9 38/18
**topics** [1]  79/2
**toss** [1]  5/14
**tossing** [1]  54/4
**total** [2]  66/18 76/19
**totally** [1]  111/14
**towards** [1]  46/9
**town** [2]  63/15 64/15
**track** [1]  6/11
**trade** [1]  16/8
**trademark** [2]  67/1 68/9
**trademarks** [1]  73/9
**trades** [1]  50/4
**trading** [24]  38/7 38/11 38/12 50/3 50/6 50/19 53/11 53/13 53/25 54/4 54/9 54/12 54/12 54/18 54/20 55/13 55/14 55/14 55/17 56/7 56/18 60/1 86/23 87/8

**traffic** [1]  51/5
**transaction** [3]  17/20 24/15 44/7
**transactions** [1]  22/10
**transcript** [3]  1/10 48/22 122/7
**transcription** [1]  126/7
**transmit** [1]  12/10
**transmits** [1]  13/2
**trap** [2]  93/2 93/4
**traveled** [1]  28/16
**travelers** [1]  15/25
**treasury** [2]  15/23 15/23
**tremendous** [2]  48/19 117/15
**trial** [18]  1/10 8/4 9/14 11/22 20/7 46/20 50/3 50/22 53/17 77/1 84/1 96/8 98/2 112/4 113/2 119/10 119/15 120/20
**trials** [1]  110/14
**tried** [5]  27/2 92/19 92/20 102/1 116/19
**tries** [1]  34/11
**trip** [1]  64/17
**trouble** [4]  60/20 62/21 77/16 83/15
**true** [2]  10/4 101/17
**Trump** [15]  23/17 23/25 67/9 73/7 79/24 79/25 80/3 80/4 80/6 80/12 90/16 90/17 90/19 90/23 91/2
**trust** [3]  16/4 29/5 91/25
**trusted** [2]  22/21 40/3
**truth** [3]  3/20 3/25 4/20 10/13 10/14 11/4 11/17 11/17 13/13 13/15 15/18 15/20 21/4 41/24
**truthful** [1]  63/3
**try** [8]  17/10 20/21 67/15 79/14 93/14 105/18 113/23 117/16
**trying** [22]  31/16 44/1 56/20 57/19 62/2 62/3 64/10 64/22 79/20 92/5 93/2 93/4 93/11 95/23 103/13 103/18 115/13 115/14 116/9 116/11 117/10 117/17
**tubes** [1]  73/22
**Tuesday** [3]  53/15 69/5 106/9
**Tuesday's** [4]  34/5 34/7 53/4 53/10
**turn** [10]  6/22 24/7 27/17 32/21 32/21 35/22 38/14 38/24 39/24 43/5
**turned** [2]  49/12 102/14
**turning** [9]  23/5 24/22 25/16 31/6 33/16 33/19 36/4 41/4 92/3
**turns** [2]  67/22 77/5
**twenty** [3]  7/4 7/5 21/18
**twenty-five** [3]  7/4 7/5 21/18
**two** [38]  4/23 5/22 5/25 12/19 15/1 16/18 17/10 17/12 22/10 22/11 23/10 26/18 34/19 34/20 37/3 39/2 44/11 44/12 44/21 52/5 54/2 54/23 59/14 59/18 59/18 59/20 59/25 63/19 79/5 82/24 86/9 87/13 88/3 96/15 100/3 108/7 110/3 122/3
**two-month** [1]  63/19
**type** [1]  101/19

## U

**U.S** [6]  1/15 1/18 22/12 23/9 23/12 126/9
**U.S.A** [3]  65/21 66/24 67/1
**ultimate** [1]  72/11
**unambiguously** [1]  36/21
**unanimous** [1]  20/16
**unanimously** [1]  65/10
**uncertain** [1]  65/19
**under** [7]  18/17 62/1 62/2 62/2 62/3 64/7 95/16
**undercover** [9]  24/16 25/8 26/1 40/14 121/8

**U**

undercover... [4]  121/17 121/18 121/20 121/21

understand [19]  10/19 60/6 79/17 101/23 103/8 103/18 104/12 109/3 110/7 110/10 112/15 112/18 112/22 114/20 115/15 116/10 116/13 121/17 121/23

understanding [5]  18/3 107/23 112/13 113/3 117/19

understands [1]  100/5

understood [2]  79/6 79/8

undisclosed [1]  84/20

unimportant [1]  11/11

UNITED [16]  1/1 1/3 1/11 1/22 5/6 7/9 12/1 12/4 12/8 21/22 83/24 83/25 99/12 114/23 119/8 126/9

unknown [1]  70/10

unlawful [7]  16/19 17/5 17/11 17/12 17/25 18/3 27/19

unless [3]  38/21 85/6 97/24

unlike [2]  77/7 77/11

unquote [1]  102/4

until [6]  46/12 61/20 62/17 76/14 101/15 122/14

untrue [3]  13/12 14/23 15/17

unusual [1]  62/5

unwilling [1]  95/17

up [68]  6/2 20/24 24/6 24/8 24/20 26/3 27/5 27/20 28/3 28/8 31/19 32/10 37/11 38/7 38/22 39/9 40/4 42/22 44/15 54/13 56/1 59/10 59/12 60/3 61/3 64/15 64/22 65/3 65/23 65/24 67/15 70/11 70/22 71/3 72/18 74/10 76/13 78/22 79/8 89/3 90/24 92/11 93/7 93/20 95/14 95/17 100/10 101/15 104/3 109/13 110/15 111/17 116/13 122/17

update [1]  66/17

updating [1]  61/22

upon [5]  3/7 9/2 109/8 116/2 118/19 124/7

us [6]  46/24 47/8 71/16 120/23 122/19 124/7

USA [1]  22/16

use [35]  3/16 4/17 7/25 9/18 13/17 14/6 14/11 14/12 14/13 14/15 16/11 22/6 23/17 24/1 24/2 27/7 32/23 34/24 38/23 45/5 48/9 49/22 63/5 63/6 63/19 63/21 63/22 64/1 67/1 71/2 72/16 94/3 94/5 98/18 115/17

used [24]  12/22 14/10 14/22 15/3 22/18 22/25 23/22 24/3 27/3 27/11 30/23 45/4 45/16 46/4 48/18 50/11 50/13 74/19 74/19 75/8 76/7 76/9 83/12 111/8

uses [1]  75/19

USFM [5]  52/16 52/20 53/19 54/6 56/10

using [8]  12/17 13/8 15/11 26/6 46/10 76/22 102/3 114/7

usually [4]  13/25 14/11 19/25 98/9

utter [1]  122/11

uttering [1]  37/22

utters [1]  37/25

**V**

vacuum [2]  101/24 101/24

valuable [1]  54/11

value [1]  58/17

vastly [1]  101/12

Vegas [1]  26/12

ventures [1]  65/17

vera [1]  34/21

verdict [8]  20/5 20/15 20/18 43/23 43/24 96/14 96/18 96/18

versus [3]  94/22 99/13 119/8

very [34]  4/9 21/2 33/6 34/3 34/25 35/24 36/1 37/16 47/16 49/7 51/1 60/11 64/7 64/17 67/17 69/7 71/15 71/22 78/3 86/7 91/11 91/20 93/22 98/5 106/4 110/10 112/5 115/4 116/9 116/15 124/6 124/9 124/13 124/18

VI [1]  1/8

viable [1]  120/1

video [1]  69/6

videos [1]  98/19

view [1]  104/11

viewed [1]  17/21

vigorous [1]  120/25

vigorously [1]  120/19

violating [1]  19/23

violation [3]  11/25 12/4 12/8

voce [1]  119/25

vociferously [1]  100/8

voice [3]  69/4 69/4 117/11

volume [2]  39/20 87/23

voluntarily [2]  19/15 19/17

vote [3]  32/19 107/22 108/15

voted [2]  65/10 97/1

voting [2]  65/13 116/11

**W**

wait [2]  39/2 47/6

waived [1]  119/18

waiving [1]  106/21

Wal [1]  66/25

Wal-Mart [1]  66/25

walk [4]  69/24 80/7 87/6 114/9

Wall [1]  29/23

want [72]  21/1 27/24 27/25 30/11 30/12 31/21 33/18 33/21 33/22 33/23 34/15 36/11 36/16 38/15 38/23 41/10 41/11 43/12 43/13 43/14 44/18 47/9 47/13 47/18 48/2 57/3 57/11 58/16 58/16 58/17 60/2 61/2 62/11 64/3 68/15 68/18 73/6 73/7 77/2 77/20 77/21 83/8 84/8 85/2 85/20 85/23 86/2 87/6 89/16 89/22 90/1 92/20 93/6 93/6 93/7 93/9 93/9 93/18 94/14 95/6 97/25 98/1 102/13 109/20 112/3 116/1 117/14 117/24 124/6 125/1 125/20

wanted [8]  22/4 24/5 39/21 47/24 72/19 82/2 82/3 90/8

wants [13]  31/3 38/19 39/4 54/25 55/7 55/11 58/19 68/24 68/24 78/6 94/8 102/5 105/12

warehouse [1]  16/1

wares [1]  16/6

warned [1]  121/12

warrant [2]  15/25 109/24

warranted [1]  6/18

was [254]

wasn't [9]  11/4 23/20 29/10 29/10 51/16 101/1 103/4 105/22 109/23

watch [3]  29/7 29/8 98/19

watched [1]  37/25

watching [2]  85/21 88/9

way [29]  8/5 8/15 17/10 18/10 20/11 21/2

24/8 32/5 34/14 36/19 39/19 44/19 55/1 55/7 55/13 60/14 62/15 65/22 71/1 71/23 80/8 80/23 82/4 97/1 106/17 117/19 120/22 123/7 125/5

ways [2]  83/19 122/1

we [176]

we'll [1]  67/15

we're [1]  25/1

we've [1]  24/25

weakness [2]  95/9 95/9

weather [1]  65/5

week [5]  47/14 63/10 63/15 67/8 68/4

weight [4]  10/1 41/25 42/8 117/2

welcome [2]  7/6 124/10

well [25]  5/6 27/17 29/24 35/12 35/14 37/8 37/11 39/18 45/23 61/20 64/17 69/2 70/1 75/25 78/24 86/6 86/14 90/18 103/23 108/24 114/8 115/15 116/12 117/3 118/19

well-educated [1]  115/15

went [9]  30/7 34/5 64/17 72/23 83/13 86/10 86/11 88/17 119/22

were [45]  4/6 12/20 15/1 16/23 16/24 25/9 27/4 28/9 28/10 29/23 30/21 34/23 34/23 34/24 39/8 42/4 42/4 42/16 47/24 50/12 53/3 54/20 55/22 56/9 59/9 72/14 74/3 79/23 85/5 85/8 89/8 89/10 89/11 93/4 94/2 95/4 100/13 101/24 103/21 110/2 113/2 113/2 113/3 114/7 116/11

west [1]  70/4

what [203]

what's [1]  65/14

whatever [13]  32/8 39/2 80/23 81/10 81/10 85/20 85/23 87/17 87/20 101/15 111/4 122/4 123/7

when [61]  5/1 10/3 17/21 25/9 25/23 26/7 33/4 34/2 34/18 41/17 43/21 43/25 51/15 53/10 54/22 55/4 56/23 57/25 58/3 59/11 60/8 61/6 62/11 67/22 70/10 70/19 70/24 71/25 76/25 77/3 77/11 77/19 80/25 85/3 85/22 86/9 88/17 90/9 90/19 91/1 96/11 96/18 101/13 103/5 112/18 112/20 112/23 112/25 113/2 113/25 114/5 114/10 114/14 114/19 116/5 116/8 116/11 116/20 119/2 123/7 125/11

where [21]  14/12 27/21 30/13 38/15 43/14 50/7 67/15 69/13 74/15 75/9 75/10 79/18 79/20 90/15 91/13 95/9 99/25 100/2 110/15 122/8 124/12

whether [24]  7/21 9/20 10/5 10/11 10/22 10/24 11/8 11/10 13/3 13/17 13/20 20/9 20/12 20/15 33/9 41/13 50/11 50/13 57/24 68/15 73/21 118/6 121/2 123/19

which [32]  14/24 15/13 22/15 22/16 22/18 24/7 27/14 31/13 38/20 38/23 44/8 45/24 50/3 53/8 54/24 58/7 62/19 65/18 75/8 75/10 82/12 82/14 82/14 101/21 102/1 102/8 104/22 107/16 108/4 109/22 118/21 121/12

while [7]  8/15 19/20 20/22 78/2 85/13 93/24 118/9

who [80]  9/22 10/13 16/24 18/9 23/4 24/11 27/20 30/12 31/21 32/15 35/12 35/14 36/16 41/14 42/24 42/24 43/12 50/4 51/7 54/25 56/25 57/2 57/10 57/19 58/11 58/15 59/7 61/19 62/17 62/20 62/21 64/8 64/21 65/25 66/15 70/20 70/20 72/13 74/3 74/13 77/11 77/13 77/14 77/14 77/15 78/6 78/15 78/17

USA vs. NEWTON149

## W

who... [32]  79/11 79/12 80/12 80/18 82/6 89/4 91/21 93/11 101/9 101/10 103/6 104/9 104/24 107/8 107/9 107/12 108/25 109/8 109/11 109/12 110/2 110/3 110/5 111/3 111/7 112/2 114/12 115/13 115/15 115/20 117/15 121/11
who's [1]  93/1
whoa [5]  36/6 36/6 36/6 36/6 36/7
whoever [2]  60/18 65/7
whole [4]  8/8 10/8 30/13 71/17
why [37]  23/2 23/3 27/5 35/17 39/10 43/3 43/10 43/10 43/11 43/20 58/21 59/8 59/11 65/2 78/19 78/21 79/2 79/3 79/15 85/2 85/10 85/10 85/20 88/9 88/10 89/3 89/23 89/23 94/10 100/2 109/23 110/4 110/17 113/8 113/17 113/18 113/18
wide [1]  78/21
Wilkie [1]  126/9
will [89]  4/11 5/12 5/13 7/18 11/22 14/11 19/8 20/17 21/5 21/7 24/9 28/9 30/10 31/15 34/4 34/4 35/23 36/24 43/5 46/8 46/14 46/14 46/21 47/4 49/22 51/6 51/8 54/23 54/25 55/9 56/25 61/17 61/20 63/4 63/14 63/15 63/23 64/12 64/15 65/4 66/15 69/7 69/13 69/13 69/25 70/1 71/25 73/4 73/4 75/12 77/19 80/3 80/4 82/19 84/7 96/9 96/12 96/13 96/14 96/16 96/22 96/23 96/23 97/2 97/23 97/24 98/3 98/16 104/14 105/5 105/6 105/7 110/7 110/23 118/2 118/5 118/25 123/13 123/17 123/18 124/11 124/12 124/23 124/24 124/25 125/2 125/6 125/7 125/25
willful [1]  19/6
willfully [6]  17/13 18/4 18/24 19/16 19/22 28/8
willing [5]  9/2 29/1 55/10 66/12 109/5
win [4]  87/13 87/14 87/18 87/21
wink [2]  41/15 41/15
winner [1]  66/23
winning [1]  66/23
Winslow [4]  121/3 121/24 122/10 122/14
wire [2]  84/17 95/15
wish [2]  96/20 117/8
within [1]  70/1
without [7]  9/3 17/24 18/13 43/16 43/17 93/21 102/3
witness [22]  6/8 10/6 10/8 10/11 10/13 10/14 10/15 10/16 10/17 10/18 10/23 10/25 11/1 11/4 11/7 24/13 61/11 83/1 86/24 97/8 97/10 103/10
witness's [1]  10/20
witnesses [3]  9/9 10/8 38/13
women's [1]  66/24
won't [5]  42/25 68/22 69/11 93/14 122/14
wondering [1]  27/5
word [16]  19/14 19/16 48/18 66/8 66/11 102/3 110/7 112/16 112/21 113/19 114/5 114/6 114/19 122/4 122/5 122/11
words [14]  16/19 19/5 20/16 25/11 26/6 35/24 36/2 37/22 83/12 112/15 112/18 113/4 117/1 122/3
work [8]  5/13 31/17 38/23 62/14 81/18 111/9 111/10 121/18
worked [5]  59/2 69/7 70/3 110/24 111/1
working [5]  35/20 49/12 62/17 67/7 69/15

works [2]  35/19 78/3
world [3]  6/14 31/17 90/4
worried [1]  33/14
worry [1]  71/1
worth [4]  25/17 25/20 39/25 40/9
worthiness [1]  65/19
worthless [2]  73/13 73/14
would [98]  6/16 9/2 13/17 16/16 17/2 23/3 28/23 28/24 29/24 35/4 37/6 38/10 38/23 42/24 45/1 45/5 45/12 45/14 46/24 48/17 49/21 49/24 50/18 50/20 50/20 50/21 53/16 53/17 54/13 55/22 55/25 56/1 56/1 56/2 56/11 57/8 59/7 59/22 67/20 68/3 68/9 70/3 71/15 72/6 74/21 74/21 82/14 82/15 82/18 86/21 87/13 87/14 87/18 87/22 87/23 87/25 88/5 88/6 88/9 89/1 89/22 93/4 93/18 97/16 100/13 100/14 101/7 101/8 102/16 102/17 102/19 102/23 103/2 104/23 108/22 108/24 109/5 109/13 111/6 112/6 113/21 113/23 115/4 115/16 115/18 116/17 116/23 117/4 117/5 117/20 117/22 118/21 119/5 120/5 120/23 120/24 123/6 123/11
wouldn't [3]  30/11 37/6 118/22
write [2]  48/12 48/14
writes [5]  66/2 67/5 69/24 75/23 76/5
writing [3]  78/25 79/19 96/24
wrong [20]  20/24 35/9 35/9 35/11 35/16 35/21 37/15 44/2 44/5 44/16 63/2 85/7 85/11 88/23 89/4 95/6 95/7 95/8 95/9 95/12
wrote [4]  25/21 41/21 65/4 65/9

## X

Xeroxes [1]  3/8

## Y

ya [1]  102/13
yada [3]  24/24 24/25 24/25
Yan [21]  52/13 52/16 52/19 60/12 62/2 70/23 72/14 72/23 73/13 75/7 76/15 77/2 77/6 77/7 77/8 77/9 77/17 78/5 78/11 78/14 78/15
Yankees [1]  25/10
Yeah [3]  25/9 113/7 114/18
year [7]  54/2 59/18 59/25 61/21 62/14 80/25 81/13
years [14]  39/2 43/8 43/9 43/11 54/2 59/18 59/18 59/20 73/19 81/17 100/10 110/24 111/1 117/18
yes [20]  5/15 5/15 7/11 7/14 49/6 49/10 61/16 74/16 90/16 99/6 99/15 99/18 106/11 111/4 112/15 112/24 113/4 114/17 114/21 116/4
yesterday [6]  3/13 5/1 5/21 64/1 66/3 73/24
yet [4]  26/8 50/15 52/25 111/18
York [3]  25/10 67/9 79/12
Yorker [1]  36/23
you [728]
you're [2]  122/9 122/17
You've [4]  66/10 71/8 105/24 107/3
young [1]  77/15
your [148]
yours [1]  7/25
yourself [8]  10/12 10/22 20/19 23/2 29/24 58/14 76/11 81/25

## Z

zero [2]  42/1 58/1

zeroed [1]  93/1
zeroing [1]  63/7