```
 1              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF FLORIDA
 2                CASE NO. 11-CR-60150-MGC

 3

    UNITED STATES OF AMERICA,
 4
                    Plaintiff,              MAY 9, 2012
 5         vs.
                                            MIAMI, FLORIDA
 6  DOUGLAS NEWTON,

 7                  Defendant.              PAGES 1 - 28

 8  _____/       DAY VII

 9

10              TRANSCRIPT OF TRIAL PROCEEDINGS
            BEFORE THE HONORABLE MARCIA G. COOKE
11               UNITED STATES DISTRICT JUDGE

12

13  APPEARANCES:

14  For the Plaintiff:      H. RON DAVIDSON, AUSA
                            ROBERT LUCK, AUSA
15                          Office of U.S. Attorney
                            99 NE 4th Street
16                          Miami, Florida  33132

17

    For the Defendant:      MIGUEL CARIDAD, AFPD
18                          Office of U.S. Public Defender
                            150 W Flagler Street
19                          Miami, Florida  33130

20

21

22  Reported By:            Diane Miller, RMR, CRR
                            Official United States Court Reporter
23                          400 N. Miami Avenue, Room 11-2
                            Miami, FL  33128
24                          (305)523-5251
                            diane_miller@flsd.uscourts.gov
25
```

WEDNESDAY, MAY 9, 2012.

<u>PROCEEDINGS</u>

1

2      THE COURT:  Everyone may be seated.  Give me just a

3  moment to get the last two cases.  Do you have a copy of my

4  proposed --

5      MR. DAVIDSON:  We do, Your Honor.  We believe that it

6  properly addresses the issue raised in *Blanton*, and we would

7  adopt it use.

8      MR. CARIDAD:  Your Honor, this jury hasn't asked a

9  single question or sent any note out to this Court.  This is a

10 new jury, completely new.  They are going to begin

11 deliberations now.  They have not even begun deliberations.

12 We cannot answer a question that has not been posed.  We

13 should not say anything to this jury.

14     THE COURT:  I think the question has been posed by

15 this jury, and I will tell you why, Mr. Caridad.  Although the

16 jury has begun deliberating as a new jury, we know that at

17 least one of them, based upon that note had the question.  We

18 know that one juror remains on the jury because the juror who

19 was excused was the one who the foreperson said was unable to

20 participate in the jury deliberations.  So I don't think that

21 this answering this question is premature or misplaced.

22      I would say that in addition to *Blanton*, I reviewed

23 two other cases that discuss this issue and that's *United*

24 *States versus Fedroff*, F-E-D-R-O-F-F, 874 F.2d 178, and *United*

25 *States versus Gerald Lewis*, 987 F.2d 1349.

WEDNESDAY, MAY 9, 2012.

```
 1              As I said yesterday, and I think this was the legal
 2   conundrum I had is entrapment as an affirmative defense and
 3   what was the Court's obligation given the question.  And prior
 4   to the Supreme court in Mathews, the question had remained
 5   whether or not a defendant could assert an entrapment defense
 6   and then claim so called actual innocence, for lack of a
 7   better word.  Mathews said that a claim of innocence was not
 8   necessary, didn't have to admit each and every one of the
 9   elements of the crime in order to assert the defense of
10   entrapment.  But what the cases do say is that entrapment is
11   an affirmative defense.  It is on the defendant to request it
12   or the court, in reviewing the nature of the evidence with the
13   defense, to see whether or not it is appropriate.
14              Mr. Caridad, on behalf of Mr. Newton, has
15   specifically said that his client is not asserting a defense
16   of entrapment.  I did not give one of the instructions in
17   chief, but given the question of the jury and the fact that
18   that juror still remains as part of this jury, I am going to
19   give the proposed instruction, Mr. Caridad.  Your objection to
20   giving of the instruction is noted for the record.
21              MR. CARIDAD:  If I could just say something else,
22   Your Honor.
23              THE COURT:  Yes.
24              MR. CARIDAD:  The case relied on by I think the Court
25   and the Government --
```

WEDNESDAY, MAY 9, 2012.

1          THE COURT:  *Blanton*.

2          MR. CARIDAD:  Yes, Your Honor.  In that case, there

3    are a couple of things that are different that we do not have

4    here.

5          In discussing the issue, the Court says, "Finally the

6    appellants claim the trial court erred in failing to give

7    their requested instruction of entrapment."  I did not request

8    an instruction on entrapment.  This defendant did in *Blanton*.

9          THE COURT:  I think you are correct, which is one of

10   the reasons why I adjourned yesterday because all of the cases

11   seem to focus in that area.  But what did happen in *Blanton*

12   and what happened not so much in *Blanton*, but definitely in

13   *Fedroff* and the other case I cited was where the entrapment

14   instruction was not given and the jury asked a question, and

15   that's what I focused on in my analysis, recognizing that you

16   did not ask for the instruction.

17         MR. CARIDAD:  The other distinguishing characteristic

18   is that in *Blanton*, the court said, during the course of the

19   deliberation, the jury sent out a request for an instruction

20   on entrapment.

21         First of all, this jury did not send out a request.

22   The foreman has said that one juror has asked for the legal

23   definition of entrapment.  They did not request an instruction

24   on entrapment.  One juror simply asked for the legal

25   definition of entrapment.

```
1        Finally, it says, "Appellants concede that they did
2   not request such an instruction before the jury went out
3   though they claim that, from start to finish, if they may be
4   permitted an oxymoron, they argued entrapment sotto voce."
5        I did not argue entrapment, and I do not request an
6   instruction on entrapment.
7        THE COURT:  I don't disagree that you did not request
8   one, even though I would not say that you had gotten to the
9   point of being sotto voce, as they said in that opinion, some
10  of the language that you used I think made the jury think this
11  is a permissible discussion for them.
12       MR. CARIDAD:  Judge, I think we are going to deaf con
13  one when we should be at deaf con five.
14       First of all, as I said, this jury as the Court told
15  them yesterday, must ignore everything that happened
16  yesterday.  "Put it out of your mind," the Court said.  How do
17  we tell the jury, on the one hand, "put it out of your mind,"
18  but then say, "remember that question you asked us," this is
19  the answer.  That's an inconsistent thing to do.  I think we
20  have to wait until this jury says anything.  We don't know,
21  they may get back there, the juror might not have that concern
22  anymore, it may have gone out of their mind.  Let us wait and
23  see until what this new jury does.  If they come back and one
24  of the jurors has the same request, we should take it up then.
25  But we should be very careful in telling the jury, on the one
```

WEDNESDAY, MAY 9, 2012.

1   hand, ignore everything; on the other hand, don't ignore it.

2   Remember what you said yesterday, this is the answer.  That's

3   the problem we are having.

4          The Government's other case, *United States versus*

5   *Fisher*, in that case, the jury was confused on important legal

6   issues.  There is no confusion.  No one said they are

7   confused.  One juror has asked for a legal definition about --

8   about entrapment.

9          Also in *Fisher*, the Defendant Fisher argued that the

10  jury's questions regarding the attorney-client privilege raise

11  important legal issues.

12         We don't say raise any legal important issues.  We

13  don't want the jury instructed.  But I think it is premature

14  to tell this jury.  Let us wait and see what they this -- let

15  them start deliberating, let's see what they say.  We may

16  never hear from them.  This is not an issue the Court has to

17  decide now, based on the fact we have a new jury.

18         THE COURT:  Mr. Caridad, could the jury believe or

19  think that by not answering this question that --

20         MR. CARIDAD:  Judge, let's not speculate; let's not

21  speculate.

22         MR. DAVIDSON:  The concern is, are you going to go

23  back and take out the copies of the indictment you gave them

24  and start anew and see if they ask for it again?  Are you

25  going to say, look, you asked me this question, but because we

WEDNESDAY, MAY 9, 2012.

1   are starting anew, I'm going to put it aside.

2            They concern is -- and I think you are directly on

3   point -- they will think, well, gee, we sent the question, the

4   judge didn't come back with an answer, so I guess that's a

5   silly question., we won't answer it -- we are not going to ask

6   it.

7            If you want to encourage them, look, if you want to

8   ask any new questions again, we are going to go to time one,

9   take out the indictments.  What's true for the goose is true

10  for the gander, take out the indictments and say, you have to

11  ask for it again.

12           THE COURT:  Mr. Blanford, are they all here?

13           Okay, waiting on two.

14           MR. CARIDAD:  We use the word "fiction."  This is a

15  fiction.  It is an important fiction, a vital fiction, a

16  fiction the Court told them.

17           The Court told them forget about all of your

18  deliberations.  That is the proper thing to do.  You can tell

19  the jury forget about all of the deliberations --

20           THE COURT:  Mr. Caridad, I'm going to answer the

21  question.  "Your objection to me answering the question is

22  noted for the record."

23           MR. CARIDAD:  And one more thing, Judge.  I do renew

24  my motion for mistrial, based on Mr. Davidson's closing

25  argument.  He mentioned more than once, he led off with an

WEDNESDAY, MAY 9, 2012.

 1   allegation that my client used the fund's money to play golf.

 2   That reference was based on the improper admission, I believe,

 3   of the hearsay testimony from Agent Sputo concerning what

 4   Mr. Newton used the money for.  So I renew my motion for

 5   mistrial.

 6           THE COURT:  As I discussed yesterday at sidebar, the

 7   motion is denied for the reason that I said at that time.

 8           All right, Counsel, hang close.  They have been

 9   pretty much --

10           COURTROOM SECURITY OFFICER:  They are all here.

11           MR. CARIDAD:  One more thing; I'm sorry, Judge.

12           If the Court is going to tell them -- give them this

13   instruction, I think the Court should also give them an

14   affirmative defense instruction because you are telling them

15   that this is not Mr. Newton's defense.  I think the Court

16   should tell them --

17           THE COURT:  You didn't ask me for an affirmative

18   defense instruction before.  I usually don't have any problem

19   giving them, when they are reasonable, based on the evidence.

20           MR. CARIDAD:  This is what I think --

21           MR. DAVIDSON:  This is *Blanton*.  *Blanton* said don't

22   do this, don't come back, when the jury has a question, and

23   give them instructions.  They said it is unfair.  Judge, you

24   have to --

25           THE COURT:  Let him make his -- Mr. Davidson, calm

WEDNESDAY, MAY 9, 2012.

1  down, calm down; calm, calm, calm.

2      MR. DAVIDSON:  The two guiding principles that you

3  have was that you wanted to do the fair thing, and you had,

4  "pigs get fat, hogs get slaughtered."*Blanton* addressed both of

5  those issues.  Doing the fair thing is not to hold the

6  Government -- you know, with it's hands tied behind its back,

7  the 11th Circuit in *Blanton* said it is not fair.  Mr. Caridad

8  is asking for too much.

9      THE COURT:  What concerns me, Mr. Caridad, is this is

10 not in response to a jury question.  This is not in response

11 to a concern that we put forth at the charge conference.  I

12 mean, you now have, for whatever reason, an insight into the

13 thought process of whatever jury was composed yesterday, and

14 you are now seeking to insert it in, and this would be

15 fundamentally unfair for the Government when they have the

16 burden of proof.

17     If this was read as the instructions in chief, or if,

18 after we had the charge conference, I asked -- after the

19 initial reading of the questions [sic] to the jury, I asked

20 were there any addendums or questions other than the original

21 ones; I had none.  Obviously, at the end of the charge

22 conference, I asked.  And then before we submitted the case to

23 the jury, again I asked were there any other proposed

24 instructions to the jury or corrections, and I didn't receive

25 any.  And not once, at any time in the written draft you gave

WEDNESDAY, MAY 9, 2012.

```
1    to the Court, during the charge conference, during the post
2    first reading of the instructions, during the second reading
3    before the deliberations, not once was there asked for a
4    theory of a defense, which I believe the case law in this
5    district -- in this circuit, excuse me, allows and which I may
6    have given; but now, Mr. Caridad, no.
7              MR. CARIDAD:  Judge, the other thing I wanted to
8    bring to the Court's attention, in Fisher, the remedy that the
9    court came up with was -- and the district court and the court
10   of appeals approved was the district court specifically stated
11   to the jury that, when I say that the government has claimed
12   this and the defendant has claimed something else, I don't
13   mean to limit or to focus particularly on anything the
14   government has claimed or the defense has claimed, you should
15   take into account everything that the government has argued,
16   everything the defense has argued when you are assessing the
17   evidence, of course.
18             I ask the Court for this additional instruction, if
19   it is going to give the instruction on entrapment.
20             THE COURT:  I think there is an instruction there
21   that encompasses that.  It says, nothing in these instructions
22   are to be taken by you as to how the Court thinks you should
23   do or what either side, it is up to do you to decide what the
24   facts in the case are.
25             MR. CARIDAD:  This is a different instruction, Your
```

WEDNESDAY, MAY 9, 2012.

1  Honor.  This specifically tells them that I don't mean to

2  limit you or focus on anything that the government's claim or

3  the defense's claim.  I ask the Court to give that additional

4  instruction found in *Fisher*.

5       MR. DAVIDSON:  I believe, first of all, that was a

6  separate instruction in *Fisher*, you have already done that,

7  review the jury instructions in making your decision.

8       THE COURT:  I agree, Mr. Davidson.

9       The jury, please.  All rise for the ladies and

10  gentlemen of the jury.

11       Ivan is going to make a copy for them all to have in

12  the packet back there, but I'm going to read this one now,

13  since they are all here and ready to start.

14  (Jury in at 9:03 a.m.)

15       THE COURT:  Welcome back, everyone.  You may be

16  seated.

17       Ladies and gentlemen, before you begin your

18  deliberations again, remember, as I told you yesterday, you

19  are beginning anew.  I would like to answer the question that

20  you -- answer the question that you asked right before we went

21  home yesterday.  A copy of this instruction will be furnished

22  to you in the jury room for you to review, but I will read it

23  to you now.

24       The defendant, Douglas Newton, has not asserted an

25  entrapment defense in this case.  You are therefore not to

WEDNESDAY, MAY 9, 2012.

1  consider entrapment as a defense during your deliberations.

2  Review the jury instructions as a whole in making your

3  decision.

4        I remind you, at any time if you should have a

5  question, please communicate the question to me in writing.

6  Give the instruction to the marshal seated outside.  I will

7  answer your questions as promptly as possible, either in

8  writing or here in court.

9        You are now free to begin your deliberations anew.

10        Thank you very much, ladies and gentlemen.  All rise.

11    (The jury retired from the courtroom 9:03 p.m.)

12        THE COURT:  All right, everyone, we have a matter

13  starting at 9:30; but other than that, we are around.

14        MR. DAVIDSON:  Thank you, Your Honor.

15    (A recess was had, pending a jury verdict, at 9:04 a.m.;

16  proceedings resumed at 9:37 a.m.)

17        THE COURTROOM DEPUTY:  Court is back in session,

18  please come to order.

19        THE COURT:  I understand that the jurors have passed

20  a note to the court security officer indicating that they have

21  a verdict.

22        COURTROOM SECURITY OFFICER:  Yes, Your Honor.

23        THE COURT:  Bring the jury in.

24        For the record, all of the parties and their

25  attorneys are present.

WEDNESDAY, MAY 9, 2012.

13

```
1          Welcome back, ladies and gentlemen.  Please take your
2   same seats.
3          Ladies and gentlemen, you may be seated, but I would
4   ask your foreperson remain standing and please hand your
5   verdict form to the deputy clerk.
6       (Document tendered.)
7          THE COURT:  I would ask the deputy clerk to please
8   read the verdict into the record.
9          THE COURTROOM DEPUTY:  Yes, Your Honor.
10          In the United States District Court for the Southern
11   District of Florida, Case Number 11-60150, United States of
12   America versus Douglas Newton, we the jury unanimously find as
13   follows as to Douglas Newton:
14          As to Count 1 of the second superceding indictment,
15   guilty;
16          As to Count 2, guilty; as to Count 3, guilty; as to
17   Count 4, guilty; as to Count 5, guilty; as to Count 6 guilty;
18   and as to Count 7, guilty.
19          So say we all, foreperson; dated this May 9th, 2012.
20          THE COURT:  I would ask the deputy clerk to please
21   pole the ladies and gentlemen.
22          THE COURTROOM DEPUTY:  Ladies and gentlemen, you
23   heard me read your verdict.  After I call your juror number,
24   if this truly is your verdict, answer yes; if it is not your
25   verdict, answer no.
```

WEDNESDAY, MAY 9, 2012.

1     (Jury polled.)

2           THE COURTROOM DEPUTY:  Thank you.

3           Judge, they all accede in the verdict.

4           THE COURT:  Ladies and gentlemen, I would like to

5     thank you on behalf of both parties for your service in this

6     matter.  Please step into the jury room where I will formally

7     discharge you in this matter.  Thank you very much.

8           Mr. Newton, having now been found guilty by a jury of

9     your peers, I will enter a judgment as to guilty as to all of

10    the counts contained in the indictment.

11          Counsel for the United States, is there any objection

12    to bond being continued in this matter?

13          MR. DAVIDSON:  Yes, Your Honor.  I believe he has a

14    personal surety bond, and the statute does indicate that the

15    defendant, pending sentencing or appeal, there is a higher

16    burden.  We would ask that the defendant be confined to his

17    home, and we ask that he put up $50,000 as collateral to

18    insure that he appears for sentencing.

19          THE COURT:  Mr. Caridad?

20          MR. CARIDAD:  Judge, Mr. Newton is released on a

21    100,000-dollar personal surety bond with the condition that he

22    report to pretrial services once a week -- once a month in

23    person, I believe, and that telephonically he is in close

24    contact with his pretrial services officer.

25          Mr. Newton first came here after being notified by

WEDNESDAY, MAY 9, 2012.

1   the FBI that there was an investigation going on about him.

2   He came here January of 2010, met with the Government.  There

3   was a plea agreement that was signed.  He returned to his

4   home, he remained there.  He was then told that charges would

5   be filed.  He voluntarily flew from California to Miami, had

6   an initial appearance, was released on this bond, flew back to

7   California, flew back to see me at my request once, came back

8   here for one court hearing on his own, and has shown up at

9   court at all times.

10          Mr. Newton is a United States citizen, has never

11  lived anywhere else.  He lives with his wife, and his son also

12  lives in that area.  There is no risk that Mr. Newton will not

13  appear for sentencing.

14          The sentencing in this case will be based upon -- the

15  base offense level is seven, and then there is a question as

16  to what is the loss amount.  It is reasonable for Mr. Newton

17  to expect that we will be able to obtain a loss amount that is

18  confined to the amount of the kickbacks in this case, which

19  was less than $30,000.  That is a reasonable estimation.

20          The government will be asking for a couple of

21  enhancements, abuse of position of trust and sophisticated

22  means.  I think we can win those.  So this is not -- the worse

23  that can happen here, in my belief, is if we lose all of these

24  enhancements, a couple years in jail.  Mr. Newton is not going

25  to run from that.  He does not need any further confinement.

WEDNESDAY, MAY 9, 2012.

1    He can report.

2            THE COURT:  Is he presently employed?

3            MR. CARIDAD:  Part-time, Your Honor.

4            THE COURT:  Does he go -- I want to know, does he go

5    to a business to work?  Is he working out of his home?

6            MR. CARIDAD:  He works out of his home, Your Honor.

7            THE COURT:  What kind of business?

8            MR. CARIDAD:  He is still trying to work with "Born

9    and Bred" trademark which he still owns.

10           MR. DAVIDSON:  The concern here is that we have seen

11   a pattern of fraud 404(b) with Mr. Epstein, the pattern of

12   market manipulation, paying off stockbrokers, manipulating

13   press releases, paying off pension funds.  All of that was

14   going on for a period of time.

15           Just to put it with context here, Judge, we agreed to

16   a personal surety bond, when he agreed to proceed by

17   information with the plea agreement.  He backed out of that.

18   That's the only reason we agreed to a low personal surety

19   bond.

20           He has been adjudicated guilty of serious offenses.

21   We would ask that now this Court supervises him or pulls him

22   in more, that we have collateral to insure that he asserts the

23   sentence, which could be several years.  He could put up his

24   house, money, maybe if his family is willing to put collateral

25   down.  That's the concern from the Government.

WEDNESDAY, MAY 9, 2012.

1    THE COURT:  Mr. Caridad, does your client own his own

2  home?  Is he in the process of buying his home?

3    MR. CARIDAD:  They own the home, but it is heavily

4  mortgaged.

5    I would say all of these allegations that the

6  government is making about Mr. Epstein, all of these things,

7  we have not heard one thing of that in this trial.  We have

8  not heard one word of testimony in this trial.  The government

9  is assuming a lot, they are alleging a lot without giving this

10  Court any bit of proof.

11    Secondly, after he was released on bond, I informed

12  the government that he would go to trial, and there was no

13  motion made to increase his bond or to modify any of the

14  conditions --

15    THE COURT:  But I think the Government would say, at

16  that time, there was the presumption of innocence.

17    MR. CARIDAD:  Correct.

18    THE COURT:  He no longer has that.

19    MR. CARIDAD:  But that's certainly true, but given

20  his history of appearance, the fact that he is in close

21  contact with his pretrial services officer, that he is facing

22  not anywhere close to the period of time that would cause

23  someone at his age to run from the law or fail to appear.

24    I think the Court perhaps can increase the amount of

25  reporting, the quality of reporting; but beyond that, I don't

WEDNESDAY, MAY 9, 2012.

1   think there is any need to put any additional conditions on

2   Mr. Newton.

3          THE COURT:  This is what I'm going to do.  I

4   recognize the defendant doesn't live in this district, so

5   housing here would be one thing.  It would be on the

6   taxpayers.  We are going to be doing that eventually anyway,

7   when he is incarcerated.

8          What's the personal surety bond now, Mr. Davidson?

9          MR. CARIDAD:  $150,000 personal surety bond.

10          THE COURT:  I'm going to keep the 150,000-dollar

11   personal surety bond intact, 10,000-dollar bond, 10 percent

12   deposit.  He has for seven days to post that.  I recognize

13   that all of his funds and family is back this California.

14   Mr. Caridad, you know how to work that out with the people in

15   California to make sure that's issued appropriately.

16          He reports to pretrial once a week in person?

17          MR. CARIDAD:  Once a week by telephone, Your Honor.

18          THE COURT:  Then that's going to be once a week in

19   person.

20          MR. CARIDAD:  Once a week in person to pretrial

21   services, and $10,000, a ten percent bond?

22          THE COURT:  Yes, in addition to his regular

23   reporting.  And his travel is limited to the State of

24   California and the State of Florida.  The reason why I'm

25   making it the State of California is I know that the

WEDNESDAY, MAY 9, 2012.

1  California district is weird.  You cross the street, you are

2  in central, then you are in northern.  So rather than risk a

3  bond violation, I'll make it the State of California and the

4  State of Florida.  When he is to travel back here for court

5  appearances, obviously, he is to notify pretrial services in

6  both places so that we know where he is.

7          MR. CARIDAD:  One week to post?

8          THE COURT:  One week.

9          Mr. Davidson.

10          MR. DAVIDSON:  Mr. Caridad mentioned the family as

11  a justification for the Court not remanding him.  We would ask

12  that one of those family members sign that bond.  We think

13  that that would create additional assurances of him

14  serving --

15          THE COURT:  Sign the personal surety or 10 percent?

16          MR. DAVIDSON:  Both, Judge.  I think the defendant

17  needs to realize, either his son or somebody else is going to

18  pay serious consequences of the government coming after

19  $150,000 --

20          THE COURT:  Mr. Caridad, I don't have an objection to

21  that, one other additional personal surety also to be done

22  within one week.

23          MR. CARIDAD:  Yes, Your Honor.

24          THE COURT:  For that amount, $150,000.

25          Mr. Newton, you should understand that I'm giving you

WEDNESDAY, MAY 9, 2012.

1   a week, because I recognize you don't live here, to get this

2   personal surety and other matters in order.  You should

3   understand that if I find notice for the government that you

4   haven't complied within that time, I will issue a warrant for

5   your arrest.

6           You should understand that if you are arrested, you

7   will remain detained until your sentencing in this matter; do

8   you understand that, sir?

9           THE DEFENDANT:  Yes, Your Honor.

10          THE COURT:  You should also understand, if you

11  violate the terms and conditions of this bond in any way, that

12  can also result in your -- or will result, I should say, in

13  your being arrested and detained.

14          You should understand there will be no chances.  Any

15  violation will be considered arrestable, and a warrant will

16  issue; do you understand that, sir?

17          THE DEFENDANT:  Yes, Your Honor.

18          THE COURT:  Counsel, I just ask that you take the

19  time of day to get the new bond papers to anybody in the day,

20  so I can get them in order.  Anything --

21          MR. CARIDAD:  Judge, the bond forms, I have to send

22  them to his wife or whoever is going to sign them.

23          THE COURT:  All the new bond forms by next Friday.

24          MR. CARIDAD:  Correct.  We have one week to post the

25  10 percent bond.

WEDNESDAY, MAY 9, 2012.

```
 1              THE COURT:  Today is -- I keep thinking today is

 2    Thursday, I'm sorry.  Today is Wednesday, so all of the new

 3    bond forms should be here and signed no later than Thursday,

 4    May 17th at 5:00 o'clock.

 5              THE COURTROOM DEPUTY:  Sentencing August 15th.

 6              THE COURT:  Sentencing is August 15th at 10:00 a.m.

 7              MR. CARIDAD:  I plan to be out of the district in

 8    early -- late July early August.  Could we do that a little

 9    bit later to give me time to get the PSI?

10              THE COURT:  The week after, Ivan.

11              MR. CARIDAD:  Maybe September.

12              THE COURTROOM DEPUTY:  September or August, the week

13    after, Judge?

14              THE COURT:  What is the last week in August?

15              THE COURTROOM DEPUTY:  It will be the 29th, which is

16    the Wednesday.  We can schedule it for 11:30 in the morning.

17              THE COURT:  August 29th.

18              THE COURTROOM DEPUTY:  August 29 at 11:30.

19              MR. CARIDAD:  Thank you.

20              THE COURT:  All right, thank you very much.

21              MR. DAVIDSON:  Thank you Your Honor.

22              THE COURTROOM DEPUTY:  Court is in recess for five

23    minutes.

24         (PROCEEDINGS ADJOURNED AT 9:50 a.m.)

25
```

WEDNESDAY, MAY 9, 2012.

1            **C–E–R–T–I–F–I–C–A–T–E**

2        **I hereby certify that the foregoing is an accurate**

3  **transcription and proceedings in the above-entitled matter.**

4  5/15/2012         **/s/ DIANE M. MILLER**
   DATE           DIANE M. MILLER, RMR, CRR

5                Official United States Court Reporter
                  Wilkie D. Ferguson Jr. U.S. Courthouse

6                400 North Miami Avenue, Suite 11-2
                  Miami, FL  33128

7                305- 523-5152   (fax) 305-523-5159

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

WEDNESDAY, MAY 9, 2012.

**$**

$10,000 [1]  18/21
$150,000 [3]  18/9 19/19 19/24
$30,000 [1]  15/19
$50,000 [1]  14/17

**/**

/s [1]  22/4

**1**

10 percent [3]  18/11 19/15 20/25
10,000-dollar [1]  18/11
100,000-dollar [1]  14/21
10:00 a.m [1]  21/6
11-2 [2]  1/23 22/6
11-60150 [1]  13/11
11-CR-60150-MGC [1]  1/2
11:30 [2]  21/16 21/18
11th [1]  9/7
1349 [1]  2/25
150 [1]  1/18
150,000-dollar [1]  18/10
15th [2]  21/5 21/6
178 [1]  2/24
17th [1]  21/4

**2**

2010 [1]  15/2
2012 [3]  1/4 13/19 22/4
28 [1]  1/7
29 [1]  21/18
29th [2]  21/15 21/17

**3**

305 [2]  1/24 22/7
305-523-5159 [1]  22/7
33128 [2]  1/23 22/6
33130 [1]  1/19
33132 [1]  1/16

**4**

400 [2]  1/23 22/6
404 [1]  16/11
4th [1]  1/15

**5**

5/15/2012 [1]  22/4
5152 [1]  22/7
5159 [1]  22/7
523-5152 [1]  22/7
523-5251 [1]  1/24
5251 [1]  1/24
5:00 o'clock [1]  21/4

**6**

60150 [1]  13/11

**8**

874 [1]  2/24

**9**

987 [1]  2/25
99 [1]  1/15
9:03 a.m [1]  11/14
9:03 p.m [1]  12/11
9:04 [1]  12/15
9:30 [1]  12/13

9:37 [1]  12/16
9:50 [1]  21/24
9th [1]  13/19

**A**

a.m [5]  11/14 12/15 12/16 21/6 21/24
able [1]  15/17
about [6]  6/7 6/8 7/17 7/19 15/1 17/6
above [1]  22/3
above-entitled [1]  22/3
abuse [1]  15/21
accede [1]  14/3
account [1]  10/15
accurate [1]  22/2
actual [1]  3/6
addendums [1]  9/20
addition [2]  2/22 18/22
additional [5]  10/18 11/3 18/1 19/13 19/21
addressed [1]  9/4
addresses [1]  2/6
adjourned [2]  4/10 21/24
adjudicated [1]  16/20
admission [1]  8/2
admit [1]  3/8
adopt [1]  2/7
affirmative [4]  3/2 3/11 8/14 8/17
AFPD [1]  1/17
after [8]  9/18 9/18 13/23 14/25 17/11 19/18
  21/10 21/13
again [5]  6/24 7/8 7/11 9/23 11/18
age [1]  17/23
Agent [1]  8/3
agree [1]  11/8
agreed [3]  16/15 16/16 16/18
agreement [2]  15/3 16/17
all [27]
allegation [1]  8/1
allegations [1]  17/5
alleging [1]  17/9
allows [1]  10/5
already [1]  11/6
also [6]  6/9 8/13 15/11 19/21 20/10 20/12
Although [1]  3/18
am [1]  3/18
AMERICA [2]  1/3 13/12
amount [5]  15/16 15/17 15/18 17/24 19/24
analysis [1]  4/15
anew [4]  6/24 7/1 11/19 12/9
answer [11]  2/12 5/19 6/2 7/4 7/5 7/20
  11/19 11/20 12/7 13/24 13/25
answering [3]  2/21 6/19 7/21
any [17]  2/9 6/12 7/8 8/18 9/20 9/23 9/25
  9/25 12/4 14/11 15/25 17/10 17/13 18/1
  18/1 20/11 20/14
anybody [1]  20/19
anymore [1]  5/22
anything [5]  2/13 5/20 10/13 11/2 20/20
anyway [1]  18/6
anywhere [2]  15/11 17/22
appeal [1]  14/15
appeals [1]  10/10
appear [2]  15/13 17/23
appearance [2]  15/6 17/20
appearances [2]  1/13 19/5
appears [1]  14/18
appellants [2]  4/6 5/1
appropriate [1]  3/13

appropriately [1]  18/15
approved [1]  10/10
are [32]
area [2]  4/11 15/12
argue [1]  5/5
argued [4]  5/4 6/9 10/15 10/16
argument [1]  7/25
around [1]  12/13
arrest [1]  20/5
arrestable [1]  20/15
arrested [2]  20/6 20/13
as [29]
aside [1]  7/1
ask [16]  4/16 6/24 7/5 7/8 7/11 8/17 10/18
  11/3 13/4 13/7 13/20 14/16 14/17 16/21
  19/11 20/18
asked [13]  2/8 4/14 4/22 4/24 5/18 6/7 6/25
  9/18 9/19 9/22 9/23 10/3 11/20
asking [2]  9/8 15/20
assert [2]  3/5 3/9
asserted [1]  11/24
asserting [1]  3/15
asserts [1]  16/22
assessing [1]  10/16
assuming [1]  17/9
assurances [1]  19/13
attention [1]  10/8
attorney [2]  1/15 6/10
attorney-client [1]  6/10
attorneys [1]  12/25
August [7]  21/5 21/6 21/8 21/12 21/14
  21/17 21/18
August 15th [2]  21/5 21/6
August 29 [1]  21/18
AUSA [2]  1/14 1/14
Avenue [2]  1/23 22/6

**B**

back [15]  5/21 5/23 6/23 7/4 8/22 9/6 11/12
  11/15 12/17 13/1 15/6 15/7 15/7 18/13 19/4
backed [1]  16/17
base [1]  15/15
based [6]  2/17 6/17 7/24 8/2 8/19 15/14
be [25]
because [5]  2/18 4/10 6/25 8/14 20/1
been [5]  2/12 2/14 8/8 14/8 16/20
before [7]  1/10 5/2 8/18 9/22 10/3 11/17
  11/20
begin [3]  2/10 11/17 12/9
beginning [1]  11/19
begun [2]  2/11 2/16
behalf [2]  3/14 14/5
behind [1]  9/6
being [4]  5/9 14/12 14/25 20/13
belief [1]  15/23
believe [7]  2/5 6/18 8/2 10/4 11/5 14/13
  14/23
better [1]  3/7
beyond [1]  17/25
bit [2]  17/10 21/9
Blanford [1]  7/12
Blanton [11]  2/6 2/22 4/1 4/8 4/11 4/12
  4/18 8/21 8/21 9/4 9/7
bond [21]  14/12 14/14 14/21 15/6 16/16
  16/19 17/11 17/13 18/8 18/9 18/11 18/11
  18/21 19/3 19/12 20/11 20/19 20/21 20/23
  20/25 21/3

**B**

Born [1] 16/8
both [4] 9/4 14/5 19/6 19/16
Bred [1] 16/9
bring [2] 10/8 12/23
burden [2] 9/16 14/16
business [2] 16/5 16/7
buying [1] 17/2

**C**

C-E-R-T-I-F-I-C-A-T-E [1] 22/1
California [8] 15/5 15/7 18/13 18/15 18/24
 18/25 19/1 19/3
call [1] 13/23
called [1] 3/6
calm [5] 8/25 9/1 9/1 9/1 9/1
came [4] 10/9 14/25 15/2 15/7
can [8] 7/18 15/22 15/23 16/1 17/24 20/12
 20/20 21/16
cannot [1] 2/12
careful [1] 5/25
CARIDAD [18] 1/17 2/8 2/15 3/14 3/19
 6/18 7/20 8/20 9/7 9/9 10/6 14/19 16/8 17/1
 18/14 18/20 19/10 19/20
case [13] 1/2 3/24 4/2 4/13 6/4 6/5 9/22 10/4
 10/24 11/25 13/11 15/14 15/18
cases [4] 2/3 2/23 3/10 4/10
cause [1] 17/22
central [1] 19/2
certainly [1] 17/19
certify [1] 22/2
chances [1] 20/14
characteristic [1] 4/17
charge [4] 9/11 9/18 9/21 10/1
charges [1] 15/4
chief [2] 3/17 9/17
circuit [2] 9/7 10/5
cited [1] 4/13
citizen [1] 15/10
claim [6] 3/6 3/7 4/6 5/3 11/2 11/3
claimed [4] 10/11 10/12 10/14 10/14
clerk [3] 13/5 13/7 13/20
client [4] 3/15 6/10 8/1 17/1
close [4] 8/8 14/23 17/20 17/22
closing [1] 7/24
collateral [3] 14/17 16/22 16/24
come [4] 5/23 7/4 8/22 12/18
coming [1] 19/18
communicate [1] 12/5
completely [1] 2/10
complied [1] 20/4
composed [1] 9/13
con [2] 5/12 5/13
concede [1] 5/1
concern [6] 5/21 6/22 7/2 9/11 16/10 16/25
concerning [1] 8/3
concerns [1] 9/9
condition [1] 14/21
conditions [3] 17/14 18/1 20/11
conference [4] 9/11 9/18 9/22 10/1
confined [2] 14/16 15/18
confinement [1] 15/25
confused [2] 6/5 6/7
confusion [1] 6/6
consequences [1] 19/18
consider [1] 12/1

considered [1] 20/15
contact [2] 14/24 17/21
contained [1] 14/10
context [1] 16/15
continued [1] 14/12
conundrum [1] 3/2
COOKE [1] 1/10
copies [1] 6/23
copy [3] 2/3 11/11 11/21
correct [3] 4/9 17/17 20/24
corrections [1] 9/24
could [6] 3/5 3/21 6/18 16/23 16/23 21/8
Counsel [2] 8/8 14/11 20/18
Count [7] 13/14 13/16 13/16 13/17 13/17
 13/17 13/18
counts [1] 14/10
couple [3] 4/3 15/20 15/24
course [2] 4/18 10/17
court [39]
Court's [2] 3/3 10/8
Courthouse [1] 22/5
courtroom [1] 12/11
CR [1] 1/2
create [1] 19/13
crime [1] 3/9
cross [1] 19/1
CRR [2] 1/22 22/4

**D**

DATE [1] 22/4
dated [1] 13/19
DAVIDSON [5] 1/14 8/25 11/8 18/8 19/9
Davidson's [1] 7/24
day [3] 1/8 20/19 20/19
days [1] 18/12
deaf [2] 5/12 5/13
decide [2] 6/17 10/23
decision [2] 11/7 12/3
defendant [12] 1/7 1/17 3/5 3/11 4/8 6/9
 10/12 11/24 14/15 14/16 18/4 19/16
Defender [1] 1/18
defense [14] 3/2 3/5 3/9 3/11 3/13 3/15 8/14
 8/15 8/18 10/4 10/14 10/16 11/25 12/1
defense's [1] 11/3
definitely [1] 4/12
definition [3] 4/23 4/25 6/7
deliberating [2] 2/16 6/15
deliberation [1] 4/19
deliberations [9] 2/11 2/11 2/20 7/18 7/19
 10/3 11/18 12/1 12/9
denied [1] 8/7
deposit [1] 18/12
deputy [3] 13/5 13/7 13/20
detained [2] 20/7 20/13
diane [4] 1/22 1/24 22/4 22/4
did [10] 3/16 4/7 4/8 4/11 4/16 4/21 4/23
 5/1 5/5 5/7
didn't [4] 3/8 7/4 8/17 9/24
different [2] 4/3 10/25
directly [1] 7/2
disagree [1] 5/7
discharge [1] 14/7
discuss [1] 2/23
discussed [1] 8/6
discussing [1] 4/5
discussion [1] 5/11
distinguishing [1] 4/17

district [11] 1/1 1/1 1/11 10/5 10/9 10/10
 13/10 13/11 18/4 19/1 21/7
do [17] 2/3 2/5 3/10 4/3 5/5 5/16 5/19 7/18
 7/23 8/22 9/3 10/23 10/23 18/3 20/7 20/16
 21/8
Document [1] 13/6
does [6] 5/23 14/14 15/25 16/4 16/4 17/1
doesn't [1] 18/4
doing [2] 9/5 18/6
dollar [3] 14/21 18/10 18/11
don't [24] 2/20 5/7 5/20 6/11 6/22 6/13 8/18
 8/21 8/22 10/12 11/1 17/25 19/20 20/1
done [2] 11/6 19/21
DOUGLAS [4] 1/6 11/24 13/12 13/13
down [3] 9/1 9/1 16/25
draft [1] 9/25
during [5] 4/18 10/1 10/1 10/2 12/1

**E**

each [1] 3/8
early [2] 21/8 21/8
either [3] 10/23 12/7 19/17
elements [1] 3/9
else [4] 3/21 10/12 15/11 19/17
employed [1] 16/2
encompasses [1] 10/21
encourage [1] 7/7
end [1] 9/21
enhancements [2] 15/21 15/24
enter [1] 14/9
entitled [1] 22/3
entrapment [19] 3/2 3/5 3/10 3/10 3/16 4/7
 4/8 4/13 4/20 4/23 4/24 4/25 5/4 5/5 5/6 6/8
 10/19 11/25 12/1
Epstein [2] 16/11 17/6
erred [1] 4/6
estimation [1] 15/19
even [2] 2/11 5/8
eventually [1] 18/6
every [1] 3/8
everyone [3] 2/2 11/15 12/12
everything [4] 5/15 6/1 10/15 10/16
evidence [3] 3/12 8/19 10/17
excuse [1] 10/5
excused [1] 2/19
expect [1] 15/17

**F**

F-E-D-R-O-F-F [1] 2/24
F.2d [2] 2/24 2/25
facing [1] 17/21
fact [3] 3/17 6/17 17/20
facts [1] 10/24
fail [1] 17/23
failing [1] 4/6
fair [3] 9/3 9/5 9/7
family [4] 16/24 18/13 19/10 19/12
fat [1] 9/4
fax [1] 22/7
FBI [1] 15/1
Fedroff [2] 2/24 4/13
Ferguson [1] 22/5
fiction [5] 7/14 7/15 7/15 7/15 7/16
filed [1] 15/5
Finally [2] 4/5 5/1
find [2] 13/12 20/3
finish [1] 5/3

USA vs. NEWTON25

**F**

first [5]  4/21 5/14 10/2 11/5 14/25
Fisher [6]  6/5 6/9 6/9 10/8 11/4 11/6
five [2]  5/13 21/22
FL [2]  1/23 22/6
Flagler [1]  1/18
flew [3]  15/5 15/6 15/7
FLORIDA [7]  1/1 1/5 1/16 1/19 13/11
 18/24 19/4
flsd.uscourts.gov [1]  1/24
focus [3]  4/11 10/13 11/2
focused [1]  4/15
follows [1]  13/13
foregoing [1]  22/2
foreman [1]  4/22
foreperson [3]  2/19 13/4 13/19
forget [2]  7/17 7/19
form [1]  13/5
formally [1]  14/6
forms [3]  20/21 20/23 21/3
forth [1]  9/11
found [2]  11/4 14/8
fraud [1]  16/11
free [1]  12/9
Friday [1]  20/23
fund's [1]  8/1
fundamentally [1]  9/15
funds [2]  16/13 18/13
furnished [1]  11/21
further [1]  15/25

**G**

gander [1]  7/10
gave [2]  6/23 9/25
gee [1]  7/3
gentlemen [8]  11/10 11/17 12/10 13/1 13/3
 13/21 13/22 14/4
Gerald [1]  2/25
get [8]  2/3 5/21 9/4 9/4 20/1 20/19 20/20
 21/9
give [11]  2/2 3/16 3/19 4/6 8/12 8/13 8/23
 10/19 11/3 12/6 21/9
given [5]  3/3 3/17 4/14 10/6 17/19
giving [4]  3/20 8/19 17/9 19/25
go [5]  6/22 7/8 16/4 16/4 17/12
going [22]  2/10 3/18 5/12 6/22 6/25 7/1 7/5
 7/8 7/20 8/12 10/19 11/11 11/12 15/1 15/24
 16/14 18/3 18/6 18/10 18/18 19/17 20/22
golf [1]  8/1
gone [2]  5/22
goose [1]  7/9
gotten [1]  5/8
government [15]  3/25 9/6 9/15 10/11 10/14
 10/15 15/2 15/20 16/25 17/6 17/8 17/12
 17/15 19/18 20/3
government's [2]  6/4 11/2
guess [1]  7/4
guiding [1]  9/2
guilty [10]  13/15 13/16 13/16 13/17 13/17
 13/17 13/18 14/8 14/9 16/20

**H**

had [9]  2/17 3/2 3/4 5/8 9/3 9/18 9/21 12/15
 15/5
hand [4]  5/17 6/1 6/1 13/4
hands [1]  9/6

hang [1]  8/8
happen [2]  4/11 15/23
happened [2]  4/12 5/15
has [23]
hasn't [1]  2/8
have [29]
haven't [1]  20/4
having [2]  6/3 14/8
he [39]
hear [1]  6/16
heard [3]  13/23 17/7 17/8
hearing [1]  15/8
hearsay [1]  8/3
heavily [1]  17/3
here [15]  4/4 7/12 8/10 11/13 12/8 14/25
 15/2 15/8 15/23 16/10 16/15 18/5 19/4 20/1
 21/3
hereby [1]  22/2
higher [1]  14/15
him [6]  8/25 15/1 16/21 16/21 19/11 19/13
him make [1]  8/25
his [23]
history [1]  17/20
hogs [1]  9/4
hold [1]  9/5
home [8]  11/21 14/17 15/4 16/5 16/6 17/2
 17/2 17/3
Honor [16]  2/5 2/8 3/22 4/2 11/1 12/14
 12/22 13/9 14/13 16/3 16/6 18/17 19/23
 20/9 20/17 21/21
HONORABLE [1]  1/10
house [1]  16/24
housing [1]  18/5
how [3]  5/16 10/22 18/14

**I**

I'll [1]  19/3
I'm [9]  7/1 7/20 8/11 11/12 18/3 18/10
 18/24 19/25 21/2
ignore [3]  5/15 6/1 6/1
important [4]  6/5 6/11 6/12 7/15
improper [1]  8/2
in Blanton [1]  2/6
incarcerated [1]  18/7
inconsistent [1]  5/19
increase [2]  17/13 17/24
indicate [1]  14/14
indicating [1]  12/20
indictment [3]  6/23 13/14 14/10
indictments [2]  7/9 7/10
information [1]  16/17
informed [1]  17/11
initial [2]  9/19 15/6
innocence [3]  3/6 3/7 17/16
insert [1]  9/14
insight [1]  17/18
instructed [1]  6/13
instruction [21]  3/19 3/20 4/7 4/8 4/14 4/16
 4/19 4/23 5/2 5/6 8/13 8/14 8/18 10/18
 10/19 10/20 10/25 11/4 11/6 11/21 12/6
instructions [8]  3/16 8/23 9/17 9/24 10/2
 10/21 11/7 12/2
insure [2]  14/18 16/22
intact [1]  18/11
investigation [1]  15/1
is [90]
issue [6]  2/6 2/23 4/5 6/16 20/4 20/16

issued [1]  18/15
issues [4]  6/6 6/11 6/12 9/5
it [34]
it's [1]  9/6
its [1]  9/6
Ivan [2]  11/11 21/10

**J**

jail [1]  15/24
January [1]  15/2
Jr [2]  2/5
judge [14]  1/11 5/12 6/20 7/4 7/23 8/11
 8/23 10/7 14/3 14/20 16/15 19/16 20/21
 21/13
judgment [1]  14/9
July [1]  21/8
juror [8]  2/18 2/18 3/18 4/22 4/24 5/21 6/7
 13/23
jurors [2]  5/24 12/19
jury [46]
jury's [1]  6/10
just [4]  2/2 3/21 16/15 20/18
justification [1]  19/11

**K**

keep [2]  18/10 21/1
kickbacks [1]  15/18
kind [1]  16/7
know [8]  2/16 2/18 5/20 9/6 16/4 18/14
 18/25 19/6

**L**

lack [1]  3/6
ladies [8]  11/9 11/17 12/10 13/1 13/3 13/21
 13/22 14/4
language [1]  5/10
last [2]  2/3 21/14
late [1]  21/8
later [2]  21/3 21/9
law [2]  10/4 17/23
least [1]  2/17
led [1]  7/25
legal [7]  3/1 4/22 4/24 6/5 6/7 6/11 6/12
less [1]  15/19
let [4]  5/22 6/14 6/14 8/25
let's [3]  6/15 6/20 6/20
level [1]  15/15
Lewis [1]  2/25
like [2]  11/19 14/4
limit [2]  10/13 11/2
limited [1]  18/23
little [1]  21/8
live [2]  18/4 20/1
lived [1]  15/11
lives [2]  15/11 15/12
longer [1]  17/18
look [2]  6/25 7/7
lost [1]  15/23
loss [2]  15/16 15/17
lot [2]  17/9 17/9
low [1]  16/18
LUCK [1]  1/14

**M**

made [2]  5/10 17/13
make [4]  8/25 11/11 18/15 19/3
making [4]  11/7 12/2 17/6 18/25
manipulating [1]  16/12

## M

manipulation [1]  16/12
MARCIA [1]  1/10
market [1]  16/12
marshal [1]  12/6
Mathews [2]  3/4 3/7
matter [6]  12/12 14/6 14/7 14/12 20/7 22/3
matters [1]  20/2
may [11]  1/4 2/2 5/3 5/21 5/22 6/15 10/5
 11/15 13/3 13/19 21/4
May 17th [1]  21/4
maybe [2]  16/24 21/11
me [10]  2/2 6/25 7/21 8/17 9/9 10/5 12/5
 13/23 15/7 21/9
mean [3]  9/12 10/13 11/1
means [1]  15/22
members [1]  19/12
mentioned [2]  7/25 19/10
met [1]  15/2
MGC [1]  1/2
MIAMI [8]  1/5 1/16 1/19 1/23 1/23 15/5
 22/6 22/6
might [1]  5/21
MIGUEL [1]  1/17
miller [4]  1/22 1/24 22/4 22/4
mind [3]  5/16 5/17 5/22
minutes [1]  21/23
misplaced [1]  2/21
mistrial [2]  7/24 8/5
modify [1]  17/13
moment [1]  2/3
money [3]  8/1 8/4 16/24
month [1]  14/22
more [4]  7/23 7/25 8/11 16/22
morning [1]  21/16
mortgaged [1]  17/4
motion [4]  7/24 8/4 8/7 17/13
MR [7]  2/8 7/12 8/20 16/8 16/11 17/6 18/20
Mr. [30]
Mr. Caridad [13]  2/15 3/14 3/19 6/18 7/20
 9/7 9/9 10/6 14/19 17/1 18/14 19/10 19/20
Mr. Davidson [4]  8/25 11/8 18/8 19/9
Mr. Davidson's [1]  7/24
Mr. Newton [11]  3/14 8/4 14/8 14/20 14/24
 15/10 15/12 15/16 15/24 18/2 19/25
Mr. Newton's [1]  8/15
much [6]  4/12 8/9 9/8 12/10 14/7 21/20
must [1]  5/15
my [7]  2/3 4/15 7/24 8/1 8/4 15/7 15/23

## N

nature [1]  3/12
NE [1]  1/15
necessary [1]  3/8
need [2]  15/25 18/1
needs [1]  19/17
never [2]  6/16 15/10
new [9]  2/10 2/10 2/16 5/23 6/17 7/8 20/19
 20/23 21/2
NEWTON [15]  1/6 3/14 8/4 11/24 13/12
 13/13 14/8 14/20 14/25 15/10 15/12 15/16
 15/24 18/2 19/25
Newton's [1]  8/15
next [1]  20/23
no [10]  1/2 6/6 6/6 10/6 13/25 15/12 17/12
 17/18 20/14 21/3

none [1]  9/21
North [1]  22/6
northern [1]  19/2
not [44]
note [3]  2/9 2/17 12/20
noted [2]  3/20 7/22
nothing [1]  10/21
notice [1]  20/3
notified [1]  14/25
notify [1]  19/5
now [7]  2/11 6/17 9/12 9/14 10/6 11/12
 11/23 12/9 14/8 16/21 18/8
number [2]  13/11 13/23

## O

o'clock [1]  21/4
objection [4]  3/19 7/21 14/11 19/20
obligation [1]  3/3
obtain [1]  15/17
obviously [2]  9/21 19/5
off [3]  7/25 16/12 16/13
offense [1]  15/15
offenses [1]  16/20
Office [2]  1/15 1/18
officer [3]  12/20 14/24 17/21
Official [2]  1/22 22/5
Okay [1]  7/13
once [10]  7/25 9/25 10/3 14/22 14/22 15/7
 18/16 18/17 18/18 18/20
one [29]
ones [1]  9/21
only [1]  16/18
opinion [1]  5/9
order [4]  3/9 12/18 20/2 20/20
original [1]  9/20
other [11]  2/23 4/13 4/17 6/1 6/4 9/20 9/23
 10/7 12/13 19/21 20/2
out [15]  2/9 4/19 4/21 5/2 5/16 5/17 5/22
 6/23 7/9 7/10 16/5 16/6 16/17 18/14 21/7
outside [1]  12/6
own [4]  15/8 17/1 17/1 17/3
owns [1]  16/9
oxymoron [1]  5/4

## P

p.m [1]  12/11
packet [1]  11/12
PAGES [1]  1/7
papers [1]  20/19
part [2]  3/18 16/3
Part-time [1]  16/3
participate [1]  2/20
particularly [1]  10/13
parties [2]  12/24 14/5
passed [1]  12/19
pattern [2]  16/11 16/11
pay [1]  19/18
paying [3]  16/12 16/13
peers [1]  14/9
pending [2]  12/15 14/15
pension [1]  16/13
people [1]  18/14
percent [3]  18/11 18/21 19/15 20/25
perhaps [1]  17/24
period [2]  16/14 17/22
permissible [1]  5/11
permitted [1]  5/4

person [4]  14/23 18/16 18/19 18/20
personal [10]  14/14 14/21 16/16 16/18 18/8
 18/9 18/11 19/15 19/21 20/2
pigs [1]  9/4
places [1]  19/6
Plaintiff [2]  1/4 1/14
plan [1]  21/7
play [1]  8/1
plea [2]  15/3 16/17
please [8]  11/9 12/5 12/18 13/1 13/4 13/7
 13/20 14/6
point [2]  5/9 7/3
pole [1]  13/21
polled [1]  14/1
posed [2]  2/12 2/14
position [1]  15/21
possible [1]  12/7
post [4]  10/1 18/12 19/7 20/24
premature [2]  2/21 6/13
present [1]  12/25
presently [1]  16/2
press [1]  16/13
presumption [1]  17/16
pretrial [6]  14/22 14/24 17/21 18/16 18/20
 19/5
pretty [1]  8/9
principles [1]  9/2
prior [1]  3/3
privilege [1]  6/10
problem [2]  6/3 8/18
proceed [1]  16/16
proceedings [5]  1/10 2/1 12/16 21/24 22/3
process [2]  9/13 17/2
promptly [1]  12/7
proof [2]  9/16 17/10
proper [1]  7/18
properly [1]  2/6
proposed [2]  2/4 3/19 9/23
PSI [1]  21/9
Public [1]  1/18
pulls [1]  16/21
put [9]  5/16 5/17 7/1 9/11 14/17 16/15
 16/23 16/24 18/1

## Q

quality [1]  17/25
question [23]
questions [5]  6/10 7/8 9/19 9/20 12/7

## R

raise [2]  6/10 6/12
raised [1]  2/6
rather [1]  19/2
read [5]  9/17 11/12 11/22 13/8 13/23
reading [3]  9/19 10/2 10/2
ready [1]  11/13
realize [1]  19/17
reason [4]  8/7 9/12 16/18 18/24
reasonable [3]  8/19 15/16 15/19
reasons [1]  4/10
receive [1]  9/24
recess [2]  12/15 21/22
recognize [3]  18/4 18/12 20/1
recognizing [1]  4/15
record [4]  3/20 7/22 12/24 13/8
reference [1]  8/2
regarding [1]  6/10

**R**

regular [1]  18/22
released [3]  14/20 15/6 17/11
releases [1]  16/13
relied [1]  3/24
remain [2]  13/4 20/7
remained [2]  3/4 15/4
remains [2]  2/18 3/18
remanding [1]  19/11
remedy [1]  10/8
remember [3]  5/18 6/2 11/18
remind [1]  12/4
renew [2]  7/23 8/4
report [2]  14/22 16/1
Reported [1]  1/22
Reporter [2]  1/22 22/5
reporting [3]  17/25 17/25 18/23
reports [1]  18/16
request [10]  3/11 4/7 4/19 4/21 4/23 5/2 5/5
 5/7 5/24 15/7
requested [1]  4/7
response [2]  9/10 9/10
result [2]  20/12 20/12
resumed [1]  12/16
retired [1]  12/11
returned [1]  15/3
review [3]  11/7 11/22 12/2
reviewed [1]  2/22
reviewing [1]  3/12
right [4]  8/8 11/20 12/12 21/20
rise [2]  11/9 12/10
risk [2]  15/12 19/2
RMR [2]  1/22 22/4
ROBERT [1]  1/14
RON [1]  1/14
room [3]  1/23 11/22 14/6
run [2]  15/25 17/23

**S**

said [15]  2/19 3/1 3/7 3/15 4/18 4/22 5/9
 5/14 5/16 6/2 6/6 8/7 8/21 8/23 9/7
same [2]  5/24 13/2
say [15]  2/13 2/22 3/10 3/21 5/8 5/18 6/12
 6/15 6/25 7/10 10/11 13/19 17/5 17/15
 20/12
says [4]  4/5 5/1 5/20 10/21
schedule [1]  21/16
seated [4]  2/2 11/16 12/6 13/3
seats [1]  13/2
second [2]  10/2 13/14
Secondly [1]  17/11
security [1]  12/20
see [6]  3/13 5/23 6/14 6/15 6/24 15/7
seeking [1]  9/14
seem [1]  4/11
seen [1]  16/10
send [2]  4/21 20/21
sent [3]  2/9 4/19 7/3
sentence [1]  16/23
sentencing [7]  14/15 14/18 15/13 15/14
 20/7 21/5 21/6
separate [1]  11/6
September [2]  21/11 21/12
serious [2]  16/20 19/18
service [1]  14/5
services [5]  14/22 14/24 17/21 18/21 19/5

serving [1]  19/14
session [2]  12/17
seven [2]  15/15 18/12
several [1]  16/23
should [16]  2/13 5/13 5/24 5/25 8/13 8/16
 10/14 10/22 12/4 19/25 20/2 20/6 20/10
 20/12 20/14 21/3
shown [1]  15/8
sic [1]  9/19
side [1]  10/23
sidebar [1]  8/6
sign [3]  19/12 19/15 20/22
signed [2]  15/3 21/3
silly [1]  7/5
simply [1]  4/24
since [1]  11/13
single [1]  2/9
sir [2]  20/8 20/16
slaughtered [1]  9/4
so [12]  2/20 3/6 4/12 7/4 8/4 13/19 15/22
 18/4 19/2 19/6 20/20 21/2
some [1]  5/9
somebody [1]  19/17
someone [1]  17/23
something [2]  3/21 10/12
son [2]  15/11 19/17
sophisticated [1]  15/21
sorry [2]  8/11 21/2
sotto [2]  5/3 5/9
SOUTHERN [2]  1/1 13/10
specifically [3]  3/15 10/10 11/1
speculate [2]  6/20 6/21
Sputo [1]  8/3
standing [1]  3/4
start [4]  5/3 6/15 6/24 11/13
starting [2]  7/1 12/13
State [5]  18/23 18/24 18/25 19/3 19/4
stated [1]  10/10
STATES [12]  1/1 1/3 1/11 1/22 2/24 2/25
 6/4 13/10 13/11 14/11 15/10 22/5
statute [1]  14/14
step [1]  14/6
still [3]  3/18 16/8 16/9
stockbrokers [1]  16/12
street [3]  1/15 1/18 19/1
submitted [1]  9/22
such [1]  5/2
Suite [1]  22/6
superceding [1]  13/14
supervises [1]  16/21
Supreme [1]  3/4
sure [1]  18/15
surety [10]  14/14 14/21 16/16 16/18 18/8
 18/9 18/11 19/15 19/21 20/2

**T**

take [7]  5/24 6/23 7/9 7/10 10/15 13/1 20/18
taken [1]  10/22
taxpayers [1]  18/6
telephone [1]  18/7
telephonically [1]  14/23
tell [6]  2/15 5/17 6/14 7/18 8/12 8/16
telling [2]  5/25 8/14
tells [1]  11/1
ten [1]  18/21
tendered [1]  13/6
terms [1]  20/11

testimony [2]  8/3 17/8
than [6]  7/25 9/20 12/13 15/19 19/2 21/3
thank [8]  12/10 12/14 14/2 14/5 14/7 21/19
 21/20 21/21
that [112]
that's [10]  2/23 4/15 5/19 6/2 7/4 16/18
 16/25 17/19 18/15 18/18
their [3]  4/7 5/22 12/24
them [21]  2/17 5/11 5/15 6/15 6/16 6/23 7/7
 7/16 7/17 8/12 8/12 8/13 8/14 8/16 8/19
 8/23 11/1 11/11 20/20 20/22 20/22
then [8]  3/6 5/18 5/24 9/22 15/4 15/15
 18/18 19/2
theory [1]  10/4
there [20]  4/2 5/21 6/6 9/20 9/23 10/3 10/20
 10/20 11/12 14/11 14/15 15/11 15/2 15/4
 15/12 15/15 17/12 17/16 18/1 20/14
therefore [1]  11/25
these [4]  10/21 15/23 17/5 17/6
they [27]
thing [9]  5/19 7/18 7/23 8/11 9/3 9/5 10/7
 17/7 18/5
things [2]  4/3 17/6
think [23]
thinking [1]  21/1
thinks [1]  10/22
this [61]
those [3]  9/5 15/22 19/12
though [2]  5/3 5/8
thought [1]  9/13
Thursday [2]  21/2 21/3
tied [1]  9/6
time [11]  7/8 8/7 9/25 12/4 16/3 16/14
 17/16 17/22 20/4 20/19 21/9
times [1]  15/9
today [3]  21/1 21/1 21/2
told [5]  5/14 7/16 7/17 11/18 15/4
too [1]  9/8
trademark [1]  16/9
TRANSCRIPT [1]  1/10
transcription [1]  22/3
travel [2]  18/23 19/4
trial [5]  1/10 4/6 17/7 17/8 17/12
true [3]  7/9 7/9 17/19
truly [1]  13/24
trust [1]  15/21
trying [1]  16/8
two [4]  2/3 2/23 7/13 9/2

**U**

U.S [3]  1/15 1/18 22/5
unable [1]  2/19
unanimously [1]  13/12
understand [8]  12/19 19/25 20/3 20/6 20/8
 20/10 20/14 20/16
unfair [2]  8/23 9/15
UNITED [12]  1/1 1/3 1/11 1/22 2/23 2/24
 6/4 13/10 13/11 14/11 15/10 22/5
until [3]  5/20 5/23 20/7
up [6]  5/24 10/9 10/23 14/17 15/8 16/23
upon [2]  2/17 15/14
us [3]  5/18 5/22 6/14
use [2]  2/7 7/14
used [3]  5/10 8/1 8/4
usually [1]  8/18

**V**

verdict [8]  12/15 12/21 13/5 13/8 13/23

**V**

verdict... [3]  13/24 13/25 14/3
versus [4]  2/24 2/25 6/4 13/12
very [4]  5/25 12/10 14/7 21/20
VII [1]  1/8
violate [1]  20/11
violation [2]  19/3 20/15
vital [1]  7/15
voce [2]  5/4 5/9
voluntarily [1]  15/5

**W**

wait [3]  5/20 5/22 6/14
waiting [1]  7/13
want [4]  6/13 7/7 7/7 16/4
wanted [2]  9/3 10/7
warrant [2]  20/4 20/15
was [28]
way [1]  20/11
we [53]
Wednesday [2]  21/2 21/16
week [13]  14/22 18/16 18/17 18/18 18/20
 19/7 19/8 19/22 20/1 20/24 21/10 21/12
 21/14
weird [1]  19/1
Welcome [2]  11/15 13/1
well [1]  7/3
went [2]  5/2 11/20
were [2]  9/20 9/23
what [18]  3/3 3/10 4/11 4/12 4/15 5/23 6/2
 6/14 6/15 8/3 8/20 9/9 10/23 10/23 15/16
 16/7 18/3 21/14
What's [2]  7/9 18/8
whatever [2]  9/12 9/13
when [9]  5/13 8/19 8/22 9/15 10/11 10/16
 16/16 18/7 19/4
where [3]  4/13 14/6 19/6
whether [2]  3/5 3/13
which [7]  4/9 10/4 10/5 15/18 16/9 16/23
 21/15
who [2]  2/18 2/19
whoever [1]  20/22
whole [1]  12/2
why [3]  2/15 4/10 18/24
wife [2]  15/11 20/22
Wilkie [1]  22/5
will [18]  2/15 7/3 11/21 11/22 12/6 14/6
 14/9 15/12 15/14 15/17 15/20 20/4 20/7
 20/12 20/14 20/15 20/15 21/15
willing [1]  16/24
win [1]  15/22
within [2]  19/22 20/4
without [1]  17/9
won't [1]  7/5
word [3]  3/7 7/14 17/8
work [3]  16/5 16/8 18/14
working [1]  16/5
works [1]  16/6
worse [1]  15/22
would [20]  2/6 2/22 5/8 9/14 11/19 13/3
 13/7 13/20 14/4 14/16 15/4 16/21 17/5
 17/12 17/15 17/22 18/5 18/5 19/11 19/13
writing [2]  12/5 12/8
written [1]  9/25

**Y**

years [2]  15/24 16/23

yes [10]  3/23 4/2 12/22 13/9 13/24 14/13
 18/22 19/23 20/9 20/17
yesterday [9]  3/1 4/10 5/15 5/16 6/2 8/6
 9/13 11/18 11/21
you [77]
your [41]