UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-60150-CR-MGC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DOUGLAS NEWTON,

    Defendant.
_____/

### ORDER DIRECTING DISBURSEMENT OF BOND

**THIS CAUSE** is before the Court on the Defendant's Motion for Disbursement of Bond. After review of the Motion, it is hereby

**ORDERED** that the mentioned Motion is hereby **GRANTED**. The Clerk of this Court is directed to disburse the Defendant's cash bail in the amount of $1,000.00, plus any accrued interest to Douglas Newton whose address is contained in the W-9 form provided to the Financial Deputy Clerk.

**DONE AND ORDERED** at Miami, Florida this 20th day of August, 2015.

MARCIA G. COOKE
UNITED STATES DISTRICT JUDGE

cc:    Tracy Dreispul, AFPD
       H. Ron Davidson, AUSA
       Financial Deputy Clerk