Via Registered Mail
===============

```
                                          FILED by ____ D.C.
                                          SEP 0 4 2015
                                          STEVEN M. LARIMORE
                                          CLERK U.S. DIST. CT.
                                          S. D. of FLA
```

Hon. Judge Marcia G. Cooke                                September 1, 2015
U.S. District Judge
*Wilkie D. Ferguson, Jr. Courthouse*
400 North Miami Ave. #11-2
Miami, FL 33128

Re:   United States v. Douglas Newton
      Case No: 11-60150-Cr-Cooke
      Supreme Court Case No: 12-16001

Dear Judge Cooke --

I am writing to request the appointment of counsel so that a petition for *habeas relief under 28 U.S.C. § 2255* may be filed on my behalf.

This case involves a sting operation for securities fraud wherein, in addition to the loss of my good name and 30+ year old business, I was sentenced after relatively brief trial to 30 months in prison for crime(s) in which there was no financial loss incurred by others, no intended financial loss or injury to anyone, no market manipulation proven or ever engaged in by me, and no material misrepresentation made by me to anyone, as well.

I am requesting counsel for this complex § 2255 petition because I have neither sufficient or adequate funds myself, and because I believe my conviction was in violation of the Constitution, including the fact that no witnesses were called in my defense, expert or otherwise; no entrapment defense or other defense was raised pertaining to elements of the charged offense; no challenge to the government's witnesses or their contradictory testimony was made; and no evidence of my refusal to commit other crimes was presented after I was aggressively wooed by the govt. to do so, which would tend to place the story presented by the prosecution in a significantly different light.

Alternatively, if this appointment of counsel cannot be approved by you, may I request a 3 or 4 month time extension in which to prepare and file my motion *pro se* -- given that the original due date for filing is Oct. 6, 2015, as noted by Tracy Dreispul, Esq. in her letter to me dated May 12, 2015 (copy attached.)

Thank you.

Sincerely,

Douglas Newton
Federal Prisoner #96993-004
Home address: 37 Lafayette Drive
Rancho Mirage, CA 92270

# FEDERAL PUBLIC DEFENDER
## Southern District of Florida

**Michael Caruso**
**Federal Public Defender**

Location: __Miami__

**Hector A. Dopico**
**Chief Assistant**

Miami:

**Helaine B. Batoff**
**Sowmya Bharathi**
**R. D'Arsey Houlihan**
**Anthony J. Natale**
**Paul M. Rashkind,**
  **Supervising Attorneys**

**Bonnie Phillips-Williams,**
  **Executive Administrator**

Stewart G. Abrams
Alex Arteaga-Gomez
Abigail Becker
Katie Carmon
Eric Cohen
Timothy Cone
Tracy Dreispul
Daniel L. Ecarius
Aimee Ferrer
Ayana Harris
Celeste S. Higgins
Bunmi Lomax
Christine O'Connor
Joaquin E. Padilla
Arun Ravindran

Ft. Lauderdale:

**Robert N. Berube,**
  **Supervising Attorney**

Janice Bergmann
Brenda G. Bryn
Timothy M. Day
Chantel R. Doakes
Robin J. Farnsworth
Margaret Y. Foldes
Bernardo Lopez
Jan C. Smith
Michael D. Spivack
Gail M. Stage
Daryl E. Wilcox

West Palm Beach:

**Peter Birch,**
  **Supervising Attorney**

Robert E. Adler
Lori E. Barrist
Neison M. Marks
Kristy Militello
Robin C. Rosen-Evans

Fort Pierce:

Panayotta Augustin-Birch
R. Fletcher Peacock

May 12, 2015

Mr. Doug Newton
37 Lafayette Drive
Rancho Mirage, CA 92270

RE:   *United States v. Douglas Newton*
      Case No. 12-16001

Dear Doug:

    I am writing in response to your email of April 28, 2015, in which you ask whether the Public Defender might be able to assist you in looking further into how the government handled your case. Unfortunately, we cannot.

    The appointment of this office ended with the conclusion of your petition to the Supreme Court on October 6, 2014. You are, however, still within the time frame to file a petition for habeas relief under 28 U.S.C. § 2255. That petition must be filed within one year of the date of the Supreme Court's order, *i.e.*, October 6. You may retain an attorney if you are able, or send a letter to the court requesting the appointment of counsel. Alternatively, you may file *pro se*, as many do. I am enclosing a form with this letter for your assistance.

    I regret that your appeal did not end more favorably. I wish you the best of luck in your future endeavors.

Sincerely,

Tracy Dreispul
Assistant Federal Public Defender

td/cfp
enclosures

| Miami | Ft. Lauderdale | West Palm Beach | Ft. Pierce |
|---|---|---|---|
| 150 West Flagler Street | One East Broward Boulevard | 450 Australian Avenue South | 109 North 2nd Street |
| Suite 1500 | Suite 1100 | Suite 500 | Ft. Pierce, FL 34950 |
| Miami, FL 33130-1555 | Ft. Lauderdale, FL 33301-1842 | West Palm Beach, FL 33401-5040 | Tel: (772) 489-2123 |
| Tel: (305) 536-6900 | Tel: (954) 356-7436 | Tel: (561) 833-6288 | Fax: (772) 489-3997 |
| Fax: (305) 530-7120 | Fax: (954) 356-7556 | Fax: (561) 833-0368 | |