UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-60150-CR-COOKE

UNITED STATES OF AMERICA,

    Plaintiff,
Vs.

DOUGLAS NEWTON,

    Defendant.
_____/

### ORDER ON MOTION FOR APPOINTMENT OF COUNSEL

THIS CAUSE came before the Court on the Defendant's *Motion for Appointment of Counsel (ECF No.236)*. The Court having reviewed the pertinent information and being duly advised in the premises, it is hereby,

**ORDERED AND ADJUDGED** that the motion is **DENIED**.

**DONE AND ORDERED** in Chambers at the United States District Courthouse in Miami- Dade County, Florida this 23rd day of September 2015.

*[signature]*
MARCIA G. COOKE
United States District Judge