UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-60150-COOKE

UNITED STATES OF AMERICA

      Plaintiff,

vs.

DOUGLAS NEWTON,

      Defendant.

_____/

## SATISFACTION OF CRIMINAL MONETARY PENALTIES JUDGEMNT

Plaintiff, United States of America, through its undersigned United States Attorney for –
the Southern District of Florida, hereby deems satisfied, the Criminal Monetary Penalties
Judgment regarding assessment/fine/restitution imposed on November 9, 2012, against Douglas
Newton. The Clerk of the United States District Court of Southern Florida is authorized and
empowered to satisfy and cancel said Judgment of record.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY:   */s/Danielle Croke*_____
Danielle Croke
Assistant U.S. Attorney
Fla. Bar No. 0723258
99 NE 4th Street, Suite 300
Miami, FL 33132-2111
Tel: (305) 961-9420
Fax: (305) 530-7195
E-mail:danielle.croke@usdoj.gov